

**Sanford Heisler Sharp, LLP**
1350 Avenue of the Americas, Floor 31
New York, NY 10019
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Alexandra Harwin*, Partner
Co-Chair of National Title VII Practice
(646) 401-0475
aharwin@sanfordheisler.com

New York | Washington D.C. | San Francisco| San Diego | Nashville | Baltimore

April 29, 2020

**VIA ECF**
The Honorable Katharine H. Parker
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Robinson v. De Niro and Canal Productions, Inc.*, No. 1:19-cv-09156 (LJL) (KHP)

Dear Judge Parker:

This firm represents Plaintiff Graham Chase Robinson, and we submit this joint letter motion on behalf of all parties in the above-captioned matter. The parties jointly request that this Court enter the enclosed Stipulation and Proposed Order Regarding the Production of Electronically Stored Information ("ESI").

We appreciate the Court's consideration of this request.

Respectfully submitted,

Alexandra Harwin