```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/01/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                      Plaintiff,                            19-CV-9156 (LTS) (KHP)

        -against-                                          **ORDER**

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                      Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties are directed to file a letter updating the Court as to the status of discovery by **June 15, 2020**.

      SO ORDERED.

DATED:      New York, New York
                 May 1, 2020

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge