

**Sanford Heisler Sharp, LLP**
1350 Avenue of the Americas, Floor 31
New York, NY 10019
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Alexandra Harwin*, Partner
Co-Chair of National Title VII Practice
(646) 401-0475
aharwin@sanfordheisler.com           New York | Washington D.C. | San Francisco| San Diego | Nashville | Baltimore

June 15, 2020

**VIA ECF**
The Honorable Katharine H. Parker
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:  *Robinson v. De Niro and Canal Productions, Inc.*, **No. 1:19-cv-09156 (LJL) (KHP)**

Dear Judge Parker:

    This firm represents Plaintiff Graham Chase Robinson. This joint status letter is submitted on behalf of all parties as directed in the Court's Order of May 1, 2020 (Dkt. No. 31).

    Since the parties' last status letter, the parties have worked diligently to advance discovery in this matter. Plaintiff and Defendants have each propounded additional discovery requests. The parties have finalized a list of ESI custodians and identified corresponding search terms. The parties have also resolved a number of discovery disputes through the meet-and-confer process.

    Accordingly, the parties do not have any issues to bring to the Court's attention at this time.

    Respectfully submitted,

    */s/ Alexandra Harwin*
    Alexandra Harwin