UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                          Plaintiff,

        -against-

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                          Defendants.

-------------------------------------------------------------------X

**19-CV-9156 (LJL) (KHP)**

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2021

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Case Management conference in this matter is hereby scheduled for **Thursday, August 19, 2021 at 11:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**.

      SO ORDERED.

DATED:    New York, New York
               June 28, 2021

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge