USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                              Plaintiff,                                               19-CV-9156 (LJL) (KHP)

                  -against-                                          **ORDER CONVERTING CASE**
                                                                             **MANAGEMENT CONFERENCE**

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Case Management Conference in this matter scheduled for **Thursday, August 19, 2021, at 11:30 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:     New York, New York
                August 10, 2021

                                                                 _____
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge