```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                           Plaintiff,                       19-CV-9156 (LJL) (KHP)

      -against-                    **ORDER SCHEDULING CASE**
                                                                            **MANAGEMENT CONFERENCE**

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                           Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Case Management Conference in this matter is hereby scheduled for **Wednesday, September 29, 2021 at 3:00 p.m.** in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website advance of the conference for the most up to date information.**

        SO ORDERED.

DATED:       New York, New York
                   August 19, 2021

                                                            _____
                                                             KATHARINE H. PARKER
                                                              United States Magistrate Judge