USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                      Plaintiff,

       -against-

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                      Defendants.

-----------------------------------------------------------------X

19-CV-9156 (LTS) (KHP)

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE TO TELEPHONIC**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in this matter scheduled for **Wednesday, September 29, 2021 at 3:00 p.m.** is hereby converted to a telephonic conference. Counsel should call into the court's AT&T conference line at the scheduled time. **Please dial (866) 434-5269 Code: 4858267.**

      SO ORDERED.

DATED:      New York, New York
                September 16, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge