USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                Plaintiff,

-against-

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                Defendants.

----------------------------------------------------------------X

19-CV-9156 (LJL) (KHP)

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Case Management Conference in this matter is hereby scheduled for **Wednesday, December 15, 2021, at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

SO ORDERED.

DATED:    New York, New York
              November 8, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge