# EXHIBIT 3

Defendants' Categorical Privilege Log #3[1]

| | Date Range[2] | Document Type(s) | Sender(s), Recipient(s), Copyee(s)[3] | Category Description | Privilege[4] |
|---|---|---|---|---|---|
| | | | | | |
| 1 | 4/7/19-8/19/19 | Text messages and/or accompanying images/links | Gillian Spear, Tom Harvey, Esq., Laurent Drogin, Esq., Gillian Spear, Tiffany Chen, Sabrina Weeks-Brittan and Michael Kaplan | Communications exchanged between and among Canal's general legal counsel, its external legal counsel, various former or current Canal personnel and/or others | Attorney-client communication; attorney work product |
| 2 | 8/19/19-11/11/19 | Text messages and/or accompanying images/links | Tom Harvey, Esq., Michael Kaplan, Ernest Sanders, Sabrina Weeks-Brittan, Nellie Norden and Alexandra Winogora | Communications and documents exchanged between and among Canal's general legal counsel, various former or current Canal personnel and/or external consultants and others relating to federal or state court actions | Attorney-client communication; attorney work product |
| 3 | 11/12/18 | Text message exchange | Tom Harvey, Esq. and Michael Kaplan | Communications between Canal personnel and Canal's general legal counsel | Attorney-client communication; attorney work product |
| 4 | 1/24/19 | Text messages | Blank Rome legal counsel (Jennifer Lombardo, Esq. and/or Carolyn Krauss-Browne, Esq.) and Mr. De Niro | Communications exchanged between Mr. De Niro and legal counsel relating to family law matters | Attorney-client communication; attorney work product |

[1] Pursuant to the Stipulation and Order Regarding Production of Electronically Stored Information ("ESI") (Dkt. No. 29), this privilege log does not include (a) internal communications within Traub Lieberman Straus & Shrewsberry LLP ("TLSS"), (b) communications between TLSS and (i) Defendant Robert De Niro, (ii) Sabrina Weeks-Brittan, Gillian Spear, and Michael Kaplan if they remain Canal personnel, and/or (iii) Tom Harvey, Esq.; or (c) materials created by TLSS as part of the investigation or litigation of this case.
[2] The dates identified herein are based on the technical capabilities of the ESI platform in use.
[3] Please note that this column of information encompasses communications that may only involve two of the identified individuals, depending on the particular communication. In other words, not every single communication identified herein involves all of the individuals specified in this column.
[4] Defendants expressly reserve, and do not waive, all rights to modify and supplement the proffered privilege justifications offered herein.