# EXHIBIT 5

**Overview of Non-Attorney Participants in Communications Withheld by Defendants[1]**

| Participant | Privilege Log and Categories | Perceived Relationship to Defendants |
|---|---|---|
| Morgan Billington | Ex. 1, Cat. 1-3 | Former Canal Employee |
| Mark Bosswick[2] | Ex. 1, Cat. 5-6<br>Ex. 2, Cat. 2, 5 | Financial Advisor/Accountant at Berdon LLP |
| Robin Chambers | Ex. 1, Cat. 2, 5 | Canal Employee |
| Tiffany Chen | Ex. 1, Cat. 2, 5<br>Ex. 2, Cat. 3, 4<br>Ex. 3, Cat. 1 | Mr. De Niro's Girlfriend |
| Julian De Niro | Ex. 2, Cat. 5 | Mr. De Niro's Son |
| Raphael De Niro | Ex. 2, Cat. 3 | Mr. De Niro's Son |
| David Earls | Ex. 1, Cat. 5 | Former Managing Director of Non-Party Tribeca Film Institute |
| James Harkins | Ex. 1, Cat. 6 | Private Investigator |
| Peter Hess | Ex. 1, Cat. 1<br>Ex. 2, Cat. 1 | Talent Agent at Creative Artists Agency |
| Anthony Hillsberg | Ex. 1, Cat. 1 | President of Celebrity Branding at Hyperion Talent Agency |
| Michael Kaplan | Ex. 1, Cat. 2-3, 5-6<br>Ex. 2, Cat. 3<br>Ex. 3, Cat. 1-3 | Canal Employee |
| Sophie Kavanagh | Ex. 2, Cat. 1 | Agent Trainee at Creative Artists Agency |
| Megan Kelly | Ex. 2, Cat. 1 | Mr. De Niro's Art Advisor |
| Steven Lashever | Ex. 1, Cat. 1 | Talent Agent at Creative Artists Agency |
| Josh Lieberman | Ex. 1, Cat. 1, 5<br>Ex. 2, Cat. 1 | Talent Agent at Creative Artists Agency |
| Tina McDonald | Ex. 1, Cat. 5 | Unknown |
| Glen Meredith | Ex. 2, Cat. 1 | Talent Agent at Creative Artists Agency |
| Nellie Norden | Ex. 1, Cat. 1, 2<br>Ex. 2, Cat. 3<br>Ex. 3, Cat. 2 | Former Canal Employee |
| Erin O'Brien | Ex. 2, Cat. 1 | Employee at Creative Artists Agency |
| Sandy O'Hearen | Ex. 1, Cat. 5 | CFO of Non-Party Tribeca Film Center |
| Christine O'Leary | Ex. 1, Cat. 1 | Former Canal Employee |
| Stan Rosenfield | Ex. 1, Cat. 1, 5<br>Ex. 2, Cat. 1-4 | Publicist for Mr. De Niro |
| Jane Rosenthal | Ex. 1, Cat. 5<br>Ex. 2, Cat. 1, 3-4 | CEO of Non-Party Tribeca Enterprises |
| Ernest Sanders | Ex. 3, Cat. 2 | Mr. De Niro's Trailer Driver |
| Michael Schmidt | Ex. 1, Cat. 5 | New York Times Reporter |

---

[1] This list does not include non-attorney listed on Defendants' privilege logs who appear to be staff for attorneys.
[2] While Mr. Bosswick has a J.D. degree, he was a financial advisor and accountant to Canal Productions, Inc.

| Participant | Privilege Log and Categories | Perceived Relationship to Defendants |
|---|---|---|
| Gillian Spear | Ex. 1, Cat. 2-5<br>Ex. 2, Cat. 3-4<br>Ex. 3, Cat. 1 | Former Canal Employee |
| Michael Tasch | Ex. 1, Cat. 2-6<br>Ex. 2, Cat. 2-5 | Financial Advisor/Accountant at Berdon LLP |
| Katherine Wernet | Ex. 1, Cat. 2 | Former Canal Employee |
| Lisa White | Ex. 1, Cat. 5 | Unknown |
| Lulu White | Ex. 1, Cat. 2 | Former Canal Employee |
| Alexandra Winogora | Ex. 3, Cat. 2 | Assistant at Non-Party Tribeca Enterprises |
| Jeff Wodicka | Ex. 1, Cat. 5<br>Ex. 2, Cat. 3 | CEO of Casswood Insurance |
| Sabrina Weeks-Brittan | Ex. 1, Cat. 2, 4-5<br>Ex. 2, Cat. 3-5<br>Ex. 3, Cat. 1-2 | Canal Employee |