# EXHIBIT 9

UNITED STATES SOUTHERN DISTRICT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
GRAHAM CHASE ROBINSON,

                    Plaintiff,

          -against-          Case No:
                             1:19-cv-09156 (LTS) (KHP


ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,
                    Defendants.
---------------------------------------------x
                DEPOSITION TAKEN VIA ZOOM
                December 20, 2021
                10:00 a.m.


          DEPOSITION of GRAHAM CHASE ROBINSON, the
Plaintiff herein, taken by the Defendants, pursuant to
Article 31 of the Civil Practice Law & Rules of
Testimony, and Court Order, held at the above-mentioned
time, before, PAIGE HAYDEN, a Court Reporter and Notary
Public of the State of New York.
          -------------------------------------------X




                MAGNA LEGAL SERVICES
                   (866) 624-6221
                   www.MagnaLS.com



Page 214

```
 1                G. C. ROBINSON
 2        the form.
 3        A.     I had seen Dan Harvey
 4    direct Michael Kaplan when it came
 5    to gym equipment and things that had
 6    to do with 110.  I had been directed
 7    by Dan Harvey, as did Amelia and
 8    Olivia, to book flights for Dan
 9    Harvey.  There -- those are some of
10    the things that I can recall at this
11    moment.
12        Q.    Did Dan Harvey ever work on
13    the transactional documents related
14    to any particular film production
15    that Mr. De Niro was involved in?
16             MS. HARWIN:  Objection to
17        the form.
18        A.    Can you clarify
19    transactional documents?
20        Q.    Well, in -- in connection
21    with your various roles within
22    Canal, over the course of the years,
23    you interacted with Peter Grant on
24    transactions involving Mr. De Niro's
25    acting services, correct?
```



Page 215

             G. C. ROBINSON
1
2            MS. HARWIN:  Objection to
3        the form.
4    A.    I spoke to Peter Grant
5    about Bob's needs in production.
6    Q.    Your work went a little bit
7    more beyond speaking with him,
8    correct?
9            MS. HARWIN:  Objection to
10       the form.
11   A.    Can you clarify?  Can you
12   rephrase that?
13   Q.    It is your words, Ms.
14   Robinson.  Over the course of years
15   you have probably hundreds of
16   e-mails back and forth with Peter
17   Grant reflecting various aspects of
18   work relating to a varying number of
19   films or movies or production that
20   Mr. De Niro was involved in.
21   A.    Yes.
22   Q.    Do you recall specifically
23   working with Peter Grant about, for
24   example, perk budgets?
25           MS. HARWIN:  Objection to

