# EXHIBIT 9

SUBJECT TO PENDING MOTION FOR REDACTED FILING (Dkt. No. 126)