**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                      Plaintiff,

        -against-

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                      Defendants.

-----------------------------------------------------------------X

**19-CV-9156 (LJL) (KHP)**

**OMNIBUS ORDER**
**REGARDING MOTIONS**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Defendant's Letter Motion at ECF No. 113 requesting a premotion conference is denied. In lieu of a conference, the following briefing schedule is set for Defendants' Rule 11 motion: Defendants' motion is due April 1, 2022, Plaintiff's opposition due April 29, 2022, Defendant's reply due May 20, 2022. **The Clerk of the Court is directed to terminate the motion at ECF No. 113**.

In connection with any requests to seal, specifically at ECF No. 126, the parties are required to follow this Court's individual rules and file their motion with the proposed sealed document(s) indicating restricted access. *See* https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KHP%20Parker%20Individual%20Practices%20in%20Civil%20Cases.pdf. The motion, but not the sealed document, will be open to public inspection and should not include confidential information sought to be filed under seal. The Court orders the Plaintiff to refile their motion to ECF No. 126.

Regarding Plaintiff's motion to compel production of documents withheld by the Defendants on a Claim of Privilege at ECF No. 130, the Court orders the Plaintiff, by February 3,

2022, to identify to Defendants a sample of 25 documents redacted and/or withheld for privilege and for which they contest the privilege assertion. By February 17, 2022, Defendants shall provide those documents to the Court for in camera review together with the privilege log entries for these 25 documents. The privilege log shall be in excel format and contain for each document columns indicating author, recipient(s), titles (if employed by Defendants) and attorney designations (if applicable) for all authors and recipients, general subject matter of communication, date of communication, privilege(s) asserted, and reasons privileges apply. The excel spreadsheet shall contain hyperlinks to the documents. The privilege log, sans hyperlinks, shall be provided to Plaintiff's counsel. While the log and documents shall be submitted by email for in camera review, Defendants shall file their brief opposing the motion to compel on ECF at the same time they email the Court the documents and log for review. Plaintiff shall have one week to submit a reply brief.

Given the Court's order at ECF No. 140, the motion at ECF No. 135 is moot. **The Clerk of the Court is directed to terminate the motion at ECF No. 135.**

Regarding Defendant's Motion at ECF No. 136, the Defendants are ordered to follow the instructions provided at ECF No. 139.

Regarding Defendants' motion for protective relief filed at ECF No. 137, the Plaintiff is ordered to file a response by January 24, 2022.

A telephonic conference will be held on January 31, 2022 at 12:30 p.m. The parties shall dial Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267.

**SO ORDERED.**

DATED:   New York, New York
         January 20, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge