USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                    Plaintiff,                    **19-CV-9156 (LJL) (KHP)**

       -against-                        **ORDER**

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                    Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       A case management conference was held on January 31, 2022 whereby the Court reluctantly extended discovery for the sole purpose of deposing the five individuals identified by Plaintiff: Mr. Robert De Niro, Mr. Michael Kaplan, Mr. Michael Tasch, Tom Harvey, and Tiffany Chen.

       With regard to Plaintiff's motion to compel documents that are being withheld on a claim of privilege, the Court first directs the parties to the Court's Order, issued on January 20, 2022, which contrary to Plaintiff's representations made today during the case management conference, does *not* suggest that the "Defendants present documents from each category at issue." (Case Mgmt. Conf. Transcript Jan. 31, 2022 at 15:06-15:26.) (ECF No. 142.) The language suggesting different 'categories' is absent from the Order and clearly states that the parties are to provide 25 sample documents to the Court. For further clarification please refer to that Order before said documents are presented for in camera review.

       In light of the outstanding discovery and its impact on upcoming depositions, the Court will extend fact discovery for the sole purpose of deposing the individuals listed above for 30

days after Court's ruling on the parties' motion to compel documents withheld on a basis of privilege/improper redactions.  All other discovery must be completed by February 11, 2022.

Defendants are ordered to produce a computation of damages by February 7, 2022.

Lastly, the deadline for the affirmative expert reports is extended to February 18, 2022.

There will be no further extensions for discovery absent a showing of good cause.

**SO ORDERED.**

DATED:	New York, New York
	January 31, 2022

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

2