```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                      Plaintiff,                    **19-CV-9156 (LJL) (KHP)**

        -against-                           **ORDER**

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                      Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Court is in receipt of Defendant's letter filed at ECF No. 155 providing the Court with a copy of Plaintiff's deposition transcript with proposed redactions. The proposed redactions are accepted except for: pg. 123 (PDF pg. 34) lines 12-21; pg. 125 (PDF pg. 34) lines 2-25; pg. 126 (PDF pg. 35) lines 2-25; pg. 127 (PDF pg. 35) lines 10-25; pg. 128 (PDF pg. 35) lines 2-25; pg. 129 (PDF pg. 35) lines 2-25; pg. 130 (PDF pg. 36) lines 2-6.

        The Court notes that the Doctor's name mentioned on pages 125 and 126 of the deposition may be redacted.

        The Defendants are ordered to resubmit the revised redacted deposition in accordance with this Order by Tuesday, February 8, 2022 before being filed on ECF.

**SO ORDERED.**

DATED:       New York, New York
                 February 3, 2022

                                                                       KATHARINE H. PARKER
                                                                       United States Magistrate Judge