UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                              Plaintiff,                            19-CV-9156 (LJL) (KHP)

                -against-                                 **ORDER**

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court has reviewed Plaintiff's deposition and accepts the proposed redactions. The parties are directed to file the transcript with the redactions on ECF.

**SO ORDERED.**

DATED:      New York, New York
                February 10, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2022