# EXHIBIT 3

SUBJECT TO PENDING MOTION FOR REDACTED FILING (Dkt. No. 164)