# EXHIBIT 8

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 11 | Date Range: 8/20/2019 |

## Outline of Conversations



**CHAT - 00997 - 2019/08/20** • 11 messages on 8/20/2019 • ████████████ Michael Kaplan ████████

**CONFIDENTIAL**                                                                                                                         CANAL_0049479

**Messages in chronological order** (times are shown in GMT +00:00)

### CHAT - 00997 - 2019/08/20

**[redacted]** — 8/20/2019, 5:10 PM
NAME HER!!!



*Image: ~/Library/SMS/Attachments/00/00/BB84D689-506B-4409-AA5B-4FF47C311667/IMG_7837.jpeg (388 KB)*

**MK — Michael Kaplan** — 8/20/2019, 5:20 PM
Uh everyone article does

**MK — Michael Kaplan** — 8/20/2019, 5:25 PM
https://www.gq.com/story/hero-watches-55-hours-of-friends-robert-de-niro

**[redacted]** — 8/20/2019, 5:28 PM
HAaaaaaaaaaaaaa

**[redacted]** — 8/20/2019, 5:28 PM

File **"MK0131877_Attach.caf"** is missing.
Attachment: ~/Library/SMS/Attachments/86/06/238DF617-8637-4CE0-8A27-DAB1BFA0FB73/Audio Message.caf (46 KB)

**MK — Michael Kaplan** — 8/20/2019, 5:30 PM
Loved an audio message

**[redacted]** — 8/20/2019, 5:32 PM
diving so deeply into this rn. wow.

**[redacted]** — 8/20/2019, 5:32 PM
$23,000 in ubers

**MK — Michael Kaplan** — 8/20/2019, 5:39 PM
32k but it's actually worse they didn't even mention the like 11k in car service bills last year alone

CONFIDENTIAL  CANAL_0049480

| MK | **Michael Kaplan** ▮▮▮▮▮▮▮▮ | 8/20/2019, 5:39 PM |

I put a lot of work into this as she was threatening to sue bob so they wanted to ruin her first

| ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 8/20/2019, 5:49 PM |

holy shit

**CONFIDENTIAL**                                                                                                                        CANAL_0049481