# EXHIBIT 9

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 12 | Date Range: 8/19/2019 |

## Outline of Conversations

💬 **CHAT - 00110 - 2019/08/19** · 12 messages on 8/19/2019 · ▮▮▮▮▮▮▮▮▮▮▮▮
    Michael Kaplan ▮▮▮▮▮▮▮▮

CONFIDENTIAL
CANAL_0047780

**Messages in chronological order** (times are shown in GMT -04:00)

### 💬 CHAT - 00110 - 2019/08/19

| | |
|---|---|
| Omg dying!!! | 8/19/2019, 1:21 PM |
| **MK** Michael Kaplan — What a day | 8/19/2019, 1:35 PM |
| Waaaa?! | 8/19/2019, 1:45 PM |
| crazy | 8/19/2019, 1:45 PM |
| **MK** Michael Kaplan — https://pagesix.com/2019/08/19/robert-de-niros-company-sues-former-employee-for-stealing-cash-frequent-flyer-miles/ | 8/19/2019, 2:02 PM |

File **"MK_CELL0011250_Attach"** is missing.
Attachment: ~/Library/SMS/Attachments/dd/13/CFCB22C0-C6E6-4148-A0FA-E32C42D04125/D9379BC8-BD40-423B-BAAB-8C5E59247BC0.pluginPayloadAttachment (3 KB)

File **"MK_CELL0011251_Attach.pluginPayloadAttachment"** is missing.
Attachment: ~/Library/SMS/Attachments/85/05/F7707F06-DC2A-44A5-BA67-2EFC809DC697/1A1EFD24-FE16-43CB-B252-9A7819B4EDDB.pluginPayloadAttachment (43 KB)

| | |
|---|---|
| Omg is it $3m or $6M?? | 8/19/2019, 2:09 PM |
| **MK** Michael Kaplan — 3 but it's just a random number | 8/19/2019, 2:09 PM |
| **MK** Michael Kaplan — To humiliate her | 8/19/2019, 2:10 PM |
| **MK** Michael Kaplan — It's not actually like they plan for this to go to court | 8/19/2019, 2:10 PM |
| **MK** Michael Kaplan — She was threatening to sue | 8/19/2019, 2:10 PM |
| **MK** Michael Kaplan — So this was tons plan to strike first | 8/19/2019, 2:10 PM |
| Dying | 8/19/2019, 2:36 PM |