# EXHIBIT 10

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 55 | Date Range: 8/15/2019 - 8/16/2019 |

## Outline of Conversations

💬 **CHAT - 00004 - 2019/08/16** · 55 messages between 8/15/2019 - 8/16/2019 · ▮ · Gillian Spear ▮ · Sabrina Weeks ▮

CONFIDENTIAL
CANAL_0048105

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **CHAT - 00004 - 2019/08/16**

**SW** — **Sabrina Weeks** — 8/15/2019, 8:00 PM
I tried to explain that you'll also be on the road at that time so bob may not be able to reach us (because he was there for this conversation too) and he said that's fine, you drive her

**#** — 8/15/2019, 8:02 PM
Tammie already bragging to me that she is keeping her corporate card as long as she is a consultant so she we can go for dinner sometime (I will delay this forever)— this is why the chase thing is tricky what she did isn't abnormal it's just she took it to such an insane degree

**SW** — **Sabrina Weeks** — 8/15/2019, 8:33 PM
Phew I'm back at the hotel. Bob obvi wanted to be alone and like ushered me to the door then Tiffany hugged me and he felt obligated to hug me. Wow that was weird. Glad I'm a chauffeur now 🙍

**SW** — **Sabrina Weeks** — 8/15/2019, 8:33 PM
Bout to have a glass of wine alone at the restaurant and def corporate carding it. Hope I'm not turning into chase

**GS** — **Gillian Spear** — 8/15/2019, 8:51 PM
Haha haha

**GS** — **Gillian Spear** — 8/15/2019, 8:52 PM
This will one day be a very hilarious story for you too but for now I imagine it's been terrible

**#** — 8/15/2019, 9:21 PM
Unless you guys worked out some new overtime deal I really hope you are going to use the corporate cards well this weekend

**#** — 8/15/2019, 9:21 PM
Show chase you know how to travel on business

**SW** — **Sabrina Weeks** — 8/15/2019, 9:21 PM
Loved "Unless you guys worked out some new overtime deal I really hope you are going to use the corporate cards well this weekend"

**GS** — **Gillian Spear** — 8/15/2019, 11:07 PM
Laughed at "Show chase you know how to travel on business"

**SW** — **Sabrina Weeks** — 8/16/2019, 7:12 AM
Omg she changed her flight to 5pm and I've been up since 6. Just told me. Happy I don't have to drive til later buttttttttt wtf

**SW** — **Sabrina Weeks** — 8/16/2019, 7:14 AM
Ok well to make up for it she said I could get her a car instead of driving at that hour. Kk driving back to hotel and going to back to bed for an hour or two. See you soon ish Gillian!

**GS** — **Gillian Spear** — 8/16/2019, 8:02 AM
Oh my god that's wild

**GS** — **Gillian Spear** — 8/16/2019, 8:02 AM
At least you don't have to drive her!

**GS** — **Gillian Spear** — 8/16/2019, 8:03 AM
In terms of office phone forwardering, Sabrina would you be cool having it forwarded to you for a little bit? I just think I'm

gonna lose service on my way out

**GS** Gillian Spear █████████ — 8/16/2019, 8:06 AM
It's also fine to forward it to me if you think I won't lose service on the way out

**GS** Gillian Spear █████████ — 8/16/2019, 8:07 AM
I just won't be able to forward it myself from the car

**GS** Gillian Spear █████████ — 8/16/2019, 8:54 AM
Can one of you forward to me?

**GS** Gillian Spear █████████ — 8/16/2019, 8:54 AM
🤚

**#** █████████ — 8/16/2019, 8:57 AM
On it

**GS** Gillian Spear █████████ — 8/16/2019, 9:01 AM
Thanks

**#** █████████ — 8/16/2019, 1:05 PM
Laurent not what I expected

**GS** Gillian Spear █████████ — 8/16/2019, 1:05 PM
How so?

**#** █████████ — 8/16/2019, 1:33 PM
Funny guy for instance wrote the potential page 6 headline "De Niro's Assistant up Schitt's Creek"

