# EXHIBIT 3

Case 1:19-cv-09156-LJL-KHP   Document 177-3   Filed 03/16/22   Page 2 of 6
<mark>/</mark>

CONFIDENTIAL

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 58 | Date Range: 8/2/2019 |

## Outline of Conversations

💬  **CHAT - 00004 - 2019/08/02** · 58 messages on 8/2/2019 · ▮▮▮▮ · Gillian Spear · ▮▮▮▮ · Sabrina Weeks ▮▮▮▮

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **CHAT - 00004 - 2019/08/02**

**SW** — **Sabrina Weeks** — 8/2/2019, 12:07 PM
So much for notice, but Tom needs Chase evidence for a court proceeding Monday morning. Any and all weird emails or receipts. Gillian you've already sent him a bunch of stuff right?

**SW** — **Sabrina Weeks** — 8/2/2019, 12:07 PM
I can dig through emails but feel like this is redundant

**SW** — **Sabrina Weeks** — 8/2/2019, 12:11 PM
He claims he has "literally no evidence" 🤦‍♀️

**GS** — **Gillian Spear** — 8/2/2019, 12:12 PM
Can he be more specific? I mean yes I've sent things and I've gone through a bunch with him so I don't know what else I need to do at this point

**SW** — **Sabrina Weeks** — 8/2/2019, 12:15 PM
Just asked in an email

**GS** — **Gillian Spear** — 8/2/2019, 12:15 PM
Shouldn't Michael be on the email?

**SW** — **Sabrina Weeks** — 8/2/2019, 12:16 PM
Oh yeah just used to only ccing you. Adding him now

**#** — 8/2/2019, 12:21 PM
At doctors but will think…the delta stuff is all online and tash has access to the Amex account for miles transfers for starters

**GS** — **Gillian Spear** — 8/2/2019, 12:24 PM
I've definitely gone over all the "evidence" I have

**GS** — **Gillian Spear** — 8/2/2019, 12:25 PM
If there's specific things he needs I can reforward them but it's getting pretty redundant

**#** — 8/2/2019, 12:25 PM
Also I gave him her email password a few weeks ago

**GS** — **Gillian Spear** — 8/2/2019, 12:27 PM
I mean the least he can do is be specific so I don't waste my weekend reading through more of her Amex charges

**SW** — **Sabrina Weeks** — 8/2/2019, 12:30 PM
Should we both hop on the phone with him and fill Kap in? Feel like he doesn't check email frequently and agree, would definitely rather handle now than over the weekend. So last minute and redundant

**GS** — **Gillian Spear** — 8/2/2019, 12:31 PM
I'm not gonna do that again, he'll just hurry us off the phone without any details

**SW** — **Sabrina Weeks** — 8/2/2019, 12:31 PM
Yep that was pretty much what just happened when he called. "I have no evidence it's Monday. Ok ok bye"

**GS** — **Gillian Spear** — 8/2/2019, 12:32 PM
There just has to be more direction than that

CONFIDENTIAL

**SW — Sabrina Weeks** — 8/2/2019, 1:04 PM
Rushed me off the phone again but basically said he's overwhelmed and knows he has the info but doesn't have time to string it all together so he wants it set up like like a presentation lol. Said Tasch is supposed to be doing this but he isn't and doesn't want to be embarrassed Monday. I'm going to call Tasch have him send me what he has, and I'll string it together with a couple of those emails where she gives herself vacation pay etc. if you guys have sent stuff to Tom already, can you just forward it to me?

**GS — Gillian Spear** — 8/2/2019, 1:06 PM
Okay sounds good, I just need a little time I'm not feeling very well. I know it's a work day and all but I'm just a bit nauseous and trying to avoid my screens

**SW — Sabrina Weeks** — 8/2/2019, 1:10 PM
No problem. I'm pretty sure everything you sent to him, you forward from chase's email to yourself so it's pretty much all in Sent

**#** — 8/2/2019, 1:11 PM
Okay you can put me on email w Tasch I can help if I know the focus

**GS — Gillian Spear** — 8/2/2019, 1:11 PM
I think I have a spreadsheet with her grocery shopping but would be on my office comp

**#** — 8/2/2019, 1:12 PM
I will log into delta shortly and get all those trips

**SW — Sabrina Weeks** — 8/2/2019, 1:12 PM
Awesome thanks

**#** — 8/2/2019, 1:12 PM
And I can resend my email that broke down the LA trip

**SW — Sabrina Weeks** — 8/2/2019, 1:13 PM
Loved "And I can resend my email that broke down the LA trip"

**SW — Sabrina Weeks** — 8/2/2019, 1:20 PM
So Tasch immediately calls me w Tom and says he doesn't need to send me what he has. I was like uh ok just want to make sure there aren't redundancies since Tasch has some of this... basically he's sending us nothing. It's at 11am Monday so we can send the spreadsheet you have on your comp first. I told him I'd just be organizing emails and delta stuff today then since Tasch has petty cash stuff and they agreed

