# EXHIBIT 4

CONFIDENTIAL

## Short Message Report

| Conversations: 1 | Participants: 3 |
| --- | --- |
| Total Messages: 51 | Date Range: 8/2/2019 - 8/3/2019 |

### Outline of Conversations

 **CHAT - 00004 - 2019/08/03** · 51 messages between 8/2/2019 - 8/3/2019 · ▮▮▮▮ · Gillian Spear ▮▮▮▮ > · Sabrina Weeks ▮▮▮▮ >

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **CHAT - 00004 - 2019/08/03**

| | | |
|---|---|---|
| GS | **Gillian Spear** ▮▮▮ > | 8/2/2019, 8:27 PM |
| | Wochoo! | |

| | | |
|---|---|---|
| # | ▮▮▮ | 8/2/2019, 11:38 PM |
| | Should we include some sort of calculation of her Netflix viewing during work hours so she knows we are aware? | |

| | | |
|---|---|---|
| SW | **Sabrina Weeks** ▮▮▮ > | 8/2/2019, 11:40 PM |
| | A screenshot every time she signs into Netflix is a great call | |

| | | |
|---|---|---|
| # | ▮▮▮ | 8/3/2019, 10:33 AM |
| | Omg I spoke to Tom one of her accusations I need to share but's hard to stomach the drive to put what she said in wetting | |

| | | |
|---|---|---|
| # | ▮▮▮ | 8/3/2019, 10:33 AM |
| | Writing | |

| | | |
|---|---|---|
| # | ▮▮▮ | 8/3/2019, 10:33 AM |
| | Also he is using my going away email as evidence of how hated she was! | |

| | | |
|---|---|---|
| # | ▮▮▮ | 8/3/2019, 10:36 AM |
| | She will actually going to murder my family | |

| | | |
|---|---|---|
| GS | **Gillian Spear** ▮▮▮ > | 8/3/2019, 10:48 AM |
| | Wowowowowowowoow | |

| | | |
|---|---|---|
| GS | **Gillian Spear** ▮▮▮ > | 8/3/2019, 10:48 AM |
| | You must share the accusation | |

| | | |
|---|---|---|
| # | ▮▮▮ | 8/3/2019, 10:51 AM |
| | She claims bob once said to her something like "women can have baby's at any age just get someone to give you ur sperm to hold onto I'm sure Kaplan will do it for free" | |

| | | |
|---|---|---|
| # | ▮▮▮ | 8/3/2019, 10:52 AM |
| | For the record I would sooner donate to any remaining members of hitlers blood line | |

| | | |
|---|---|---|
| GS | **Gillian Spear** ▮▮▮ > | 8/3/2019, 10:52 AM |
| | Omg | |

| | | |
|---|---|---|
| GS | **Gillian Spear** ▮▮▮ > | 8/3/2019, 10:52 AM |
| | I'm gonna be sick | |

| | | |
|---|---|---|
| # | ▮▮▮ | 8/3/2019, 10:53 AM |
| | I warned u | |

| | | |
|---|---|---|
| # | ▮▮▮ | 8/3/2019, 10:53 AM |
| | Tom says bob just started laughing y when he read this to him | |

| | | |
|---|---|---|
| GS | **Gillian Spear** ▮▮▮ > | 8/3/2019, 10:53 AM |
| | Wow glad he has a sense of humor about it | |

| | | |
|---|---|---|
| GS | **Gillian Spear** ▮▮▮ > | 8/3/2019, 10:53 AM |
| | Did he say it??? | |

CONFIDENTIAL

**#** ▮▮▮▮▮▮ — 8/3/2019, 10:53 AM
He also says chases lawyer is very bad at the shake down

**#** ▮▮▮▮▮▮ — 8/3/2019, 10:54 AM
He says no

**GS** Gillian Spear ▮▮▮▮▮▮ > — 8/3/2019, 10:54 AM
I mean I have trouble imagining that

**#** ▮▮▮▮▮▮ — 8/3/2019, 10:56 AM
Her lawyer claims she took copious notes over the years which I have trouble imagining as well

**GS** Gillian Spear ▮▮▮▮▮▮ > — 8/3/2019, 10:57 AM
Hard to say, but I'm sure if she did it's a mess

**#** ▮▮▮▮▮▮ — 8/3/2019, 10:57 AM
I only hope it's in binder form

**GS** Gillian Spear ▮▮▮▮▮▮ > — 8/3/2019, 10:58 AM
She has 100% made a binder

**GS** Gillian Spear ▮▮▮▮▮▮ > — 8/3/2019, 11:07 AM
Did he say why they're going to court? Just seems so sudden

**SW** Sabrina Weeks ▮▮▮▮▮▮ > — 8/3/2019, 11:40 AM
Emphasized "For the record I would sooner donate to any remaining members of hitlers blood line"

