# EXHIBIT 8

CONFIDENTIAL

| | |
|---|---|
| From: | Michael Tasch |
| Sent: | Wednesday, August 07, 2019 11:35 AM |
| To: | Sabrina Weeks-Brittan; Gillian Spear |
| Subject: | FW: Chase Amex |
| Attachments: | 119080711352401777.jpg; Summary.xls |

Here you go.

Regards

**Michael Tasch** | Partner
**BERDON LLP • Accountants and Advisors**
360 Madison Avenue, New York, NY 10017
direct |
| BERDONLLP.com



1

CANAL_049993