USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                          Plaintiff,

          -against-

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                      Defendants.

-----------------------------------------------------------------X

**19-CV-9156 (LJL) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Regarding Defendant's letter motion for a conference regarding an examination under Federal Rule of Civil Procedure 35(a), the Court reviewed the letters (ECF Nos. 178, 180-81) from the parties and has determined that no pre-motion conference is needed.  By April 1, 2022, Defendants shall file their motion (1) for an extension of the discovery schedule and (2) for a mental examination pursuant to F.R.C.P. 35.  Defendants must address why there is good cause for the extension to the schedule pursuant to F.R.C.P. 26, as well as whether there is good cause for the proposed mental examination within the meaning of F.R.C.P. 35.  Defendants shall strictly follow the requirements of F.R.C.P. 35(a)(2) when making their motion and provide the qualifications of the person who will perform the examination sufficient to demonstrate the individual is suitably licensed or certified to conduct it.  Defendants shall also state the time needed to complete the proposed examination and respond to Plaintiff's expert report.  Plaintiff's opposition to the motion is due April 15, 2022.  No reply.

**The Clerk of Court is directed to terminate the motion at ECF No. 178.**

**SO ORDERED.**

DATED:      New York, New York
            March 22, 2022

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge