UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GRAHAM CHASE ROBINSON,　　　　　　　　　　　CaseNo.:1:19-cv-09156 (LJL)(KHP)

　　　　　　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

　　　　-against-

ROBERT DE NIRO AND CANAL
PRODUCTIONS, INC.,

　　　　　　　　　　　　　Defendants.
----------------------------------------------------------------x

　　　　**PLEASE TAKE NOTICE** that Craig L. Rokuson of Traub Lieberman Straus & Shrewsberry LLP, hereby appears on behalf of Defendants Robert DeNiro and Canal Productions, Inc., and respectfully requests that all future correspondence and papers in connection with this action be directed to me at the address indicated below.

Dated:　Hawthorne, New York
　　　　　March 24, 2022

　　　　　　　　　　　　　　　　　　　TRAUB LIEBERMAN STRAUS &
　　　　　　　　　　　　　　　　　　　SHREWSBERRY LLP

　　　　　　　　　　　By:　*Craig L. Rokuson*
　　　　　　　　　　　　　　　Craig L. Rokuson
　　　　　　　　　　　　　　　Mid-Westchester Executive Park
　　　　　　　　　　　　　　　Seven Skyline Drive
　　　　　　　　　　　　　　　Hawthorne, New York 10532
　　　　　　　　　　　　　　　(914) 347-2600
　　　　　　　　　　　　　　　crokuson@tlsslaw.com
　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　*Robert DeNiro and Canal Productions, Inc.*

TO:
　　　　SANFORD HEISLER SHARP, LLP
　　　　1350 Avenue of the Americas, 31st Fl.
　　　　New York, New York  10019
　　　　*Attorneys for Plaintiff*
　　　　*Graham Chase Robinson*