UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GRAHAM CHASE ROBINSON**<br><br>    *Plaintiff,*<br><br>v.<br><br>**ROBERT DE NIRO and**<br>**CANAL PRODUCTIONS, INC.,**<br><br>    *Defendants.* | Case No.  1:19-cv-09156-LJL-KHP<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Plaintiff Graham Chase Robinson in the above-captioned action and respectfully requests that copies of all filings and other documents be served upon the undersigned at the address set forth below.

Dated: New York, New York
       March 31, 2022

By: */s/ David Sanford*
    David Sanford (5695671)
    SANFORD HEISLER SHARP, LLP
    1350 Avenue of the Americas, 31st Floor
    New York, NY 10019
    Tel: (646) 768-7054
    Fax: (646) 402-5651
    Email: dsanford@sanfordheisler.com