UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GRAHAM CHASE ROBINSON,**<br><br>         *Plaintiff*,<br>v.<br><br>**ROBERT DE NIRO and**<br>**CANAL PRODUCTIONS, INC.**,<br>         *Defendants*. | **Case No. 19-cv-9156 (LJL) (KHP)** |

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Plaintiff Graham Chase Robinson in the above-captioned action and respectfully requests that copies of all filings and other documents be served upon the undersigned at the address set forth below.

Dated: Nashville, Tennessee
       March 31, 2022

                                        Respectfully submitted,

                                        */s/ Michael J. Lockman*
                                        Michael J. Lockman (5485156)
                                        SANFORD HEISLER SHARP, LLP
                                        611 Commerce Street, Suite 3100
                                        Nashville, Tennessee 37203
                                        Telephone: (615) 434-7000
                                        Facsimile: (615) 434-7020
                                        Email: mlockman@sanfordheisler.com