UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRAHAM CHASE ROBINSON,

       *Plaintiff*,

- against -

ROBERT DE NIRO and
CANAL PRODUCTIONS, INC.,

       *Defendants*.

Case No.: 1:19-cv-09156 (LJL) (KHP)

**DEFENDANTS' NOTICE OF MOTION TO CONDUCT MENTAL EXAMINATION**

   **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Gregory R. Bennett, sworn to on the 1st day of April 2022, and the exhibits annexed thereto, the accompanying memorandum of law, and upon all the papers and proceedings heretofore had herein, Defendants Robert De Niro and Canal Productions, Inc. hereby move, pursuant to Fed. R. Civ. P. 35, and in accordance with the Court's March 22, 2022 Order (ECF #183), for an Order permitting their expert psychiatric witness to conduct a mental examination of Plaintiff Graham Chase Robinson, along with such other further relief as the Court may find appropriate.

Dated: Hawthorne, New York
    April 1, 2022

**TRAUB LIEBERMAN STRAUS
 & SHREWSBERRY LLP**

By: *Gregory R. Bennett*
  Gregory R. Bennett
  Mid-Westchester Executive Park
  Seven Skyline Drive
  Hawthorne, New York 10532
  Tel.: (914) 347-2600
  Email: gbennett@tsslaw.com
  *Attorneys for Defendants
  Canal Productions, Inc. and
  Robert De Niro*

Dated: New York, New York
    April 1, 2022

**TARTER KRINSKY & DROGIN LLP**

By: *Laurent S. Drogin*
  Laurent S. Drogin
  Brittany K. Lazzaro
  1350 Broadway
  New York, New York 10018
  Tel.: (212) 216-8000
  Email: ldrogin@tarterkrinsky.com
  Email: blazzaro@tarterkrinsky.com
  *Attorneys for Defendant
  Canal Productions, Inc.*