# EXHIBIT C

# Greg Bennett

| | |
|---|---|
| **From:** | Kate MacMullin <kmacmullin@sanfordheisler.com> |
| **Sent:** | Friday, January 21, 2022 8:00 PM |
| **To:** | Greg Bennett; Hillary Raimondi; Laurent S. Drogin; Brittany K. Lazzaro |
| **Cc:** | Alexandra Harwin; Annie Sloan |
| **Subject:** | Robinson v. De Niro et al. – Expert Disclosures |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

Plaintiff hereby discloses the following experts:

Joseph A. DeCusati, CPA, ABV, ASA, CFE
Marcum LLP
555 Long Wharf Drive, 8th Floor
New Haven, CT 06511
▮▮▮▮▮

Robert Lloyd Goldstein, MD, JD
405 East 54th Street, Suite 5M
New York, NY 10022
▮▮▮▮▮

Dan Wolstein, Ph.D., CRC, CLCP, PVE, CRV, IPEC, ABVE/F, LRC, FVE, CVE
Kincaid Wolstein Vocational and Rehabilitation Services
One University Plaza, Suite 302
Hackensack, NJ 07601
▮▮▮▮▮

All best,
Kate

## Kate MacMullin (she/her/hers)

*Associate,* **bio**

1350 Avenue of the Americas, 31st Floor, New York, NY 10019

**DIRECT**: 646-768-7054 | **MAIN**: 646-402-5650



**New York**
**Washington, DC**
**San Francisco**
**San Diego**
**Nashville**
**Baltimore**

**DISCLAIMER**: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email

in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.