# EXHIBIT D

# Greg Bennett

| | |
|---|---|
| **From:** | Kate MacMullin <kmacmullin@sanfordheisler.com> |
| **Sent:** | Friday, February 18, 2022 6:56 PM |
| **To:** | Greg Bennett; Laurent S. Drogin; Brittany K. Lazzaro |
| **Cc:** | Alexandra Harwin; Annie Sloan |
| **Subject:** | Robinson v. De Niro et al. - Plaintiff's Expert Reports |
| **Attachments:** | Goldstein Report.pdf; Robinson Graham Chase - Vocational Evaluation Report.pdf; Robinson v. De Niro and Canal Productions Inc. Report 2022 02 18.pdf |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

Pursuant to Dkt. No. 154, enclosed please find Plaintiff's affirmative expert reports.

All best,
Kate

### Kate MacMullin (she/her/hers)

*Associate,* *bio*

1350 Avenue of the Americas, 31st Floor, New York, NY 10019

**DIRECT:** 646-768-7054 | **MAIN:** 646-402-5650



**New York**
**Washington, DC**
**San Francisco**
**San Diego**
**Nashville**
**Baltimore**

DISCLAIMER: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.