# EXHIBIT J

# Greg Bennett

| | |
|---|---|
| **From:** | Greg Bennett |
| **Sent:** | Tuesday, March 15, 2022 7:14 PM |
| **To:** | Alexandra Harwin |
| **Cc:** | Hillary Raimondi; Laurent S. Drogin; Brittany K. Lazzaro; Kate MacMullin; Annie Sloan |
| **Subject:** | RE: Robinson v. De Niro et al. -- Follow-Up re Interview Request |

Ali,

Please let us know if you will make plaintiff available to appear for a zoom-conducted examination by defendants' vocational rehabilitation expert witness tomorrow or Thursday. It is anticipated that the examination would last between 2-3 hours maximum, and would involve only the expert and plaintiff. The topics for this planned examination include those identified in, and otherwise related to, the expert report from plaintiff's vocational rehab witness.

In addition to the above, defendants' economist and vocational rehabilitation expert witnesses have informed counsel that they need additional time in light of the unique nature of plaintiff's allegations as they relate to her alleged economic losses, as well as the volume of data that they believe is necessary to review in order to finalize their reports. Thus, defendants intend to seek an extension of time for those experts to disclose their reports, up to April 8. Should plaintiff consent, defendants' vocational rehabilitation witness would be amenable to postponing his examination of plaintiff until early next week.

In addition to the above, please let us know if you will make plaintiff available to appear for a zoom-conducted forensic psychiatric examination by defendants' psychiatric expert witness. It is anticipated that the examination would last between 7-8 hours maximum, and would involve only the expert and plaintiff.

Defendants intend to seek the above relief by petitioning Judge Parker, to the extent plaintiff doesn't consent, in whole or in part. Thus, please advise as to the reasons plaintiff disagrees, if applicable, before noon tomorrow.

Thanks –

Greg

**GREGORY R. BENNETT**
PARTNER

**TRAUB LIEBERMAN**

Seven Skyline Drive | Hawthorne, NY 10532
MAIN (914) 347-2600 | DIRECT (914) 586-7037 | FAX (914) 347-8898
Bio | vCard
www.traublieberman.com

If you have any difficulty, or if the transmission was incomplete, please advise. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail, and delete the electronic version of the message from your system. Thank you.

---

**From:** Alexandra Harwin <aharwin@sanfordheisler.com>
**Sent:** Sunday, March 13, 2022 10:24 PM
**To:** Greg Bennett <GBennett@tlsslaw.com>

**Cc:** Hillary Raimondi <hraimondi@tlsslaw.com>; Laurent S. Drogin <LDrogin@tarterkrinsky.com>; Brittany K. Lazzaro <blazzaro@tarterkrinsky.com>; Kate MacMullin <kmacmullin@sanfordheisler.com>; Annie Sloan <ASloan@sanfordheisler.com>
**Subject:** Robinson v. De Niro et al. -- Follow-Up re Interview Request

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Greg,

Can you clarify what it is that Defendants are seeking with respect to an interview with Plaintiff, including who would conduct and attend the interview, how long would it last, and what topics would it cover?

We look forward to hearing back from you, and we wish you a happy birthday in the meanwhile!

Best,
Ali

### Alexandra Harwin (she/her/hers)

**Partner and Executive Chair of the Discrimination and Harassment Practice Group, bio**

1350 Avenue of the Americas, 31st Floor, New York, NY 10019

**DIRECT:** 646-401-0475 | **MAIN:** 646-402-5650



**New York**
**Washington, DC**
**San Francisco**
**San Diego**
**Nashville**
**Baltimore**

DISCLAIMER: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.