UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAHAM CHASE ROBINSON,<br><br>                *Plaintiff*,<br><br>- against -<br><br>ROBERT DE NIRO and<br>CANAL PRODUCTIONS, INC.,<br><br>                *Defendants*. | Case No.: 1:19-cv-09156 (LJL) (KHP)<br><br>**DEFENDANTS' NOTICE OF<br>MOTION FOR SANCTIONS** |

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Gregory R. Bennett, sworn to on the 1st day of April 2022, and the exhibits annexed thereto, the accompanying memorandum of law, and upon all the papers and proceedings heretofore had herein, Defendants Robert De Niro and Canal Productions, Inc. hereby move, pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927, and in accordance with the Court's January 20, 2022 Order (ECF #142) and March 22, 2022 Order (ECF #182), for an Order (i) dismissing, with prejudice, Plaintiff's equal pay claims under federal and state law (the "EPA Claims") and Plaintiff's claim seeking overtime compensation under the New York Labor Law (the "OT Claim") (collectively, the "Frivolous Claims"); (ii) imposing sanctions on Plaintiff and her counsel for maintaining the Frivolous Claims without any colorable basis in law or fact throughout the discovery phase of this action; (iii) awarding Defendants their attorneys' fees and costs incurred in defending against the Frivolous Claims, including, but not limited to, ESI-related costs, and (iv) such other and further relief as this Court deems just and proper.

| | |
|---|---|
| Dated: Hawthorne, New York<br>      April 1, 2022 | Dated: New York, New York<br>      April 1, 2022 |

**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**

By: *Gregory R. Bennett*

Gregory R. Bennett
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
Tel.: (914) 347-2600
Email: gbennett@tsslaw.com
*Attorneys for Defendants
Canal Productions, Inc. and
Robert De Niro*

**TARTER KRINSKY & DROGIN LLP**

By: *Laurent S. Drogin*

Laurent S. Drogin
Brittany K. Lazzaro
1350 Broadway
New York, New York 10018
Tel.: (212) 216-8000
Email: ldrogin@tarterkrinsky.com
Email: blazzaro@tarterkrinsky.com
*Attorneys for Defendant
Canal Productions, Inc.*