# EXHIBIT 19

On Feb 22, 2017, at 9:15 AM, Chase Robinson <Chase@canalproductions.com> wrote:

Is there a letter or an example that we can follow so there are no issues?

Thank you,
Chase
--
Chase Robinson
Canal Productions
Director of Production
Office: 212.941.4052

> On Feb 22, 2017, at 9:13 AM, Mandy Spencer-Phillips <mandy@whimsicalent.com> wrote:
>
> I think a letter from Canal stating he is employed by Canal should be fine stating he has worked with Bob for many years. They need proof that that this an exsisting relationship. Is this something that could be done.
>
> Mandy Spencer-Phillips
> (604) 323-4014
>
> On Feb 22, 2017 9:09 AM, "Chase Robinson" <Chase@canalproductions.com> wrote:
>> Hi Angelica,
>>
>> Dan does not have resume or a contract of employment with Canal.
>>
>> He is a salaried (at will) employee who has worked for Bob as his trainer for over 30 years.
>>
>> Would a w-2 form or pay stub work?
>>
>> Let me know if you would like to discuss.
>>
>> Thank you,
>> Chase
>>
>> --
>> Chase Robinson
>> Canal Productions
>> Director of Production
>> Office: 212.941.4052
>>
>>> On Feb 17, 2017, at 5:42 PM, Angelica Bailey <baileycinema2@gmail.com> wrote:
>>>
>>> Hey Chase,
>>>
>>> I will need a the following to his paperwork started:
>>>
>>> - Dan Harvey's Resume
>>> - A contract of employment between Canal Productions and his company (I've attached an example)

CONFIDENTIAL
CANAL_0008792

I need an estimate of how much he will be making.

If you could have him fill out the attached travel sheet. I can gather what I need to start the immigration paperwork. I may have some company question but I'll know once I start the process.

Angelica Bailey
Production Coordinator
--
**The War With Grandpa**
WWG Productions Inc.
65 Heward Ave., Suite A201
Toronto, ON M4M 2T5
Tel: 416.645.8304
Fax: 416.645.4023
Email: warwithgrandpa@gmail.com

<Travel Info Sheet.doc>
<Crew Deal Memo - Corporate.pdf>
<Crew Deal Memo - Individual.pdf>

> On Feb 17, 2017, at 5:27 PM, Chase Robinson <Chase@canalproductions.com> wrote:
>
> Hi Angie,
>
> Could you let me know what is needed so I can make sure we have it prepared?
>
> Thanks
> --
> Chase Robinson
> Canal Productions
> Director of Production
> Office: 212.941.4052
>
>> On Feb 10, 2017, at 9:17 AM, Mandy Spencer-Phillips <mandy@whimsicalent.com> wrote:
>>
>> Hi Chase
>>
>> Speaking with Angie now it looks like Dan will need a permit as this something new but she needs to do it under your company as that is who pays him.  I will have her call you and explain exactly what we need.  This is not a long process so there is still plenty of time. She will call you today.
>>
>> Best,
>>
>> Mandy Spencer-Phillips

**CONFIDENTIAL**

Line Producer
The War With Grandpa
mandy@whimsicalent.com
(416) 645-8304 Office
(604) 323-4014 Cellular

**From:** Chase Robinson [mailto:Chase@canalproductions.com]
**Sent:** February 10, 2017 7:15 AM
**To:** Mandy Spencer-Phillips <mandy@whimsicalent.com>
**Subject:** Re: WWG - Visas

Hi Mandy,

Do you have the letter we need for Dan? Also, what information do we need in advance for Bob?

Thanks
--
Chase Robinson
Canal Productions
Director of Production
Office: 212.941.4052

> On Jan 25, 2017, at 11:47 AM, Mandy Spencer-Phillips <mandy@whimsicalent.com> wrote:
>
> For Bob the visa is very straight forward.  We have all his info and will be submitting permit shortly as it will happen very fast.
>
> It has always been my understanding that he is being paid by Bob and therefore he will not need a permit as he is not working for our company or any other Canadian company.  He is also not taking a job from a Canadian as this is an ongoing working relationship with Bob. All he would need is a letter stating he is working for your company and therefore will not require a permit.  I can get you the wording for this letter but he will probably not ever be asked for it.
>
> Let me know if you need any other information.

Mandy Spencer-Phillips
Line Producer
The War With Grandpa
mandy@whimsicalent.com
(416) 645-8304 Office
(604) 323-4014 Cellular

**From:** Chase Robinson [mailto:Chase@canalproductions.com]
**Sent:** January 25, 2017 11:36 AM
**To:** mandy@whimsicalent.com
**Subject:** WWG - Visas

Hi Mandy,

What is the process for Bob's visa in Canada?

Also, for Dan, does he just go in as a tourist or does he need visa as well?

Thanks
--
Chase Robinson
Canal Productions
Director of Production
Office: 212.941.4052

**CONFIDENTIAL**                                                                                                                                            CANAL_0008795