```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
      :
GRAHAM CHASE ROBINSON,    :
      :
           Plaintiff,    :    19-cv-9156 (LJL)
      :
   -v-    :    **AMENDED ORDER OF**
      :    **REFERENCE**
ROBERT DE NIRO, et al.,    :
      :
           Defendant.    :
      :
------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

    Upon the consent of the parties, this action is referred to the assigned Magistrate Judge for the following purpose:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: Dkt. Nos. 194, 195. |

    The parties are directed to contact the chambers of Magistrate Judge Katherine H. Parker.

    SO ORDERED.

Dated: April 11, 2022
       New York, New York

                                            LEWIS J. LIMAN
                                        United States District Judge