```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                                 Plaintiff,                              19-CV-9156 (LJL) (KHP)

          -against-                             **ORDER SCHEDULING CASE**
                                                                      **MANAGEMENT CONFERENCE**

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                                 Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      An in-person Case Management Conference in this matter is hereby scheduled to discuss the pending motions at ECF Nos. 199-201 for **Thursday, April 21, 2022, at 10:00 a.m.** in Courtroom 17 D, United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

DATED:    New York, New York
               April 15, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge