UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GRAHAM CHASE ROBINSON**<br><br>*Plaintiff,*<br><br>v.<br><br>**ROBERT DE NIRO and**<br>**CANAL PRODUCTIONS, INC.,**<br><br>*Defendants.* | Case No. 1:19-cv-09156-LJL-KHP |

**DECLARATION OF ALEXANDRA HARWIN, ESQ.**
**IN OPPOSITION TO DEFENDANTS' MOTION TO**
**CONDUCT A MENTAL EXAMINATION OF PLAINTIFF**

ALEXANDRA HARWIN, Esq. hereby declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney with the law firm of Sanford Heisler Sharp, LLP, which is counsel to Plaintiff Graham Chase Robinson ("Plaintiff") in the above-captioned matter. I am fully familiar with the pleadings and proceedings in this action and with the matters set forth herein.

2. I submit this Declaration in opposition to Defendants' Motion to Conduct a Mental Examination of Plaintiff.

3. Attached as Exhibit 1 is a true and correct copy of correspondence sent by Plaintiff's counsel to Defendants' counsel on June 24, 2020, in which Plaintiff's counsel provided Defendants with executed HIPAA authorizations for the release of all records from Plaintiff's primary care physicians and psychiatrist dating back to February 4, 2005.

4. Pursuant to those HIPPA authorizations, Defendants ultimately obtained (and later produced to Plaintiff in discovery) medical records for Plaintiff spanning back to 2013. The

documents in Defendants' possession include records of Plaintiff's annual physicals, results of lab tests, and detailed notes from Plaintiff's treating psychiatrist, who recorded her evaluations of Plaintiff from over fifty (50) psychiatric treatment sessions since February 2020.

5. Attached as Exhibit 2 is a true and correct copy of correspondence between Plaintiff's counsel and Defendants' counsel between March 13 and 16, 2022, concerning Defendants' request for a psychiatric examination of Plaintiff.  Defendants' counsel still have never conferred with Plaintiff's counsel, either telephonically or in person, concerning Defendants' request for a psychiatric examination of Plaintiff.

6. Attached as Exhibit 3 is a true and correct copy of the Expert Witness Profile of Kimberly S. Resnick, M.D., published by WestLaw, accessed on April 12, 2022.

7. Attached as Exhibit 4 is a true and correct copy of correspondence between Plaintiff's counsel and Defendants' counsel on April 4 and 5, 2022, in which Plaintiff's counsel inquired about Dr. Resnick's prior testimony as an expert.  In response, Defendants have not furnished any information as to whether Dr. Resnick has any prior experience testifying as an expert witness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2022.

_____
Alexandra Harwin