

**Sanford Heisler Sharp, LLP**
1350 Avenue of the Americas, Floor 31
New York, NY 10019
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Alexandra Harwin*, Partner
Executive Chair of Discrimination and Harassment Practice Group
(646) 401-0475
aharwin@sanfordheisler.com                New York | Washington D.C. | San Francisco | San Diego | Nashville | Baltimore

April 18, 2022

**VIA ECF**
The Honorable Katharine H. Parker
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Robinson v. De Niro and Canal Productions, Inc.*, No. 1:19-cv-09156 (LJL) (KHP)

Dear Judge Parker:

This firm represents Plaintiff Graham Chase Robinson. We write in connection with the upcoming case management conference, which the Court set to occur in-person on April 21, 2022. We write to request that Plaintiff's attorney David Sanford, who is in California, be permitted to participate telephonically. Defendants do not object to the instant request.

Among the topics to be covered at the upcoming Court conference is Plaintiff's letter motion to continue Defendant Robert De Niro's deposition. *See* Dkt. No. 206. David Sanford is the attorney who took Mr. De Niro's deposition and who repeatedly met and conferred with Defendants' counsel concerning the deposition. Given that Mr. Sanford is in California, we respectfully request that he be permitted to participate in the conference telephonically.

We thank the Court for its consideration of this request.

Respectfully submitted,

Alexandra Harwin