```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                        Plaintiff,                          19-CV-9156 (LJL) (KHP)

       -against-                                         **ORDER**

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                        Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 21, 2022, the Court held a case management conference that determined the following:

Defendants' Letter Motion at ECF No. 199 requesting Plaintiff to comply with ESI Order has been rectified and Plaintiff will provide a supplemental production by April 29, 2022. Thus, the motion is denied as moot.

Regarding Plaintiff's letter motion at ECF Nos. 201 and 202 seeking more time to depose Mr. Robert De Niro, Plaintiff is granted two hours in addition to the 38 minutes that are left from the previous deposition. The parties have been warned that objections need to be limited and are prohibited from asking inappropriate topics. **The Clerk of Court is directed to terminate the motion at ECF No. 202.**

Additionally, the Court will extend the expert discovery deadline for the purpose of conducting the Defendants vocational witness in May.

Lastly, an in-person conference will be held on **May 18, 2022 at 4:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. In anticipation of this

conference, the parties are required to submit a three-page joint agenda letter to the Court by May 16, 2022.

**SO ORDERED.**

DATED:   New York, New York
April 21, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge