# EXHIBIT 9



Calling in 10

Okay

CONFIDENTIAL ROBINSON00014876