# EXHIBIT 11

Page 1

UNITED STATES SOUTHERN DISTRICT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
GRAHAM CHASE ROBINSON,

                         Plaintiff,


              -against-          Case No:
                                 1:19-cv-09156 (LTS) (KHP)



ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                    Defendants.
------------------------------------------------x
            DEPOSITION TAKEN VIA ZOOM

            March 30, 2022
            9:32 a.m.



          VIDEOTAPED DEPOSITION of TIFFANY CHEN, held at

the above-mentioned time, before, PAIGE HAYDEN, a Court

Reporter and Notary Public of the State of New York.
            ------------------------------------------X







                    MAGNA LEGAL SERVICES
                      (866) 624-6221
                     www.MagnaLS.com



```
 1                    T. CHEN
 2     A.     Uh-huh.  Yes.
 3     Q.     If you look at the first
 4  text message from 1:53 a.m., you
 5  write, "I was thinking about Chase's
 6  e-mail.  She says she is just trying
 7  to do her job.  Nobody is stopping
 8  her but herself."
 9     A.     Yes.
10     Q.     What did you understand Ms.
11  Robinson's job to be?
12     A.     Bob's assistant.
13     Q.     And what was the scope of
14  Ms. Robinson's job responsibilities
15  as Mr. De Niro's assistant?
16     A.     I can't answer that
17  question.  She is Mr. De Niro's
18  assistant, not mine.
19     Q.     What did you understand the
20  scope of Ms. Robinson's job
21  responsibilities to be as Mr. De
22  Niro's assistant?
23     A.     To act in the role of his
24  assistant.
25     Q.     Ms. Chen, what did you
```

