# EXHIBIT 13

| | |
|---|---|
| From: | Chase Robinson ▮▮▮ on behalf of Chase Robinson |
| Sent: | Friday, January 11, 2019 11:25 AM |
| To: | Bob ▮▮▮ ; Tiffany Chen |
| Subject: | Plants & Planters |

Hi,

I sent you both the Mexican Pottery (Bob you requested) and a few other options for planters for the shelves in the living room. There is also an email for the larger pot needed for a bigger plant.

Let me know what you decide.

Thanks
--
Chase Robinson
VP, Production & Finance
Canal Productions
Office: ▮▮▮

1

CONFIDENTIAL
CANAL_0046062