# EXHIBIT 16

**From:** Chase Robinson
**Sent:** Thursday, January 09, 2014 4:27 PM
**To:** GHDN;
**Cc:** Christine O'Leary; Nellie Norden
**Subject:** FW: Prive Jets / G5
**Attachments:** GV Exterior[9].jpg; GV Config[7].jpg; GV Interior[7].jpg; GV Interior 2[10].jpg

Hi,

I've been told by Stan we have lost the Global Express option. What they have available is a G5. I've attached the pictures. I emailed them to confirm the back room seat configuration (if there are two sofas).

Below what they have said about Marcos.

Best,
Chase

---

**From:** <Rowell>, Stan
**Date:** Thursday, January 9, 2014 2:36 PM
**To:** Chase Robinson
**Subject:** RE: Prive Jets / G5

They are saying that they want their own FA to go as well, at this time.

It may turn out they know Bob's FA and we can seek approval for Marco to go alone.

Stan

---

**From:** Chase Robinson
**Sent:** Thursday, 9 January 2014 11:27 AM
**To:** Rowell, Stan
**Subject:** Re: Prive Jets / G5

Hi Stan,
I will email Bob and get back to you. Just to confirm, if Bob's FA is available, he can be the only FA on the plane?
Thanks!

---

**From:** <Rowell>, Stan
**Date:** Thursday, January 9, 2014 2:14 PM
**To:** Chase Robinson
**Subject:** FW: Prive Jets / G5

Chase,
Further to my call just now, I am confirming that the Global Express option is no longer available.

Please see the attachments for photos of the G5 that is confirmed for your trip, plus comments below on the itinerary and flight attendant.

Regards,
Stan

1

```
-----Original Message-----
From: Ilan Green
Sent: Thursday, 9 January 2014 11:22 AM
To: Rowell, Stan
Subject: Prive Jets
```

Here are the pictures of the 2001 GV for your trip. We can leave anytime on the 18th from TEB. 5PM on the 24th is perfect out of LAX. The aircraft does have a dedicated flight attendant but Mr. De Niros personal attendant can fly and assist no problem. The price will not increase at all on this aircraft.

Best Regards,

Ilan Green
Account Executive
Privé Jets
United States:
Spain: +
United Kingdom: +
Mexico: +
Toll-Free: +
Brazil: +
Fax: +
Switzerland: +

www.privejets.com
*For more information on our services and the Jet Setter Program, please see our Electronic Brochure.

CONFIDENTIALITY NOTICE:
Do not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to info@privejets.com or by phone 305-917-1600, and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

CONFIDENTIAL                                                                                                    CANAL_0038108