# EXHIBIT 20

| | |
|---|---|
| **From:** | Bob ▮▮▮ on behalf of Bob ▮▮▮ |
| **Sent:** | Thursday, March 14, 2019 9:03 PM |
| **To:** | Tiffany Chen |
| **Cc:** | Chase Robinson |
| **Subject:** | Re: Couch and Mattress Sanitizers & Miele Vacuums |

Yes can we order this as soon as can? Thx b

Sent from my iPhone

On Mar 14, 2019, at 9:01 PM, Tiffany Chen ▮▮▮ wrote:

> Tiffany Chen
> www.tiffanyfnchen.com
> www.williamccchen.com
>
> Begin forwarded message:
>
>> **From:** Tiffany Chen ▮▮▮
>> **Date:** March 14, 2019 at 10:34:30 AM EDT
>> **To:** Chase Robinson ▮▮▮
>> **Cc:** Bobby ▮▮▮
>> **Subject: Couch and Mattress Sanitizers & Miele Vacuums**
>>
>> Could we order two of each of these please?
>>
>> With additional filters for each and bags for the vacuums.
>>
>> Thanks, t
>>
>> <image1.png>
>>
>> <image2.png>
>>
>> Tiffany Chen
>> www.tiffanyfnchen.com
>> www.williamccchen.com

CONFIDENTIAL                                                                                              CANAL_0047093