```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                              Plaintiff,                                            19-CV-9156 (LJL) (KHP)

                  -against-                                             **ORDER**

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court has reviewed Plaintiff's Letter Motion for Leave to File Redacted Documents, at ECF No. 217. Regarding the parties' proposed redactions highlighted in yellow, the Court accepts all redactions, except for the redaction of the phrase "in order to avoid detection by others, correct" which is at Exhibit 2, pp. 33-34.

       However, regarding Defendants' proposed redactions highlighted in green, the Court denies all redactions.

       The parties are directed to file the exhibits with the accepted redactions on ECF.

**SO ORDERED.**

DATED:       New York, New York
                   May 3, 2022

*[Signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge