# EXHIBIT 5

| | |
|---|---|
| **From:** | Chase Robinson ███████ on behalf of Chase Robinson |
| **Sent:** | Sunday, June 11, 2017 10:18 PM |
| **To:** | Bob De Niro |
| **Subject:** | Tonight & Tomorrow |

Hi,

I hope you feel better tonight - try to relax and get a good night sleep. <u>No martinis tonight…</u>

**Reminder to take the pill in the morning with food/glass of water.**

I'll make sure the girls make an appointment with Dr. ███ or any other ███ you'd like. I'll touch base with them in the am.

I have a dr. appointment at 9am but should be out by 10am. If you need me to meet you at Dr. ███, let me know.

Call me if you have any issues tonight. My phone is on.

1