# EXHIBIT 9



Calling in 10

Okay

CONFIDENTIAL                                                                                      ROBINSON00014876