UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                       Plaintiff,                       19-CV-9156 (LJL) (KHP)

       -against-                          **ORDER**

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                       Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 18, 2022, the Court held a case management conference that determined the following:

By May 25, 2022, Defendants must respond to Plaintiff's Interrogatories Nos. 8 and 9 by providing Plaintiff the bates numbers of responsive documents and informing Plaintiff whether the relevant information in those documents formed the basis for Defendants' lawsuit against the Plaintiff and for their computation of damages.

By May 25, 2022, Defendants shall serve upon Plaintiff a tailored document request seeking documents relating to paid or unpaid screenwriting and producing work performed by Plaintiff during the relevant period. Plaintiffs shall respond to the document request by June 8, 2022.

By May 25, 2022, Defendants must file a letter informing the Court and Plaintiff:

- whether Defendants intend to pursue claims regarding Plaintiff's alleged theft of vacation in their lawsuit against the Plaintiff;

- whether and how Canal Productions' accountants receive and maintain underlying receipts for items charged to petty cash, whether the accountants

      have possession of the receipts Plaintiff requests be produced, and if so, what the volume is of said receipts;

- how Canal's general ledger is maintained, including how regularly it is maintained, the level of specificity provided for various expenses, and how expenses are grouped or aggregated.  In addition, Defendants' letter must include, as an attachment, a two-page sample from Canal's general ledger;

- whether Defendants are prepared to stipulate that to the extent Plaintiff or other employees submitted expenses as business expenses, such expenses would be marked on the ledger as business expenses; and

- the date on which the "flip phone" was last used; or, if Defendants have not yet obtained this information, the date by which Defendants anticipate learning this information from Verizon.

      On June 1, 2022, the parties must provide a joint status letter updating the court regarding the status of Canal Productions' Rule 30(b)(6) testimony.

**SO ORDERED.**

DATED:      New York, New York
                May 19, 2022

                                          KATHARINE H. PARKER
                                          United States Magistrate Judge