# TRAUB LIEBERMAN

Mid-Westchester Executive Park  |  7 Skyline Drive  |  Hawthorne, NY 10532
DIRECT (914) 586-7037  |  MAIN (914) 347-2600  |  FAX (914) 347-8898

Gregory R. Bennett  |  Partner  |  gbennett@tlsslaw.com

May 25, 2022

**Via ECF Only**

Hon. Katharine H. Parker, U.S.M.J.
U.S. District Courthouse
500 Pearl Street, Room 750
New York, New York 10007

   Re: *Graham Chase Robinson v. Canal Prods., Inc. et al.*
      Civil Action No.: 19cv9156 (LJL) (KHP) (the "Action")

Dear Judge Parker:

  Defendants Canal Productions, Inc. ("Canal") and Robert De Niro (collectively, "Defendants") write to address the issues identified in the Court's May 19, 2022 Order (ECF #227). Defendants respond to each of those issues, as follows:

- *Vacation Days*: Defendants intend to continue prosecuting their Counterclaims relating to Plaintiff's alleged theft of compensation with respect to "unused" vacation days. The record evidence reflects numerous instances where Plaintiff by all objective accounts was on vacation. Her theory seems to be that if she did any work whatsoever on those days, it somehow did not "count" as a vacation day; leaving her with "unused" vacation days. Under a policy that she unilaterally implemented, she would then request payment for these "unused" vacation days;

- *Petty Cash Receipts*: Canal's accountant typically employs the following procedure regarding "petty cash" and any corresponding receipts: Canal employee Michael Kaplan typically sent information electronically in an Excel spreadsheet to Canal's accountant reflecting petty cash expenses on an *ad hoc* basis. Mr. Kaplan obtained the information from Ms. Robinson who – consistent with her duties – unilaterally made determinations as to whether items were coded as business (to Canal) or personal (to Mr. De Niro). In this regard, Ms. Robinson was able to pass off her unauthorized expenses as Canal business expenses. Canal's accountant and/or his personnel would then conduct a quick review of the information reflected on the spreadsheet to evaluate how to assign the expenses to an applicable journal entry. To the best of the recollection of Canal's accountant, Mr. Kaplan delivered receipts with respect to petty cash in a haphazard collection

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
www.traublieberman.com CALIFORNIA

Katharine H. Parker, U.S.M.J.
May 25, 2022
Page 2

approximately once or twice. Following a reasonably diligent and good faith review of its records, Canal's accountant has not identified the existence of any receipts corresponding to petty cash expenses that Mr. Kaplan provided to him.

- *General Ledger*: Canal's accountant maintains a general ledger which identifies expenses by category, such as Meals, Transportation, Business Gifts, Office Expenses and Lodging. The general ledger is typically maintained on a weekly basis. Any expenses noted in the general ledger are described generally and vaguely.[1]

- *Stipulations*: Defendants are willing to stipulate that Plaintiff designated various charges as being Canal's business expenses or "personal" to Mr. De Niro, and that such designations were generally accepted by Canal's accountant, except in unusual circumstances for which clarification or additional information was sought. All items designated as business expenses were regarded as such by Canal's accountants.

- *Flip Phone*: On May 25, 2022, Defendants sent out for service a Subpoena *Duces Tecum* directed at Canal's cell phone carrier (a copy of which was served on Plaintiff's counsel). Through the Subpoena, Defendants seek the following: "Documents identifying the date the Phone within the Account was last used for purposes of receiving or sending text messages and/or voice calls, including, but not limited to, information identifying the sender or recipient of any text messages and/or voice calls included within the final statement covering such period of time."[2] It bears repeating that Ms. Robinson has not claimed to have ever communicated with Mr. De Niro using this phone or that she has any basis to believe any communications on this phone are related, in any way, to the claims or defenses at issue.

Defendants' counsel will notify the Court and Plaintiff's counsel upon receipt of any documents in response to the Subpoena.

Please contact us if the Court has any questions.

