

**Sanford Heisler Sharp, LLP**
1350 Avenue of the Americas, Floor 31
New York, NY 10019
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Alexandra Harwin*, Partner
Executive Chair of Discrimination and Harassment Practice Group
(646) 401-0475
aharwin@sanfordheisler.com     New York | Washington D.C. | San Francisco | San Diego | Nashville | Baltimore

July 1, 2022

**VIA ECF**
The Honorable Katharine H. Parker
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:  *Robinson v. De Niro and Canal Productions, Inc.*, **No. 1:19-cv-09156 (LJL) (KHP)**

Dear Judge Parker:

    This firm represents Plaintiff Graham Chase Robinson.

    The Court's Order of June 2, 2022 (Dkt. No. 236) scheduled a status conference for July 14, 2022, and set a deadline of July 11, 2022 for the parties to submit a joint status letter. However, undersigned counsel will be out of the office during the entire week of July 11, 2022.

    Accordingly, Plaintiff respectfully requests that the status conference and deadline for submission of the joint status letter be extended to dates on or after July 21, 2022. Defendants consent to the instant request. We appreciate the Court's consideration of this request.

                                    Respectfully submitted,

                                    Alexandra Harwin