**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2022
```

------------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                              Plaintiff,                           **19-CV-9156 (LJL) (KHP)**

        -against-                                   **ORDER**

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                            Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the August 18, 2022, Case Management Conference:

      By **Thursday, August 25, 2022**, the parties shall meet and confer in good faith regarding:

- A mutually agreeable stipulation as to the General Ledger, and specifically whether the expenses at issue were marked in the general ledger as "business expenses" by Canal's accountants.

- The scope and extent of any further Rule 30(b)(6) depositions.

- Plaintiff's production of documents regarding her screenwriting work and payments received for the same.

      By **Friday, September 9, 2022**, the parties shall file a joint status letter of no more than

three pages updating the Court on the status of discovery, including the status of the above

three items.

      The deadline for all discovery is extended to **Friday, September 16, 2022**.  No further

extensions of the discovery deadline will be granted absent a compelling reason.

**SO ORDERED.**

DATED:     New York, New York
            August 18, 2022

                                       *Katharine H. Parker*
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge