# TRAUB LIEBERMAN

Mid-Westchester Executive Park  |  7 Skyline Drive  |  Hawthorne, NY 10532
DIRECT (914) 586-7037  |  MAIN (914) 347-2600  |  FAX (914) 347-8898

Gregory R. Bennett  |  Partner  |  gbennett@tlsslaw.com

August 24, 2022

*Via ECF Only*

Hon. Katharine H. Parker, U.S.M.J.
U.S. District Courthouse
500 Pearl Street, Room 750
New York, New York 10007

      Re:   *Graham Chase Robinson v. Robert De Niro et al.*
             Civil Action No.:  19cv9156 (LJL) (KHP) (the "Action")

Dear Judge Parker:

    As the Court is aware, the undersigned represents Defendants Canal Productions, Inc. and Robert De Niro in the Action. Pursuant to the Court's July 26, 2022 Order (ECF #242), and as Your Honor referred to during the August 18, 2022 telephonic status conference, this letter is to inform the Court of the documents they are filing concerning Defendants' Motion for Sanctions.

    If the Court or Clerk would like for these documents to be filed on ECF in a different manner, please contact us.

                                Respectfully,

                            TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

                                *Gregory R. Bennett*
                                Gregory R. Bennett

cc:  All Counsel (via ECF)

www.traublieberman.com

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
CALIFORNIA