Exhibit L

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2

 3     Case No. 1:19-cv-09156 (LJL)(KHP)
       _____
 4

 5     GRAHAM CHASE ROBINSON,

 6     Plaintiff,

 7     v.

 8     ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

 9     Defendants.

10     _____

11

12

13

14                          EXHIBIT L

15

16

17

18

19

20

21

22

23

24
       Transcribed by:
25     ERIKA SEGUIRANT, RPR
```

```
 1                    MS. ROBINSON:  I mean, I thought I would
 2   go with Brian.  I'm trying to like -- right now, I'm
 3   trying to debate the PA thing.  Part of me feels like
 4   Coreen is such a like -- you know, normally I would
 5   just pick one or the other.  Coreen had assisted --
 6   had assisted Sir Ben Kingsley in Our Lady of Perpetual
 7   Grace.  She -- so she has experience.  Brian assisted
 8   Dog the Bounty Hunter, you know, but doesn't have the
 9   same experience with someone with the level of like,
10   you know, Bob.
11                    My thought was, okay, go with Coreen
12   because Coreen seems like kind of with it and nice and
13   that, you know, she has experience.  The other part of
14   me thinks that like if Tiffany goes down there, she's
15   going to fucking hate a girl, so I might as well go
16   with a guy because then a guy is less threatening.
17                    MS. CHAMBERS:  She may not.  She may
18   not.  But you can give Bob the --
19                    (End of recording.)
20
21
22
23
24
25
```

|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  | C E R T I F I C A T E                                                |
| 2  |                                                                      |
| 3  |                                                                      |
| 4  | I, ERIKA SEGUIRANT, Registered                                       |
| 5  | Professional Reporter/Transcriptionist, do hereby                    |
| 6  | certify that I was authorized to transcribe the                      |
| 7  | foregoing recorded proceeding, and that the transcript               |
| 8  | is a true and accurate transcription of my shorthand                 |
| 9  | notes, to the best of my ability, taken while                        |
| 10 | listening to the provided recording.                                 |
| 11 | I further certify that I am not of                                   |
| 12 | counsel or attorney for either or any of the parties                 |
| 13 | to said proceedings, nor in any way interested in the                |
| 14 | events of this cause, and that I am not related to any               |
| 15 | of the parties thereto.                                              |
| 16 |                                                                      |
| 17 | Dated this 19th day of July, 2022.                                   |
| 18 |                                                                      |
| 19 | *Erika Seguirant*                                                    |
| 20 | _____                                             |
|    | ERIKA SEGUIRANT, RPR                                                 |
| 21 |                                                                      |
| 22 |                                                                      |
| 23 |                                                                      |
| 24 |                                                                      |
| 25 |                                                                      |

| A | |
|---|---|
| assisted | 2:5, 6,7 |

| B | |
|---|---|
| Ben | 2:6 |
| Bob | 2:10,18 |
| Bounty | 2:8 |
| Brian | 2:2,7 |

| C | |
|---|---|
| CHAMBERS | 2:17 |
| Coreen | 2:4,5, 11,12 |

| D | |
|---|---|
| debate | 2:3 |
| Dog | 2:8 |

| E | |
|---|---|
| end | 2:19 |
| experience | 2:7,9,13 |

| F | |
|---|---|
| feels | 2:3 |
| fucking | 2:15 |

| G | |
|---|---|
| girl | 2:15 |
| give | 2:18 |
| Grace | 2:7 |
| guy | 2:16 |

| H | |
|---|---|
| hate | 2:15 |

| | |
|---|---|
| Hunter | 2:8 |

| K | |
|---|---|
| kind | 2:12 |
| Kingsley | 2:6 |

| L | |
|---|---|
| Lady | 2:6 |
| level | 2:9 |

| N | |
|---|---|
| nice | 2:12 |

| P | |
|---|---|
| PA | 2:3 |
| part | 2:3,13 |
| Perpetual | 2:6 |
| pick | 2:5 |

| R | |
|---|---|
| recording | 2:19 |
| ROBINSON | 2:1 |

| S | |
|---|---|
| Sir | 2:6 |

| T | |
|---|---|
| thing | 2:3 |
| thinks | 2:14 |
| thought | 2:1,11 |
| threatening | 2:16 |
| Tiffany | 2:14 |