```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GRAHAM CHASE ROBINSON,

                      Plaintiff,                          **19-CV-9156 (LJL) (KHP)**

       -against-                                        **ORDER**

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                      Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court thanks the parties for their status updates at ECF Nos. 260-63. The Court notes that if the Parties need additional time to compile a joint letter in the future, they may request an extension of the deadline to file the letter in lieu of submitting multiple letters.

      Regarding the stipulation as to the general ledger, the Court deems the production of the general ledger unnecessary since there is no dispute that the expenses for which Plaintiff was reimbursed were recorded as business expenses in the general ledger, and the sole reason Plaintiff gave for their requested production is to ascertain whether they were logged as business expenses. To the extent the parties cannot agree on a stipulation, the parties may bring out this undisputed fact through testimony at trial if necessary.

      Regarding Mr. De Niro's net worth, no further discovery shall be permitted and no further production from Defendants shall be required.

      An extension of the discovery deadline is not needed, and discovery will conclude on September 23, 2022, with the exception of the deposition of Mr. De Niro, which will occur by October 14, 2022. As discovery will soon be closed, to the extent either or both sides wish to move for Summary Judgment, the parties shall jointly propose a briefing schedule for the

motion(s).  The parties shall propose the briefing schedule in a joint letter by **Wednesday, September 28, 2022**.

**SO ORDERED.**

DATED: New York, New York
September 21, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge