

**Sanford Heisler Sharp, LLP**
1350 Avenue of the Americas, Floor 31
New York, NY 10019
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Alexandra Harwin*, Partner
Executive Chair of Discrimination and Harassment Practice Group
(646) 401-0475
aharwin@sanfordheisler.com         New York | Washington D.C. | San Francisco | San Diego | Nashville | Baltimore

September 28, 2022

**VIA ECF**
The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Katharine H. Parker
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Robinson v. De Niro and Canal Productions, Inc.*, No. 1:19-cv-09156 (LJL) (KHP)

Dear Judge Liman and Judge Parker:

This firm represents Plaintiff Graham Chase Robinson. This joint status letter is submitted on behalf of all parties in the above-captioned litigation.

In an attempt to streamline this litigation, and to support our settlement efforts in the upcoming mediation, the parties are jointly submitting a Stipulation of Dismissal of Certain Claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The following claims are being withdrawn with prejudice:

Defendant Canal is withdrawing Counterclaim IV (fraud). Plaintiff is withdrawing (as to all Defendants) Counts III (unequal pay under the federal Equal Pay Act); IV (unequal pay under the New York Equal Pay Act); and V (failure to pay overtime under the New York Labor Law).

Discontinuance of Count V by Plaintiff obviates the need for a ruling on the Objection filed by Defendants to Magistrate Judge Parker's Report and Recommendation (Dkt. No. 244); accordingly, Defendants are also submitting their Notice of Withdrawal of Defendants' Objection.

Respectfully submitted,

*/s/ Alexandra Harwin*
Alexandra Harwin