UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                          Plaintiff,

      -v-

ROBERT DE NIRO et al.,

                        Defendants.

------------------------------------------------------------------------X

19-cv-09156 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 10/12/2022 _

LEWIS J. LIMAN, United States District Judge:

      On July 13, 2022, Magistrate Judge Katharine Parker issued a Report and Recommendation recommending that the Court deny Defendants' motion for sanctions made pursuant to Rule 11 of the Federal Rules of Civil Procedure. Dkt. No. 240. Magistrate Judge Parker advised the parties that they had fourteen (14) days to file written objections to the Report and Recommendation. *Id.* at 18. On July 27, 2022, Defendants filed a "single objection" to the Report and Recommendation. Dkt. Nos. 243–44. On October 11, 2022, Defendants filed a letter stating that they "hereby withdraw their Objection filed at Dkt. Nos. 243 and 244" and "Plaintiff consents to this withdrawal." Dkt. No. 271.

      In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen (14) days. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P.

72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its entirety and DENIES Defendants' motion for sanctions.

SO ORDERED.

Dated: October 12, 2022
New York, New York

_____
LEWIS J. LIMAN
United States District Judge