# EXHIBIT 8

Page 1

```
UNITED STATES SOUTHERN DISTRICT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
GRAHAM CHASE ROBINSON,

                    Plaintiff,

        -against-         Case No:
                          1:19-cv-09156 (LTS) (KHP)



ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                    Defendants.
------------------------------------------x
            DEPOSITION TAKEN VIA ZOOM

            March 30, 2022
            9:32 a.m.



        VIDEOTAPED DEPOSITION of TIFFANY CHEN, held at
the above-mentioned time, before, PAIGE HAYDEN, a Court
Reporter and Notary Public of the State of New York.
------------------------------------------X




                MAGNA LEGAL SERVICES
                  (866) 624-6221
                  www.MagnaLS.com
```



Page 43

```
 1                T. CHEN
 2    have done you justice.  You're
 3    really as great as he has built you
 4    up to be and then some.  Hope you
 5    like the products.  I'm making Rose
 6    based serums next week.  I'll pass
 7    some along to you.  Have a great
 8    weekend."
 9           Describe for me what Mr. De
10    Niro said when he spoke glowingly of
11    Ms. Robinson?
12       A.   He said that he was very
13    happy that she always seemed to get
14    the job done, and that was it.
15       Q.   What compliments would Mr.
16    De Niro pay Ms. Robinson?
17       A.   I wouldn't say that he ever
18    paid her compliments at all.
19       Q.   Which of Ms. Robinson's
20    attributes did Mr. De Niro value?
21       A.   He never commented on her
22    having attributes at all.
23       Q.   During your employment, did
24    Mr. De Niro express that he found
25    Ms. Robinson to be hardworking?
```

