# EXHIBIT 13

To: Canal - Tiffany Chen

Dec 23, 2018, 09:49

Morning! Just wanted to say thank you for all your magic on Friday. You're just an incredible human and your skills, talents and efforts always leave such a lasting impression. Bob and I can't stop marveling at what an amazing effort you always manage to accomplish. So grateful that I get experience the benefits of your hard work because of the relationship you two have built over the years. It's so rare to meet people who are not just hardworking, but talented and incredibly intelligent. Without you so much couldn't happen and simply wouldn't happen. Have a Merry Christmas!!!

Dec 24, 2018, 09:23

Tiffany, you words meant so much to me. Thank you. I hope you both have a Merry Christmas! Xx

Dec 25, 2018, 16:22

Merry Christmas!!! I just want to let you that without you it would have just been Christmas. Thank you for always being the kind of person who goes above and beyond, your heart is so good and you are a rare find. When you are a hardworking it's sometimes easy to feel that your efforts get taken for granted, I just want to let you know that you are the one person, from the very beginning, that Bob always speaks so highly of and appreciates so much. I have always heard the highest praise, appreciation and gratitude for you. Again, I am so grateful to be able to experience the wonderful results of the beautiful relationship you two have built over the years and I am so grateful for you being so patient and gracious with the addition of me. Your presence and hard work has been one of the best Christmas gifts I could have never know to hope for. Enjoy your vacation!!!!! ❤️

CONFIDENTIAL

ROBINSON00012120