# EXHIBIT 14

**To:** Canal - Tiffany Chen 

Oct 26, 2018, 18:26

> We are leaving.

> I'm should be out in a few minutes.

Great thanks. Bob told me about my name on things. Sorry bout that. I'll have a look around and make sure I get that stuff out of the way and keep it out of the way.

> I did several loads of laundry and my assistant dropped the sheets off at the dry cleaners to be ironed. The items in the dryer are clean and the blanket is washed just needs to be dried. Will continue on Mon. I hid the baking soda with your name on it in the kitchen supplies closet. No worries. The dining room sofa looks nice! I left the two step ladders in the entrance and on the 3rd floor. On Monday, they are installing the safe in the master bedroom closet. The one in the room. DO you think you could remove the clothes on Sunday?

> I'll text you the times for Monday tomorrow. Monday is another big delivery day.

> I ordered a rug cleaner but it's delayed. Hopefully I'll have it on Monday. The cleaner for it is upstairs in the supplies closet by the w/d. I also ordered Nature's Miracle but it's delayed. I'll have it on Monday.

> Hope you have a good weekend!

> Thanks again for the skincare items and directions.

Who the hell are you?!?! We need to repopulate the planet with your DNA!!! Will totally clear out the closet Sunday. Thanks for stashing the baking soda! You and Bob have done the craziest design job together, I wish we had the whole process on tape. You guys guys have such a great dynamic and chemistry, it comes across so nicely in everything you two do together. There is ZERO way on earth I could done anything you've done, it's all so amazing. Really fun seeing everything come together that the two of you have been working so much on. Every time I see how great it all is, I completely feel such gratitude and relief for having not been involved 🤣. He speaks so glowingly of you and it's nice to see that not even his most complimentary moments have done you justice. Your really

To: Canal - Tiffany Chen

Who the hell are you?!?! We need to repopulate the planet with your DNA!!! Will totally clear out the closet Sunday. Thanks for stashing the baking soda! You and Bob have done the craziest design job together, I wish we had the whole process on tape. You guys guys have such a great dynamic and chemistry, it comes across so nicely in everything you two do together. There is ZERO way on earth I could done anything you've done, it's all so amazing. Really fun seeing everything come together that the two of you have been working so much on. Every time I see how great it all is, I completely feel such gratitude and relief for having not been involved 🤣. He speaks so glowingly of you and it's nice to see that not even his most complimentary moments have done you justice. Your really as great as he has built you up to be and then some. Hope you like the products. I'm making some Rose based Serums next week, I'll pass some along to you. Have a great weekend!!!

**CONFIDENTIAL**                                                                                       ROBINSON00012274