# EXHIBIT 15

To:   Canal - Tiffany Chen   

Dec 25, 2018, 16:22

Merry Christmas!!! I just want to let you that without you it would have just been Christmas. Thank you for always being the kind of person who goes above and beyond, your heart is so good and you are a rare find. When you are a hardworking it's sometimes easy to feel that your efforts get taken for granted, I just want to let you know that you are the one person, from the very beginning, that Bob always speaks so highly of and appreciates so much. I have always heard the highest praise, appreciation and gratitude for you. Again, I am so grateful to be able to experience the wonderful results of the beautiful relationship you two have built over the years and I am so grateful for you being so patient and gracious with the addition of me. Your presence and hard work has been one of the best Christmas gifts I could have never know to hope for. Enjoy your vacation!!!!! ❤️

CONFIDENTIAL

ROBINSON00013484