# EXHIBIT 17

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 36 | Date Range: 1/22/2019 |

## Outline of Conversations

 **CHAT - 00416 - 2019/01/22** · 36 messages on 1/22/2019 · Tiffany Chen ▪ Robert DeNiro <█████>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **CHAT - 00416 - 2019/01/22**

\# **Tiffany Chen** — 1/22/2019, 1:41 AM
I packed food for Julian and put a jar of Royal Jelly in the bag for him too. It's on the table at the entrance

\# **Tiffany Chen** — 1/22/2019, 1:41 AM
You can explain the Royal Jelly to him. It works so well with your constitution that it will be very good for him especially coming back into this weather

\# **Tiffany Chen** — 1/22/2019, 1:42 AM
It's a type of adaptogenic... he can google that to understand it better.

\# **Tiffany Chen** — 1/22/2019, 1:43 AM
Tell him to heat up him bread before eating it. I undercooked it slightly so it wouldn't get rubbery when warmed up.

RD **Robert DeNiro** <​​​​​​​> — 1/22/2019, 1:44 AM
I'll call you in few minutes just going throw customs

\# **Tiffany Chen** — 1/22/2019, 1:46 AM
Ok. Don't pressure Julian to stay for dinner. He's had a long trip. Let him go home. I was like that at his age after being with my parents for extended time. You just need to get back into your own space.

\# **Tiffany Chen** — 1/22/2019, 1:45 PM
Other than putting the music into your computer, what else do you need Michael to do?

RD **Robert DeNiro** <​​​​​​​> — 1/22/2019, 1:46 PM
There's another cd I have to find too I forget where I put it in all the stuff maybe you'll come across it

\# **Tiffany Chen** — 1/22/2019, 1:47 PM
Ok

\# **Tiffany Chen** — 1/22/2019, 3:34 PM
Michael just brought the samples down here



Image: ~/Library/SMS/Attachments/2e/14/21678A2C-2CBE-4C41-887B-EECFFD54F7B2/IMG_3716.jpeg (2 MB)

\# **Tiffany Chen** — 1/22/2019, 3:35 PM
I showed him where you want the couch moved and said that the orange chair should go in Elliot's room. He'll follow up later with you

\# **Tiffany Chen** — 1/22/2019, 4:37 PM
Michael has Force One coming today instead of tomorrow. They were scheduled to bring the pots. So we can move the

CONFIDENTIAL

couch and the chair today. They're getting here around 3pm

**RD** — **Robert DeNiro** <▮>   1/22/2019, 4:37 PM
Ok

**RD** — **Robert DeNiro** <▮>   1/22/2019, 4:38 PM
NA

**RD** — **Robert DeNiro** <▮>   1/22/2019, 4:39 PM
Disregard last "NA"

**#** — **Tiffany Chen**   1/22/2019, 4:39 PM
Ok

**#** — **Tiffany Chen**   1/22/2019, 4:39 PM
Planning on leaving here by 1239

**#** — **Tiffany Chen**   1/22/2019, 4:39 PM
1230

**#** — **Tiffany Chen**   1/22/2019, 5:26 PM
Making the hot chocolate, then I'm out the door

**#** — **Tiffany Chen**   1/22/2019, 5:26 PM
Will text you when I've left

**RD** — **Robert DeNiro** <▮>   1/22/2019, 5:44 PM
Ok going to pick her up now

**#** — **Tiffany Chen**   1/22/2019, 5:44 PM
Just left

**#** — **Tiffany Chen**   1/22/2019, 5:44 PM
In car

**#** — **Tiffany Chen**   1/22/2019, 5:45 PM
The pink thermos has the creamy coconut water and the silver thermos has her hot chocolate



Image: ~/Library/SMS/Attachments/7a/10/2002A890-A37D-4753-BF59-9BA43D300989/IMG_3719.jpeg (2 MB)

**#** — **Tiffany Chen**   1/22/2019, 5:45 PM
There's also a glass carafe in the fridge of the creamy coconut water if either of you should want more

