# EXHIBIT 18

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 35 | Date Range: 3/27/2019 |

## Outline of Conversations

 **CHAT - 00416 - 2019/03/27** · 35 messages on 3/27/2019 · Tiffany Chen · Robert DeNiro <█████>

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT +00:00)

💬 CHAT - 00416 - 2019/03/27

| | | |
|---|---|---|
| # | **Tiffany Chen**<br>Did see see Chase's bitchy email | 3/27/2019, 3:27 PM |
| # | **Tiffany Chen**<br>I had it with Chase's bullshit. I addressed it in the email directly to her that we are all on. | 3/27/2019, 3:41 PM |
| # | **Tiffany Chen**<br>You need to check your emails | 3/27/2019, 4:04 PM |
| # | **Tiffany Chen**<br>I just had to set her straight with her bulkshit | 3/27/2019, 4:05 PM |
| # | **Tiffany Chen**<br>Just so you know. Because of Chase's bullshit. We have had to scramble to move the movers, who adjusted their schedule for us to today, to be able to accommodate Kap, because he has a doctors check up for his heart. This is all because CHASE is a straight up Nasty Bitch | 3/27/2019, 5:12 PM |
| RD | **Robert DeNiro** <​​​​​​​​​​​​​​​><br>I'm going to forward an email she sent me | 3/27/2019, 6:38 PM |
| # | **Tiffany Chen**<br>Ok | 3/27/2019, 6:38 PM |
| # | **Tiffany Chen**<br>Where is it? | 3/27/2019, 6:41 PM |
| # | **Tiffany Chen** | 3/27/2019, 6:41 PM |

I haven't gotten it

\# **Tiffany Chen**     3/27/2019, 8:15 PM
I'm not sure. I'll ask kap. This is stuff chase knows, but she refuses to be helpful

\# **Tiffany Chen**     3/27/2019, 8:16 PM
You still didn't forward her email, unless you wanna wait till you get back for me to see it

\# **Tiffany Chen**     3/27/2019, 8:17 PM
She acts like she's your boss and she's setting the fucking rules all the time. You know kap had a heart appointment today which complicated matters? She can't even step up.

\# **Tiffany Chen**     3/27/2019, 8:31 PM
The email is a bit strange. I sense an undertone of worry with blanketed by her imaginary intimacy... to say she's "in the middle" is odd. I always think the direct approach is best and since this latest email exchange caused her to now seek your guidance, when she has grown accustomed to throwing her weight around, even with you, is an odd desire to instigate her personal relationship with you, which in her mind is far more developed and weird than what is really happening. I feel like she needs a dose of reality and needs to be called out on how shitty she has been and inappropriate. She's scared now cause her persistent manner and demented imaginary intimacy with u has finally pissed me off.

CONFIDENTIAL     CANAL_0048636

\# **Tiffany Chen** 3/27/2019, 8:31 PM

While I think she has assets, she needs to be called out to her face and set straight. She wants to act like a victim, she's not.

CONFIDENTIAL