# EXHIBIT 19

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 17 | Date Range: 3/28/2019 |

## Outline of Conversations

 **CHAT - 00416 - 2019/03/28** · 17 messages on 3/28/2019 · Tiffany Chen ▮ · Robert DeNiro <▮>

**Messages in chronological order** (times are shown in GMT +00:00)

### CHAT - 00416 - 2019/03/28

**Tiffany Chen** — 3/28/2019, 1:53 AM
I was thinking about Chase's email... she says she's just trying to do her job, nobody is stopping her, but herself and the fact that she's telling you what she has decided her job should be. She doesn't mind playing stepmom with twins when you ask her to stuff for them, she's all in. She's a real asshole. She's got a lot of nerve sending an email like that. She's really disrespectful, ungrateful and she's the one who is making this shit personal.

**Tiffany Chen** — 3/28/2019, 1:58 AM
I said this before and I'll say it again. My concern with her is that when you're not around and I need helping getting things together, she'll pull exactly this kind of shit. You're away. She knows this, she had to throw in her "hope you and Helen are having fun skiing", I asked for help, she did exactly what I was worried about her doing. She's not good news.

**Robert DeNiro** — 3/28/2019, 2:01 AM
So she's doing nothing when I'm away is what you're saying

**Tiffany Chen** — 3/28/2019, 2:04 AM
When you're away and I needed help coordinating, she deliberately refuses to step up. She put it on kap. Said she didn't have the contact info. Then says again "I'm sure kap will get it done". He hadn't responded. She had a passive aggressive way of saying it's not her job, or she just doesn't answer me. I've had this problem with her, you know it and it's never going to get any better.

**Tiffany Chen** — 3/28/2019, 2:09 AM
If you keep her, you and I will eventually have problems because you have allowed her to become this disrespectful to you and now she's telling you what she will do and what her job is. When you're away her response to me is in the emails and it's fucking rude. She is dismissive and a bitch. I don't know how you don't see it. I think you don't want to see it cause you're to attached to her and that bothers that you don't even think her responses are inappropriate.

**Robert DeNiro** — 3/28/2019, 2:12 AM
No I agree with you and I am going to address it you'll see. That behavior is unacceptable and it's wearing thin

**Tiffany Chen** — 3/28/2019, 2:33 AM
The level she took it to in those emails with me today is it for me. I'm not gonna be happy until you tell me she is looking for her replacement. She does not respect me at all, she thinks she controls you by having the nerve to be like this today. I'm not tolerate this last exchange with her. I'll wait to see what you do, but keeping her around is just a slap in my face after how she felt entitled to act towards me today. I've tolerated enough, on many levels.

**Robert DeNiro** — 3/28/2019, 2:40 AM
I just tried you no answer

[redacted]

**Tiffany Chen** — 3/28/2019, 4:43 PM
Michael just told me that she was so pushy about us hiring people here cause she didn't want me to have contact with anyone in the office and didn't like me having so much contact with Michael. Said she was always trying to control him coming here when I needed help. Basically anything having to do with me, she tries to complicate. Which I sensed and said something about many times. Especially when she wouldn't let me come back to the townhouse until LATE, when she knew you were at an event. He was telling how much she tries to keep anyone from having contact with you. He brought up that she went showing the email Raphael had sent to her when he got annoyed and kinda laughed about it. She's a real fucking bitch.

**Tiffany Chen** — 3/28/2019, 4:45 PM
She bought a ton of kitchen stuff (for herself) to use here and when she found out about me, she had all those things

CONFIDENTIAL                                                                                      CANAL_0048618

boxed up and returned. He said it was insane that amount of kitchen appliances she ordered which he said everyone knew was for her personal use. Apparently your whole office knows her agendas

\# **Tiffany Chen** 3/28/2019, 4:49 PM
Anytime you ask her to find something out, she doesn't do the work. She has an assistant in the office look the stuff up and then tells it to you like she looked it.

RD **Robert DeNiro** <​​​​​​> 3/28/2019, 7:30 PM
Did she return those utensils or kept them?

\# **Tiffany Chen** 3/28/2019, 7:38 PM
She had everyone working here box them up to be returned I believe. But I don't know if they were returned. Michael told me she had them box them up

\# **Tiffany Chen** 3/28/2019, 7:38 PM
Michael Tasch is still underpaying Marisol too

\# **Tiffany Chen** 3/28/2019, 8:54 PM
Kap showed his kids the photo of Fluffy and Babuddah in Montana and the asked why they aren't talking 😂😂😂