# EXHIBIT 20



## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 39 | Date Range: 4/1/2019 |

## Outline of Conversations

💬 **CHAT - 00282 - 2019/04/01** · 39 messages on 4/1/2019 · Michael Kaplan <█████████> · Tiff <+█████████>

**Messages in chronological order** (times are shown in GMT -04:00)

### CHAT - 00282 - 2019/04/01

**MK — Michael Kaplan** — 4/1/2019, 8:47 AM
the album cover!

**MK — Michael Kaplan** — 4/1/2019, 8:51 AM
and yea mary beth is one person who i'm the past has either talked to bob about this or at least mentioned she wanted to

**T — Tiff** — 4/1/2019, 9:32 AM
I told bob what she told me

**T — Tiff** — 4/1/2019, 9:33 AM
"She's the greatest con, she should have been gone years ago. I never said anything, because it's not my place."

**T — Tiff** — 4/1/2019, 9:34 AM
"Here's the million dollar question. What does she do? She thinks she's his everything. But what does she actually do?"

**T — Tiff** — 4/1/2019, 9:35 AM
"The girls in the office have been complaining to me for years about her"

**T — Tiff** — 4/1/2019, 9:35 AM
And I spoke with Claude

**T — Tiff** — 4/1/2019, 9:36 AM
He said he's never had a problem with her, but nobody has ever had one nice thing to say about her and that's a red flag. Said everyone who has quit from the office said it was she's a bitch,

**T — Tiff** — 4/1/2019, 9:36 AM
Also said she made it very obvious to everyone that she thought she was moving in here

**T — Tiff** — 4/1/2019, 9:38 AM
But Claude innocently thought she was just setting up her own office here cause he said anything else would have been an unbelievable impossibility. Said she would be seriously crazy if she ever thought there could be anything romantic between them. He even shivered and balked when I told him about the "Love" plates.

**T — Tiff** — 4/1/2019, 9:39 AM
Oh, there's a loose marble tile in the guest bathroom and the door knob is coming loose too

**T — Tiff** — 4/1/2019, 9:39 AM
Of the guest bathroom

**MK — Michael Kaplan** — 4/1/2019, 9:40 AM
the bathroom downstairs?

**T — Tiff** — 4/1/2019, 9:41 AM
Yeah

**MK — Michael Kaplan** — 4/1/2019, 9:54 AM
ok might be a thing for miriam the marble especially i can let her know how's the 10 day project coming?

**T — Tiff** — 4/1/2019, 9:54 AM



Image: ~/Library/SMS/Attachments/ee/14/A5C08E7B-4524-4040-859A-CA6DE09F94C7/IMG_5876.jpeg (3 MB)

**MK** — **Michael Kaplan** — 4/1/2019, 9:55 AM
claude is legit one of the single handful of people in the bob world i can think of who she has never been enemies with

**T** — **Tiff** — 4/1/2019, 10:11 AM
Only because she probably fantasized that one day he would be her driver too 😈 he was hilarious though. He was swearing up and down how she could have never imagined something so far and away. When I told him about those plates he was like a deer caught in the headlights. It's one of the funniest moments I have ever seen in my life 🤣

**T** — **Tiff** — 4/1/2019, 10:12 AM
The 10 day project is moving along nicely. They're very sweet guys, father and son. Finished the gym. Working on the living room for the next three days and then they start Elliot's room

**MK** — **Michael Kaplan** — 4/1/2019, 11:55 AM
Good to hear regarding apt project u think end of next week safe to schedule paintings to go back up?

**MK** — **Michael Kaplan** — 4/1/2019, 11:56 AM
I think Claude's idea of an office might be accurate but even that is insane

**T** — **Tiff** — 4/1/2019, 11:57 AM
She thought they were getting married

**T** — **Tiff** — 4/1/2019, 11:57 AM
The way she hates me and the way she sounds on the phone with him

**MK** — **Michael Kaplan** — 4/1/2019, 11:57 AM
I guess she was in denial after meeting u because she kept acting the same about apt I think until u actually moved in

**MK** — **Michael Kaplan** — 4/1/2019, 11:58 AM
That's why i didn't think she knew about u so strange

**T** — **Tiff** — 4/1/2019, 12:01 PM
From the beginning she knew that every room was taken up. She was trying to push me out. She knew I was moving in. Kept trying to get me to remove my things from the Closets, saying you needed access and I was still a "secret"

**T** — **Tiff** — 4/1/2019, 1:13 PM
The minute my clothes were there she started to refuse to go into the master bedroom. Whenever she would do things in the house she would disconnect all my chargers and anything on my side of the bed. The whole situation has been become very "single white female"

**T** — **Tiff** — 4/1/2019, 1:28 PM



Image: ~/Library/SMS/Attachments/a3/03/CE467CE1-FA1D-4BAC-8CC6-B08D69ABF2C4/IMG_5894.jpeg (1 MB)

| | | | |
|---|---|---|---|
| MK | **Michael Kaplan** <■■■■> | | 4/1/2019, 2:50 PM |
| | the crew | | |

| | | | |
|---|---|---|---|
| T | **Tiff** <+■■■■> | | 4/1/2019, 2:51 PM |



Image: ~/Library/SMS/Attachments/72/02/D79FAB40-FB22-43D7-B3AD-4916DAFF23AF/IMG_5898.jpeg (2 MB)

| | | | |
|---|---|---|---|
| T | **Tiff** <+■■■■> | | 4/1/2019, 2:51 PM |
| | Your kids r gonna be getting a ton of videos soon 🤭 | | |

| | | | |
|---|---|---|---|
| MK | **Michael Kaplan** <■■■■> | | 4/1/2019, 2:52 PM |
| | was gonna ask as i'm no expert what week do puppies learn to talk into the camera? | | |

| | | | |
|---|---|---|---|
| T | **Tiff** <+■■■■> | | 4/1/2019, 2:53 PM |
| | 😂😂😂 | | |

| | | | |
|---|---|---|---|
| T | **Tiff** ■■■■ | | 4/1/2019, 2:53 PM |
| | It's after their parents get enough sleep to be a little fun again | | |

| | | | |
|---|---|---|---|
| T | **Tiff** <+■■■■> | | 4/1/2019, 3:49 PM |
| | The painters should be with the living room in 3 days. We should put the paintings back in there when they finish. I also noticed that almost all the door knobs on the second floor are very loose too | | |

| | | | |
|---|---|---|---|
| MK | **Michael Kaplan** <■■■■> | | 4/1/2019, 6:58 PM |
| | ok i will alert mr danny and the art hangers | | |

| | | | |
|---|---|---|---|
| MK | **Michael Kaplan** <■■■■> | | 4/1/2019, 6:58 PM |
| | per the thing u told me that other day she wasn't totally wrong...lulu might need direction in shoe lace tying | | |

T | Tiff <+1 ████████> | 4/1/2019, 6:59 PM
🙄🙄🙄

T | Tiff <+1 ████████> | 4/1/2019, 7:01 PM
There was a day she came over to help set up for Marty's bday. She was resentful and went shopping for stuff and came back and said "Bob told me not to get napkin rings, but I don't care, I do what I want"

CONFIDENTIAL
CANAL_0047384