# EXHIBIT 22

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 62 | Date Range: 4/1/2019 - 4/2/2019 |

### Outline of Conversations

 **CHAT** - **00282** - **2019/04/02** · 62 messages between 4/1/2019 - 4/2/2019 · Michael Kaplan ████ ███ █████ · Tiff <+████████████>

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **CHAT - 00282 - 2019/04/02**

MK | **Michael Kaplan** <▮▮▮ ▮▮▮> | 4/1/2019, 10:57 PM
Assume we are no longer talking about lulu 🙄

T | **Tiff** ▮▮▮▮▮▮> | 4/2/2019, 7:42 AM
🙄 oh, apparently you can tie your shoe laces. Very keen observation Mr. Kaplan.

T | **Tiff** <+▮▮▮▮▮ | 4/2/2019, 9:33 AM
Which iPhone does bob have? I want to get him a case that protects from radiation

T | **Tiff** <+▮▮▮▮▮ | 4/2/2019, 9:48 AM
Can u believe she bought all these pans for this place?!?! She had a crazy imagination to have been inspired this obscenely. You think she was gonna serve all her baking on her plates? This is so disturbing 😡

*Image: ~/Library/SMS/Attachments/db/11/E9E95F94-C4B2-4E59-8EB7-36E5B2D68149/IMG_5930.jpeg (2 MB)*

MK | **Michael Kaplan** ▮▮▮▮▮7> | 4/2/2019, 9:49 AM
He has the XS normal size one

MK | **Michael Kaplan** ▮▮▮▮▮7> | 4/2/2019, 9:49 AM
Laughed at "Can u believe she bought all these pans for this place?!?! She had a crazy imagination to have been inspired this obscenely. You think she was gonna serve all her baking on her plates? This is so disturbing 😡"

MK | **Michael Kaplan** <▮▮▮▮▮> | 4/2/2019, 9:49 AM
I have ptsd form opening and flattening all those boxes

T | **Tiff** <+▮▮▮▮▮ | 4/2/2019, 9:49 AM
😂

T | **Tiff** <+1▮▮▮▮▮> | 4/2/2019, 9:51 AM
It's funny, but incredibly disturbing too, the fact that she has had the nerve to behave the way she has with me and the dogs after "moving in". I can't wait till bob sees all this stuff. It's fucking insane

T | **Tiff** <+▮▮▮▮▮ | 4/2/2019, 9:51 AM
She's certifiably crazy

T | **Tiff** <+▮▮▮▮▮ | 4/2/2019, 9:51 AM
FYI... she's getting taken off the house and Lulu is getting put on here, to help me 🙈

**CONFIDENTIAL**

**CANAL_0047504**

T **Tiff** <▮▮▮▮▮▮>     4/2/2019, 9:51 AM
Bob's idea entirely

MK **Michael Kaplan** <▮▮▮▮▮▮▮>     4/2/2019, 9:52 AM
Oh boy that might send her over the edge

T **Tiff** <+▮▮▮▮▮▮>     4/2/2019, 9:52 AM
I think it's being done to put her in SERIOUS check

T **Tiff** <+▮▮▮▮▮▮>     4/2/2019, 9:52 AM
She fucking deserves it

T **Tiff** <▮▮▮▮▮▮>     4/2/2019, 9:55 AM
I'm very happy to have you and Lulu around 🐻 we can teach each other how to tie things and untie them too 🐻

MK **Michael Kaplan** ▮▮▮▮▮▮>     4/2/2019, 10:06 AM
Laughed at "I'm very happy to have you and Lulu around 🐻 we can teach each other how to tie things and untie them too 🐻"

MK **Michael Kaplan** ▮▮▮▮▮>     4/2/2019, 10:08 AM
I have some broad talking points for bob if we talk whenever but one was going to be how she used the apartment as a reason why she needed an assistant and now the assistant is basically banned from helping at the actual apartment

T **Tiff** <+▮▮▮▮▮>     4/2/2019, 10:12 AM
Yeah, remember all your talking points, he wants and needs to hear it all. He really needs to understand how underhanded she has been. He gets it, but he's the kind of personality that needs to hear the stuff raw, uncut and bold. Otherwise it just doesn't sink in. You probably know this. He said he spoke to Sabrina, said she was reserved and trying not to be to negative. She's also so new. Give Gillian a heads up if you want. He's gonna speak to her next. I'm pushing to have Gilliam and Sabrina move into Chase's place. So whatever he asks them to do, or any of you to do, you need to move on with confidence and be sharp and keep him constantly abreast of what's going on. You guys need to give him feedback and stay in constant contact.

