EXHIBIT 24

| | |
|---|---|
| **From:** | Chase Robinson ████████████████n> |
| **Sent:** | Wednesday, March 27, 2019 12:38 PM |
| **To:** | Bob ████████ <████████ ( ███ > |
| **Bcc:** | *Chase Robinson ████████████████n> |
| **Subject:** | Fwd: Painting Removal for 3/27 Paint Job |

Hi,

It has been pretty obvious for a while that there is an issue with me working for you. And I've tried really hard (without bothering you) to get out of the middle and out of your home and get back to my job. It's not working.

When you can, let's talk. It's not a heart attack conversation; it's not about throwing in the towel - I just want to make sure that everything runs smoothly.

Your guidance would be helpful.

Hope you and Helen are having fun skiing.

Thanks

> **From:** Tiffany Chen ████████████████>
> **Subject: Re: Painting Removal for 3/27 Paint Job**
> **Date:** March 27, 2019 at 12:00:08 PM EDT
> **To:** Chase Robinson <Chase@canalproductions.com>
> **Cc:** Michael Kaplan <████████████ >, Bobby ████████████████>
>
> You've handled this in the past as well as other things where we didn't have to have so much of a definition of what you do and don't do.
>
> It's becoming increasingly difficult to understand what do or don't know. What you will do vs what you don't do.
>
> Maybe you should make a new guide for both Bob and Myself, this way he and I know what you have determined your responsibilities to be.
>
> This way, going forward, we have less confusion about what you have determined your job responsibilities to be.
>
> Again, this is time sensitive. As you, yourself have pointed out in the past. Kap has kids and now a health issue that comes first and foremost.
>
> There's no way to find an old invoice from this company to contact them.
>
> Again, this is time sensitive. Kap May be in a doctor appointment.
>
> I don't know why I have to go through explaining this logic to you. It is clear there are things you do not and will not do.
>
> Bob said to email you and Kap.
>
> I think we all have to be sensitive to kap's current and ongoing recovery.

ROBINSON00001347

Bob, should I ask the girls in the office to look up and old invoice and contact force myself. Chase clearly is staying she does not want to be helpful here.

Thanks, t

Tiffany Chen
www.tiffanyfnchen.com
www.williamccchen.com

On Mar 27, 2019, at 11:47 AM, Chase Robinson <Chase@canalproductions.com> wrote:

> Hi Tiffany,
>
> Unfortunately, I'm not in touch with Force - nor do I have their direct numbers. I know Kap will handle and make sure it's done.
>
> Best,
> Chase
> --
> Chase Robinson
> VP, Production & Finance
> Canal Productions
> Office: 212.941.4052
>
> On Mar 27, 2019, at 11:39 AM, Tiffany Chen ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:
>
>> I sent the email to both of you with Bob cc'd.
>>
>> Bob said to email you both.
>>
>> It's sometimes hard to fully understand your hierarchy of responsibilities of who does what for who and when.
>>
>> This needs to get done by the time the painters are here tomorrow. It is time sensitive.
>>
>> Is it necessary for you to have to pick on a detail like this and waste time addressing Kap when you have the contacts for the people who handle the artwork?
>>
>> This could have gotten started when you instead had to ask Kap if he could get it done.
>>
>> Bob, we just spoke, this is time sensitive. Do you want to go over Chase's list of rules of who does what so that we don't have this silliness in the future?
>>
>> Thanks, t
>>
>> Tiffany Chen
>> www.tiffanyfnchen.com
>> www.williamccchen.com
>>
>> On Mar 27, 2019, at 11:31 AM, Chase Robinson <Chase@canalproductions.com> wrote:
>>
>>> That would be a Kap question. Kap, possible to get Force over there to

ROBINSON00001348

take the RDN srs down?

--
Chase Robinson
VP, Production & Finance
Canal Productions
Office: 212.941.4052

On Mar 27, 2019, at 11:27 AM, Tiffany Chen
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

The paintings that are hanging on the walls

Tiffany Chen
www.tiffanyfnchen.com
www.williamccchen.com

On Mar 27, 2019, at 11:20 AM, Chase Robinson
<Chase@canalproductions.com> wrote:

> Jerry and his guys are handling everything so I'm not sure
> what additional paint removal would need to be done. I can
> ask Jerry and have him contact you about the work.
>
> Best,
> Chase
>
> --
> Chase Robinson
> VP, Production & Finance
> Canal Productions
> Office: 212.941.4052
>
> On Mar 27, 2019, at 11:14 AM, Tiffany Chen
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>
> Has any of this but put into motion yet?
>
> They are coming tomorrow morning to do the living room,
> Elliot's room and the gym.
>
> Thanks, t
>
> Tiffany Chen
> www.tiffanyfnchen.com
> www.williamccchen.com

ROBINSON00001349