# EXHIBIT 26

| | |
|---|---|
| **From:** | Tiffany Chen [                              ] on behalf of Tiffany Chen |
| **Sent:** | Tuesday, April 02, 2019 5:00 PM |
| **To:** | Bob |
| **Subject:** | Re: Thoughts |

This shit really pisses me off that is so manipulative and nasty that she has the gaul to place blame on me for her lies.

This Bitch needs to get put in her fucking place.

Tiffany Chen
www.tiffanyfnchen.com
www.williamccchen.com

On Apr 2, 2019, at 3:44 PM, Bob                                         > wrote:

> FYI I said we'd talk about
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Chase Robinson
>> **Date:** April 2, 2019 at 1:29:21 PM EDT
>> **To:** Bob
>> **Subject: Thoughts**
>>
>> Hi,
>>
>> I was planning on sending this to you in the next few days, but since we are meeting, and I have a feeling this is what you might want to talk to me about, I thought I'd send it. I hope I'm wrong, but just in case.
>>
>> I know that you didn't respond to my email but since that email on 3/27, I've had some time to think about everything. And I didn't want to bother you while you were away with the kids.
>>
>> I'm worried that my presence in the house amongst other things is not working for Tiffany, and therefor you - and I've felt this way since September/November. It's been very difficult. Part of me worrying is thinking about what happened to Robin with Grace. And I don't want it to get to that point. I want to be able to finish what we agreed upon and fulfill my commitment to you and to the job.
>>
>> So I came up with this idea and I hope we can discuss it if you think it has merit. It reminds me of how we dealt with the friction between Grace and me years ago. It's out of sight, out of mind. As you know from our conversation in January, I planned on being based outside of New York after I fulfilled our commitments, but I believe this could be the solution and would work for everyone involved.

1

What do you think? Can we discuss.

You know how much I love this job, and even when I was based away from New York I was always there if you needed me. I want to go back to that arrangement.

Let me know what you think. Maybe this is a place to start.

Best,
Chase

CONFIDENTIAL                                                                                                    CANAL_0046686