

EXHIBIT 28

------------------------------------------

GRAHAM CHASE ROBINSON

                    Plaintiff,

              v.

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                    Defendants.

------------------------------------------

AUDIO TRANSCRIPTION

ROBINSON7174 (MARCH 27, 2019)

27:26 - 28:13

MAGNA LEGAL SERVICES

320 West 37th Street, 12th Floor

New York, New York 10018

(866)624-6221

Reported by:  Marissa Mignano
Job Number:  891023

CONFIDENTIAL



```
 1              Audio Transcription
 2         TOM HARVEY:  What's up.
 3         CHASE ROBINSON:  Any advice?
 4         TOM HARVEY:  Just ignore it
 5    and stay away from her.
 6         CHASE ROBINSON:  I'm -- I'm trying
 7    to, but the more I stay away from her --
 8    and I've got to send you the second one.
 9    The second one is worse.
10         TOM HARVEY:  What?
11         CHASE ROBINSON:  The second one --
12    the e-mail she sent me was worse.  I
13    just forwarded it to you.
14         TOM HARVEY:  I mean it's -- it's
15    -- she's just -- she's out of her
16    fucking mind.
17         CHASE ROBINSON:  I mean, I -- at
18    this point, it's just like I feel like
19    I'm just constantly, like, harassed and
20    I'm constantly, like -- she's saying
21    things about me to Bob that aren't true.
22    I just, like -- I just don't know what
23    to do.  Like, I've tried to be as
24    helpful as I possibly can, but, like,
25    there's only, like, a limit that you --
```

CONFIDENTIAL



1

2      I mean, Kap is --

3            TOM HARVEY:  No, she seems to have

4      this issue with everyone.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL



1

2              C E R T I F I C A T E

3    STATE OF NEW YORK )

4                    :  SS

5    COUNTY OF NEW YORK)

6

7              I, Marissa Mignano, a Notary

8    Public within and for the State of New York,

9    do hereby certify the within is a

10   a true and accurate transcription of the

11   audiotapes recorded.

12             I further certify that I am

13   not related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of this

16   matter.

17             IN WITNESS WHEREOF, I have

18   hereunto set my hand this 25th day of

19   October 2022.

20

21             _____
                     *Marissa Mignano*

22                 MARISSA MIGNANO

23

24

25

CONFIDENTIAL



------------------------------------------
GRAHAM CHASE ROBINSON

                        Plaintiff,

                v.

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,
                        Defendants.
------------------------------------------



                AUDIO TRANSCRIPTION
            ROBINSON7174 (MARCH 27, 2019)
                    32:28 - 33:08

                MAGNA LEGAL SERVICES
        320 West 37th Street, 12th Floor
            New York, New York 10018
                (866)624-6221



Reported by:  Marissa Mignano
Job Number:   891023

CONFIDENTIAL



```
 1
 2          ROBIN CHAMBERS:  Hello.
 3          CHASE ROBINSON:  Hi.
 4          ROBIN CHAMBERS:  Hey.
 5          CHASE ROBINSON:  I just got off
 6     with Tom.  He's going to call me back in
 7     an hour.  He said -- but I kind of went
 8     through, like -- I sent him the e-mails
 9     and I said, look, this is, like, sort
10     of, you know, it's -- you know, it's
11     harassment in a way.  And it's also,
12     like, so much of it is untrue.  It's not
13     my job and, like, I don't know what to
14     do.  What advice should I use?
15          He's like, Do you think Bob just
16     disregards these e-mails and doesn't,
17     like, you know, do anything?  Do you
18     think that he just throws them away?
19          ROBIN CHAMBERS:  Yeah.
20          CHASE ROBINSON:  He goes, she's a
21     Taekwondo.  How do you go from that to
22     an ogre, like, you know, he's just kind
23     of, you know -- I really don't know what
24     to do.
25
```

CONFIDENTIAL



1

2           C E R T I F I C A T E

3    STATE OF NEW YORK )

4                    :  SS

5    COUNTY OF NEW YORK)

6

7           I, Marissa Mignano, a Notary

8    Public within and for the State of New York,

9    do hereby certify the within is a

10   a true and accurate transcription of the

11   audiotapes recorded.

12           I further certify that I am

13   not related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of this

16   matter.

17           IN WITNESS WHEREOF, I have

18   hereunto set my hand this 25th day of

19   October 2022.

20

21           _____*Marissa Mignano*_____

22              MARISSA MIGNANO

23

24

25

CONFIDENTIAL



------------------------------------------

GRAHAM CHASE ROBINSON

                        Plaintiff,

            v.

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,
                  Defendants.

------------------------------------------

AUDIO TRANSCRIPTION
ROBINSON7174 (MARCH 27, 2019)
47:23 - 47:55

MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866)624-6221

Reported by:  Marissa Mignano
Job Number:  891023

CONFIDENTIAL



1          Audio Transcription
2          MICHAEL TASCH:  Right.
3          CHASE ROBINSON:  I mean, I think
4    Bob -- I think Bob knows -- I mean, Bob
5    of course knows that, like, I'm not --
6    I'm always trying to be helpful, and I'm
7    always bending over backwards.  But
8    like --
9          MICHAEL TASCH:  Right.  Right.
10         CHASE ROBINSON:  I mean, when you
11   get these e-mails, it's just plain
12   harassment is what it is.
13         MICHAEL TASCH:  Yes, it is, Chase,
14   exactly.
15         CHASE ROBINSON:  It's
16   harassment --
17         MICHAEL TASCH:  It's exactly
18   harassment.
19         CHASE ROBINSON:  It's harassment
20   and it's -- it's -- they're complete
21   lies.
22         MICHAEL TASCH:  This is a clear --
23   this is a clear chain of e-mails not
24   only to me, and she started sending to
25   Mark, and to you -- in theory, we could



1

2      sue her for this, Chase.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL



```
 1
 2              C E R T I F I C A T E
 3   STATE OF NEW YORK )
 4                    :  SS
 5   COUNTY OF NEW YORK)
 6
 7           I, Marissa Mignano, a Notary
 8   Public within and for the State of New York,
 9   do hereby certify the within is a
10   a true and accurate transcription of the
11   audiotapes recorded.
12           I further certify that I am
13   not related to any of the parties to this
14   action by blood or marriage, and that I am
15   in no way interested in the outcome of this
16   matter.
17           IN WITNESS WHEREOF, I have
18   hereunto set my hand this 25th day of
19   October 2022.
20
21           _Marissa Mignano_____
22              MARISSA MIGNANO
23
24
25
```

CONFIDENTIAL

