EXHIBIT 29

---
GRAHAM CHASE ROBINSON

Plaintiff,

v.

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

Defendants.

---

AUDIO TRANSCRIPTION

ROBINSON7156 (MARCH 7, 2019)

00:21-00:44

MAGNA LEGAL SERVICES

320 West 37th Street, 12th Floor

New York, New York 10018

(866)624-6221

Reported by: Marissa Mignano
Job Number: 891023

CONFIDENTIAL



```
 1
 2            MICHAEL TASCH:  Right.  Right.
 3            CHASE ROBINSON:  I'm just -- I'm
 4    really worried there is just -- I know
 5    there's nothing that I can do, but I've
 6    worked for Bob for 11 years, you know,
 7    and I just -- it's really kind of sad to
 8    just see this, like, constant harassment
 9    about something that that, like --
10            MICHAEL TASCH:  It's ridiculous.
11            CHASE ROBINSON:  It wasn't where
12    she said it was.  It was there for a lot
13    longer.  It was -- it's just like --
14    it's a change of story from -- to a
15    mouse.
16            MICHAEL TASCH:  Right.
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL 

```
                                              Page 3
 1
 2            C E R T I F I C A T E
 3    STATE OF NEW YORK )
 4                      :  SS
 5    COUNTY OF NEW YORK)
 6
 7              I, Marissa Mignano, a Notary
 8    Public within and for the State of New York,
 9    do hereby certify the within is a
10    a true and accurate transcription of the
11    audiotapes recorded.
12              I further certify that I am
13    not related to any of the parties to this
14    action by blood or marriage, and that I am
15    in no way interested in the outcome of this
16    matter.
17              IN WITNESS WHEREOF, I have
18    hereunto set my hand this 25th day of
19    October 2022.
20
21                 ____Marissa Mignano_____
22                     MARISSA MIGNANO
23
24
25
```

CONFIDENTIAL



---

GRAHAM CHASE ROBINSON

                Plaintiff,

        v.

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

              Defendants.

---

AUDIO TRANSCRIPTION

ROBINSON7156 (MARCH 7, 2019)

3:12 - 3:45

MAGNA LEGAL SERVICES

320 West 37th Street, 12th Floor

New York, New York 10018

(866)624-6221

Reported by: Marissa Mignano
Job Number: 891023

CONFIDENTIAL 

```
 1              Audio Transcription
 2            CHASE ROBINSON:  I just don't --
 3            MICHAEL TASCH:  Right.
 4            CHASE ROBINSON:  You know what I
 5     mean?  I just don't get it, but, like,
 6     you know, I know it is his life, and Tom
 7     said stay out of it.  I'm trying to stay
 8     out of it, but, like, I feel at this
 9     point, like, it's -- it's harassment.
10     You know, when it comes down to me --
11            MICHAEL TASCH:  Right.
12            CHASE ROBINSON:  -- and the things
13     that she says and the --
14            MICHAEL TASCH:  Right.
15            CHASE ROBINSON:  -- e-mails that I
16     get from her --
17            MICHAEL TASCH:  Right.
18            CHASE ROBINSON:  -- and it's very,
19     very uncomfortable.  So --
20            MICHAEL TASCH:  I understand.
21            CHASE ROBINSON:  I literally --
22            MICHAEL TASCH:  I -- I -- listen,
23     I understand.
24            CHASE ROBINSON:  I had to --
25            MICHAEL TASCH:  (Inaudible) that
```



```
 1              Audio Transcription
 2     she's getting -- right.  No, I
 3     understand.
 4              And listen, I just got home, I
 5     want to call him and get off because I
 6     don't want to deal with this all night.
 7     I want to eat, relax, and I'm not sure
 8     I'm going to be able to do that, but let
 9     me give him a call and I'll call you
10     after I speak to him.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL 

```
 1
 2                C E R T I F I C A T E
 3     STATE OF NEW YORK )
 4                       : SS
 5     COUNTY OF NEW YORK)
 6
 7              I, Marissa Mignano, a Notary
 8     Public within and for the State of New York,
 9     do hereby certify the within is a
10     a true and accurate transcription of the
11     audiotapes recorded.
12              I further certify that I am
13     not related to any of the parties to this
14     action by blood or marriage, and that I am
15     in no way interested in the outcome of this
16     matter.
17              IN WITNESS WHEREOF, I have
18     hereunto set my hand this 25th day of
19     October 2022.
20
21                        ___Marissa Mignano_____
22                             MARISSA MIGNANO
23
24
25
```

CONFIDENTIAL