# EXHIBIT 33

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 32 | Date Range: 7/2/2019 |

## Outline of Conversations

 **CHAT - 00416 - 2019/07/02** · 32 messages on 7/2/2019 · Tiffany Chen · Robert DeNiro <■■■-■■■>

CONFIDENTIAL
CANAL_0048627

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **CHAT - 00416 - 2019/07/02**



\# **Tiffany Chen** — 7/2/2019, 9:15 PM
Chase emailed

\# **Tiffany Chen** — 7/2/2019, 9:16 PM
She's threatening legal action if she still does not get a response by the 12th. Tom is getting ready to hit her hard with his letter

CONFIDENTIAL                                                                                                                                CANAL_0048628

| | | |
|---|---|---|
| RD | **Robert DeNiro** <​█████████> <br> Can you believe chase. As I said to Tom: who the fuck does she think she is?!?! | 7/2/2019, 9:44 PM |
| # | **Tiffany Chen** <br> She thought she was your wife. I saw it from the beginning. I told you | 7/2/2019, 9:45 PM |
| RD | **Robert DeNiro** <​█████████> <br> The balls, the nerve, the chutzpah, the sense of entitlement, how dare her! | 7/2/2019, 9:47 PM |
| # | **Tiffany Chen** <br> Tom will get her | 7/2/2019, 9:47 PM |

CONFIDENTIAL
CANAL_0048629

CONFIDENTIAL

CANAL_0048630