# EXHIBIT 35

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 23 | Date Range: 7/26/2019 |

## Outline of Conversations



**CHAT - 00378 - 2019/07/26** · 23 messages on 7/26/2019 · Gillian Spear <▮▮▮> · Kevin Rivas <▮▮▮> · Sabrina Weeks-Brittan <▮▮▮> · Tiffany Chen <▮▮▮>

CONFIDENTIAL
CANAL_0048976

**Messages in chronological order** (times are shown in GMT +00:00)

### CHAT - 00378 - 2019/07/26

**GS — Gillian Spear** — 7/26/2019, 3:05 AM
Hi Tiffany, Bob just wanted me to let you know that the cars will be at the hotel by 10:30pm

**TC — Tiffany Chen** — 7/26/2019, 3:06 AM
Great, he just called me and confused me. Thanks for making it simple to understand

**GS — Gillian Spear** — 7/26/2019, 3:07 AM
Hahaha no worries

**SW — Sabrina Weeks-Brittan** — 7/26/2019, 8:46 PM
Hi Tiffany, hope you're not too exhausted! I know we discussed the Hamptons hotel only being Thursdays-Mondays. But just wanted to let you know that they did receive a cancellation and could offer us the same room, uninterrupted, from 8/5-9/2 if that's still of interest. Would be $280 a day.

We can absolutely do the same plan as discussed with no room on Tuesdays and Wednesdays. Just wanted to mention this in case you prefer it

**TC — Tiffany Chen** — 7/26/2019, 8:49 PM
Well, I'm one third living at the moment and that bit is fading. We don't need the room in the middle of the week because we are going to use a local housekeeper out there. It would just be a waste of money. Thanks for bringing it to my attention though. And Chase got a lawyer and they are threatening to sue unless Bob gives into her demands 😬

**SW — Sabrina Weeks-Brittan** — 7/26/2019, 8:51 PM
Omg all around!! We knew this wasn't the last of her. What the fuck! What does Tom think?
Ps sounds good will do the Thursday-Monday plan we discussed!

**GS — Gillian Spear** — 7/26/2019, 8:52 PM
Oh wow! You were right when you said you felt her presence in the universe.

**TC — Tiffany Chen** — 7/26/2019, 8:52 PM
What are you ladies doing on Sunday?

**TC — Tiffany Chen** — 7/26/2019, 8:53 PM
Tom said it's a typical shake down with her saying "Bob Knew". However it won't go down like that.

**TC — Tiffany Chen** — 7/26/2019, 8:54 PM
Tom's to feisty let this go with a few fireworks and big, big BANG!

**TC — Tiffany Chen** — 7/26/2019, 8:54 PM
"Without a"

**TC — Tiffany Chen** — 7/26/2019, 8:55 PM
Basically everything she has done would put her in jail and we think that's a great idea 👻

**TC — Tiffany Chen** — 7/26/2019, 8:55 PM
Oh and if you guys are around, would like to take you two to brunch with Kevin!!!

**TC — Tiffany Chen** — 7/26/2019, 8:55 PM
On Sunday

CONFIDENTIAL
CANAL_0048977

| | | |
|---|---|---|
| GS | **Gillian Spear** <​███​> | 7/26/2019, 8:55 PM |
| | Ah that sounds lovely but I'm going out to the Rockaways for a friends birthday on Sunday, so everyone get ready to see me with a big sunburn 😊 | |
| TC | **Tiffany Chen** <+​███​> | 7/26/2019, 8:56 PM |
| | Make sure you wear a BIG hat | |
| SW | **Sabrina Weeks-Brittan** <+​███​> | 7/26/2019, 8:56 PM |
| | Loved "Tom's to feisty let this go with a few fireworks and big, big BANG!" | |
| GS | **Gillian Spear** <​███​> | 7/26/2019, 8:56 PM |
| | Haha I plan to! | |
| SW | **Sabrina Weeks-Brittan** <+​███​> | 7/26/2019, 8:57 PM |
| | Another day!?! My stepbro and bestie are staying with me and leaving Sunday night back to Chicago (they're engaged, it's super cute!!) | |
| TC | **Tiffany Chen** <+​███​> | 7/26/2019, 8:58 PM |
| | OMG... that is so CUTE! Yes, we will plan for another weekend. Maybe we can even make sure Rachael is here too! | |
| SW | **Sabrina Weeks-Brittan** <+​███​> | 7/26/2019, 9:00 PM |
| | I'm quite the match maker and have many siblings to marry off so if Kevin's interested haha. Yes when Rachael is back! | |
| GS | **Gillian Spear** <​███​> | 7/26/2019, 9:03 PM |
| | Liked "I'm quite the match maker and have many siblings to marry off so if Kevin's interested haha. Yes when Rachael is back!" | |
| TC | **Tiffany Chen** <+​███​> | 7/26/2019, 9:05 PM |
| | Laughed at "I'm quite the match maker and have many siblings to marry off so if Kevin's interested haha. Yes when Rachael is back!" | |