Exhibit 32

From: Me
To: █████████████████
Date: 02/04/19 8:41:00 PM
Message: A bit nervous. I really think she wants me gone after that email.

CONFIDENTIAL