# Exhibit 98

| | |
|---|---|
| **From:** | Chase Robinson |
| **Sent:** | Monday, November 12, 2018 07:44 PM |
| **To:** | Tom Harvey |
| **Subject:** | Fwd: Canal Productions |
| **Attachments:** | image491d85.PNG; ATT00001.htm; Non-Discrimination-Anti-Harassment Policy (01687919xA1AB5).DOCX; ATT00002.htm; Complaint Form-Discrimination-Harassment (01687922xA1AB5).DOCX; ATT00003.htm; NYC_SexHarass_FACTSHEET_En+Sp.pdf; ATT00004.htm; POST_NYC_SexHarass_NOTICE_En+Sp.pdf; ATT00005.htm |

Just so you have it. This was implanted in the office.
--
Chase Robinson
VP, Production & Finance
Canal Productions
Office: 212.941.4052

Begin forwarded message:

**From:** Hagit Feder <hfeder@tarterkrinsky.com>
**Subject: RE: Canal Productions**
**Date:** November 9, 2018 at 4:49:48 PM EST
**To:** 'Chase Robinson' <Chase@canalproductions.com>


See attached updated policy and complaint form. I also re-attached the fact sheet and poster herein for your convenience.

have a great weekend!

1

**Non-Discrimination and Anti-Harassment Policy**

Canal Productions (the "Company") is committed to providing a productive and safe work environment free from unlawful harassment (including sexual harassment) and discrimination based on actual or perceived protected characteristics[1] and retaliation. In keeping with this commitment, all employees are responsible for ensuring that the workplace is free from harassment and discrimination based on any protected characteristics and retaliation.

Harassment or Discrimination Based on a Protected Characteristic
Harassment or discrimination on the basis of any protected characteristics is strictly prohibited. Under this policy, harassment is verbal or physical conduct that denigrates or shows hostility or aversion toward an individual because of a protected characteristic, and that: (i) has the purpose or effect of creating a hostile or offensive work environment; (ii) has the purpose or effect of unreasonably interfering with an individual's work performance; or (iii) otherwise adversely affects an individual's employment opportunities.

Harassing conduct includes, but is not limited to: epithets (inappropriate or demeaning name-calling), slurs or negative stereotyping; threatening, intimidating or hostile acts; denigrating jokes and display or circulation in the workplace of written or graphic material that denigrates or shows hostility or aversion toward an individual or group (including through e-mail, phone texts, or other means of electronic communication) and is more than a petty slight or *de minimis* interference with an individual's employment.

Discrimination is conduct that disfavors someone in any term or condition of employment based on any protected characteristics.

Sexual Harassment
Sexual Harassment is a form of sex discrimination and is illegal under federal, state and local laws. Sexual harassment includes harassment on the basis of sex, sexual orientation, self-identified or perceived sex, gender expression, gender identity and the status of being transgender.

Sexual harassment includes unwelcome conduct which is either of a sexual nature, or which is directed at an individual because of that individual's sex or gender when:

- Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment, even if the reporting individual is not the intended target of the sexual harassment;

---

[1] Protected characteristics include: race, color, religion, creed, national origin, ancestry, sex (including pregnancy), gender (including gender identity or expression, gender nonconformity, and status as a transgender individual), age, physical or mental disability, citizenship, genetic information, past, current or prospective service in the uniformed services, predisposing genetic characteristics, sexual orientation, marital status, partnership status, actual or perceived sex, status as an intersex individual, self-image as it relates to gender, alienage or citizenship status, caregiver status, association with someone because of that person's actual or perceived possession of a certain protected characteristic, unemployment status, or any other characteristic protected under applicable federal, state, or local law.

01659787.DOCX                                                                     *November 2018*

Confidential                                                                      CANAL_0052322

- Such conduct is made either explicitly or implicitly a term or condition of employment; or

- Submission to or rejection of such conduct is used as the basis for employment decisions affecting an individual's employment.