**SW** Sabrina Weeks █████████ — 8/16/2019, 2:01 PM
Laughed at "Funny guy for instance wrote the potential page 6 headline "De Niro's Assistant up Schitt's Creek""

**#** █████████ — 8/16/2019, 2:04 PM
Keep an eye out at the hotel

**#** █████████ — 8/16/2019, 2:04 PM
https://pagesix.com/2019/08/16/cuba-gooding-jr-and-girlfriend-claudine-de-niro-fly-to-the-hamptons/

File **"SW_Cell0001670_Attach"** is missing.
Attachment: ~/Library/SMS/Attachments/68/08/21ACF585-E523-4363-B420-6DFC39A86561/00D94F1D-7CF2-4E10-B7C5-E883E7B30074.pluginPayloadAttachment (3 KB)

File **"SW_Cell0001671_Attach.pluginPayloadAttachment"** is missing.
Attachment: ~/Library/SMS/Attachments/b9/09/E9024B61-468E-4DA0-B0F6-9FE459EF744F/8021AA0E-C4C3-41E5-8788-8B0591853E82.pluginPayloadAttachment (81 KB)

**GS** Gillian Spear █████████ — 8/16/2019, 2:06 PM
Laughed at "Funny guy for instance wrote the potential page 6 headline "De Niro's Assistant up Schitt's Creek""

**GS** Gillian Spear █████████ — 8/16/2019, 2:13 PM
Wait so are they putting something in the post?

**GS** Gillian Spear █████████ — 8/16/2019, 2:14 PM
Omg wait literally at our hotel

**#** █████████ — 8/16/2019, 2:14 PM

No they will file today though media might not pick up until Monday

\# — 8/16/2019, 2:14 PM
Emphasized "Omg wait literally at our hotel"

\# — 8/16/2019, 2:15 PM
But Tom also has a friend at daily beast he might give this to

\# — 8/16/2019, 2:15 PM
He's been in touch w Stan

GS Gillian Spear — 8/16/2019, 2:15 PM
I can't believe it's all happening

\# — 8/16/2019, 2:16 PM
I saw her entire complaint

\# — 8/16/2019, 2:17 PM
It makes no sense she also says bob told her "I should pay mike more than you he has 2 kids" which is weird complaint considering how much more money she made than me

\# — 8/16/2019, 2:17 PM
I learned it all today in glory details it's better u weren't there

GS Gillian Spear — 8/16/2019, 2:20 PM
Omg any other standouts?

\# — 8/16/2019, 2:21 PM
Her lawyer-included the supposed line of bob comparing chase to the woman who brought down madoff

GS Gillian Spear — 8/16/2019, 2:38 PM
What does that even mean?

\# — 8/16/2019, 2:48 PM
A reference to when she was calling out berdon negligence

\# — 8/16/2019, 2:48 PM
And jane

GS Gillian Spear — 8/16/2019, 2:51 PM
Hahaha

\# — 8/16/2019, 2:53 PM
Feels like Tom is racing to get this out to "please the ninja"

GS Gillian Spear — 8/16/2019, 3:03 PM
Lol you think? I thought they were trying to beat her to punch

\# — 8/16/2019, 3:06 PM
Well they are but he also said she keeps following up wanting to know what's taking so long

\# — 8/16/2019, 3:19 PM
Dave asking how long party will go for?

SW Sabrina Weeks — 8/16/2019, 3:19 PM
Probably 12-3

GS  **Gillian Spear** ▮   8/16/2019, 7:27 PM
Wait, how will chase find out about this?

GS  **Gillian Spear** ▮   8/16/2019, 7:27 PM
Has she been served?

#  ▮   8/16/2019, 7:48 PM
I think they will let her lawyer know after it's filed as a courtesy so she probably knows assuming it was filed though if they didn't let him know she might not learn until Monday

SW  **Sabrina Weeks** ▮   8/16/2019, 7:53 PM
I was thinking a fake flowers by Phillip delivery man could serve her the papers

#  ▮   8/16/2019, 7:54 PM
Ha I was gonna send to Paula's

#  ▮   8/16/2019, 7:54 PM
Laurent's sidekick is friends with the owner and gonna talk to him about chase if needed