**GS — Gillian Spear** — 8/2/2019, 1:31 PM
I mean Tasch doesn't want us involved, which is fine with me!!!!!!

**#** — 8/2/2019, 1:32 PM
Basically he's trying to cover his ass but what can he say about petty cash other than how much he gave her and never asked about

**GS — Gillian Spear** — 8/2/2019, 1:53 PM
I forwarded the main emails, anything else just has to do with her Amex which I will leave to Michael Tasch CPA

**SW — Sabrina Weeks** — 8/2/2019, 1:54 PM
Loved "I forwarded the main emails, anything else just has to do with her Amex which I will leave to Michael Tasch CPA"

**SW — Sabrina Weeks** — 8/2/2019, 1:54 PM
I'll put them all in a pdf and send to you guys to review in case anything shouldn't be in there or should be added

**CONFIDENTIAL**

\# — 8/2/2019, 2:13 PM
Laughed at "I forwarded the main emails, anything else just has to do with her Amex which I will leave to Michael Tasch CPA"

**GS** Gillian Spear — 8/2/2019, 2:20 PM
About to forward you 5 or 6 flower arrangements she ordered for Marianna and Amelia's birthdays and Bob paid for

**SW** Sabrina Weeks — 8/2/2019, 2:22 PM
Haha amazing

**GS** Gillian Spear — 8/2/2019, 2:24 PM
Brb while I use my amex for Kyle's birthday cake!

**SW** Sabrina Weeks — 8/2/2019, 2:27 PM
You should just pay Lulu to bake a cake with you at your house and then have an uncomfortably forced bday brunch for him there. Then you can swipe the Amex for the flowers needed to decorate your own home for the party

**GS** Gillian Spear — 8/2/2019, 2:27 PM
Oh wow good call!

**SW** Sabrina Weeks — 8/2/2019, 2:28 PM
Laughed at "Oh wow good call!"

**SW** Sabrina Weeks — 8/2/2019, 3:04 PM
This is accurate right? Adding content to a couple confusing emails but this on is before my time

*Attachment: ~/Library/SMS/Attachments/c9/09/C0A9A58A-BEA5-49A6-B096-CE13767E0E5D/IMG_0006.HEIC (1 MB)*

**GS** Gillian Spear — 8/2/2019, 3:06 PM
Hang on I think there's a better one

**SW** Sabrina Weeks — 8/2/2019, 3:08 PM
I'm also editing out the forwarded by part cuz I'm nervous she'll see our names and come for us haha

**GS** Gillian Spear — 8/2/2019, 3:10 PM
Yeah good call

**GS** Gillian Spear — 8/2/2019, 3:14 PM
Did Tom give any more info about the hearing? My interest is peaked, even though I resent doing this all again

**SW** Sabrina Weeks — 8/2/2019, 3:16 PM
Ugh no and he didn't elaborate on any of the "sexual harassment" shit. Maybe I'll withhold these emails til he fills us in ha

**GS** Gillian Spear — 8/2/2019, 3:24 PM
It's really the least he could do

**SW** Sabrina Weeks — 8/2/2019, 3:52 PM
There's an email where she shits on Berdon but overall good content. Include or don't include?

\# — 8/2/2019, 3:54 PM
Ha if it's relevant

**SW** Sabrina Weeks — 8/2/2019, 3:54 PM
It's so funny. She's like "ugh they can't do anything right!!"

\# — 8/2/2019, 3:57 PM

**CONFIDENTIAL**

She's not wrong

| | | |
|---|---|---|
| SW | **Sabrina Weeks** | 8/2/2019, 4:32 PM |
| | Just shared folder with everyone on dropbox | |
| SW | **Sabrina Weeks** | 8/2/2019, 4:33 PM |
| | Lemme know if it's missing stuff but going to a ghost stories play type thing at 6 so trying to put the ghost of chase behind me first haha | |
| GS | **Gillian Spear** | 8/2/2019, 4:51 PM |
| | Looks good to me! | |
| GS | **Gillian Spear** | 8/2/2019, 5:29 PM |
| | Did he do the Bronx tale thing? | |
| SW | **Sabrina Weeks** | 8/2/2019, 5:31 PM |
| | Nope hasn't been home he's at tennis. Should I send the text to Tiffany? | |
| GS | **Gillian Spear** | 8/2/2019, 5:44 PM |
| | Yeah I guess just so that he actually does it even if he has to tweak it | |
| GS | **Gillian Spear** | 8/2/2019, 5:44 PM |
| | He'll be mad if we don't make him do it | |
| SW | **Sabrina Weeks** | 8/2/2019, 5:59 PM |
| | You're definitely right. Sent it to her and explained we need it tonight | |
| SW | **Sabrina Weeks** | 8/2/2019, 7:48 PM |
| | Got the vid, just sent!! | |

CANAL_050126