**SW** Sabrina Weeks ▮▮▮▮▮▮ > — 8/3/2019, 11:41 AM
Just received the same sperm call from Tiffany and gagged. There's no way Bob said that. But fucked up that chase's mind went there! Also help they're getting 2 more puppies "for Bob's bday"

**SW** Sabrina Weeks ▮▮▮▮▮▮ > — 8/3/2019, 11:42 AM
They also seem to be arrested Chase

**SW** Sabrina Weeks ▮▮▮▮▮▮ > — 8/3/2019, 11:42 AM
Like issuing a warrant

**SW** Sabrina Weeks ▮▮▮▮▮▮ > — 8/3/2019, 11:42 AM
Arresting*

**#** ▮▮▮▮▮▮ — 8/3/2019, 11:42 AM
Wait what???

**#** ▮▮▮▮▮▮ — 8/3/2019, 11:43 AM
Who is?

**SW** Sabrina Weeks ▮▮▮▮▮▮ > — 8/3/2019, 11:43 AM
Tonight on Arrested (VP of) Development

**#** ▮▮▮▮▮▮ — 8/3/2019, 11:43 AM
Laughed at "Tonight on Arrested (VP of) Development"

**SW** Sabrina Weeks ▮▮▮▮▮▮ > — 8/3/2019, 11:44 AM
I have no idea. I think Tom is issuing something as a scare tactic. Of course that part was glossed over but the sperm story was mentioned in depth 🤢

**SW** Sabrina Weeks ▮▮▮▮▮▮ > — 8/3/2019, 11:45 AM

CANAL_050129

CONFIDENTIAL

Seems like an arrest would only further anger her and also be extremely inappropriate

**#** ▮▮▮▮▮▮▮▮▮ 8/3/2019, 11:46 AM

Laughed at "I have no idea. I think Tom is issuing something as a scare tactic. Of course that part was glossed over but the sperm story was mentioned in depth 😜"

**#** ▮▮▮▮▮▮▮▮▮ 8/3/2019, 11:47 AM

Can we go to court? Office field trip

**GS** Gillian Spear▮▮▮▮▮▮▮> 8/3/2019, 11:47 AM

This is a lot for me

**GS** Gillian Spear▮▮▮▮▮▮▮> 8/3/2019, 11:47 AM

I'm overwhelmed

**SW** Sabrina Weeks▮▮▮▮▮▮▮> 8/3/2019, 12:12 PM

They seriously bought this. It was like bred to die

**Baby "Ben"** ✨ **- Extreme Short Face! - Micro Cream Chihuahua Available!**
$5,300.00

*Image: ~/Library/SMS/Attachments/42/02/CA1D639B-CA5B-4A86-9EA6-3999B850C091/Image-1.png (584 KB)*

**#** ▮▮▮▮▮▮▮▮▮ 8/3/2019, 12:12 PM

Bob doesn't like small dogs!

**#** ▮▮▮▮▮▮▮▮▮ 8/3/2019, 12:15 PM

I remember when he met pancakes as a puppy when she was at the peak of her cuteness powers and he barely gave a shit

**#** ▮▮▮▮▮▮▮▮▮ 8/3/2019, 12:19 PM

It's not a hearing he used another word I'm blanking

**GS** Gillian Spear▮▮▮▮▮▮▮> 8/3/2019, 12:22 PM

Oh god this is terrible

**#** ▮▮▮▮▮▮▮▮▮ 8/3/2019, 12:23 PM

What's the other puppy?

**GS** Gillian Spear▮▮▮▮▮▮▮> 8/3/2019, 12:24 PM

Also this dog is so expensive I don't understand

CONFIDENTIAL

\#   ██████████                                                      8/3/2019, 12:25 PM

Yea it's like she has no idea it's frowned upon to just but crazy expensive designer dogs

\#   ██████████                                                      8/3/2019, 3:36 PM

Randi just added something I'll let Tom know — chase was selling photos she took w those cameras to a stock photo company many pictures she took while "working" in London

SW   Sabrina Weeks ██████████>                                      8/3/2019, 3:36 PM

Laughed at "Randi just added something I'll let Tom know — chase was selling photos she took w those cameras to a stock photo company many pictures she took while "working" in London "

GS   Gillian Spear ██████████>                                      8/3/2019, 5:42 PM

Laughed at "Randi just added something I'll let Tom know — chase was selling photos she took w those cameras to a stock photo company many pictures she took while "working" in London "

CANAL_050131