Respectfully submitted,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

*Gregory R. Bennett*
Gregory R. Bennett

cc: All Counsel (via ECF only)

---

[1] Annexed hereto as Exhibit "A" is a two-page excerpt from the general ledger which illustrates the generic descriptions for expense entries.
[2] Capitalized terms have been defined in the Subpoena.

# EXHIBIT A

2:11 PM
05/24/22
Accrual Basis

# Canal Productions, Inc.
## General Ledger
### As of December 31, 2018

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Deposit | 12/18/2018 | | | Deposit | 10010 · First R... | | |
| Deposit | 12/18/2018 | | | Deposit | 10010 · First R... | | |
| Deposit | 12/27/2018 | | | Deposit | 10010 · First R... | | |
| General Journal | 12/31/2018 | AJE 2 | | To adjust com... | 12020 · CAA C... | | |
| Total ▪ Agent's Commission | | | | | | | |
| **63050 ·** | | | | | | | 0.00 |
| Deposit | 04/24/2018 | 3480413 | | ... | 10010 · First R... | | |
| General Journal | 12/31/2018 | TC 2 | | | 12020 · CAA C... | | |
| Total 63050 · Agent's Commission - WME | | | | | | | |
| **64000 · Travel Expense** | | | | | | | |
| **64005 · Travel - Air** | | | | | | | |
| General Journal | 01/02/2018 | amex ... | | RECORD DE... | 75115 · Postag... | | |
| Deposit | 01/05/2018 | | | refund | 10010 · First R... | | |
| General Journal | 01/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 01/29/2018 | debit | American Express | conf# W7510 | 10010 · First R... | | |
| Check | 02/27/2018 | debit | American Express | | 10010 · First R... | | |
| Check | 03/22/2018 | debit | American Express | Canal Amex | 10010 · First R... | | |
| Check | 03/22/2018 | debit | American Express | Canal Amex | 10010 · First R... | | |
| Check | 03/22/2018 | debit | American Express | Personal amex | 10010 · First R... | | |
| Check | 04/25/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 05/24/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 06/14/2018 | debit | American Express | Canal Amex 1... | 10010 · First R... | | |
| General Journal | 06/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 07/02/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| General Journal | 07/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 07/23/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| General Journal | 08/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 08/24/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| General Journal | 09/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 09/27/2018 | DEBIT | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 10/31/2018 | Debit | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 11/27/2018 | Debit | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 12/28/2018 | Debit | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Total 64005 · Travel - Air | | | | | | | |
| **64010 · Travel - Hotel** | | | | | | | |
| General Journal | 01/02/2018 | amex ... | | RECORD DE... | 75115 · Postag... | | |
| General Journal | 01/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 01/29/2018 | debit | American Express | conf# W7510 | 10010 · First R... | | |
| Check | 02/27/2018 | debit | American Express | | 10010 · First R... | | |
| Check | 03/22/2018 | debit | American Express | Canal Amex | 10010 · First R... | | |
| Check | 03/22/2018 | debit | American Express | Canal Amex | 10010 · First R... | | |
| Check | 03/22/2018 | debit | American Express | Personal amex | 10010 · First R... | | |
| Check | 04/25/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 05/24/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 06/14/2018 | debit | American Express | Canal Amex 1... | 10010 · First R... | | |
| General Journal | 06/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 07/02/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| General Journal | 07/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 07/23/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| General Journal | 08/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 08/24/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| General Journal | 09/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 09/27/2018 | DEBIT | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 10/31/2018 | Debit | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 11/27/2018 | Debit | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 12/28/2018 | Debit | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Total 64010 · Travel - Hotel | | | | | | | |