\# **Tiffany Chen** — 1/22/2019, 5:46 PM
I had michael lay out the samples on the living room table, it's obvious

\# **Tiffany Chen** — 1/22/2019, 6:08 PM
Not to pick on Chase more than necessary, but the whole thing with the private jet back to NYC made no sense and her reason to you didn't make sense to me either, it sounded like a prepared excuse. I spoke with everyone but the pilot flying and they were very concerned and worried about the instructions they had received from the office and because it's your account a mix up like this is very unlikely. I don't want to be petty, but if she is throwing her weight around the way I have witnessed and keep witnessing, I wouldn't be surprised if her spiteful nature had something to do with the catering. I specifically asked the two people on the flight if they could have mixed up the flight info and they were certain they hadn't… in my experience on private planes, they rarely have a mix up like Chase claimed happened. I do want to be wrong about my gut instinct here, but in a way I feel it to be important to find out if our flight from Antigua was made good on for two reasons 1) just to make chase follow up with you about what needs to get done in the future so she stops acting like the "BOSS" 2) to find out how far she's willing to take her own issues out in the people in your life. I am concerned that her nasty alter ego will cause serious future problems if she isn't called out now. The rearranging she keeps doing at the house has really reached a point of severely overstepping boundaries in a very creepy manner and that she still has to keep "leaving her mark" is some insight into how bold she is willing to get. Her rearranging always gives her cause to leave my stuff thrown on the floor and unplugged in way that looks very disturbed and angry, but your things are always arranged neatly. I am grateful for her assistance Saturday, but I don't trust her when it comes to me. She will do things going forward, she's smart and her excuse will be "there was a mix up". It's up to you, what you want to do. I don't want to lay anymore pressure on you than necessary, but I think her true colors have made themselves abundantly clear. It's up to you, what you want to do, but she's a mean, insecure, territorial girl and her behavior hasn't just affected me, she does it to everyone in your life in different ways. Her possessive manner over the house makes me very uncomfortable, down to having the cable bill and the security system password be her name. It's all very weird and she is not easing up with the weird shit either. I do feel it's getting worse. Her sense of entitlement stems from this imaginary intimacy she has with you and I'm seeing it in her texts about the house all over again. She thinks she's your wife and I'm tired of her rearranging things and throwing my stuff on the floor in chaos whenever she decides she wants to be the "lady of the house" it's very bizarre and it really has to stop.

\# **Tiffany Chen** — 1/22/2019, 6:17 PM
The staff on the flight did say they were perplexed at how forcefully the "no catering" was enforced for our flight and they checked and rechecked with your office several times.

\# **Tiffany Chen** — 1/22/2019, 7:57 PM
Hey, ur texts are coming through via email. I'm heading back up now

\# **Tiffany Chen** — 1/22/2019, 8:24 PM
Did Helen like the food?

\# **Tiffany Chen** — 1/22/2019, 8:29 PM



Image: ~/Library/SMS/Attachments/dc/12/903390B2-CBD4-426A-B21C-1F38ED7AF16F/Image-1.jpeg (256 KB)

CONFIDENTIAL                                                                 CANAL_0048685

| | | |
|---|---|---|
| RD | **Robert DeNiro** <​█████████> <br> Yes and they both had the chocolate | 1/22/2019, 8:29 PM |
| RD | **Robert DeNiro** <​█████████> <br> And liked it s lot | 1/22/2019, 8:34 PM |
| # | **Tiffany Chen** <br> You didn't give her the hot chocolate in the silver container 😖 | 1/22/2019, 8:54 PM |
| RD | **Robert DeNiro** <​█████████> <br> No the cacao you gave me this morning for Elliot | 1/22/2019, 9:09 PM |
| # | **Tiffany Chen** <br> We can also store those extra shirts at Wall Street too | 1/22/2019, 11:14 PM |

**CONFIDENTIAL**