T **Tiff** <▮▮▮▮▮>     4/2/2019, 10:15 AM
It would help to tell the girls to relax around him. I feel like they are sweet, but sometimes a little to stiff in their attempt to be professional. They can relax and connect with him. He wants this. He has mentioned sometimes it feels a little too "cold" they should just relax, be themselves and offer helpful suggestions where they see fit. They are very smart. Tell them if they need a little help or direction with how to approach something with him they can always text me. It'll stay between us. I want them to be able to put the their best foot forward,

T **Tiff** <+▮▮▮▮▮>     4/2/2019, 10:17 AM
FYI, it wouldn't be a bad idea for you to take command and approach Bob about discussing the other Chase issues. He wants people around him to take initiative a lot more than everyone thinks. He also wants people to tell him when they know someone is doing things wrong. He relies on you guys to have his back. I think it would be very smart for you to ask him for his time to finish up with the convo you guys started

T **Tiff** <+▮▮▮▮▮>     4/2/2019, 10:18 AM
He has said to me "I wonder nobody ever said anything about what she has been doing all this time"

MK **Michael Kaplan** <▮▮▮▮▮▮>     4/2/2019, 3:58 PM
they can hang art downstairs monday is that ok?

T **Tiff** <+▮▮▮▮▮>     4/2/2019, 3:59 PM
Let me see where the guys are at tomorrow and get back to you.

T **Tiff** <+▮▮▮▮▮>     4/2/2019, 3:59 PM
That should be perfect though

T · Tiff <　　　　> · 4/2/2019, 4:00 PM

Might be able to even have them hang Friday downstairs

MK · Michael Kaplan <　　　　> · 4/2/2019, 4:00 PM

the thing is even after he didn't fire her a couple of years ago we were still telling him things but that all kind of need after i stranger a meeting for 2 assistants at time to talk to him and he basically started it off saying he wanted them to be honest but that chase wasn't going anywhere but yea i get what ur saying

MK · Michael Kaplan <　　　　> · 4/2/2019, 4:00 PM

*kind of ended

MK · Michael Kaplan <　　　　> · 4/2/2019, 4:00 PM

organized not stranger

MK · Michael Kaplan <　　　　> · 4/2/2019, 4:01 PM

guys aren't available friday unfortunately

T · Tiff <+　　　　> · 4/2/2019, 4:03 PM

Buying groceries. Will answer when I get in car. But tell me everything. Trust me, things r very different now

MK · Michael Kaplan <　　　　> · 4/2/2019, 4:06 PM

gillian i think should be clear number 1 in this future set up, sabrina is not still pretty new and not quite ready to push him as u say but can grow into it, i do think we will need another solid assistant to make it work but at a fraction of the price he's paying chase and lulu combined

MK · Michael Kaplan <　　　　> · 4/2/2019, 4:07 PM

chases main strength is experience and so some mistakes will happen without her but they will learn and if anyone leaves we can always hire someone a little more senior

T · Tiff <+　　　　> · 4/2/2019, 4:32 PM

Yeah, it will be Gillian, but she needs Sabrina for support and they can always reach out to me for help with everything and anything. Chase only does a few things he's very dependent on. Those are finding places when he travels for filming. Something I volunteered to do and would work with the girls on learning how to do (it's really not that difficult, chase has only made it seem that way). I hope Gillian is very upfront and honest with him and raw about Chase. He needs to hear that she had everyone thinking that she was moving in. She really abuses the authority he has given her and he's pissed about that. Whomever he speaks with can't be shy to tell him these things about her. Trust me it's very different. I have straight up caught her a lies, with proof, it's a very different story now. Are you by any chance with him?

T · Tiff <　　　　> · 4/2/2019, 4:34 PM

We have to work together to make this transition happen. To show him we can work together to work much more efficiently than having chase making everyone miserable. She plays it like she's the one keeping everything running. She's actually the person who is keeping everyone disconnected and upset.

T · Tiff <+　　　　> · 4/2/2019, 4:34 PM

And she's costing too much money while causing too much commotion

T · Tiff <+　　　　> · 4/2/2019, 4:57 PM

Can you believe that Chase just sent an email to Bob saying that I've been treating her the way Grace treated Robin? That I've made her feel uncomfortable ever since she found out about me

MK · Michael Kaplan <　　　　> · 4/2/2019, 4:59 PM

oy— speaking of i hope u get to meet robin soon i think u will hit it off

T · Tiff <+　　　　> · 4/2/2019, 5:00 PM

Yeah, I'm gonna meet her soon. She's aware of this situation as well.