A sexually harassing hostile work environment includes, but is not limited to, words, signs, jokes, pranks, acts of intimidation or physical violence which are of a sexual nature, or which are directed at an individual because of that individual's sex or gender. Sexual harassment also consists of any unwanted verbal or physical advances, sexually explicit derogatory statements or sexually discriminatory remarks made by someone which are offensive or objectionable to the recipient, which cause the recipient discomfort or humiliation, which interfere with the recipient's job performance.

Sexual harassment also occurs when a person in a position of authority tries to trade job benefits for sexual favors. This can include hiring, promotion, continued employment or any other terms, conditions or privileges of employment. This is also called "quid pro quo" harassment.

Any employee who feels harassed or has witnessed harassing behavior should report so that any violation of this policy can be corrected promptly. Any harassing conduct, even a single incident, can be addressed under this policy.

Examples of Sexual Harassment
The following describes some of the types of acts that may be unlawful sexual harassment and that are strictly prohibited:

- Physical acts of a sexual nature, such as:
    - Touching, pinching, patting, kissing, hugging, grabbing, brushing against another employee's body or poking another employee's body;
    - Rape, sexual battery, molestation or attempts to commit these assaults.

- Unwanted sexual advances or propositions, such as:
    - Requests for sexual favors accompanied by implied or overt threats concerning the target's job performance evaluation, a promotion or other job benefits or detriments;
    - Subtle or obvious pressure for unwelcome sexual activities.

- Sexually oriented gestures, noises, remarks, jokes, or comments about a person's sexuality or sexual experience, which create a hostile work environment.

- Sex stereotyping, which occurs when conduct or personality traits are considered inappropriate simply because they may not conform to other people's ideas or perceptions about how individuals of a particular sex should act or look.

- Sexual or discriminatory displays or publications anywhere in the workplace or while on working time, such as:

Canal Productions

- o Displaying pictures, posters, calendars, graffiti, objects, promotional material, reading materials or other materials that are sexually demeaning or pornographic. This includes such sexual displays on workplace computers or cell phones and sharing such displays while in the workplace or while on working time.

- Hostile actions taken against an individual because of that individual's sex, sexual orientation, gender identity and the status of being transgender, such as:
  - o Interfering with, destroying or damaging a person's workstation, tools or equipment, or otherwise interfering with the individual's ability to perform the job;
  - o Sabotaging an individual's work;
  - o Bullying, yelling, name-calling.

Gender Identity/Expression
Gender discrimination under the law includes discrimination on the basis of gender identity, gender expression, and transgender status. The definition of gender also encompasses discrimination against someone for being intersex. Gender discrimination can be based on one's perceived or actual gender identity, which may or may not conform to one's sex assigned at birth, or on the ways in which one expresses gender, such as through appearance or communication style. Gender discrimination is prohibited in all aspects of employment with the Company. Harassment motivated by gender is also form of discrimination. It is unlawful to refuse to hire, refuse to promote, or to discipline an individual because of a person's actual or perceived gender, including actual or perceived status as a transgender or intersex person. It is also unlawful to set different terms and conditions of employment because of an employee's gender identity, expression, transgender status, or intersex status.

All employees must use the name and pronouns that a person prefers, consistent with their gender identity. If you are not sure of the appropriate name or pronoun to use for another person, please respectfully ask the person which name or pronoun they prefer. It is insensitive, unlawful, and is a violation of this policy to intentionally refer to someone by the wrong name or pronouns after they have made clear their preferences.

All employees, clients, contractors, visitors, and other third parties have a right to a safe and appropriate restroom and other sex-segregated facilities, including the right to use a restroom that corresponds to the individual's gender identity/expression, regardless of their sex assigned at birth, anatomy, medical history, appearance, or the sex indicated on their identification. Where possible, the Company will make single-occupancy restrooms available for people of all genders. Transgender/gender non-conforming or intersex individuals may elect to use the single-occupancy restroom, but will not be required to use it. It is a violation of this policy to require anyone to show "proof" of their gender for any reason, except where required by law. It is also a violation of this policy to force a transgender/gender non-conforming or intersex person to use a single-occupancy restroom.