# Canal Productions, Inc.
# General Ledger
## As of December 31, 2018

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **75135 · Travel - Taxis/Trains** | | | | | | | |
| General Journal | 01/02/2018 | amex ... | | RECORD DE... | 75115 · Postag... | | |
| General Journal | 01/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 01/29/2018 | debit | American Express | conf# W7510 | 10010 · First R... | | |
| Check | 01/29/2018 | debit | American Express | Mta | 10010 · First R... | | |
| Check | 02/27/2018 | debit | American Express | | 10010 · First R... | | |
| Check | 02/27/2018 | debit | American Express | Mta | 10010 · First R... | | |
| Check | 03/22/2018 | debit | American Express | Canal Amex | 10010 · First R... | | |
| Check | 03/22/2018 | debit | American Express | Mta | 10010 · First R... | | |
| Check | 03/22/2018 | debit | American Express | Canal Amex | 10010 · First R... | | |
| Check | 03/22/2018 | debit | American Express | Mta | 10010 · First R... | | |
| Check | 03/22/2018 | debit | American Express | Personal amex | 10010 · First R... | | |
| Check | 03/22/2018 | debit | American Express | Mta | 10010 · First R... | | |
| Check | 04/25/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 04/25/2018 | dm | American Express | Mta | 10010 · First R... | | |
| Check | 05/24/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 06/14/2018 | debit | American Express | Canal Amex 1... | 10010 · First R... | | |
| Check | 06/14/2018 | debit | American Express | Mta | 10010 · First R... | | |
| General Journal | 06/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 07/02/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 07/02/2018 | dm | American Express | Mta | 10010 · First R... | | |
| General Journal | 07/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 07/23/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 07/23/2018 | dm | American Express | Mta | 10010 · First R... | | |
| General Journal | 08/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 08/24/2018 | dm | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 08/24/2018 | dm | American Express | Mta | 10010 · First R... | | |
| Check | 09/06/2018 | | Executive Charge, Inc | 5362132 | 10010 · First R... | | |
| Check | 09/13/2018 | | Executive Charge, Inc | invoice # 5362... | 10010 · First R... | | |
| General Journal | 09/15/2018 | amex ... | | | 75115 · Postag... | | |
| Check | 09/27/2018 | DEBIT | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 09/27/2018 | DEBIT | American Express | Mta | 10010 · First R... | | |
| Check | 10/31/2018 | Debit | American Express | Canal Amex 4-... | 10010 · First R... | | |
| Check | 11/27/2018 | Debit | American Express | Taxi and Limo | 10010 · First R... | | |
| Check | 11/27/2018 | Debit | American Express | Train | 10010 · First R... | | |
| Check | 12/28/2018 | Debit | American Express | Canal Amex 4-... | 10010 · First R... | | |
| General Journal | 12/31/2018 | Petty ... | | | -SPLIT- | | |
| Total 75135 · Travel - Taxis/Trains | | | | | | | |
| **64000 · Travel Expense - Other** | | | | | | | |
| Check | 06/11/2018 | wire | | Bob 12/22/17 | 10010 · First R... | | |
| Check | 06/11/2018 | wire | | Bob & ... 12... | 10010 · First R... | | |
| Check | 06/11/2018 | wire | | Bob & ... 3/... | 10010 · First R... | | |
| Check | 11/27/2018 | Debit | American Express | Altour | 10010 · First R... | | |
| General Journal | 12/31/2018 | TC 4 | | to reclass defe... | 1200000 · TSR ... | | |
| Total 64000 · Travel Expense - Other | | | | | | | |
| Total 64000 · Travel Expense | | | | | | | |
| **65000 · Interest Expense** | | | | | | | |
| Total 65000 · Interest Expense | | | | | | | |
| **65500 · Outside Services** | | | | | | | |
| **65510 · Flight Attendant** | | | | | | | |
| Total 65510 · Flight Attendant | | | | | | | |
| **65512 · Consulting- Makeup** | | | | | | | |
| Total 65512 · Consulting- Makeup | | | | | | | |
| **65500 · Outside Services - Other** | | | | | | | |
| Check | 06/27/2018 | | | S... | 10010 · First R... | | |
| Check | 08/29/2018 | | | S... | 10010 · First R... | | |
| Total 65500 · Outside Services - Other | | | | | | | |
| Total 65500 · Outside Services | | | | | | | |