T · Tiff <+　　　　> · 4/2/2019, 5:00 PM

Chase is now saying, because of the friction I have created with her she wants to work in her job, outside of New York

CONFIDENTIAL

T    **Tiff <+▮▮▮▮>**                                 4/2/2019, 5:01 PM
Btw, I told him about the stuff you said she ordered for the kitchen and then had packed up and taken out of here

T    **Tiff <+▮▮▮▮>**                                  4/2/2019, 5:02 PM
He asked her about what happened to all the things she bought for the place and if they were all here. Cause I did remember seeing more stuff and when you mentioned that I remembered all of a sudden seeing less things one day.

T    **Tiff <+▮▮▮▮>**                                  4/2/2019, 5:08 PM
I can't believe she's pulling this shit, but I think she knows she's been fucking with everyone the wrong way

MK   **Michael Kaplan <▮▮▮▮▮>**                           4/2/2019, 5:09 PM
well we returned a lot of stuff when we could i think but i'm sure some stuff couldn't be returned and ended up w lulu or danny honestly those months are a blur at this point

T    **Tiff <+▮▮▮▮>**                                  4/2/2019, 5:10 PM
Yeah, I know it's a long time ago, especially with everything that's gone on

T    **Tiff <+▮▮▮▮>**                                  4/2/2019, 5:11 PM
Specifics aren't necessary

MK   **Michael Kaplan ▮▮▮▮▮>**                           4/2/2019, 5:11 PM
it was like a person who has never really lived on her own somehow in charge of every fine detail for a 3 story townhouse

T    **Tiff <▮▮▮▮>**                                  4/2/2019, 5:11 PM
We all know she's lying

MK   **Michael Kaplan ▮▮▮▮▮>**                           4/2/2019, 5:13 PM
chase did "live in LA" for a while but i don't really recall that being related to how grace treated her

T    **Tiff <+▮▮▮▮>**                                  4/2/2019, 5:13 PM
She had to tell about the LA thing too, in the weirdest of ways

T    **Tiff <+▮▮▮▮>**                                  4/2/2019, 5:13 PM
I can't believe she's playing the victim card this way.

MK   **Michael Kaplan ▮▮▮▮▮>**                           4/2/2019, 5:35 PM
that's her MO

MK   **Michael Kaplan ▮▮▮▮▮>**                           4/2/2019, 5:36 PM
it's like how she complains about all the work she does when she goes to london or spain like 5 times a year

T    **Tiff <+▮▮▮▮>**                                  4/2/2019, 5:37 PM
I'm gonna fucking give this Bitch what she deserves face to face. Lemme send u the email.

T    **Tiff <+▮▮▮▮>**                                  4/2/2019, 5:38 PM



*Image: ~/Library/SMS/Attachments/00/00/D5548B0F-A670-4D36-898B-C3572E45D0D2/IMG_5936.jpeg (454 KB)*

T   **Tiff** <▇▇▇▇>                                                          4/2/2019, 5:38 PM



*Image: ~/Library/SMS/Attachments/a4/04/6F98CAFB-DE2C-4133-AC7E-F8EBC949123F/IMG_5937.jpeg (387 KB)*

T   **Tiff** <▇▇▇▇>                                                          4/2/2019, 5:40 PM
    Yo! I hope you all speak up about how Chase acted like she was moving in here. This bitch is ridiculous

MK  **Michael Kaplan** ▇▇▇▇                                                  4/2/2019, 6:24 PM
    can shaban look at the bathroom tile tomorrow and door knobs?

T   **Tiff** <▇▇▇▇>                                                          4/2/2019, 6:27 PM
    This week gets better and better. Could you be here to deal with him

MK  **Michael Kaplan** <▇▇▇▇>                                                4/2/2019, 7:51 PM
    he can come noon thursday i'll be there

T   **Tiff** <▇▇▇▇>                                                          4/2/2019, 7:51 PM
    Thanks dude

MK  **Michael Kaplan** ▇▇▇▇                                                  4/2/2019, 7:57 PM

**CONFIDENTIAL**

pancakes annoyed i'm telling her how cute and little nancy is

CONFIDENTIAL