Additional examples of violations:
- Discrimination based on an individual's failure to conform to sex stereotypes, including failure to conform to stereotypical norms of masculinity or femininity;

Confidential                                                                                CANAL_0052324

Canal Productions

- Requiring dress codes or uniforms or applying grooming or appearance standards that impose different requirements for individuals based on sex or gender (e.g. men wear suits and women wear blouses);

- Offering employee benefits that discriminate on the basis of gender, such as offering a stipend for child care only to female employees;

- Discriminatory harassment or violence motivated by a person's actual or perceived gender identity, expression, or intersex status;

- Retaliation against an individual for making a complaint of, or participating in an investigation of harassment or discrimination, or for requesting a reasonable accommodation for a disability based on gender identity or expression.

If you have any concerns about a transgender, gender non-conforming, or intersex coworker's appearance, use of a restroom or other sex-segregated facilities, or any other issues after reviewing this policy, you should contact Chase Robinson to discuss your concerns. Chase Robinson will obtain the employee's consent before disclosing any information designated as confidential.

Retaliation is Prohibited
Retaliation against an individual, who in good faith, reports alleged harassment (including sexual harassment) or discrimination, or participates in an investigation of an alleged claim of harassment (including sexual harassment) or discrimination, is a serious violation of this policy and will be subject to disciplinary action, to the extent permissible by applicable federal, state, and local laws.

Unlawful retaliation can be any action that could discourage a worker from coming forward to make or support a claim of harassment (including sexual harassment) and discrimination. Adverse action need not be job-related or occur in the workplace to constitute unlawful retaliation (e.g., threats of physical violence outside of work hours).

Such retaliation is unlawful under federal, state, and (where applicable) local law. These federal, state and local laws protect any individual who has engaged in "protected activity." Protected activity occurs when a person has:

- Made a complaint of sexual harassment, either internally or with any anti-discrimination agency;

- Testified or assisted in a proceeding involving sexual harassment under the HRL or other anti-discrimination law;

- Opposed harassment (including sexual harassment) or discrimination by making a verbal or informal complaint to management, or by simply informing a supervisor or manager of harassment/discrimination;

- Reported that another employee has been sexually harassed, harassed or discriminated against based on any protected characteristic; or

Confidential                                                                                                                              CANAL_0052325

- Encouraged a fellow employee to report discrimination or harassment (including sexual harassment).

Even if the alleged discrimination or harassment does not turn out to rise to the level of a violation of law, the individual is protected from retaliation if they had a good faith belief that the practices were unlawful. However, the retaliation provision is not intended to protect persons making intentionally false charges of discrimination or harassment.

Individuals and Conduct Covered
This policy applies to all applicants and employees, interns (whether paid or unpaid), and non-employees working in connection with the Company, including independent contractors, "gig" workers and temporary workers, and persons providing services pursuant to a contract with the Company, regardless of immigration status, and other persons affiliated with the Company (e.g., clients or visitors).

Sexual harassment can occur between any individuals, regardless of their sex or gender. Harassers can be a superior, a subordinate, a coworker or anyone in the workplace including an independent contractor, contract worker, vendor, client, or visitor.

This policy prohibits the described unacceptable conduct in the workplace and in work-related settings outside the workplace, such as during business trips, business meetings and Company - sponsored social events.

Calls, texts, emails, social media usage, and other means of electronic communication by employees can constitute unlawful workplace harassment, even if they occur away from the workplace premises, on personal devices or during non-work hours.

This policy may not be used as a basis for excluding or separating individuals with protected characteristics from business or work-related social activities in order to avoid allegations of discrimination or harassment.

Reporting an Incident of
Discrimination, Harassment (including Sexual Harassment) or Retaliation
Preventing discrimination and harassment (including sexual harassment) is everyone's responsibility. Canal Productions cannot prevent or remedy sexual harassment, harassment, or discrimination unless it knows about it. Any employee, paid or unpaid intern, or non-employee who has been subjected to behavior that may constitute discrimination or harassment (including sexual harassment) is encouraged to report such behavior to Chase Robinson. Anyone who witnesses or becomes aware of potential instances of discrimination or harassment (including sexual harassment) should report such behavior to Chase Robinson.

Reports of discrimination or harassment (including sexual harassment) may be made verbally or in writing. Employees are encouraged to use the "Complaint Form" attached to this policy to submit written complaints. The Complaint Form is also available from Chase Robinson. Employees who are reporting discrimination or harassment (including sexual harassment) on behalf of other employees should use the Complaint Form and note that the complaint is on

Confidential                                                                                    CANAL_0052326

another employee's behalf. When possible, Complaint Forms should be submitted to the Chase Robinson via email; however, submitting a hard copy is also acceptable.

<u>Supervisory Responsibilities</u>
All supervisors and managers who receive a complaint or information about suspected discrimination or harassment (including sexual harassment), observe what may be harassing or discriminatory behavior or for any reason suspect that it is occurring, are required to report such suspected discrimination or harassment (including sexual harassment) to Chase Robinson.

In addition to being subject to discipline if they engage in discriminatory or harassing (including sexually harassing) conduct themselves, supervisors and managers will be subject to discipline for failing to report suspected discrimination or harassment (including sexual harassment) or otherwise knowingly allowing discrimination or harassment (including sexual harassment) to continue.

Supervisors and managers will also be subject to discipline for engaging in any retaliation.

<u>Complaint and Investigation</u>
All complaints or information about discrimination, harassment (including sexual harassment) or retaliation will be promptly investigated, whether the information was reported in verbal or written form.

Investigations will be conducted in a timely manner, and will be confidential to the extent possible.

An investigation of any complaint, information or knowledge of suspected discrimination or harassment (including sexual harassment) will be prompt and thorough, commenced immediately and completed as soon as possible. The investigation will be kept confidential to the extent possible. All persons involved, including complainants, witnesses and alleged harassers will be accorded due process, as outlined below, to protect their rights to a fair and impartial investigation.

You may be required to cooperate as needed in an investigation of suspected discrimination or harassment (including sexual harassment). Canal Productions will not tolerate retaliation against anyone who files a complaint, supports another's complaint or participates in an investigation regarding a potential violation of this policy.

While the process may vary from case to case, investigations will generally be done in accordance with the following steps:

- Upon receipt of a complaint, Chase Robinson will conduct an immediate review of the allegations, and take any interim actions (e.g., instructing the respondent to refrain from communications with the complainant), as appropriate. If the complaint is verbal, encourage the individual to complete the Complaint Form in writing. If the individual refuses, prepare a Complaint Form based on the verbal reporting.

**Confidential**　　　　CANAL_0052327

- If documents, emails or phone records are relevant to the investigation, take steps to obtain and preserve them.

- Request and review all relevant documents, including all electronic communications.

- Interview all parties involved, including any relevant witnesses.

- Create a written documentation of the investigation (such as a letter, memo or email), which contains the following:
    o A list of all documents reviewed, along with a detailed summary of relevant documents;
    o A list of names of those interviewed, along with a detailed summary of their statements;
    o A timeline of events;
    o A summary of prior relevant incidents, reported or unreported; and
    o The basis for the decision and final resolution of the complaint, together with any corrective action(s).

- Keep the written documentation and associated documents in a secure and confidential location.

- Promptly notify the individual who reported and the individual(s) about whom the complaint was made of the final determination and implement any corrective actions identified in the written document.

- Inform the individual who reported of the right to file a complaint or charge externally.

False and Malicious Accusations

Knowingly making false or malicious complaints of discrimination, harassment, or retaliation, as opposed to complaints which, even if erroneous, are made in good faith, may result in disciplinary action to the extent permissible by any applicable law.

Legal Protections and External Remedies

Discrimination and harassment (including sexual harassment) is not only prohibited by Canal Productions but is also prohibited by state, federal, and local law.

Aside from the internal process at Canal Productions, employees may also choose to pursue legal remedies with the following governmental entities. While a private attorney is not required to file a complaint with a governmental agency, you may seek the legal advice of an attorney.

*New York State Human Rights Law*

The New York State Human Rights Law ("HRL"), codified as N.Y. Executive Law, art. 15, § 290 et seq., applies to all employers in New York State, and protects employees, paid or unpaid interns and non-employees, regardless of immigration status, with regard to discrimination and harassment (including sexual harassment). A complaint alleging violation of the HRL may be filed either with the New York State Division of Human Rights ("DHR") or in New York State Supreme Court.

Complaints with DHR may be filed any time within one year of the discrimination or harassment. If an individual did not file at DHR, they can sue directly in state court under the HRL, within three years of the alleged discrimination or harassment. An individual may not file with DHR if they have already filed a HRL complaint in state court.

Complaining internally to Canal Productions does not extend your time to file with DHR or in court. The one year or three years is counted from the date of the most recent incident of discrimination or harassment.

You do not need an attorney to file a complaint with DHR, and there is no cost to file with DHR.

DHR will investigate your complaint and determine whether there is probable cause to believe that discrimination or harassment has occurred. Probable cause cases are forwarded to a public hearing before an administrative law judge. If discrimination or harassment is found after a hearing, DHR has the power to award relief, which varies but may include requiring your employer to take action to stop the discrimination or harassment, or redress the damage caused, including paying of monetary damages, attorney's fees and civil fines.

DHR's main office contact information is: NYS Division of Human Rights, One Fordham Plaza, Fourth Floor, Bronx, New York 10458. You may call (718) 741-8400 or visit: www.dhr.ny.gov.

Contact DHR at (888) 392-3644 or visit dhr.ny.gov/complaint for more information about filing a complaint. The website has a complaint form that can be downloaded, filled out, notarized and mailed to DHR. The website also contains contact information for DHR's regional offices across New York State.

*Civil Rights Act of 1964*

The United States Equal Employment Opportunity Commission ("EEOC") enforces federal anti-discrimination/harassment laws, including Title VII of the 1964 federal Civil Rights Act (codified as 42 U.S.C. § 2000e et seq.). An individual can file a complaint with the EEOC anytime within 300 days from the act of discrimination or harassment (including sexual harassment). There is no cost to file a complaint with the EEOC. The EEOC will investigate the complaint and determine whether there is reasonable cause to believe that discrimination or harassment has occurred, at which point the EEOC will issue a Right to Sue letter permitting the individual to file a complaint in federal court.

The EEOC does not hold hearings or award relief, but may take other action including pursuing cases in federal court on behalf of complaining parties. Federal courts may award remedies if discrimination or harassment is found to have occurred. In general, private employers must have at least 15 employees to come within the jurisdiction of the EEOC.

An employee alleging discrimination or harassment at work can file a "Charge of Discrimination." The EEOC has district, area, and field offices where complaints can be filed. Contact the EEOC by calling 1-800-669-4000 (TTY: 1-800-669-6820), visiting their website at www.eeoc.gov or via email at info@eeoc.gov.

01659787.DOCX November 2018

Confidential CANAL_0052329

Canal Productions

If an individual filed an administrative complaint with DHR, DHR will file the complaint with the EEOC to preserve the right to proceed in federal court.

*Local Protections*

Many localities enforce laws protecting individuals from discrimination, harassment, and sexual harassment. An individual should contact the county, city or town in which they live to find out if such a law exists. For example, employees who work in New York City may file complaints of discrimination, harassment, and sexual harassment with the New York City Commission on Human Rights. Contact their main office at Law Enforcement Bureau of the NYC Commission on Human Rights, 40 Rector Street, 10th Floor, New York, New York; call 311 or (212) 306-7450; or visit www.nyc.gov/html/cchr/html/home/home.shtml.

*Contact the Local Police Department*

If the discrimination or harassment involves unwanted physical touching, coerced physical confinement or coerced sex acts, the conduct may constitute a crime. Contact the local police department.

**Confidential**                                                                                                                              CANAL_0052330