# Exhibit 7

Page 1

```
UNITED STATES SOUTHERN DISTRICT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x
GRAHAM CHASE ROBINSON,

                    Plaintiff,


       -against-          Case No:
                          1:19-cv-09156 (LTS) (KHP)



ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                    Defendants.
----------------------------------------------x
          DEPOSITION TAKEN VIA ZOOM

          March 30, 2022
          9:32 a.m.



          VIDEOTAPED DEPOSITION of TIFFANY CHEN, held at
the above-mentioned time, before, PAIGE HAYDEN, a Court
Reporter and Notary Public of the State of New York.
          ----------------------------------------------X
```

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



```
 1   A P P E A R A N C E S:

 2    EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
              Attorneys for Tiffany Chen
 3            600 5th Avenue, 10th Floor
              New York, New York 10020
 4
      BY:  EARL WARD, ESQ.
 5

 6
      SANFORD HEISLER SHARP, LLP
 7            Attorneys for Plaintiff
              1350 6th Avenue 31st floor
 8            New York, New York 10019

 9    BY:     KATE MACMULLIN, ESQ.

10

11    TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP
              Attorneys for Defendant
12            Seven Skyline Drive
              HAWTHORNE, NEW YORK 10532
13
      BY:     CRAIG ROKUSON, ESQ.
14

15
      TARTER KRINSKY & DROGIN LLP
16            Attorneys for Defendant
              1350 Broadway
17            New York, New York 10018

18    BY:     LAURENT DROGIN, ESQ.

19
      ALSO PRESENT:
20
      CHRIS DINYA, VIDEOGRAPHER, MAGNA LEGAL SERVICES
21
      ALEXANDRA HARWIN, SANFORD HEISLER SHARP, LLP
22    ANNIE SLOAN, SANFORD HEISLER SHARP, LLP
      JEREMY HEISLER, SANFORD HEISLER SHARP, LLP
23    JEREMY MARGOLIS, SANFORD HEISLER SHARP, LLP

24    CHASE GRAHAM ROBINSON, PLAINTIFF
      BRITTANY K. LAZZARO, TARTER KRINSKY & DROGIN LLP
25    TOM HARVEY
```



Page 3

```
 1                    FEDERAL STIPULATIONS

 2

 3    IT IS HEREBY STIPULATED AND AGREED by and between the

 4    attorneys for the respective parties herein, that filing

 5    and sealing be and the same are hereby waived.

 6

 7    IT IS FURTHER STIPULATED AND AGREED that all objections,

 8    except as to form of the question, shall be reserved to

 9    the time of the trial.

10

11    IT IS FURTHER STIPULATED AND AGREED that the within

12    deposition may be sworn to and signed before any officer

13    authorized to administer an oath, with the same force

14    and effect as if signed and sworn to before this Court.

15

16

17

18

19

20

21

22

23

24

25
```



Page 4

1

2      THE VIDEOGRAPHER:  We are

3  now on the record.  This

4  begins video number one in

5  the deposition of Tiffany

6  Chen, in the matter of Graham

7  Chase Robinson V Robert De

8  Niro and Canal Productions,

9  Inc.

10      Today is Wednesday March

11  30, 2020, and the time is

12  9:32 a.m.

13      Counsel and all parties

14  present will be noted on the

15  stenographic record.

16      Will the court reporter

17  please swear in the witness?

18

19

20

21

22

23

24

25



Page 5

```
 1
 2      TIFFANY CHEN, the WITNESS
 3      herein, having been first
 4      duly sworn by a Notary Public
 5      of the State of New York, was
 6      examined and testified as
 7      follows:
 8      EXAMINATION BY
 9      MS. MACMULLIN:
10   Q.    State your name for the
11 record, please.
12   A.    Tiffany Chen.
13   Q.    State your address for the
14 record, please.
15   A.    375 Greenwich Street, New
16 York, New York 10013.
17   Q.    Alright.  Good morning.  My
18 name is Kate MacMullin.  I am an
19 attorney from Sanford Heisler Sharp,
20 and I represent Plaintiff, Graham
21 Chase Robinson, in this lawsuit.
22 Thank you for being here today for
23 your deposition.
24           Before we begin, I am going
25 to explain to you some of the ground
```



Page 6

```
 1                    T. CHEN
 2  rules for your deposition.
 3          MS. LAZZARO:  Before we
 4      start, can we agree to the
 5      regular stips?
 6          MS. MACMULLIN:  We
 7      stipulate that all objections
 8      except as to the form of the
 9      question are reserved until
10      the time of the trial.
11          MR. WARD:  Agreed.
12      Q.    Alright.  So Ms. Chen, I
13  will ask you questions today and
14  both my questions and your answers
15  will be recorded by the court
16  reporter.  Both of us need to speak
17  up, and speak clearly and slowly so
18  that the court reporter can record
19  everything.
20          Do you understand that?
21      A.    I do.
22      Q.    Also, you must answer
23  verbally because the court reporter
24  cannot record a nod or shake of the
25  head.
```



```
 1                    T. CHEN
 2           Do you understand that?
 3    A.     I do.
 4    Q.     Please wait until I finish
 5    my question before you start
 6    answering.
 7           If you don't --
 8    A.     Okay.
 9    Q.     Thank you.
10           If you don't understand my
11    question for any reason, don't
12    answer it, and please ask for
13    clarification.  If you answer the
14    question, however, we will assume
15    that you understood the question.
16           Do you understand that?
17    A.     I do.
18    Q.     Also, if you need a break
19    at any time or for any reason, let
20    me know, and we will finish your
21    answer if we are in the middle of it
22    and then take a break.  The only
23    time you can't take a break is if
24    there is a question is pending.
25           Do you understand that?
```



```
 1                T. CHEN
 2    A.     I do.
 3    Q.     Your attorney may object
 4  from time to time.  Unless he
 5  instructs you not to answer, you
 6  should still answer my question.
 7         Do you understand that?
 8    A.     I do.
 9    Q.     If you answer a question
10  and later on you remember some
11  additional information, or you would
12  like to clarify your earlier
13  response, please tell me that you
14  would like to add something to an
15  earlier answer, and I will give you
16  the opportunity to do that.
17         Do you understand that?
18    A.     I do.
19    Q.     If I use a term or
20  abbreviation incorrectly, please
21  correct my usage so that we can make
22  sure we all have the same
23  understanding of what the record
24  means.
25    A.     Okay.
```



Page 9

```
 1                    T. CHEN
 2     Q.    When I refer to Canal, I am
 3  referring to Canal Productions, Inc.
 4  If you are unsure by what I mean by
 5  any term, please let me know.
 6     A.    Okay.
 7     Q.    Is there any instruction
 8  that I have provided that you do not
 9  understand or do not agree with?
10     A.    No.
11     Q.    This testimony is under
12  oath, just as if you were in a court
13  of law.  This testimony may be used
14  as evidence in this case.
15          Do you understand that?
16     A.    Yes.
17     Q.    Do you have any electronic
18  screens or communication devices
19  with you in the room that you are in
20  right now, other than the computer
21  that is capturing you?
22     A.    No, I don't.
23     Q.    Okay.
24          And is there anyone else in
25  the room with you today other than
```



Page 10

                         T. CHEN
1
2    your counsel?
3       A.    No.
4       Q.    Do you understand your
5    obligation to provide testimony that
6    is truthful and complete?
7       A.    Yes.
8       Q.    Do you understand that you
9    are required to tell the truth here
10   today, even if it might be hurtful
11   to Mr. De Niro?
12      A.    Yes.
13      Q.    Do you understand that you
14   are required to tell the truth even
15   if it might be hurtful to you?
16      A.    Uh-huh.  Yes.
17      Q.    What is your full name?
18      A.    Tiffany Chen.
19      Q.    And I'm sorry, it is just a
20   little bit difficult to see you, Ms.
21   Chen.  I am wondering if the camera
22   can be adjusted so that we can see
23   you a little bit more clearly.
24      A.    Okay.
25            (Whereupon, a discussion



```
 1                    T. CHEN
 2      was held off the record.)
 3      Q.     Have you gone by any other
 4  name other than Tiffany Chen?
 5      A.     No.
 6      Q.     What is your date of birth?
 7      A.     4/22/78.  April 22, 1978.
 8      Q.     And just to return, do you
 9  have a middle name, Ms. Chen?
10      A.     Yes.
11      Q.     And what is that?
12      A.     It is Chinese.  In English,
13  phonetically, it sounds like funny.
14      Q.     Okay.
15             And could you spell it?
16      A.     Phonetically, it is spelled
17  F-E-I - N-I.
18      Q.     What is your home address?
19      A.     117A East 65th Street.
20      Q.     How long have you resided
21  at that address?
22      A.     About five years now.
23      Q.     Does anyone else reside
24  with you at that address?
25      A.     Yes.
```



```
 1                  T. CHEN
 2    Q.    Who?
 3    A.    My boyfriend.
 4    Q.    And who is your boyfriend?
 5    A.    Robert De Niro.
 6    Q.    Are you married?
 7    A.    No.
 8    Q.    Do you have any children?
 9    A.    Not my own.  I have
10 stepchildren.
11    Q.    Have you ever been married?
12    A.    No.
13    Q.    Do you suffer from any
14 condition that affects your memory?
15    A.    No.
16    Q.    Have you consumed any
17 substances that affect your memory
18 or ability to communicate today?
19    A.    Nope.
20    Q.    Is there any reason,
21 physically or mentally, that you are
22 not able to testify today truthfully
23 and completely?
24    A.    No.
25    Q.    Other than this case, have
```



Page 13

1                    T. CHEN
2    you ever been involved in any other
3    lawsuit or other judicial, arbitral
4    or administrative proceeding?
5        A.    Nope.
6        Q.    Have you ever been a
7    witness for another lawsuit or other
8    judicial, arbitral, or
9    administrative proceeding?
10       A.    No.
11       Q.    Have you ever testified
12   under oath before?
13       A.    Nope.
14       Q.    Have you ever provided a
15   sworn statement, declaration, or
16   affidavit relating to any lawsuit or
17   other judicial, arbitral, or
18   administrative proceeding?
19       A.    No.
20       Q.    Have you ever provided any
21   testimony or any sworn statement in
22   a case involving Canal Productions
23   or Mr. De Niro?
24       A.    No.
25       Q.    Have you provided any sworn



Page 14

```
 1                    T. CHEN
 2  statements, declaration, or
 3  affidavit relating to the lawsuit
 4  brought by Chase Robinson?
 5     A.    No.
 6     Q.    Have you provided any sworn
 7  statement, declaration, or affidavit
 8  relating to the lawsuit or
 9  counterclaims brought by Canal
10  Productions against Ms. Robinson?
11     A.    No.
12     Q.    Have you ever been
13  convicted of a criminal offence?
14     A.    No.
15     Q.    Have you ever been charged
16  or arrested in connection with a
17  criminal offence?
18     A.    Nope.
19     Q.    Have you ever been accused
20  of making any false statement?
21     A.    No.
22     Q.    You are represented by Earl
23  Ward from Emery Celli in this
24  deposition, is that correct?
25     A.    Yes.
```



```
 1                     T. CHEN
 2     Q.     When did you first come to
 3  be represented by Emery Celli?
 4     A.     It is about -- I would say
 5  maybe five to six weeks ago.
 6     Q.     Have you been represented
 7  by any other attorney in connection
 8  with the lawsuit brought by Ms.
 9  Robinson against Mr. De Niro and
10  Canal or in Canal's lawsuit or
11  counterclaims against Ms. Robinson?
12     A.     No.
13     Q.     Have you ever been
14  represented by Traub Lieberman?
15     A.     No.
16     Q.     Have you ever been
17  represented by Tarter Krinsky &
18  Drogin?
19     A.     No.
20     Q.     Has Tom Harvey ever
21  represented you as a lawyer?
22     A.     No.  I said no.
23     Q.     Yes.  Just taking a pause.
24     A.     Okay.
25     Q.     Ms. Chen, what have you
```



Page 16

```
 1                    T. CHEN
 2   done to prepare for today's
 3   deposition?
 4     A.     Talked to my lawyer.
 5     Q.     And when did you speak with
 6   your lawyer?
 7     A.     I spoke to him today.
 8     Q.     And how long did your
 9   conversation last?
10     A.     It was fragmented.  I would
11   say the total amount of time was --
12   we spoke like 12 minutes.
13     Q.     And other than today, did
14   you speak with your lawyer on
15   another occasion to prepare for
16   today's deposition?
17     A.     Yesterday.
18     Q.     And how long was that
19   conversation?
20     A.     About a little under an
21   hour.
22     Q.     And were there any
23   non-attorneys present either today
24   or yesterday?
25     A.     No.
```



```
 1                    T. CHEN
 2     Q.     And other than today or
 3  yesterday, did you meet with your
 4  attorney to prepare for today's
 5  deposition?
 6     A.     Could you repeat that
 7  again?
 8     Q.     Yes.
 9            Other than today or
10  yesterday, did you meet with your
11  attorney to prepare for today's
12  deposition?
13     A.     Yes, on Saturday.
14     Q.     And how long did you meet
15  with your attorney on Saturday?
16     A.     About -- it would have been
17  -- probably just around an hour, the
18  same as yesterday.
19     Q.     And other than today,
20  yesterday, and Saturday, did you
21  meet with your attorney on any other
22  occasions to prepare for today's
23  deposition?
24     A.     No.
25     Q.     Have you spoken -- sorry.
```



Page 18

```
 1                    T. CHEN
 2     A.     No.
 3     Q.     Okay.
 4            Have you spoken with anyone
 5  else regarding your deposition?
 6     A.     Yes.
 7     Q.     Who?
 8     A.     My boyfriend.
 9     Q.     And what did you say about
10  the deposition?
11     A.     That I had to be deposed
12  today, so we had to figure out the
13  children's schedule with some of our
14  staff because I would be deposed.
15     Q.     And what, if anything, did
16  Mr. De Niro say about your
17  deposition today?
18     A.     He said, "Okay.  We will
19  figure it out."
20     Q.     Have you spoken with anyone
21  else regarding your deposition?
22     A.     No.  Nope.
23     Q.     Did you speak to anyone
24  else about their depositions in this
25  case?
```



Page 19

```
 1                    T. CHEN
 2      A.     No.
 3      Q.     Have you reviewed any
 4  documents in preparation for your
 5  deposition?
 6      A.     No.
 7      Q.     Have you reviewed the
 8  Complaint in this case?
 9      A.     Nope.
10      Q.     Have you reviewed the
11  Answer and Counterclaims in this
12  case?
13      A.     Nope.
14      Q.     Have you reviewed the
15  lawsuit Canal filed against Ms.
16  Robinson?
17      A.     No.
18      Q.     Did you bring any documents
19  with you today relating to this
20  case?
21      A.     No.
22      Q.     Ms. Chen, could you please
23  describe for me your educational
24  history?
25      A.     I went to Brooklyn
```



Page 20

```
 1                    T. CHEN
 2   Technical High School for high
 3   school.  I went to SUNY Potsdam for
 4   college, transferred back to the
 5   City and went to Baruch.
 6       Q.    And when did you graduate
 7   from college?
 8       A.    I didn't finish.  I started
 9   fighting.
10       Q.    Okay.
11             What do you mean when you
12   say that you started fighting?
13       A.    I am a retired full-contact
14   fighter.  So I was -- I had started
15   my full-time -- full-contact
16   fighting career towards the end of
17   college.  And I had done well enough
18   to fight at a world championship so
19   I went with that.  It is not easy to
20   get there, so it was an opportunity
21   that was right for the moment.
22       Q.    How did you come to know
23   Robert De Niro?
24       A.    I worked on a movie with
25   him.
```



```
1                    T. CHEN
2     Q.     And what is the nature of
3  your relationship with Robert De
4  Niro today?
5     A.     I have told you he is my
6  boyfriend.  It is still the same.
7
```

[content redacted]

```
25                MR. WARD:  Objection.
```



```
 1                  T. CHEN
 2       You have already gotten
 3       information about the
 4       relationship.  Now you are
 5       getting into details.  This
 6       amounts to harassment at this
 7       point.
 8            MS. MACMULLIN:  I can
 9       rephrase the question.
10    Q.     Did you begin an ongoing
11  sexual relationship with Mr. De Niro
12  in 2017?
13    A.     I have told you several
14  times that he is my boyfriend.  I
15  think that answers the question.
16    Q.     When did you and Mr. De
17  Niro begin residing together?
18    A.     In 2018.
19    Q.     And when you and Mr. De
20  Niro began residing together, was he
21  still married?
22    A.     Yes.
23    Q.     Was there a period of time
24  when Mr. De Niro was concealing his
25  romantic relationship with you from
```



Page 23

```
 1                    T. CHEN
 2   others?
 3          MR. WARD:  Objection.
 4     You can answer if you know.
 5   A.      Can you repeat that?
 6   Q.      Was there a period when Mr.
 7   De Niro was concealing his romantic
 8   relationship with you from others?
 9   A.      Well, we don't talk about
10   our romantic relationship with
11   anybody.  So I don't understand what
12   you mean by romantic relationship
13   because everybody does know that I
14   am his girlfriend.
15   Q.      Was there a period of time
16   when Mr. De Niro was concealing his
17   romantic relationship with you from
18   others?
19          MR. WARD:  Objection.
20     You can answer if you know.
21   A.      Yes.
22   Q.      And from whom was he
23   concealing his romantic relationship
24   with you?
25   A.      From people at the office,
```


MAGNA
LEGAL SERVICES

Page 24

```
 1                    T. CHEN
 2   and from his family.
 3     Q.    Over what period of time
 4   was Mr. De Niro concealing his
 5   romantic relationship with you from
 6   others?
 7     A.    Others is a very broad term
 8   because there is no absolute to how
 9   he handled it with everybody.  It
10   didn't happen at the same time.
11     Q.    Sure.
12           Over what period of time
13   was Mr. De Niro concealing his
14   romantic relationship with you from
15   people in the office and his family?
16     A.    I -- that is very poorly
17   phrased because how he handles the
18   office and how he handles his family
19   are two different things.
20     Q.    So how -- over what period
21   of time was Mr. De Niro concealing
22   his romantic relationship with you
23   from the office?
24     A.    Until about -- I would say
25   late -- late 2018, and then it
```



Page 25

```
 1                    T. CHEN
 2   opened up in early 2019.
 3     Q.     And over what period of
 4   time was Mr. De Niro concealing his
 5   romantic relationship with you from
 6   his family?
 7           MR. WARD:  Objection.
 8       Ms. MacMullin, is this about
 9       their relationship or is this
10       about the claims in the
11       lawsuit?  I don't understand
12       where we are going here in
13       terms of relevance.
14           MS. MACMULLIN:  It is
15       background information.
16           MR. WARD:  I mean, I
17       think you have gotten enough
18       background information.  They
19       are involved in a
20       relationship.  She has
21       already mentioned that.  I am
22       just concerned about how far
23       you intend to go along these
24       lines with this line of
25       questioning.  She'll answer
```



```
 1                    T. CHEN
 2      the next question, but I am
 3      telling you now we are not
 4      going to go too far into
 5      this.  This is -- it is
 6      ridiculous and it's
 7      harassment.  So let's move on
 8      and let's get to the core of
 9      this.
10      Q.    Ms. Chen, please answer the
11   question.
12      A.    Could you ask it again?
13      Q.    Sure.
14            Over what period of time
15   was Mr. De Niro concealing his
16   romantic relationship with you from
17   his family?
18      A.    They knew in 2017.
19      Q.    Okay.
20            I am going to be
21   introducing our first exhibit in the
22   chat.  I hope that will work for you
23   to be able to see the document, Ms.
24   Chen, if we share it over Zoom.
25      A.    Okay.
```



```
 1                    T. CHEN
 2          MS. MACMULLIN:  This
 3      document is Bates stamped
 4      Canal_0048735 to 37, and we
 5      will be marking this document
 6      as Plaintiff's Exhibit 68.
 7          (Whereupon, Plaintiff's
 8      Exhibit 68, Canal_0048735 to
 9      37, was marked for
10      identification, as of this
11      date.)
12   Q.    Let me know when you are
13   able to have that up.
14   A.    I don't see anything.
15   Q.    It should have just been
16   shared in the chat.  So it would
17   have to be downloaded and opened.
18   A.    How do we do that?  There
19   is a little thing there.
20          MR. WARD:  It won't just
21      pop up on the scene.
22   A.    I don't want to touch
23   anything and ruin --
24          MS. MACMULLIN:  Can we go
25      off the record?
```



Page 28

```
 1                    T. CHEN
 2              THE VIDEOGRAPHER:  The
 3         time is now 9:54 a.m.  We are
 4         off the record.
 5              (Whereupon, a recess was
 6         taken at this time.)
 7              THE VIDEOGRAPHER:  The
 8         time is now 10:04 a.m. and we
 9         are back on the record.
10              MS. MACMULLIN:  Thank
11         you.  Sorry.  One last
12         logistical thing, if everyone
13         who would like to receive the
14         exhibits by e-mail can just
15         type their e-mail address in
16         into the chat, we will e-mail
17         them that way.
18      Q.    Ms. Chen, now turning to
19    the document that has been marked as
20    Plaintiff's Exhibit 68, this is a
21    series of text messages between you
22    and Mr. De Niro.
23      A.    So I look at this now?
24    This thing?
25      Q.    Yes.  Okay.
```



Page 29

```
 1                    T. CHEN
 2          So if you could please turn
 3   to page three of the document.
 4     A.    Uh-huh.
 5     Q.    Do you see your message,
 6   which says, "I will get dropped off
 7   a couple of blocks away?"
 8     A.    Yeah.
 9     Q.    Why were you being dropped
10   off several blocks away?
11     A.    I don't remember.
12     Q.    And does looking at the
13   whole sentence, which says, "You
14   have told me 3:45.  So I am in a car
15   now.  I will check with Chase
16   though, and if need be, I will get
17   dropped off a couple of blocks way."
18          Does that refresh your
19   recollection as to why you needed to
20   be dropped off a couple of blocks
21   away?
22     A.    The only thing that I can
23   put together from looking at this is
24   that he had Helen.  Looking at the
25   time, 3:45, and I was dropping off
```



Page 30

```
 1                    T. CHEN
 2    the dogs it seems for her.  And
 3    there must have been something where
 4    the timing just got messed up and I
 5    hadn't met the children yet, so in
 6    the midst of the divorce and not
 7    having met the children, I think it
 8    was just to keep everything right
 9    for the kids.
10       Q.    Was there a period of time
11    when Ms. Robinson was coordinating
12    meetings with you and Mr. De Niro?
13       A.    No.
14       Q.    Okay.
15            We are going to send the
16    next document, which is Bates stamp
17    Canal_0048658 through 61.  And we
18    will mark this document as
19    Plaintiff's Exhibit 69.
20            (Whereupon, Plaintiff's
21       Exhibit 69, Canal_0048658
22       through 61, was marked for
23       identification, as of this
24       date.)
25       A.    So we are done with this
```



Page 31

```
 1                     T. CHEN
 2   one?
 3          MR. WARD:  Yes.  The
 4      others will be sent to me by
 5      e-mail?
 6          MS. MACMULLIN:  Yes.
 7          MR. WARD:  Thank you.
 8          (Whereupon, a discussion
 9      was held off the record.)
10          MS. MACMULLIN:  We can go
11      off the record?
12          THE VIDEOGRAPHER:  The
13      time is now 10:09 a.m.  We
14      are off the record.
15          (Whereupon, a recess was
16      taken at this time.)
17          THE VIDEOGRAPHER:  The
18      time is now 10:13 a.m.  We
19      are back on the record.
20   Q.    So Ms. Chen, looking at
21   what has been marked as Plaintiff's
22   Exhibit 69, can you please turn to
23   the fourth page of the document?
24   A.    (Witness complies).  I
25   think I am here.
```



```
 1                    T. CHEN
 2    Q.      Okay.
 3            Do you see your message, at
 4    8:38 p.m., which says, "We also need
 5    to discuss everything happening
 6    later in the week and where I can or
 7    cannot be?"
 8    A.      Yeah.
 9    Q.      What was that referring to?
10    A.      It was referring to the
11    work at the townhouse, and the fact
12    that Chase had overly dramatized
13    constantly me being at the house
14    because she felt that we should keep
15    everything a secret from the office.
16    Q.      What did Ms. Robinson
17    communicate to you in that regard?
18    A.      What do you mean by that?
19    Q.      What did Ms. Robinson
20    communicate to you that led you to
21    that conclusion that you just
22    described about her wanting to keep
23    things secret from the office?
24    A.      She would say it to me.
25    Q.      What would she say to you?
```



Page 33

```
 1                    T. CHEN
 2    A.    Whenever I would try to get
 3  a straight answer from her, or
 4  understand scheduling, she would
 5  rattle off a bunch of things that
 6  never made sense.  But the only
 7  thing that she was consistent about
 8  was saying that, "Well, you
 9  shouldn't really be around because
10  there is going to be other people
11  around."  That is what she would say
12  in different ways all the time, but
13  never made sense.  But her paranoia
14  about just not wanting anybody to
15  know about me was always delivered
16  directly from her.
17    Q.    Ms. Chen, have you ever
18  been employed by Canal Productions,
19  Inc.?
20    A.    No.
21    Q.    Have you ever received a
22  salary from Canal?
23    A.    No.
24    Q.    Have you ever received any
25  benefits from Canal?
```



```
 1                    T. CHEN
 2     A.      No.
 3     Q.      Have you ever held a job
 4   title at Canal?
 5     A.      No.
 6     Q.      Have you ever received
 7   health insurance from Canal?
 8     A.      Yes.
 9     Q.      When did you receive health
10   insurance from Canal?
11     A.      I think this January.
12     Q.      This January of 2022?
13     A.      Yes.
14     Q.      Do you currently receive
15   health insurance from Canal?
16     A.      Yes.
17     Q.      When did you begin to have
18   regular communications with Canal
19   employees?
20     A.      2019.
21     Q.      And which Canal employees
22   did you have regular communications
23   with in 2019?
24     A.      In 2019?
25     Q.      Yes.
```



Page 35

1                    T. CHEN

2      A.      Everyone.

3      Q.      Could you list those Canal

4  employees, please?

5      A.      Michael Kaplan, Jillian

6  Spear, and Sabrina Weeks-Britain.

7      Q.      When did you first meet Ms.

8  Robinson?

9      A.      In the fall of 2018.

10     Q.      What, if anything, had Mr.

11 De Niro told you about Ms. Robinson

12 prior to meeting her?

13     A.      She -- that she had seemed

14 to always get the job done, she was

15 very weird, uncomfortable to talk

16 to, and just strange.  But as long

17 as she did the work, that is all he

18 wanted her to do.

19     Q.      Did Mr. De Niro say

20 anything to you about what role Ms.

21 Robinson performed at Canal?

22     A.      She was an assistant.

23     Q.      What were your first

24 impressions of Ms. Robinson?

25     A.      There is something wrong



Page 36

```
 1                    T. CHEN
 2   with her, very seriously wrong with
 3   her.
 4      Q.    Why did you think there was
 5   something wrong with her?
 6      A.    When I met her face to face
 7   she couldn't look me in the face,
 8   kept looking down, grabbing her
 9   temple, and just going (indicating)
10   the whole time.  And I kept asking
11   her, "Is everything okay?  Is
12   something wrong?"  And she just
13   would go (indicating).  "I didn't
14   have my coffee today."  The whole
15   time.
16      Q.    During the period between
17   when you first met Ms. Robinson and
18   her resignation in April of 2019,
19   how often did you interact with her?
20      A.    Strange, not very much at
21   all.
22      Q.    How often would you speak
23   with Ms. Robinson on the phone
24   during a typical week?
25      A.    A typical week, during
```



```
 1                    T. CHEN
 2   literally a three-month period where
 3   I knew her, not very much because
 4   you can never get a straight answer.
 5   So I always wanted to try to
 6   communicate in text to have a
 7   definitive writing document of what
 8   she said so that we can reference it
 9   all the time.  Because if you talk
10   to her, you get gibberish.  Its
11   gibberish all the time, followed
12   with, "Oh, my god.  I am so busy.  I
13   work so hard."  And just this
14   frantic nature with her that is just
15   a bit boring to hear, and exhausting
16   when you have you a lot of work to
17   get done.  And she is supposed to be
18   preparing the townhouse.  Nothing is
19   getting done.  You are asking
20   questions, and she is never giving
21   an answer other than running in
22   circles, and saying, "Oh, my God.  I
23   am so busy.  Oh, my God.  I am so
24   busy."  And being inappropriate.  So
25   I always wanted everything
```



Page 38

1                    T. CHEN
2   documented with her.
3     Q.     So during the period
4   between first meeting Ms. Robinson,
5   and her resignation in 2019, how
6   often would you e-mail with Ms.
7   Robinson in a typical week?
8     A.     I rarely ever e-mailed just
9   with her.  Rarely.  I always had
10  somebody else on the e-mail because
11  I didn't trust her.
12    Q.     How often would you e-mail
13  with Ms. Robinson, or how often
14  would you send e-mails that included
15  Ms. Robinson in a typical week?
16    A.     I couldn't give you a
17  number, but it would be several
18  times a week because she was
19  supposed to be setting up the home
20  that I was living in, that she did
21  not set up.
22    Q.     And during the period
23  between first meeting Ms. Robinson,
24  and her resignation in April of
25  2019, how often would you text with



```
 1                T. CHEN
 2   Ms. Robinson in a typical week?
 3     A.    I couldn't give you a
 4   number, but it would be a few times
 5   a week, several times a week.
 6     Q.    And during that same
 7   period, how often would you interact
 8   with Ms. Robinson in person during a
 9   typical week?
10     A.    There was no such thing as
11   a typical week.
12     Q.    Would it be common for you
13   to interact with Ms. Robinson in
14   person once a week during that
15   period of time?
16     A.    Interact how?
17     Q.    See each other in person?
18     A.    It was -- at the beginning
19   she was coming to the townhouse a
20   ridiculous amount of times, and
21   would always try to bring someone
22   with her where she should say that I
23   shouldn't be there.  So sometimes I
24   would see her come in, and then she
25   would have some sort of strange
```



Page 40

```
 1                    T. CHEN
 2    excuse, and I just wanted to respect
 3    the dynamic that was already set so
 4    I would leave.  And it would just
 5    be, you know, more than I would like
 6    to see her I was seeing her.
 7       Q.    Before her employment at
 8    Canal ended, were there periods when
 9    you were in daily communication with
10    Ms. Robinson?
11       A.    No.
12             MS. MACMULLIN:  Okay.  We
13       are going to share a document
14       that is Bates stamped
15       Robinson 000012273 to 74.
16       And we will mark this
17       document as Plaintiff's
18       Exhibit 70.
19             (Whereupon, Plaintiff's
20       Exhibit 70, Robinson
21       000012273 to 74, was marked
22       for identification, as of
23       this date.)
24             MR. WARD:  70?
25             MS. MACMULLIN:  Thank
```



Page 41

```
 1                    T. CHEN
 2     you.
 3          MR. DROGIN:  Can we note
 4     the time of day, please?
 5          MS. MACMULLIN:  I didn't
 6     catch that?
 7          MR. DROGIN:  Can we note
 8     the time of day?
 9          MS. MACMULLIN:  It is
10     10:24 a.m.
11          Mr. Ward, do you need
12     some time to access the
13     document?
14          MR. WARD:  Sure.  I mean,
15     I haven't received yet in my
16     e-mail.
17          MS. MACMULLIN:  Okay.  So
18     we can go off the record.
19          THE VIDEOGRAPHER:  The
20     time is 10:24 a.m.  We can go
21     off record.
22          (Whereupon, a recess was
23     taken at this time.)
24          THE VIDEOGRAPHER:  The
25     time is now 10:30 a.m. and we
```



Page 42

```
 1                    T. CHEN
 2      are back on the record.
 3      Q.     So Ms. Chen, looking at
 4   what has been marked as Plaintiff's
 5   Exhibit 70, around the middle of
 6   this text message, do you see the
 7   line that begins, "He speaks so
 8   glowingly?"
 9      A.     No.  I think we have to
10   scroll down.  Where -- where?
11      Q.     Apologies.  It is on the
12   second page of the document.
13      A.     I got to move up to the
14   screen.  Yes.
15      Q.     Could you please read that
16   sentence and the next sentence into
17   the record?
18      A.     I went to sit down, sorry.
19      Q.     Okay.
20      A.     The, he speaks so
21   glowingly?
22      Q.     Yes.
23      A.     "He speaks so glowingly of
24   you and it is nice to see that not
25   even his most complimentary moments
```



```
 1                    T. CHEN
 2   have done you justice.  You're
 3   really as great as he has built you
 4   up to be and then some.  Hope you
 5   like the products.  I'm making Rose
 6   based serums next week.  I'll pass
 7   some along to you.  Have a great
 8   weekend."
 9            Describe for me what Mr. De
10   Niro said when he spoke glowingly of
11   Ms. Robinson?
12      A.    He said that he was very
13   happy that she always seemed to get
14   the job done, and that was it.
15      Q.    What compliments would Mr.
16   De Niro pay Ms. Robinson?
17      A.    I wouldn't say that he ever
18   paid her compliments at all.
19      Q.    Which of Ms. Robinson's
20   attributes did Mr. De Niro value?
21      A.    He never commented on her
22   having attributes at all.
23      Q.    During your employment, did
24   Mr. De Niro express that he found
25   Ms. Robinson to be hardworking?
```



Page 44

```
 1                    T. CHEN
 2    A.    He never used the words
 3  hardworking.
 4    Q.    What words did he use to
 5  describe her?
 6    A.    She acts like she does a
 7  lot.  It is a bit crazy, but as long
 8  as the job gets done, I am happy.
 9        MS. MACMULLIN:  We are
10    going to share another
11    document in the chat that is
12    Bates stamped Robinson
13    00012120, which we are
14    marking at Plaintiff's
15    Exhibit 71.
16        (Whereupon, Plaintiff's
17    Exhibit 71, Robinson
18    00012120, was marked for
19    identification, as of this
20    date.)
21    Q.    Let me know when you are
22  able to see that, Ms. Chen.
23    A.    Okay.
24        MR. DROGIN:  Has it been
25    e-mailed to Counsel?
```



Page 45

```
 1                    T. CHEN
 2          MS. MACMULLIN:  I am sure
 3      it will be, if it hasn't yet.
 4          MR. WARD:  We have it on
 5      the screen.
 6          MS. MACMULLIN:  Okay.
 7      Thank you.
 8          MR. DROGIN:  Counsel,
 9      before you start asking
10      questions, Canal's Counsel
11      has not yet received it.  We
12      will request that you e-mail
13      those documents ahead of time
14      so we don't have to have the
15      delays either on and off the
16      record.  I just received
17      something.  This is 12273?
18          MS. MACMULLIN:  It should
19      be 12120.
20          MR. DROGIN:  So just so
21      we are clear, it looks like I
22      just received -- I just
23      received, at 10:35, the
24      e-mail that Mr. Margolis sent
25      however many minutes ago.
```



Page 46

```
                        T. CHEN
 1
 2     There is some delay on my end
 3     in receiving these documents.
 4     And I would ask, again, that
 5     you e-mail a couple ahead of
 6     time.  We will represent that
 7     we won't open them until you
 8     offer them.  But it seems to
 9     be like we are wasting a lot
10     of time.  I would think that
11     you want to ask more
12     questions and not wait for
13     people to receive documents,
14     but that is up to you.  I
15     have 71.  I am downloading
16     that.  Now I just got it from
17     Jeremy.
18          MS. MACMULLIN:  Alright.
19          MR. WARD:  This is going
20     to take forever.  This is
21     going to take beyond the
22     seven hours.  I certainly
23     hope this is not going to be
24     seven hours.  But we are
25     looking at much more time
```



Page 47

```
 1                    T. CHEN
 2      than anyone anticipated.
 3      There has to be a way where
 4      you can share this on the
 5      screen to avoid the e-mails,
 6      and the downloading of the
 7      documents and the PDF.
 8            Have you thought about
 9      that?
10            MS. MACMULLIN:  Can we go
11      off the record?
12            THE VIDEOGRAPHER:  The
13      time is now 10:36 a.m.  We
14      are off the record.
15            (Whereupon, a discussion
16      was held off the record.)
17            THE VIDEOGRAPHER:  The
18      time is now 10:50 a.m.  We
19      are back on the record.
20            MS. LAZZARO:  I just want
21      to clarify for the record
22      that this deposition
23      commenced at 9:30.  It is
24      11:05 now and we have only
25      been on the record for 44
```



Page 48

```
 1                    T. CHEN
 2     minutes.
 3     Q.     Ms. Chen, if you could take
 4  a look at Robinson 00012120, which
 5  has been marked as Plaintiff's
 6  Exhibit 71.  I would like you to
 7  take a look at your first text
 8  message.
 9          What did you observe Ms.
10  Robinson doing that prompted you to
11  you write that she was an incredible
12  human?
13     A.     It is something called
14  killing a person with kindness.
15     Q.     What do you mean by that?
16     A.     Everything I observed from
17  her was unprofessional, deranged,
18  really crazy, aggressive, and angry
19  all the time.  So I realized I
20  didn't want Bob to lose a person at
21  the office that he valued so much.
22  So what I do when I am at my wits
23  end with a person, and I can't quite
24  understand what is going on with
25  them, is that I just try to be very
```



```
 1                    T. CHEN
 2   kind.  And that is all I was trying
 3   to do here.  And this came after a
 4   whole lot of horrible behavior from
 5   Chase.  She -- we would go away and
 6   I came back, she moved furniture
 7   around without asking permission.
 8   She pruned our trees without asking
 9   for permission.  It all seemed very
10   jealous and territorial.  And what I
11   was trying to let her do is no
12   matter what, your relationship with
13   Bob is your relationship with Bob
14   and work.  And nothing here in the
15   household, me, I would not influence
16   anything in any other way for her
17   other than supporting what Bob
18   needs.  That was the purpose of this
19   text.
20       Q.    Why did you believe Ms.
21   Robinson was jealous?
22       A.    Say that again?
23       Q.    Why did you believe Ms.
24   Robinson was jealous?
25       A.    Well, when you come into
```



```
 1                    T. CHEN
 2    somebody else's household and start
 3    moving around furniture without
 4    their permission, and you text their
 5    boyfriend about what they think
 6    about the change that they have
 7    made, I think that is -- I think
 8    that is you are overstepping.  You
 9    are not respecting the boundaries of
10    our relationship, and you are trying
11    to step in a place that you
12    shouldn't be.  When you come to the
13    townhouse and your boss asks you
14    what is on the schedule today, and
15    you turn to me, and roll your eyes,
16    and go, "Oh, my God.  He is just so
17    annoying.  I can't stand dealing
18    with him," I saw that that was very
19    weird and oddly spoken since I am
20    the girlfriend and she is an
21    assistant.  When we -- when she is
22    hiring housekeepers for us, and I
23    speak to the housekeepers that I
24    hire, and when they ask about me,
25    and they say, "What is his
```



Page 51

```
 1                    T. CHEN
 2   girlfriend like?"  When Ms. Robinson
 3   tells them, "Don't worry about her.
 4   We are going to get rid of her."  I
 5   do think that is jealousy.  She
 6   doesn't want me around.  When she
 7   instructs the assistant that she
 8   hired to work at the townhouse
 9   because she said she couldn't handle
10   the workload.  When she instructs
11   the assistant to not speak to me,
12   and tells her that I am the enemy, I
13   realize that she must be jealous.  I
14   also realize that she must be crazy
15   when she tells the assistant she
16   hired that she was hired to protect
17   Bob from being audited.  And to
18   protect him from being audited, Ms.
19   Robinson would have stacks of
20   receipts of all of the things that
21   she bought on the company card, at
22   her house, and had this assistant go
23   on a computer and match each
24   purchase to whatever store to the
25   receipt, and staple it, and to
```



```
 1                    T. CHEN
 2    instruct this assistant that her job
 3    is to do this, to protect him from
 4    an audit, I know that she is not
 5    only jealous, I know there is
 6    something wrong with her because you
 7    cannot protect a person from an
 8    audit by stapling photos of
 9    purchases to the receipts.
10      Q.    Why did you believe Ms.
11    Robinson -- let me restate that.
12            Did you believe that Ms.
13    Robinson was jealous of your
14    relationship with Mr. De Niro?
15      A.    I believe that Ms. Robinson
16    was jealous of everyone's
17    relationship with Mr. De Niro.
18      Q.    And why did you believe
19    that?
20      A.    Because she spoke ill of
21    everyone.  She hated everyone.  She
22    was nasty to everyone.  She was rude
23    to everyone, including his children.
24      Q.    Did you believe that Ms.
25    Robinson was jealous of your
```



```
 1                    T. CHEN
 2   romantic relationship with Mr. De
 3   Niro?
 4      A.     I cannot answer that.  I
 5   don't know what she interprets as a
 6   romantic relationship.  She is a
 7   very strange individual.
 8      Q.     Did you perceive Ms.
 9   Robinson to be jealous of your
10   romantic relationship with Mr. De
11   Niro?
12      A.     Again, I do not know how
13   she defines romantic relationship.
14   And it is none of her business.
15      Q.     I am asking about your
16   perception.
17             Did you perceive that Ms.
18   Robinson was jealous of your
19   romantic relationship with Mr. De
20   Niro?
21      A.     Again, I do not know Ms.
22   Robinson well enough to know how she
23   defines romantic.  So I do not feel
24   comfortable answering your question.
25      Q.     Turning back to your text
```



Page 54

```
 1                    T. CHEN
 2   message, you wrote, "Bob and I can't
 3   stop marvelling --"
 4            MS. LAZZARO:  I believe
 5        your audio is out.  We can't
 6        hear you.
 7            MS. MACMULLIN:  Can you
 8        hear me now?
 9            MS. LAZZARO:  Yes.
10     Q.     Turning back to your text
11   message, where you wrote, "Bob and I
12   can't stop marvelling at what an
13   amazing effort you always manage to
14   accomplish."
15            What did Mr. De Niro say
16   when he was marvelling at Ms.
17   Robinson?
18     A.     Nothing.  I made that up
19   because the relationship between him
20   and Ms. Robinson had become distant.
21   He had been telling me that all she
22   does is complain and whine, and
23   doesn't have a direct answer for
24   anything.  And she is complaining
25   about me all the time, and
```



Page 55

```
 1                    T. CHEN
 2    complaining -- just complaining
 3    constantly.  He didn't say that at
 4    all.
 5      Q.    What did you observe Ms.
 6    Robinson doing that prompted you to
 7    write that she was hardworking?
 8      A.    What I observed was that
 9    she was behaving like a lunatic.
10    And I knew from the past Bob had
11    told me she had always gotten what
12    she needed done in the office.  So
13    what I was trying to do was bring
14    her back to that hard work.  And I
15    was trying to remind her to get back
16    to hard work because you are getting
17    back to just playing very hard
18    games.  And there is no place for
19    games in the work place or in my
20    home.
21      Q.    What did you observe Ms.
22    Robinson doing that prompted you to
23    write that she was intelligent?
24      A.    Nothing.  I said it just
25    because she had been acting so
```



Page 56

```
 1                    T. CHEN
 2  unintelligent that I felt if I threw
 3  these certain words out there it
 4  would remind her that she better get
 5  back to just focusing on her job and
 6  doing the right thing.
 7     Q.    What did you observe Ms.
 8  Robinson doing that prompted you to
 9  write that she went above and
10  beyond?
11     A.    She went above and beyond
12  to make everybody's lives miserable.
13  That is actually what I really
14  meant.  It was a touch of sarcasm.
15  But I was also trying to remind her
16  that you are going above and beyond,
17  and you are not going above and
18  beyond in the right way right now.
19     Q.    What aspect of Ms.
20  Robinson's job did you want her to
21  focus on completing?
22     A.    I actually -- at this point
23  -- you are talking about at this
24  point in time?
25     Q.    Yes.
```



Page 57

```
 1                    T. CHEN
 2     A.     So at this point in time
 3  all I actually wanted her to do was
 4  to get out the townhouse and go back
 5  to the office because she was
 6  becoming very aggressive and
 7  annoying to have in the house.  And
 8  she was being disrespectful in my
 9  home, to my family, and rearranging
10  things in the house.  And arguing
11  with what furniture I wanted sent
12  back Upstate, was not something that
13  I wanted in my home.  I wanted her
14  out of my home, and I wanted her
15  back in the office, and she would
16  not go.  She would -- it was
17  impossible to get her out.
18     Q.     If we look at your second
19  text message on this page, a few
20  lines down, do you see it is about
21  midway through a sentence, it
22  starts, "I just want to let you
23  know?"
24     A.     Hold on.  Yeah.
25     Q.     Can you please read that
```


MAGNA
LEGAL SERVICES

Page 58

                        T. CHEN
1
2     line into the record?
3           MR. WARD:  I am going to
4        object.  Ms. MacMullin, this
5        is not a way to ask a
6        question to have her read it
7        into the record.  It creates
8        the appearance that things
9        are taken out of context.  If
10       you have a specific question
11       related to that specific
12       line, you should reference
13       that line, and ask her the
14       question.  I am not going to
15       allow her to read a document
16       -- portions of a document
17       into the record.
18     Q.    Where you write, "I just
19     want to let you know that you are
20     the one person from the very
21     beginning that Bob always speaks so
22     highly of and appreciate so much.  I
23     have always had highest praise,
24     appreciation, and gratitude from
25     you."



Page 59

```
 1                    T. CHEN
 2          What did Mr. De Niro say
 3  when he spoke highly of Ms.
 4  Robinson?
 5    A.    He said that she is a bit
 6  crazy, she rambles on about
 7  nonsense, but at the end of the day
 8  things seem to get done.  And it
 9  seems as though she makes it look
10  like it is her that does it, so I
11  believe it, and I just need the work
12  to get done.
13    Q.    What did Ms. Robinson get
14  done for Mr. De Niro that he valued?
15          MS. LAZZARO:  Objection
16     to the form.
17          THE WITNESS:  Excuse me?
18          MR. WARD:  You can
19     answer.
20          THE WITNESS:  Somebody
21     just said something.
22          MR. DROGIN:  It was an
23     objection to the form.  I
24     think because there is no
25     time period.  At what point
```



Page 60

                              T. CHEN

1
2      in time are you talking
3      about?  That was the basis of
4      the objection to the form.
5      Q.    During the period of time
6  from when Ms. Chen met Ms. Robinson,
7  to her resignation at Canal, what
8  did Ms. Robinson get done for Mr. De
9  Niro that he valued?
10     A.    Okay.
11           During the time I met her?
12     Q.    During the timeframe of
13  when you met her to her resignation?
14     A.    Nothing.  Nothing except
15  complaints, trouble, problems, all
16  the time.  All across the board
17  during that period.  And he even
18  said, he was like, "She used to be
19  on top of stuff, but now it is just
20  a mess.  It is a disaster."
21           And all she does is answer
22  back, yell at him, yell at everyone.
23  And that is also why I wanted her
24  out of the house.  I don't -- I
25  don't allow anybody to yell at my



Page 61

```
 1                    T. CHEN
 2    household, or anybody doing work in
 3    my household.  They work with me.
 4    They work with us.  And somehow she
 5    thought she was above everyone and
 6    that she could just telling
 7    everybody off, switch paintings
 8    around whenever she wanted.  It was
 9    really -- she -- it was literally
10    like she had lost her mind from what
11    I had heard before.  There was
12    nothing good that was said about her
13    during that period.
14            MS. MACMULLIN:  We are
15        going to turn to the next
16        document, which is Bates
17        stamped Canal 0047500 to 02,
18        which we will mark as
19        Plaintiff's Exhibit 72.
20            (Whereupon, Plaintiff's
21        Exhibit 72, Canal 0047500 to
22        02, was marked for
23        identification, as of this
24        date.)
25            MS. WARD:  I'm sorry, Ms.
```



Page 62

```
 1                    T. CHEN
 2      MacMullin.  Say that again?
 3      What number are you talking
 4      about?
 5           MS. MACMULLIN:
 6      Canal_0047500.
 7           MR. WARD:  Okay.  I
 8      thought it would have --
 9           THE WITNESS:  It is not
10      in chronological order.
11           MR. WARD:  Yeah.  I
12      thought it would come to us
13      in chronological order.  It
14      did not, so let me --
15           MS. MACMULLIN:  It should
16      be in Bates order, I believe.
17           MR. WARD:  Yeah.  The
18      first form I have is nine.
19      We printed it in a way that
20      it was presented to us.
21      47500 --
22           MS. MACMULLIN:  02.
23           MR. WARD:  I am trying to
24      find 002475 what?
25           MS. MACMULLIN:  02.
```



```
 1                    T. CHEN
 2          MR. WARD:  Okay.  Got it.
 3          MS. MACMULLIN:  Thank
 4    you.
 5          MR. WARD:  This is
 6    exhibit number?
 7          MS. MACMULLIN:  72.
 8    Q.    So Ms. Chen, turning to the
 9  second page of this document, do you
10  see at 4:29 p.m. where you write,
11  "The pups were shook up, but Chase
12  took care of them first and was
13  amazing?"
14    A.    Uh-huh.
15    Q.    What did Ms. Robinson do
16  that was amazing?
17    A.    Actually, nothing.  Because
18  she refused to give the security
19  code for our house.  So if there was
20  a problem I couldn't access the
21  security pad and the security panel.
22  And for some really weird reason she
23  put herself on as the contact for
24  the security company when she does
25  not live with us and she does not
```



                        T. CHEN
1
2   live already there.  So when there
3   was -- I was cooking, and it turned
4   into a disappointing disaster.
5   Instead of calling me, the alarm
6   company had to call her, and she had
7   to go to the townhouse and, you
8   know, do what she needed to do
9   because I wasn't put on it.  I could
10  have gotten to the townhouse much
11  sooner.  There was a bit of a delay.
12  I was just relieved that my puppies
13  were okay because she had been very
14  nasty to them any time she was in
15  front of me, which really really
16  upset in my house.  I always feared
17  that if I wasn't there she would
18  mistreat my pets.  But I did see on
19  the cameras that the first thing she
20  did was put my babies outside.  So I
21  was very grateful and happy for that
22  in spite of the fact that she had
23  really messed with the safety of my
24  house by putting herself on the --
25  the alarm company's call list and



```
 1                    T. CHEN
 2   not giving Bob or I the codes.
 3      Q.    And on this occasion you
 4   had left the house while there was
 5   food cooking on the stove, is that
 6   correct?
 7      A.    There was something on the
 8   stove.  Probably it was -- yeah,
 9   there was something on the stove.
10      Q.    A little lower down on the
11   document, at 4:30 p.m., where you
12   write, "Because she knows how to fix
13   disasters and I know how to create
14   them," were you referring to Ms.
15   Robinson?
16      A.    Yes.
17      Q.    What did you mean that Ms.
18   Robinson knew how to fix disasters?
19      A.    Well, she is really good at
20   making them, and setting people up
21   for them like she set me up at the
22   townhouse for that disaster without
23   giving Bob or I the alarm codes.  So
24   she is very good at creating messes.
25   And this mess she was very good at
```



1                      T. CHEN

2   fixing because I saw that my puppies

3   were taken care of first.

4      Q.      So when you wrote that Ms.

5   Robinson knows how to fix disasters,

6   you meant that she knew how to

7   create disasters?

8      A.      No.  That is not what I

9   meant when I wrote that.  I don't

10  understand what you are saying.

11     Q.      So what was the basis for

12  your statement that Ms. Robinson

13  knew how to fix disasters?

14          MR. WARD:  Objection.

15     Asked and answered.  Go

16     ahead.  You can answer it

17     again.

18     A.      What I was actually saying

19  is that there was something that

20  happened in the townhouse, it got

21  rectified.  But if you want to look

22  deeper into it, she does make all

23  the problems.  She makes all the

24  problems that happen all the time,

25  and then she tries to act like, oh,


MAGNA
LEGAL SERVICES

Page 67

```
 1                    T. CHEN
 2  she fixed it.  What con artists do.
 3    Q.    Turning to the bottom of
 4  this page, where you write, "Genius
 5  thinking on Chase for calling to
 6  notify the doctor's office."
 7         What did Ms. Robinson do
 8  that caused you to write that she
 9  displayed genius thinking?
10    A.    How are you defining genius
11  thinking?
12    Q.    However you were using
13  those words in this text message?
14    A.    So maybe I should define it
15  for the record.  It was sarcasm.
16  The doctor's office is located on
17  the lower level of our townhouse.
18  So there was a fire that happened
19  because Ms. Robinson would never
20  give us the alarm information or the
21  pass codes, and didn't have any of
22  us as the people to call.  So yes, I
23  was being sarcastic because you
24  would have to notify the doctor's
25  office.  They are in the same
```



Page 68

```
 1                    T. CHEN
 2   building.  She created a huge mess.
 3     Q.    Okay.
 4           MS. MACMULLIN:  We are
 5      going to turn now to a
 6      document that is Bates
 7      stamped Robinson 00098953,
 8      which we will mark as
 9      Plaintiff's Exhibit 73.
10           (Whereupon, Plaintiff's
11      Exhibit 73, Robinson 0008953,
12      was marked for
13      identification, as of this
14      date.)
15           MR. WARD:  Is it 0048953?
16           MS. MACMULLIN:  No, it is
17      0008953.
18           MR. WARD:  Again, they
19      are not presented in the
20      order in which you are -- how
21      many pages?
22           MS. MACMULLIN:  It is one
23      page.
24           MR. WARD:  I think this
25      is Plaintiff's Exhibit 73?
```



Page 69

```
 1                    T. CHEN
 2            MS. MACMULLIN:   Yes.
 3       Q.     So Ms. Chen, do you
 4  recognize this as a text exchange
 5  between yourself and Ms. Robinson?
 6       A.     Yes.
 7       Q.     And do you see towards the
 8  bottom of the page where you write,
 9  "Thank you so much.   You really are
10  such an angel?"
11       A.     Uh-huh.   Yes.
12       Q.     What did Ms. Robinson do
13  that prompted you to call her an
14  angel?
15       A.     What is your definition of
16  angel?
17       Q.     It is your term, Ms. Chen.
18       A.     Yeah.   I was saying
19  actually asshole.   I was killing it
20  with kindness.   I was very pissed.
21  She did nothing.   Nothing to prevent
22  anything happening in our home.   She
23  did everything to make sure
24  everything was a disaster.   When you
25  move into a house and there is a
```



Page 70

```
 1                    T. CHEN
 2   security system set up by an
 3   assistant, Ms. Robinson, she is
 4   supposed to give you all of the pass
 5   codes.  She is supposed to put the
 6   people living in the house on the
 7   call list.  She did not do that.
 8   She is not an angel.  She is an
 9   asshole.
10          MS. MACMULLIN:  We are
11       going to now move to a
12       document that is Bates
13       stamped Canal 0048753 to 754.
14       We will mark this as
15       Plaintiff's Exhibit 74.
16          (Whereupon, Plaintiff's
17       Exhibit 74, Canal 0048753 to
18       754, was marked for
19       identification, as of this
20       date.)
21          MR. DROGIN:  48735?
22          MS. MACMULLIN:  48753.
23       Sorry.
24          MR. DROGIN:  Got it.  74?
25          MS. MACMULLIN:  Yes.  74.
```



Page 71

```
 1                    T. CHEN
 2            MR. WARD:  Okay.
 3      Q.    Ms. Chen, this is a text
 4  exchange between yourself and Mr. De
 5  Niro.  Turning to the second page?
 6      A.    It is?
 7            MR. WARD:  What we have
 8      in front of us is 004704 --
 9      no.
10            MS. MACMULLIN:  It should
11      be 0048753.
12            MR. WARD:  48753.
13      Gotcha.
14      Q.    And turning to the second
15  page of the document, do you see
16  your text message which reads, "You
17  the know the first thing that Chase
18  did was take care of the boys.  I
19  saw it on the cameras.  That means
20  everything to me.  Her heart is
21  really good?"
22      A.    Uh-huh.
23      Q.    What did Ms. Robinson do
24  that prompted you to write this
25  message?
```



Page 72

```
 1                    T. CHEN
 2      A.    It was after the -- the
 3  fire department had to come because
 4  she did not put me on the call list.
 5  She set me up for disaster.  And the
 6  one thing I was really happy about
 7  because she was always very nasty to
 8  my puppies from when they were
 9  brought home, was that I saw on the
10  cameras that she took care of them.
11  So in that moment everything that I
12  had felt about her, that was out of
13  frustration and constant nastiness
14  from her, had subsided for that
15  moment.  That is all I have to say.
16  For that moment is how I felt.
17      Q.    Were you being sincere in
18  that moment when you wrote that her
19  heart is really good?
20      A.    Can I define how I meant
21  it?
22      Q.    Sure.
23      A.    Her heart was good in that
24  moment, that she took care of the
25  babies.  That is it.
```



Page 73

```
 1                    T. CHEN
 2    Q.    Okay.
 3          MS. MACMULLIN:  We are
 4    now moving to a document that
 5    is Bates stamped Canal
 6    0046210, which we will mark
 7    as Plaintiff's Exhibit 75.
 8          (Whereupon, Plaintiff's
 9    Exhibit 75, Canal 0046210,
10    was marked for
11    identification, as of this
12    date.)
13          MR. WARD:  Give me the
14    Bates stamp again, please?
15          MS. MACMULLIN:  Yes.  It
16    is Canal 0046210.
17          MR. WARD:  Okay.
18    Q.    Do you recognize this
19    document, Ms. Chen?
20    A.    Yes.
21    Q.    What prompted you to send
22    flowers to Ms. Robinson?
23    A.    Bob told me it was her
24    birthday.
25    Q.    And why did you send her
```


MAGNA
LEGAL SERVICES

Page 74

```
 1                    T. CHEN
 2   such a large flower arrangement?
 3      A.     It was an act of trying to
 4   kill her with kindness because she
 5   was miserable from the moment she
 6   met me.  And I could tell that she
 7   was -- she was out of sorts
 8   constantly and constantly short
 9   circuiting.  So I thought this was
10   an opportunity to do something nice.
11   I thought maybe if I did something
12   nice, she would cut the shit out,
13   and just chill out finally, and do
14   her job.
15      Q.     Do you like having flowers
16   around your home?
17      A.     Not really.
18      Q.     Was it a regular occurrence
19   for to you have flowers in the home
20   that you shared with Mr. De Niro?
21      A.     No.
22      Q.     Would Ms. Robinson ever
23   bring flowers to the home that you
24   shared with Mr. De Niro?
25      A.     She would do weird stuff.
```



Page 75

```
 1                    T. CHEN
 2   I think maybe around Christmas she
 3   was trying to decorate a little too
 4   much, but I can't recall other than
 5   that.
 6     Q.    We are --
 7     A.    And decorate in my home.
 8   In my private home, which was
 9   inappropriate.
10          MS. MACMULLIN:  We are
11       sharing a document now that
12       is Bates stamped Robinson
13       00012055, which we are
14       marking as Plaintiff's
15       Exhibit 76.
16          (Whereupon, Plaintiff's
17       Exhibit 76, Robinson
18       00012055, was marked for
19       identification, as of this
20       date.)
21          MR. WARD:  Give that to
22       me again?
23          MS. MACMULLIN:  Yes.
24       Robinson 00012055.
25          MR. WARD:  Okay.
```



Page 76

```
 1                    T. CHEN
 2      Q.     And Ms. Chen, do you
 3   recognize this as a text exchange
 4   you had with Ms. Robinson?
 5      A.     Yep.
 6      Q.     Looking at the line that
 7   says, "With all the entertaining
 8   going on here, we ended up needing
 9   more cleaning supplies and garbage
10   bags, which got us to talking about
11   when we get a housekeeper, and the
12   fact that you do absolutely
13   everything, and what made sense
14   going forward."  Or "moving
15   forward."  Sorry.
16          What did you mean when you
17   wrote, "You do absolutely
18   everything?"
19      A.     She does absolutely
20   everything to constantly claim
21   possession over the townhouse, and
22   she is very rude about it.  Would
23   even get angry about things that I
24   moved around in my own house which
25   that I thought was nuts.
```



```
 1                   T. CHEN
 2     Q.     Describe all of the job
 3  responsibilities that you were aware
 4  of Ms. Robinson performing for Mr.
 5  De Niro?
 6     A.     She is his assistant.  She
 7  is supposed to do what an assistant
 8  does in the office.
 9     Q.     Beginning in 2018, Ms.
10  Robinson became involved in setting
11  ██ ██ ████ ████ ██ ██
    █ ██ ███ ████ ████
13     A.     Yes.
14     Q.     And was this a home that
15  Mr. De Niro rented?
16     A.     Yes.
17     Q.     Does your name appear on
18  the lease?
19     A.     I don't know.
20     Q.     And this is the home that
21  you currently reside in with Mr. De
22  Niro, correct?
23     A.     Yes.
24     Q.     Describe for me Ms.
25  Robinson's job responsibilities with
```



```
 1                  T. CHEN
 2   respect to setting up the townhouse
 3   ████████  ██  █████  █████  █████  ██████
 4      A.    I can't answer that
 5   question.  I never was given a list
 6   of things that she was supposed to
 7   do at the townhouse.  All I know is
 8   that she was always overly imposing
 9   at the townhouse.
10      Q.    Ms. Robinson was assigned
11   to buy household supplies for the
12   townhouse, correct?
13      A.    I don't know.  By who?
14      Q.    Were you aware of Ms.
15   Robinson buying household supplies
16   for the rental home?
17      A.    I was aware of Ms.
18   Robinson's overspending and buying a
19   lot of things that were not
20   necessary for my home, and never
21   checking with me, even though she
22   was instructed to.
23      Q.    By whom was she instructed
24   to check with you?
25      A.    Her boss.
```



Page 79

```
                              T. CHEN
 1
 2      Q.     So was Ms. Robinson
 3   assigned to buy household supplies
 4   for Mr. De Niro's rental home?
 5      A.     I don't know if they had
 6   that conversation.  But what Ms.
 7   Robinson would always do is she
 8   would volunteer to do everything all
 9   the time, especially in the home.
10   And she would even suggest to do
11   more things in the home, and do more
12   things at the children's homes,
13   which were not her immediate job
14   responsibilities.
15      Q.     Was Ms. Robinson tasked
16   with coordinating deliveries to Mr.
17   De Niro's rental home?
18      A.     Yes.
19      Q.     Was Ms. Robinson tasked
20   with sourcing options to decorate
21   Mr. De Niro's rental home?
22      A.     Yes.
23      Q.     Was Ms. Robinson tasked
24   with doing laundry at Mr. De Niro's
25   rental home?
```



Page 80

```
 1                    T. CHEN
 2      A.      Absolutely not.
 3              As a matter of fact, there
 4   was a housekeeper coming in who was
 5   not doing our laundry, our clothes,
 6   and our towels.  And I found out
 7   from her that Ms. Robinson had
 8   instructed her not to wash any of my
 9   things, or any of Bob's clothes.
10   Just to do all the towels and the
11   sheets that Ms. Robinson would
12   instruct her to do.
13      Q.      So at times Ms. Robinson
14   did do laundry at Mr. De Niro's
15   rental home?
16      A.      I never saw her do that.
17   She always sort of bragged about
18   directing my housekeeper to do her
19   work, or what she claimed to be her
20   work.  Or she didn't even say it was
21   her work.  She would just act like
22   it was her house.  And just said,
23   "Well, I had Adrianna (ph) do this."
24   Because I said to her -- I told Bob,
25   "She is not cleaning the laundry.
```



Page 81

```
 1                  T. CHEN
 2   She is not cleaning our clothes.
 3   What is going on?"  He said, "Well,
 4   talk to Chase."  I said, "Something
 5   weird is going on.  There is just
 6   piles of clean towels, piles of
 7   sheets."  And when I spoke to Chase
 8   she was very arrogant, not nice, and
 9   said that she directed her to do all
10   the sheets and towels and not our
11   stuff.
12      Q.    When was the housekeeper
13   first hired for Mr. De Niro's rental
14   home?
15      A.    We have had a housekeeper
16   from the beginning, but I can't
17   remember what date exactly.  It is
18   like within the first couple of
19   weeks we had somebody there, and
20   then we had eventually more people
21   that we had hired.
22      Q.    At what point was the
23   rental home fully staffed with
24   household staff?
25      A.    What do you consider fully
```


MAGNA
LEGAL SERVICES

Page 82

```
 1                    T. CHEN
 2   staffed with household staff?
 3     Q.     What household staff did
 4   you and Mr. De Niro eventually hire?
 5     A.     When?
 6     Q.     At any point during time
 7   that you have lived in the home?
 8     A.     That is a very broad
 9   question.  We have been there for a
10   couple of years.
11     Q.     Well, during the period of
12   Ms. Robinson's employment, what
13   household staff did you and Mr. De
14   Niro hire?
15     A.     We hired housekeepers who
16   all had to have been let go because
17   they were crazy.  And I was going to
18   hire a house assistant that Ms.
19   Robinson was pushing on me.  And she
20   always put people through a
21   ridiculous interview process, would
22   tell them come in three to four
23   times for meetings with her.  Where
24   they all told me all she did was
25   talk about herself and how much work
```



Page 83

1                    T. CHEN
2  she did.  Basically everything she
3  would do with us she would be in
4  these interviews.  Talk about
5  herself, talk about how busy she is,
6  and she works for a very
7  high-profile man.  Constantly
8  saying, "High-profile, high-profile,
9  high-profile," and then just
10 rambling on about herself.  And I --
11 there was one assistant she was
12 really pushing on me.  She
13 interviewed him about three to four
14 times.  I had a background check on
15 him.  He didn't check out good so I
16 couldn't go through with the hire.
17     Q.    You were not present in
18 those interviews with Ms. Robinson
19 and potential housekeepers, correct?
20     A.    No, I think that is why she
21 spoke sparingly about me.
22     Q.    When you and Mr. De Niro
23 encountered mice in your townhouse,
24 you turned to Ms. Robinson to
25 address that situation, correct?



Page 84

                              T. CHEN

1

2      A.      I wouldn't say we.

3      Q.      What would you say?

4      A.      We looked at each other and

5    said, "We need an exterminator."

6      Q.      And was Ms. Robinson

7    involved in coordinating that

8    exterminator?

9      A.      Actually, I don't really

10   think so.  It was more Michael

11   Kaplan that was doing it then.  I

12   remember dealing myself with Michael

13   when it came to that because we were

14   concerned with the puppies.  And she

15   had been so nasty with my dogs I was

16   always so afraid she was going to do

17   something behind my back to him.  So

18   I didn't -- I did not want her

19   involved with anything where there

20   could be rat poison or rat traps

21   around.

22     Q.      Ms. Robinson was tasked

23   with tracking down a throw pillow

24   for your bedroom?

25     A.      Is that a question or a



```
 1                    T. CHEN
 2  statement?  I don't understand what
 3  you are saying.
 4     Q.     It is a question.  Ms.
 5  Robinson was assigned to track down
 6  a throw pillow for your bedroom,
 7  correct?
 8     A.     I don't know.  She inserted
 9  herself into everything in the
10  townhouse.  She wasn't tasked with
11  things.  She would task herself, and
12  then argue with me when I would say
13  that it is unnecessary.
14     Q.     When you and Mr. De Niro
15  needed a maid, Ms. Robinson was
16  tasked to assist in finding one, is
17  that correct?
18     A.     It was actually Michael
19  Kaplan that found us someone first,
20  and then it was Chase volunteering
21  to set up interviews with
22  housekeepers.  And then when I would
23  interview them, I found out from a
24  couple of the housekeepers when they
25  had asked about me, that Ms.
```



```
 1                  T. CHEN
 2    Robinson said, "You don't need to
 3    worry about her.  We are going to
 4    get rid of her."  I heard it from
 5    more than one person.
 6        Q.    Who told you that?
 7        A.    Raquel McBroom (ph).
 8        Q.    Anyone else?
 9        A.    Another old housekeeper,
10    May.  But I don't remember her last
11    name.
12        Q.    And who is Raquel McBroom?
13        A.    She is a housekeeper that
14    works for Toukie.
15        Q.    When you and Mr. De Niro
16    needed a house manager, was Ms.
17    Robinson tasked to vet candidates?
18        A.    She found someone who she
19    interviewed several times.  I had a
20    background check on him.  It came
21    back not good, so we didn't go with
22    him.  I found somebody else, and
23    when she found out that I was hiring
24    someone else, she had instructed
25    Michael Kaplan to FaceTime her to
```



```
 1                    T. CHEN
 2   gossip about my new assistant, and
 3   to get all the details necessary,
 4   which was none of her business.
 5   That was my home.  Not hers.
 6      Q.    Ms. Robinson assisted in
 7   coordinating the new closets in Mr.
 8   De Niro's rental home, correct?
 9      A.    Yes.
10      Q.    Ms. Robinson assisted in
11   selecting towels for Mr. De Niro's
12   rental home, correct?
13      A.    There was an interior
14   designer who did that.
15      Q.    Ms. Robinson assisted with
16   ordering vacuums for Mr. De Niro's
17   rental home, correct?
18      A.    And Michael Kaplan.
19      Q.    Ms. Robinson ordered vacuum
20   bags for Mr. De Niro's rental home?
21      A.    That is a such a strange
22   weird little detail.  I would think
23   that if you order vacuums, it would
24   be a logical assumption that maybe I
25   should order some bags.  I mean,
```



```
 1                    T. CHEN
 2  perhaps she did.  I don't have time
 3  in my life to go over these details.
 4     Q.    Ms. Robinson ordered
 5  mattress sanitizers for Mr. De
 6  Niro's rental home, correct?
 7     A.    I don't know.  What is a
 8  mattress sanitizer?
 9     Q.    Ms. Robinson ordered
10  mattress pads for Mr. De Niro's
11  rental home, is that correct?
12     A.    I believe there was an
13  interior designer that was helping
14  with all of that, and Chase was
15  constantly inserting herself to take
16  over those tasks.  She is very pushy
17  about that.  It's not that she is
18  ever assigned.  She is always like,
19  "I want to do it.  I will do it.  I
20  will take care of that."  You don't
21  have a minute to even breathe or
22  think, because she is like, "I, I,
23  I, I, I."
24     Q.    Ms. Robinson ordered air
25  purifiers for Mr. De Niro's rental
```



```
 1                    T. CHEN
 2  home, correct?
 3     A.    I can't remember those
 4  minute details.  I just know that
 5  every time we needed anything, or
 6  there was anything that had to be
 7  purchased, she was very quick to use
 8  the credit card.
 9     Q.    Ms. Robinson set up
10  passwords for your WiFi and other
11  devices, correct?
12     A.    Yeah.  That she would not
13  give to us.  So I would have to go
14  through Michael Kaplan.
15     Q.    Ms. Robinson was tasked
16  with walking your dogs, correct?
17     A.    Never.  She was so nasty
18  when I got them.  I would never ever
19  want her around them.
20     Q.    On one occasion you asked
21  Ms. Robinson to assist with your
22  neighbor's plants, correct?
23     A.    No.  She came into our
24  house when we were on vacation,
25  moved our furniture around, and
```



Page 90

```
 1                    T. CHEN
 2   pruned our plants without asking us.
 3   Without letting us know she was
 4   going to be in the house.  She is
 5   crazy.  She doesn't ask permission
 6   for anything.  She inserts herself.
 7   And you can't get rid of her.  And
 8   she is rude and obnoxious.
 9      Q.    Ms. Robinson put together a
10   guide for Mr. De Niro's rental home,
11   correct?
12      A.    It was not a guide.
13      Q.    What was it?
14      A.    It was three pieces of
15   paper that had -- it didn't even
16   have the information on it.  It was
17   three pieces of paper, with people's
18   names next to it to contact without
19   phone numbers.  Some places had
20   phone numbers.  When we tried to
21   even locate the land lady's
22   handyman, she gave us the number one
23   digit off.  And I remember Michael
24   Kaplan saying, "Yeah.  This is
25   something that Chase normally does."
```



Page 91

```
 1                    T. CHEN
 2   She withholds information.  She
 3   wouldn't even -- I needed to get
 4   extra keys made at the house.  She
 5   wouldn't even give me the car keys
 6   to go do it myself.  She wanted to
 7   hold onto everything at the
 8   townhouse to insert herself into
 9   everything that she was not asked to
10   be inserted into.  She was not
11   assigned tasks.  She took them on
12   herself.
13            MS. MACMULLIN:  We are
14       going to turn to a document
15       that has been Bates stamped
16       Robinson 00014404, which we
17       will mark as Plaintiff's
18       Exhibit 77.
19            (Whereupon, Plaintiff's
20       Exhibit 77, Robinson
21       00014404, was marked for
22       identification, as of this
23       date.)
24       Q.    Do you have that document
25   in front of you, Ms. Chen?
```



Page 92

```
 1                    T. CHEN
 2      A.     Yes.
 3      Q.     On the first line, where
 4   you write, "Thank you for always
 5   being so thorough."
 6      A.     Uh-huh.
 7      Q.     Did you observe Ms.
 8   Robinson to be thorough in the
 9   performance of her duties regarding
10   the 117A townhouse?
11      A.     I'm sorry.  I didn't hear
12   what you said.  The end part you cut
13   off.
14      Q.     Did you observe Ms.
15   Robinson to be thorough in the
16   performance of her duties regarding
17   the 117A townhouse?
18      A.     Absolutely not.
19      Q.     Why did you write this?
20      A.     I was killing her with
21   kindness because she was becoming
22   more and more difficult, and I felt
23   that she was jealous and felt
24   threatened.  So I was trying to be
25   kind, to let her know, there is no
```



Page 93

```
 1                    T. CHEN
 2   jealousy.  You are not threatened.
 3   Go back to being thorough in the way
 4   that I understood you to be thorough
 5   before I met you because of the what
 6   Bob had just said.  That is weird,
 7   she is crazy, she rambles on, but
 8   she seems to get things done and
 9   that is all I need."
10          MS. MACMULLIN:  We are
11       going to turn now to a
12       document that is Bates
13       stamped Canal 0048652 through
14       657, which we will mark as
15       Plaintiff's Exhibit 78.
16          (Whereupon, Plaintiff's
17       Exhibit 78, Canal 0048652
18       through 657, was marked for
19       identification, as of this
20       date.)
21          MR. WARD:  Through 6
22       what?
23          MS. MACMULLIN:  657.
24    Q.    And Ms. Chen, this is a
25   text conversation between yourself
```



Page 94

```
 1                    T. CHEN
 2   and Mr. De Niro.  If you turn to
 3   page three of the document?
 4      A.    Uh-huh.
 5      Q.    Right at the bottom, at
 6   8:32, you write, "I might need you
 7   to respond to the e-mail" -- oh,
 8   sorry.  8:32 p.m.?
 9      A.    I got it.
10      Q.    "I might need you to
11   respond to the e-mails I sent out by
12   asking your people to answer what
13   has been asked.  They haven't
14   responded to any of them.  Your
15   voice is the only one that bellows
16   enough to get a response from them."
17            Do you see that?
18      A.    Yes.
19      Q.    Did you ever hear Mr. De
20   Niro bellowing at Ms. Robinson?
21      A.    How do you define bellow?
22      Q.    It is your term, Ms. Chen.
23      A.    So that would be my
24   definition?
25      Q.    Yes.
```


MAGNA
LEGAL SERVICES

                         T. CHEN

 1
 2    A.     I am going to state my
 3    definition for the record.  I meant
 4    bellow as in presence.  He is the
 5    only one that has a tone.  He is the
 6    boss.  So he has the voice that they
 7    listen to.  And he is just very
 8    straightforward in his delivery.
 9    And she always was buying for his
10    attention so much that I knew if he
11    had just -- if he gives her a little
12    bit more attention, that that is
13    what she is like salivating for.  It
14    would help things move forward.
15    Q.     Did you ever hear Mr. De
16    Niro raise his voice with Ms.
17    Robinson?
18    A.     Nope.
19         MS. MACMULLIN:  We are
20      going to move now to a
21      document that is Bates
22      stamped Canal 0048687 and
23      that goes through -- it goes
24      through 8690.  We are marking
25      this document as Plaintiff's



Page 96

```
 1                    T. CHEN
 2     Exhibit 79.
 3          (Whereupon, Plaintiff's
 4     Exhibit 79, Canal 0048687 to
 5     8690, was marked for
 6     identification, as of this
 7     date.)
 8          MR. DROGIN:  I have it
 9     going through 48692.  I think
10     you said 90.
11          MS. MACMULLIN:  I maybe
12     don't have the rest of the
13     pages in front of me.  But I
14     will take your
15     representation.
16          MR. DROGIN:  It is like
17     pictures of chandeliers --
18     chandelier.  It looks like
19     some plates.
20          MS. MACMULLIN:  Yes.
21          MR. WARD:  Are we going
22     through 692?
23          THE WITNESS:  This says,
24     "690."  We are on 687 to 690?
25          MS. MACMULLIN:  Mr.
```



Page 97

```
 1                    T. CHEN
 2      Drogin just said it goes
 3      through 692.
 4           THE WITNESS:  Okay.
 5      Q.    So Ms. Chen, that is a text
 6  conversation between you and Mr. De
 7  Niro.  If you look at the first
 8  page, at the bottom.
 9      A.    Yes.
10           (Whereupon, a discussion
11      was held off the record.)
12      Q.    So Ms. Chen looking at the
13  first text message at 1:00 a.m.?
14      A.    Yes.
15      Q.    About six lines down, you
16  write, "And I don't need to hear
17  anymore about how Helen should pick
18  the tree.  She's so out of line and
19  lost in her fantasy.  She talks like
20  she's the stepmother."
21      A.    Yes.
22      Q.    What fantasy did you
23  believe Ms. Robinson had?
24      A.    The fantasy that she was
25  painting for everyone all the time.
```



```
 1                    T. CHEN
 2    She is always referencing the twins
 3    as the boys.  And even arguing with
 4    when me -- after Bob and I would
 5    have a discussion about Christmas
 6    time and the children.  It was the
 7    strangest thing ever.  Bob and I
 8    would be talking about it, and then
 9    she would just come over and insert
10    herself in a personal conversation
11    that we are having about our family.
12    It was very weird, in a way where
13    she -- one of his sons even told me
14    that he had to tell her, "You are
15    not my fucking mom."
16       Q.    Can you clarify what is the
17    fantasy that you believe Ms.
18    Robinson had?
19       A.     I -- I don't know what
20    fantasy she had.  I know she is not
21    stable.  In a lot of ways I only
22    feel really bad for her.  I feel bad
23    for her because you can tell that
24    she wasn't happy the minute she met
25    me.  I had heard her voice on phone
```



Page 99

```
 1                    T. CHEN
 2    calls before she met me, and it was
 3    always like -- even Bob would say,
 4    it is weird.  She just keeps
 5    calling, and I told her I would call
 6    her when I have work to discuss with
 7    her, and she just keeps calling, and
 8    there is nothing to say, and she is
 9    just sort of trying to find what he
10    is doing, where he is at.  And there
11    is nothing professional about the
12    calls.  So I don't know what her
13    fantasy is, what she wanted.  But I
14    do know whatever she wanted, I was
15    making it difficult for her to
16    achieve her fantasy, it seemed more
17    like this obsession of just wanting
18    to be able to control Bob without
19    any other influence.  And to always
20    throw around his name for her own
21    vanity.
22       Q.    Were you suspicious that
23    Ms. Robinson wanted to be in a
24    romantic relationship with Mr. De
25    Niro?
```



```
 1                    T. CHEN
 2    A.    No.  I know she really
 3   liked using that credit card.
 4    Q.    Ms. Robinson never told you
 5   that she wanted to be in a romantic
 6   relationship with Mr. De Niro,
 7   correct?
 8    A.    Of course not.
 9          MR. DROGIN:  So the
10     record was clear, that was a
11     negative?
12          THE WITNESS:  Yes, that
13     was the negative.
14          MR. DROGIN:  I think it
15     was a double negative.
16          THE WITNESS:  Yes.
17          MR. DROGIN:  Can you just
18     read back the question and
19     answer?
20          (Whereupon, the requested
21     portion was read back by the
22     reporter:
23          Q:  Ms. Robinson never
24     told you that she wanted to
25     be in a romantic relationship
```



Page 101

```
 1                  T. CHEN
 2      with Mr. De Niro, correct?
 3           A:  Of course not.)
 4           MS. MACMULLIN:  We will
 5      move on now to a document
 6      that is Bates stamped Canal
 7      0048682 through 686.
 8           (Whereupon, Plaintiff's
 9      Exhibit 80, Canal 0048682
10      through 686, was marked for
11      identification, as of this
12      date.)
13    A.    What was the number, from
14  what to what again?
15           MS. MACMULLIN:  It is
16      0048682 through 686.  We will
17      mark this as Plaintiff's
18      Exhibit 80.
19           MR. WARD:  4682?
20           MS. MACMULLIN:  48682.
21           THE WITNESS:  48682.
22           MR. WARD:  Got it.
23           MS. LAZZARO:  Counsel, it
24      doesn't look like the one
25      ending in Bates stamp 82 is
```



Page 102

```
 1                    T. CHEN
 2     in the Drop Box is shared.
 3     Rather the 46683 document is
 4     in the Drop Box.
 5         MS. MACMULLIN:  Why don't
 6     we go off the record for a
 7     second and we can check that?
 8         THE VIDEOGRAPHER:  The
 9     time is now 12:03 p.m. and we
10     are off the record.
11         (Whereupon, a recess was
12     taken at this time.)
13         THE VIDEOGRAPHER:  The
14     time is now 12:09 p.m.  We
15     are back on the record.
16     Q.    So Ms. Chen, looking at
17   what has been marked as Plaintiff's
18   Exhibit 80, this is a text
19   conversation between you and Mr. De
20   Niro?
21     A.    Yes.
22     Q.    Could you please turn to
23   page four of the document?
24     A.    Yes.  I am here.
25         MR. DROGIN:  I didn't get
```



Page 103

                        T. CHEN
1
2      the e-mail.  Brittany is
3      forwarding it to me.  What is
4      the number?  80?
5          MS. MACMULLIN:  Yes.  It
6      is 80.
7          MR. DROGIN:  Let her
8      forward the e-mail to me.
9          MS. MACMULLIN:  Okay.
10         MR. DROGIN:  I just got
11     it.
12         MS. MACMULLIN:  Okay.
13     Q.    Okay.
14         So Ms. Chen, give me one
15  moment.  Looking at about halfway
16  through your text message at 6:08
17  p.m.?
18     A.    Uh-huh.  Yes.
19     Q.    You write, "I feel it is
20  important to find out if our flight
21  from Antigua was made good on for
22  two reasons."
23     A.    Where?
24     Q.    If we are looking at your
25  message, it is eight lines down?



Page 104

```
 1                    T. CHEN
 2     A.     Okay.
 3     Q.     "I feel it is important to
 4  find out if our flight from Antigua
 5  was made good on for two reasons.
 6  One, just to make Chase follow up
 7  with you about what needs to get
 8  done in the future.  And so she
 9  stops acting like the boss."
10         Do you see that?
11     A.     Yes.
12     Q.     From your perspective, was
13  it inappropriate for Ms. Robinson to
14  act like the boss?
15     A.     How do you mean the boss?
16     Q.     As you meant it when you
17  used that word?
18     A.     And what was your question
19  again?
20     Q.     From your perspective, was
21  it inappropriate for Ms. Robinson to
22  act like the boss?
23     A.     In my home, yes.  In my
24  personal life, yes.
25     Q.     And why did you think it
```



```
 1                T. CHEN
 2  was inappropriate?
 3     A.     Are you seriously asking me
 4  why I think it is inappropriate for
 5  my boyfriend's assistant to be
 6  inserting herself into my personal
 7  life?  Because it is my personal
 8  life.  And I did not hire her to be
 9  in my personal life.  She was hired
10  to behave professionally, which she
11  completely lost all sight of.
12     Q.     And then look at the bottom
13  of that same text message, you
14  write, "Her sense of entitlement
15  stems from this imaginary intimacy
16  she has with you.  And I am seeing
17  it in her texts about the house all
18  over again.  She thinks she's your
19  wife."
20     A.     Yes.
21            MR. DROGIN:  For clarity,
22     can you finish that sentence?
23     You stopped it mid sentence.
24            MS. MACMULLIN:  Sure.
25     Q.     "And I am tired of her
```



```
 1                    T. CHEN
 2   rearranging things and throwing my
 3   stuff on the floor whenever she
 4   decides she wants to be lady of the
 5   house.  It is very bizarre and it
 6   really has to stop."
 7          MR. DROGIN:  Thank you.
 8      I would ask you that if you
 9      are going to read things into
10      the record, I am not going to
11      ask you to read that entire
12      text message, but you at
13      least have to finish the
14      sentence.  Okay?  Is that
15      fair?
16          MS. MACMULLIN:  That is
17      fair.
18      Q.    Ms. Chen, what did you mean
19   when you referred to "this imaginary
20   intimacy she has with you?"
21      A.    By arguing with me in my
22   household when I want something a
23   certain way or done a certain way,
24   she steps in and starts trying to
25   put her two cents in like she is the
```



Page 107

```
 1                    T. CHEN
 2    third person in the relationship.
 3    And rolling her eyes at me and the
 4    whole bit constantly.  It is
 5    ridiculous.
 6       Q.    What did you mean when you
 7    wrote, "She thinks she is your
 8    wife?"
 9       A.    Oh, because every time Bob
10    and I discussed something, she has
11    to always speak over me, as though
12    she is in my position, and she wants
13    to be there.  That is what I mean.
14    Exactly what she is doing.  She
15    keeps trying to overstep into my
16    position when she is just supposed
17    to be a professional, which she was
18    not.
19       Q.    Did you believe that Ms.
20    Robinson wanted to be the lady of
21    the house?
22          MR. WARD:  Objection to
23       the form.  You can answer
24       that if you know what that
25       means.
```



Page 108

```
 1                    T. CHEN
 2      A.    A lady she is not.  But I
 3  know she wanted to take control of
 4  the house, which is what her
 5  behavior kept displaying.  Any time
 6  Bob and I had a conversation about
 7  something, she would wait to hear
 8  what I would say to rebut it, and
 9  even become argumentive, rolling her
10  eyes, and it was weird.  Yeah.  She
11  wanted to be the head the household.
12  A lady she is not.  But she wanted
13  to be in control.
14      Q.    Did you believe Ms.
15  Robinson wanted to be Mr. De Niro's
16  wife?
17      A.    Depends on how you would
18  define wife.  Please define that for
19  me.
20      Q.    Did you believe that Ms.
21  Robinson wanted to be married to Mr.
22  De Niro?
23      A.    For what reasons?
24      Q.    For any reasons?
25      A.    Yes.
```



```
 1                T. CHEN
 2     Q.     Did you believe that Ms.
 3  Robinson wanted to be a mother to
 4  Mr. De Niro's children?
 5     A.     She is not -- no.  No.  She
 6  is not mother material.  And what I
 7  saw was not that she wanted to be a
 8  mother.  She just wanted to control
 9  and do it in nasty ways.
10     Q.     How convinced were you that
11  Ms. Robinson had imaginary intimacy
12  with Mr. De Niro?
13     A.     What does that even mean?
14            MR. WARD:  Objection to
15     the form.
16     Q.     It is your term from the
17  text message, Ms. Chen.
18     A.     Where?
19     Q.     In your message at 6:08
20  p.m., that last sentence, "Her sense
21  of entitlement stems from this
22  imaginary intimacy she has with
23  you."
24     A.     Yeah, like stepping over me
25  to argue with me.  And it was
```



Page 110

```
 1                    T. CHEN
 2    strange, she would always -- if
 3    there was a birthday -- I remember
 4    the -- it was their interior
 5    designer's birthday, and I forgot
 6    how I had found out, but Bob was on
 7    the phone with Chase, and the
 8    birthday came up, and the first
 9    thing she wanted to do, she was like
10    -- she said, "Oh.  Should I get her
11    something from us?"  And Bob said,
12    "No.  Tiffany is getting her
13    something from me and Tiffany."  He
14    even thought it was so weird how she
15    phrased that.  And also putting your
16    yourself on as the security contact
17    for my home is crazy.  And a sign
18    that she was always trying to
19    posture to put herself in that
20    position.
21          MS. MACMULLIN:  We are
22       going to move to a document
23       that is Bates stamped Canal
24       0048634 through 0048637.
25          MR. WARD:  What is the
```



```
 1                    T. CHEN
 2      exhibit number?
 3           MS. MACMULLIN:  First is
 4      0048634.
 5           MR. WARD:  I'm sorry.
 6      What exhibit is this?
 7           MS. MACMULLIN:  Oh,
 8      Exhibit 81.  Thank you.
 9           MR. WARD:  Thank you.
10           (Whereupon, Plaintiff's
11      Exhibit 81, Canal 0048634
12      through 0048637, was marked
13      for identification, as of
14      this date.)
15      Q.   Ms. Chen, this is a text
16      conversation between you and Mr. De
17      Niro.
18      A.   Uh-huh.
19      Q.   If you turn to the bottom
20      of page three of this document, in
21      your text message at 8:31 p.m.?
22      A.   Uh-huh.
23      Q.   You twice referenced Ms.
24      Robinson's imaginary intimacy with
25      Mr. De Niro.
```



```
 1                    T. CHEN
 2      A.     Yes.
 3      Q.     What did you mean by that?
 4      A.     Well, when she e-mails Bob
 5   she is always referencing that she
 6   is in the middle.  Nobody put her in
 7   the middle.  She put herself in the
 8   middle, constantly.  And I said it
 9   repeatedly.  Every time Bob and I
10   have a conversation or something we
11   are trying to figure out in the
12   house, she is inserting herself and
13   she is not asked.  We would even
14   look at her like what you are doing.
15   We are not talking to you.  She is
16   coming in, trimming down my trees,
17   changing around my furniture.  She
18   has a distorted sense of what she
19   thinks her intimacy with the whole
20   situation is.  She is constantly
21   inserting herself, constantly trying
22   to find a creepy way in.
23      Q.     In the text message you
24   also mentioned an odd desire to
25   instigate her personal relationship
```



```
 1                    T. CHEN
 2   with you.
 3     A.     Where is that?
 4     Q.     In the middle of the text
 5   message, third line going on to the
 6   fourth line?
 7     A.     Yeah, I was saying it to
 8   Bob.
 9     Q.     Right.
10            What did you mean by that?
11     A.     She is always pushing the
12   envelope.  Like she would call to
13   FaceTime him about nothing.  And he
14   would always be trying to get off
15   the phone.  And if you look at her
16   in the FaceTime, it would be so
17   weird.  She is holding it, and
18   posing, and looking at him like
19   smiling and giggling.  It is so
20   weird and creepy.  This is the weird
21   stuff she always did.  She would
22   call him when she would take her
23   trips with her friends, and tell
24   him, "Oh, I just wanted to FaceTime
25   you and show where I'm at.  And we
```



```
 1                    T. CHEN
 2   definitely have to come back here
 3   sometime."  We this and we that.
 4   And Bob would be so uncomfortable on
 5   the phone, and he would finally get
 6   off and he would just say, "She is
 7   getting a little weird.  It is like
 8   I don't understand what she wants.
 9   I don't know if she has any friends
10   or she is really lonely."  And then
11   when we would talk about it, we
12   would just like feel really bad for
13   her.  Because a lot of the things
14   she did were always like pathetic
15   cries for attention.  And you
16   realized at the end of the day she
17   must be very alone, and just bored
18   to constantly meddle in our lives
19   and not leave us alone in our
20   personal life.  I mean, it is just
21   sad when you see something like
22   that.
23        MR. DROGIN:  Can you
24     describe for the record the
25     gesture that the witness was
```



Page 115

```
 1                    T. CHEN
 2     making?
 3          THE WITNESS:  I'm sorry.
 4     What?
 5          MR. DROGIN:  I asked Kate
 6     to describe for the record
 7     the gesture that you were
 8     making.
 9          MS. MACMULLIN:  I could
10     not, but we have a video
11     record of it.
12          MR. DROGIN:  Right.
13     There is also a paper record.
14     So I'll do it.  So the
15     witness was holding her hand
16     up above her head, at an
17     angle, looking into the
18     telephone as opposed to
19     straight on in a really
20     creepy way.  You can either
21     adopt my characterization, or
22     if you think I
23     mischaracterized it, please
24     feel free to go ahead.
25          MS. MACMULLIN:  Counsel,
```



```
 1                    T. CHEN
 2      the commentary is
 3      inappropriate.
 4           MR. DROGIN:  I think it
 5      is inappropriate to not
 6      describe for the paper record
 7      what is happening.  Since the
 8      likelihood is that this paper
 9      record is shown to the Court
10      in the motion, not the video.
11      Q.    Ms. Chen, were you
12   concerned that Ms. Robinson was
13   trying to instigate a romantic
14   relationship with Mr. De Niro?
15      A.    I don't understand what her
16   definition of romantic would be.
17   She is weird.
18      Q.    Were you concerned that Ms.
19   Robinson was trying to become
20   romantically involved with Mr. De
21   Niro?
22      A.    I don't understand what --
23           MR. WARD:  Objection.
24      Asked and answered.  But she
25      will answer it again.
```



```
 1                    T. CHEN
 2    A.     I don't understand what she
 3  thinks romantic is.  She is creepy
 4  and a weirdo.  She is all of the --
 5  the stuff you are showing me.  She
 6  is not stable.
 7    Q.     I am asking about your
 8  concerns, Ms. Chen.
 9           So were you concerned that
10  Ms. Robinson wanted to instigate a
11  romantic relationship with Mr. De
12  Niro?
13    A.     No.  Not by my definition
14  of romantic.  I don't know what hers
15  is.
16    Q.     What is your definition of
17  romantic?
18    A.     Two people meet, connect,
19  and it happens naturally.  It can't
20  be orchestrated.  That is my
21  definition of romantic.  It is
22  honest.  She is not honest.
23    Q.     If we turn to the next page
24  in this document, your message at
25  8:31 p.m., you wrote, "Well, I think
```



```
 1                    T. CHEN
 2    she has assets.  She needs to be
 3    called out to her face and set
 4    straight.  She wants to act like a
 5    victim.  She is not."
 6              What did you believe Ms.
 7    Robinson's assets were?
 8       A.      From my experience, sadly,
 9    I did not see any redeeming
10    qualities, which made me feel bad
11    for her.  And also made me feel as
12    though she had short circuited so
13    badly after having met me, maybe she
14    was just -- you know, that is what
15    was the catalyst for it.  But I --
16    the only asset she has is when she
17    goes away.  But then she always came
18    back.  I never got to see any of
19    that.  I heard that she had done
20    good work at the office, but then
21    she did not want to work at the
22    office.  She wanted to be at the
23    townhouse all the time.  I mean, I
24    don't find -- yeah.  I -- the only
25    assets were the things that I had
```



```
 1                    T. CHEN
 2    been told, but never experienced.
 3        Q.    At a certain point you got
 4    the impression that Ms. Robinson had
 5    a crush on Mr. De Niro, is that
 6    correct?
 7        A.    How do you define crush?
 8        Q.    You got the impression that
 9    Ms. Robinson had romantic feelings
10    for Mr. De Niro, is that correct?
11            MR. WARD:  Objection.  Go
12        ahead.  You can answer.
13        A.    No.  No.  Like I said, you
14    keep bringing romance up and
15    romantic.  I don't think she is a
16    romantic person because I think
17    romance comes from a very honest
18    place.  She is not honest.  That is
19    why we are here.
20        Q.    Did Mr. De Niro ever
21    express a belief that Ms. Robinson
22    had a crush on him?
23        A.    No.  He always said that
24    she was just weird and complaining
25    all the time, and complaining about
```



Page 120

```
 1                    T. CHEN
 2   everybody and getting hysterical,
 3   and screaming at people, which she
 4   always did at the townhouse.  It was
 5   not a behavior that I find
 6   acceptable at all, and that I would
 7   allow my staff to be abused by.
 8          MS. MACMULLIN:  We are
 9      going to move to the next
10      document which is Bates
11      stamped Canal 0047380 through
12      384.
13          MR. WARD:  Can you say
14      that again, please?
15          MS. MACMULLIN:  Canal
16      0047380 through 0047384.
17          (Whereupon, Plaintiff's
18      Exhibit 82, Canal 0047380
19      through 0047384, was marked
20      for identification, as of
21      this date.)
22          MR. WARD:  82?
23          MS. MACMULLIN:  82.
24      Thank you.
25   Q.    So Ms. Chen, this is a text
```



Page 121

```
 1                    T. CHEN
 2    conversation between yourself and
 3    Michael Kaplan.
 4       A.     Uh-huh.
 5       Q.     Turning to the second page
 6    of the document, your message at
 7    9:36 a.m., halfway through the page,
 8    you write, "Also said she made it
 9    very obvious to everyone that she
10    thought she was moving in here."
11       A.     Uh-huh.
12       Q.     Does that refer to Ms.
13    Robinson?
14       A.     Yes.
15       Q.     And when did you form the
16    impression that Ms. Robinson wanted
17    to move into Mr. De Niro's rental
18    home?
19       A.     Well, the minute I met her.
20    And she is grabbing her temple and
21    steaming with anger.  And every
22    other time I seen her was the same
23    kind of psychosis.  And then one of
24    Bob's drivers had said that she was
25    one hundred percent planning on
```



Page 122

```
 1                    T. CHEN
 2  moving in, but everybody says that
 3  she is absolutely crazy, and mean
 4  and abusive to everybody.  So it
 5  wasn't -- it wasn't weird that she
 6  would think something so far and
 7  away because she just had a
 8  reputation.
 9     Q.    Did Mr. De Niro ever
10  express a belief that Ms. Robinson
11  wanted to move into the townhouse?
12     A.    No, no.  Not at all.
13            MS. MACMULLIN:  We are
14       moving to the next document
15       which is Bates stamped Canal
16       0047380 through 384.
17     A.    380 to 384?
18            MR. DROGIN:  Isn't that
19       the one we just marked?
20            MR. WARD:  That is what
21       you just marked.
22            MS. MACMULLIN:  So this
23       is still Plaintiff's Exhibit
24       82.
25     A.    We are on the same thing
```



```
 1                    T. CHEN
 2    still?
 3      Q.    Yes, we are.
 4            MS. HARWIN:  We are just
 5        going to move to -- hold on.
 6        I lost my place, but I think
 7        this is actually a good place
 8        to maybe take a lunch break
 9        and I can pick it back up
10        after then.
11      Q.    Ms. Chen, how long would
12    you like for lunch?
13      A.    I would rather just get
14    this stuff done.  I don't need a
15    long -- I don't need long.
16            MS. MACMULLIN:  So maybe
17        we can come back at 1:00
18        p.m.?
19            MR. HARVEY:  We are going
20        to be here all night then.
21        We are going to be here all
22        night.  It's 12:30.  Why are
23        we wasting another half hour?
24        We already wasted two hours.
25            MS. MACMULLIN:  I think
```



```
 1                    T. CHEN
 2      if 1:00 p.m. works for the
 3      witness that works for us and
 4      we will be back at 1:00.
 5    A.     Actually, I prefer to just
 6   keep pushing through.  I don't need
 7   a break.
 8           MS. MACMULLIN:  I would
 9      like to take a break until
10      1:00 p.m.  So let's please go
11      off the record.
12           THE VIDEOGRAPHER:  The
13      time is 12:32 p.m. and we are
14      going off the record.
15           (Whereupon, a recess was
16      taken at this time.)
17           THE VIDEOGRAPHER:  The
18      time is now 1:01 p.m., And we
19      are back on the record.
20           MS. MACMULLIN:  We are
21      going to go back to the
22      exhibit we were looking at
23      before break, which is
24      Plaintiff's Exhibit 82, Bates
25      stamped Canal 0047380 through
```



Page 125

1                    T. CHEN

2       384.

3       Q.     If you could just turn to

4    page four of that document?

5       A.     Yes.

6       Q.     Looking at the bottom of

7    the page, at your message at 1:13

8    p.m.  Do you see where --

9       A.     1:13.

10      Q.     Yes.

11             MR. DROGIN:  Can you give

12      us a page number?

13             MS. MACMULLIN:   My

14      apologies.

15      A.     It is the third page.

16      Q.     Yes.

17             The third page, your

18   message at 1:13 p.m., which says,

19   "The whole situation has --

20             MR. DROGIN:  Can you

21      identify the document again?

22             MS. MACMULLIN:  Yes.  It

23      is Canal 0047380 through

24      0047384 and we are on page

25      0047382.



Page 126

1                    T. CHEN

2              MR. DROGIN:  Got it.  Go

3     ahead.  Thank you.

4     Q.    Ms. Chen, your message at

5     1:13 p.m.?

6     A.    Yes.

7     Q.    The last line reads, "The

8     whole situation has become very

9     single white female."

10          Do you see that?

11    A.    Yes, I do.

12    Q.    When you referred to "the

13    whole situation," you were referring

14    to the situation with Ms. Robinson,

15    is that correct?

16    A.    Yes.

17    Q.    And when you referred to

18    the situation with Ms. Robinson as

19    "very single white female," what did

20    you mean?

21    A.    That she was -- I was

22    quoting a movie, where she was

23    literally trying to step into my

24    life in all kinds of inappropriate

25    ways, which have gotten aggressive



Page 127

```
 1                    T. CHEN
 2   and just nasty.
 3      Q.     Ms. Chen, had you ever
 4   referred to Ms. Robinson as, quote,
 5   "Such a white girl?"
 6      A.     No.
 7             MS. MACMULLIN:  We are
 8      now going to move on to a
 9      document that is Bates
10      stamped Canal 0048617 through
11      0048619, which we will mark
12      as Plaintiff's Exhibit 83.
13             (Whereupon, Plaintiff's
14      Exhibit 83, Canal 0048617
15      through 0048619, was marked
16      for identification, as of
17      this date.)
18      A.     What were the numbers
19   again?
20      Q.     Mr. Chen, this is a text
21   conversation between you and Mr. De
22   Niro?
23      A.     Uh-huh.
24      Q.     If you look at page two of
25   the document?
```



```
 1                   T. CHEN
 2     A.    Uh-huh.  Yes.
 3     Q.    If you look at the first
 4  text message from 1:53 a.m., you
 5  write, "I was thinking about Chase's
 6  e-mail.  She says she is just trying
 7  to do her job.  Nobody is stopping
 8  her but herself."
 9     A.    Yes.
10     Q.    What did you understand Ms.
11  Robinson's job to be?
12     A.    Bob's assistant.
13     Q.    And what was the scope of
14  Ms. Robinson's job responsibilities
15  as Mr. De Niro's assistant?
16     A.    I can't answer that
17  question.  She is Mr. De Niro's
18  assistant, not mine.
19     Q.    What did you understand the
20  scope of Ms. Robinson's job
21  responsibilities to be as Mr. De
22  Niro's assistant?
23     A.    To act in the role of his
24  assistant.
25     Q.    Ms. Chen, what did you
```



```
 1                    T. CHEN
 2   understand Ms. Robinson's job
 3   responsibilities to be as Mr. De
 4   Niro's assistant?
 5      A.    Whatever he asked her to do
 6   in the office, and whatever job she
 7   was assigned to, which was the
 8   townhouse, which she stepped into
 9   very willingly and would not go
10   away.
11      Q.    Turning to your message on
12   this page at 2:09 p.m., do you see
13   where you write, "If you keep her.
14   You and I will eventually have
15   problems?"
16      A.    Yes.
17      Q.    What did you mean by that?
18      A.    That she -- if she was --
19   if she would stick around at the
20   townhouse, and not get set straight
21   for all the inappropriate things
22   that she had done, that Bob and I
23   would end up having problems because
24   all she does is make problems when
25   she is around.  She is very sneaky,
```



```
 1                    T. CHEN
 2    very nasty, just very mean, very
 3    passive aggressive.  She would mess
 4    with my things when she was the last
 5    person at the house before I was
 6    getting there.  She would be
 7    instructed not to do certain things,
 8    like for Marty's birthday parties, I
 9    had spoken to Bob.  I said, "It is
10    better that she takes direction from
11    you.  Not from me.  Because she is
12    your assistant, and I could
13    understand how that could bother her
14    to take direction from me."
15           So we went over a list of
16    things.  And we said don't buy
17    napkin rings.  It is just a waste.
18    And she turned to me and say, "Yeah.
19    Bob told me to not to get napkin
20    rings, but I do what I want."  So
21    that was not professional.
22    Q.    Looking at your text
23    message from 2:33 a.m.?
24    A.    Uh-huh.
25    Q.    On the third line, you
```



```
 1                  T. CHEN
 2   write, "I will wait to see what you
 3   do, but keeping her around is just a
 4   slap in my face after how she felt
 5   entitled to act towards me today?"
 6     A.     Yes.
 7     Q.     What action did you believe
 8   Mr. De Niro should take with respect
 9   to Ms. Robinson's employment?
10          MR. WARD:  Objection to
11       the form.  You can answer.
12     A.     I don't understand the --
13   the question.  Could you say it
14   again?
15     Q.     Sure.
16          Where you wrote, "I will
17   wait to see what you do," what
18   action did you believe Mr. De Niro
19   should take with respect to Ms.
20   Robinson's employment?
21          MR. WARD:  I'm going to
22       object to that because there
23       is nothing in here about
24       employment.  I would ask that
25       you rephrase it.
```



```
 1                    T. CHEN
 2      Q.     As of March 28, 2019, what
 3  actions did you believe that Mr. De
 4  Niro should take with respect to Ms.
 5  Robinson's employment?
 6      A.     Confront her about all the
 7  stealing, and all the lying that she
 8  had been doing.  Confront about the
 9  work that she had not done at the
10  townhouse and was being very phony
11  about.  Confront her about being
12  disrespectful to other staff.
13  Confront her about being
14  disrespectful to me.  Confront her
15  about being disrespectful him.  She
16  would yell and curse at him in front
17  of me, and it made me furious that
18  it was happening in my house.  But I
19  never stepped in because that was
20  his assistant and not my place to
21  step in, but it was wearing thin.
22      Q.     Did you speak with Mr. De
23  Niro about wanting him to terminate
24  Ms. Robinson's employment?
25      A.     Never.  People make
```



Page 133

```
 1                    T. CHEN
 2   mistakes.  You know, she was
 3   obviously -- she is not right in the
 4   head.  She was completely crazy and
 5   obsessed.  She couldn't see
 6   straight.  If she had done her job
 7   well before I was there, I was
 8   hoping to try to give her a chance
 9   to get her head back on, but it just
10   got looser.  I tried very hard to
11   give her as many chances as
12   possible.
13           MS. MACMULLIN:  We are
14       going to move to the next
15       document, which is Bates
16       stamped Canal 0009191, and I
17       will mark this as Plaintiff's
18       Exhibit 84.
19           MR. WARD:  I'm sorry.
20       Number again, please?
21           MS. MACMULLIN:  It is
22       Canal 0009191 and it actually
23       goes to 9193.
24    A.    Goes to where?
25           MR. WARD:  9193.
```



```
 1                    T. CHEN
 2            (Whereupon, Plaintiff's
 3       Exhibit 84, 0009191, was
 4       marked for identification, as
 5       of this date.)
 6    Q.    Ms. Chen, do you have the
 7  document in front of you?
 8    A.    I do.
 9    Q.    You wrote, "Maybe you
10  should make a new guide for both Bob
11  and myself, this way he and I know
12  what you have determined your
13  responsibilities to be."
14            What prompted you to write
15  this?
16    A.    Well, after telling me that
17  Bob told her not to get napkin
18  rings, but she doesn't care, she
19  does what she wants to do, I started
20  to realize that this is a pattern of
21  behavior.  So any time you ask her
22  to do something, she loves to be
23  difficult.  And either she won't
24  give you the information, or it is
25  so weird she'll just talk like
```



```
 1                T. CHEN
 2  really, really fast.  You won't even
 3  know what she is saying.  She will
 4  ramble, "I am so busy," and then she
 5  walks away.  You never get anything
 6  straight from her.  But every time I
 7  started to ask her to get anything
 8  done, or Bob would ask me to check
 9  in with her, she never had a
10  straight answer for anything, or it
11  was like, that is my responsibility,
12  I am not in touch with him.  Which
13  was crazy because she was at the
14  townhouse all the time.  She was
15  good friends with a guy from 4th.
16  She loved telling you about how
17  familiar she is with people that
18  have known Bob for so long.  So in
19  this instance, it was so exhausting
20  and such a waste of time to ask her
21  for information about things that
22  she was voluntarily doing, and
23  putting -- her positioning herself
24  in unwanted, where I said, "Then
25  just make a guide for yourself."
```



```
 1                    T. CHEN
 2    Because this is boring going back
 3    and forth, back and forth.  I don't
 4    do this, contact this.  It was just
 5    this silly little high school game
 6    that was going on.
 7       Q.    Looking at this e-mail
 8    exchange, there were paintings that
 9    needed to be removed from the walls
10    at the home you shared with Mr. De
11    Niro, correct?
12       A.    Yes.  Yes.
13       Q.    And you were frustrated
14    that Ms. Robinson was not handling
15    that issue, correct?
16       A.    Yes.
17       Q.    You understood this to be
18    something that Ms. Robinson should
19    handle, correct?
20       A.    She put up the paintings.
21    She stepped over me every time I was
22    positioning the paintings in the
23    house.  She was fully aware and
24    fully involved all the time with the
25    paintings.  It was something she
```



MAGNA
LEGAL SERVICES

Page 137

```
 1                    T. CHEN
 2   handled, and when Bob wanted me to
 3   take care of it when they were
 4   putting the paintings in, she pushed
 5   me out.  I stepped back because I
 6   realized she was acting crazy and
 7   you just don't engage with a crazy
 8   person when you need to get stuff
 9   done.  And I didn't mind where she
10   placed the paintings so I let her do
11   it that time.  I did speak to Bob
12   about her behavior and everything
13   just kept adding up.
14   Q.    So you understood this to
15   be something that Ms. Robinson
16   should handle, correct?
17   A.    I believe this is something
18   that she took on herself to handle
19   and demonstrated that she was in
20   control of it, and in charge of it.
21   Until I needed a change, then she
22   changed her mind.
23   Q.    Looking back at the
24   document about five lines down, you
25   wrote, "Kap has kids and now a
```



1          T. CHEN

2   health issue so that comes first and

3   foremost."

4     A.     Yes.

5     Q.     Can you explain how Michael

6   Kaplan having kids impacted his job

7   responsibilities?

8     A.     It didn't.

9     Q.     So why did you reference

10  Michael Kaplan having kids in this

11  e-mail?

12    A.     I was referencing his

13  ████████  ███  ███  █  ██████  ███████  █████

14  he was on vacation.  He had just

15  come back and his first day back

16  Chase was screaming and cursing at

17  him.  And trying to put all

18  responsibilities on him.  He had a

19  ███████  ██████  █  ████████  ██  ███

20  two young children.  He had just

21  gotten back home.  He wasn't even at

22  home.  He was in Vermont.  The

23  concern was that Kap just recovered

24  ███████  █  ██████  ███████  ████  ██████  █████

25  be screamed at, or cursed at, or



```
 1                    T. CHEN
 2  pushed around.  He had to spend time
 3  with his family and children while
 4  he was recovering.  It is called
 5  being compassionate, and Chase was
 6  very abusive to him.  That was the
 7  one thing that really really really
 8  struck me.  I was so sickened at how
 9  she would curse at somebody and
10  scream at them their first day back
11  after almost dying.
12            MS. MACMULLIN:  We are
13      going to move to the next
14      document, which is Bates
15      stamp Canal 0046683, which we
16      will mark as Plaintiff's
17      Exhibit 85.
18            (Whereupon, Plaintiff's
19      Exhibit 85, Canal 0046683
20      through 684, was marked for
21      identification, as of this
22      date.)
23            MS. MACMULLIN:  It goes
24      through 684.
25            MR. WARD:  It goes from
```



```
 1                    T. CHEN
 2      46683?
 3           MS. MACMULLIN:  To 46684.
 4      A.    Okay.
 5      Q.    So Ms. Chen, looking at Ms.
 6  Robinson's e-mail to Mr. De Niro?
 7      A.    Uh-huh.
 8      Q.    In the third paragraph, she
 9  writes, "I am worried that my
10  presence in the house amongst other
11  things is not working for Tiffany.
12  And, therefore you -- I felt this
13  way since September/November."
14           Did you agree that Ms.
15  Robinson's presence in your home
16  with Mr. De Niro was not working for
17  you?
18      A.    Ask me that again one more
19  time?  Sorry.
20      Q.    No problem.  Did you agree
21  that Ms. Robinson's presence in your
22  home with Mr. De Niro was not
23  working for you?
24      A.    I wouldn't put it that way
25  at all.  Like I said, we felt bad
```



Page 141

```
 1                    T. CHEN
 2   for her.  And she was very very
 3   difficult.  She wasn't doing her
 4   work.  So that was difficult when
 5   you have somebody in your house not
 6   doing their work, but screaming at
 7   everybody, and your boyfriend who
 8   you live with, who is your boss.
 9   Her attitude of not doing her job
10   bothered me, but we were trying to
11   find a way to just get her out of
12   the townhouse and put her in the
13   office.  But then I also didn't want
14   to hurt her feelings too much by
15   just taking her out of the townhouse
16   because she seemed like really
17   weirdly attached to it.  I was
18   trying to find a way to just have
19   Bob do more of the communicating
20   between the two of us.  It is a
21   complicated situation when somebody
22   is not focused on their job.
23       Q.    What aspects on Ms.
24   Robinson's job did you believe she
25   was not doing?
```



Page 142

```
 1                    T. CHEN
 2     A.     Everything.  She was
 3  dishonest.  She was abusive.  She
 4  was abusive to staff.  She was
 5  abusive to me.  She was abusive to
 6  her boss.  You can never get a
 7  straight answer from her.  She never
 8  -- she never gave an honest expense
 9  report for the petty cash that she
10  was blowing through.  She is not
11  honest.  You ask her not to do
12  something, like I said, the birthday
13  party for Marty.  She volunteered to
14  go get things.  We told her, through
15  Bob, "Don't get napkin rings."  She
16  said, "Bob told me not to, but I
17  don't care I do what I want."  It is
18  hard to work with an employee that
19  is like that.
20     Q.     When did Ms. Robinson make
21  the comment that you just referenced
22  to allegedly about napkin rings?
23     A.     It was in the first piece
24  that we sat down and looked at when
25  we came back from lunch.  The piece
```



```
 1                    T. CHEN
 2  that you forgot that was in front of
 3  us that we were looking at and
 4  called us to put in front of us and
 5  then someone reminded you that was
 6  the document that was already in
 7  front of us.
 8      Q.    So that would have been
 9  Exhibit 82, which was April 1, 2019?
10      A.    I don't think so because
11  that is not when Marty's birthday
12  is.
13      Q.    When is Marty's birthday?
14      A.    It is not in April because
15  that is when my birthday is.  I
16  can't remember offhand.  We would
17  have done a birthday together if
18  that was the case.
19      Q.    So do you know the
20  approximate date of the comment
21  about napkin rings?
22      A.    Well, it is in your
23  documents.  I can't recall a date
24  from years ago.  If I did, that
25  would -- I would be a genius.
```



Page 144

```
 1                    T. CHEN
 2    Q.    Okay.
 3          MR. DROGIN:  Wikipedia
 4    says November 17th if that
 5    helps you orient back to a
 6    document.
 7          MS. MACMULLIN:  Sorry.
 8    Mr. Drogin, I couldn't hear
 9    you.
10          MR. DROGIN:  Wikipedia
11    says November 17th if that
12    helps you orient back to a
13    document.
14          MS. MACMULLIN:  Okay.
15    Thank you.
16          MR. DROGIN:  You are
17    welcome.
18    Q.    Ms. Chen, were there any
19    witnesses to the comment about the
20    napkin rings?
21    A.    I can't remember.
22    Q.    Were there any job duties
23    that you believe Ms. Robinson should
24    be doing that she was not doing?
25    A.    Yes.
```



Page 145

1                    T. CHEN

2     Q.     And what were those job

3   duties?

4     A.     Her job.  Her actual job,

5   which was to be respectful to her

6   boss and execute what her boss

7   asked.  To be respectful to her

8   coworkers, which she was not.

9     Q.     Ms. Chen, turning back to

10  the document that you have in front

11  of you?

12    A.     Uh-huh.

13    Q.     In the fourth paragraph of

14  Ms. Robinson's e-mail to Mr. De

15  Niro, she mentions a solution where

16  she could be based outside of New

17  York.

18           Was that something that

19  concerned you?

20    A.     No.

21    Q.     And then -- go ahead.

22    A.     No.  I -- go ahead.  And

23  look where?

24    Q.     Looking at your response to

25  this e-mail, you wrote, "She is a



```
 1                    T. CHEN
 2   real piece of work."
 3          What prompted you to write
 4   that?
 5      A.    This whole e-mail is
 6   ridiculous.  It is silly high school
 7   games of poor me, poor me, I am
 8   worried.  But she is not worried
 9   about anything.  She is nasty to
10   everybody all the time.  How does
11   she even expect anyone to have a
12   nice relationship with her when she
13   is nasty to begin with?  She curses
14   at everybody.  She is screaming.
15   She is barking orders.  She creates
16   such a hostile environment.  And
17   this e-mail is a joke.  All she ever
18   was trying to do when she worked for
19   Bob was to travel and go other
20   places.  And this is just her trying
21   to orchestrate her con on everybody.
22   There was nothing -- it is like
23   poor, me poor me, poor me.  She is
24   the one that victimized everybody.
25   And it is so disappointing to see
```



```
 1                    T. CHEN
 2   poor, me poor me, poor me.  But the
 3   other thing I also see in this is
 4   she is very mentally unstable and
 5   not well because this is not rooted
 6   in reality.  It is pathetic.
 7             MS. MACMULLIN:  We are
 8        going to the next document,
 9        which is Bates stamped Canal
10        0034641 through 642, and I
11        will mark this as Plaintiff's
12        Exhibit 86.
13             (Whereupon, Plaintiff's
14        Exhibit 86, 0034641 through
15        642, was marked for
16        identification, as of this
17        date.)
18   A.    What were the numbers
19   again?
20   Q.    It is 0034641 through 642.
21        Do you have the document in
22   front of you, Ms. Chen?
23   A.    Yes, I do.
24   Q.    Okay.  Great.
25        Looking at your e-mail, you
```



```
 1                   T. CHEN
 2   wrote, "This shit really pisses me
 3   off.  That is too manipulative that
 4   she has the goal to place blame on
 5   me for her lies.  This bitch needs
 6   to get put in her fucking place."
 7       A.    Yes.
 8       Q.    What did Ms. Robinson write
 9   that pissed you off?
10       A.    Oh, it is whole pathetic
11   mind game she is playing with these
12   e-mails.  Playing she is the victim.
13   She is not worried.  She is the one
14   making the problems.  I have said it
15   again and again.  She screams at
16   everybody.  She is disrespectful.
17   She is so off the rail sometimes it
18   is like you don't -- you can't help
19   but feel sorry for her, and just
20   feel like this is crazy.
21       Q.    And when you wrote, "This
22   bitch needs to get put in her
23   fucking place," what did you believe
24   should happen to Ms. Robinson?
25       A.    She needed to get called
```



Page 149

```
 1                     T. CHEN
 2   out for all of her stealing, all of
 3   her lies, messing with the place,
 4   messing with my things when I am not
 5   there because she was angry about
 6   the situation.  She had to be put in
 7   her place.  She had to get called
 8   out.  She had to get called out for
 9   how much she was abusing everybody.
10   Most of all, how much she was
11   abusing her own boss.
12      Q.    Did you communicate those
13   sentiments to Mr. De Niro?
14      A.    Yeah.
15      Q.    And what was Mr. De Niro
16   planning to do to put Ms. Robinson
17   in her place?
18           MR. WARD:  Objection.
19      You can answer.
20      A.    We were going to have a
21   meeting together.  And then we were
22   going to have the two other
23   assistants in the office come to the
24   meeting to sit with Chase and
25   confront her about all of the lies.
```



```
 1              T. CHEN
 2    All of the lies, all of the
 3    stealing, and all of the nastiness
 4    that she had doled out for several
 5    years on people.  And to see if
 6    there was a way that we could -- if
 7    there was something going on we
 8    didn't understand, we could try and
 9    find her help.  And in the instance
10    if she didn't want to accept help
11    than maybe we could try to work with
12    her to get her to a comfortable
13    place, where she could just settle
14    in the office again, but understand
15    that we know that she is taking
16    things without permission and that
17    is not right.  And with the
18    understanding that we know that she
19    is abusive to people, and speaking
20    terribly to them because she has
21    done it in front of us and that she
22    has to stop that behavior and make
23    improvements.  That was what the
24    talk was going to be about.
25       Q.    And when you just referred
```



```
 1                    T. CHEN
 2    to Ms. Robinson's lies, what are you
 3    referring to?
 4        A.     I am referring to
 5    everything.   When -- whenever you
 6    ask for information, she is always
 7    giving you something else other than
 8    what you are asking for, or she is
 9    too busy, and then she just never
10    answers you.   The petty cash she was
11    stealing, Bob's AMEX points that she
12    was stealing.   I found out a place
13    that we frequent for Christmas
14    presents, she was having the store
15    put her personal Christmas presents
16    on Bob's credit card.   And also
17    having them write out the cards that
18    were from her to whomever.   And they
19    would say, "This should go on Mr. De
20    Niro's credit card?"   And she would
21    say, "Yes."   And we found out about
22    it.   We were going to confront her
23    about everything.   Those lies.
24             There is one more thing,
25    when I was coming back from Antigua
```



MAGNA
LEGAL SERVICES

Page 152

```
 1                    T. CHEN
 2   we didn't have any catering on the
 3   plane, and I questioned the pilot
 4   thoroughly.  He said it was
 5   requested from the office that there
 6   be no catering on that flight.
 7   Another lie that she said she never
 8   said.  When I questioned the people
 9   there, they said it was her.  They
10   said it was very weird.  Mr. De Niro
11   always wants catering on the
12   flights.  All the lies constantly.
13          MS. MACMULLIN:  We are
14       going to move to the next
15       document, which is Bates
16       stamped Canal 0047432 through
17       007436.  I will mark this as
18       Plaintiff's Exhibit 87.
19          (Whereupon, Plaintiff's
20       Exhibit 87, Canal 0047432
21       through 007436, was marked
22       for identification, as of
23       this date.)
24          MS. MACMULLIN:  Let's
25       take a five-minute break.  We
```



Page 153

```
 1                    T. CHEN
 2     can go off the record.
 3             THE VIDEOGRAPHER:  The
 4     time is now 1:30 p.m.  We are
 5     off the record.
 6             (Whereupon, a recess was
 7     taken at this time.)
 8             THE VIDEOGRAPHER:  The
 9     time is now 1:36 p.m.  We are
10     back on the record.
11     Q.    Ms. Chen, looking at the
12  document from before the break,
13  which is marked as Plaintiff's
14  Exhibit 87, if you could just turn
15  to page two of the document?
16     A.    Yes.
17     Q.    At 8:31 p.m., you wrote,
18  "He is pissed about that e-mail she
19  sent.  Really pissed."
20             Were you referring to Mr.
21  De Niro?
22     A.    Yes.  Yes.
23     Q.    And is the e-mail that you
24  are referring to the one that we
25  were just looking at that was marked
```



Page 154

```
 1                    T. CHEN
 2   as Plaintiff's Exhibit 86 from April
 3   2, 2019?
 4     A.    I'm not sure if it was that
 5   one, or, you know -- she sends weird
 6   e-mails regularly.
 7     Q.    What did Mr. De Niro say or
 8   do to convey that he was pissed at
 9   Ms. Robinson?
10     A.    I don't remember any exact
11   words, but we were both annoyed
12   because everything was -- one, she
13   is not doing her job anywhere.  She
14   is not doing her job at the
15   townhouse.  She is not doing her job
16   at the office.  And all she does is
17   make problems, and give false
18   information, and mess with my
19   schedule all the time.  So it was
20   something that we had always had
21   discussed which was frustrating, and
22   annoying, and ridiculous.  And the
23   minute she started playing the
24   victim role when she is the one
25   hurting everyone else.  It was the
```



```
 1                  T. CHEN
 2   ongoing topic of discussion from the
 3   moment of meeting Chase.  And just
 4   how we could -- actually, do right
 5   by her somehow, and try to figure it
 6   out, out of compassion.  But then
 7   you realize you can't help anybody
 8   that didn't want to help herself.
 9   She wanted to help herself to his
10   life and to his things.
11       Q.    In your next message where
12   you wrote, "He is going to have her
13   come over so I can set her
14   straight," what were you planning to
15   do to set Ms. Robinson straight?
16       A.     What I told you before.
17   List all of the things she has done
18   wrong, ask her about all the things
19   that were missing, ask her to
20   provide lists for all of the petty
21   cash she is asking for.  Ask her
22   about miles that she had taken
23   without permission of points, and
24   just see where we go from here.
25       Q.     If you turn to the next
```



MAGNA
LEGAL SERVICES

Page 156

```
 1                    T. CHEN
 2   page of the document, you wrote at
 3   8:53 p.m., "There are going --
 4   A.     One minute.
 5   Q.     Take your mine.
 6   A.     Okay.  Yeah.
 7   Q.     "There are going to be a
 8   lot of changes."
 9          What changes to Ms.
10   Robinson' job responsibilities were
11   going to occur?
12   A.     I never said that.
13   Q.     So what changes were you
14   referring to?
15   A.     In general, there is going
16   to be a lot of changes.  She was one
17   of them, but in general.
18   Q.     What changes were going to
19   occur with respect to Ms. Robinson?
20   A.     She was going to be told
21   that we know that she is lying and
22   stealing, and we are sick of her
23   yelling at everybody and cursing at
24   everyone, because that can also
25   create problems for Bob that she is
```



```
 1                    T. CHEN
 2    unprofessional and abusive.  It is
 3    like all of it was-- people were
 4    coming to me to tell me everything
 5    about her.  And I am like, we are
 6    going to have lawsuits of people
 7    wanting to sue because of her
 8    behavior and her mistreatment of
 9    everyone.  We have to handle this
10    now.  It is too much drama going on,
11    and I could sense she is just making
12    more and more drama.  She is driven
13    that way.  It is very evil.
14        Q.    Looking at your message at
15    10:01 p.m., the last line of your
16    message, you write, "Then he is
17    going to phase her out.  But she
18    is" --
19        A.    1001.  Sorry.  Yes.
20        Q.    Okay.
21            "Then he is going to phase
22    her out, but she is going to have to
23    teach her replacement."
24        A.    Yes.
25        Q.    Was it Mr. De Niro's plan
```



Page 158

```
  1                   T. CHEN
  2   to phase out Ms. Robinson?
  3      A.       She was phasing herself
  4   out.   She agreed to a two-year
  5   agreement with him.   So if you have
  6   a set agreement that you are just
  7   going to be here for two more years,
  8   you have to start planning for the
  9   replacement.   And it takes a lot of
 10   time to train a person to do all the
 11   stuff that Chase claims she did, but
 12   never did, and push off to other
 13   people and took credit for her work
 14   while she abused them.   Phase out
 15   was something she was doing to
 16   herself with Bob.
 17      Q.       Okay.
 18            MS. MACMULLIN:   We are
 19        going to move to the next
 20        document, which is Bates
 21        stamped Canal 0047503 through
 22        509, and we will mark this as
 23        Plaintiff's Exhibit 88.
 24            MR. WARD:   One more time?
 25            MS. MACMULLIN:   Canal
```



Page 159

```
 1                    T. CHEN
 2      0047503 through 509.
 3          (Whereupon, Plaintiff's
 4      Exhibit 88, Canal 0047503
 5      through 509, was marked for
 6      identification, as of this
 7      date.)
 8      Q.    So Ms. Chen, looking at
 9  page five of the document, in your
10  message at 5:37 p.m., let me know
11  when you are there?
12      A.    Yes.
13      Q.    You wrote, "I am going to
14  fucking give this bitch what she
15  deserves face to face."
16          When you wrote that, what
17  did you intend to do to Ms.
18  Robinson?
19      A.    Call her out for all of her
20  lies and mistreatment of me,
21  mistreatment of my boyfriend,
22  mistreatment of her coworkers,
23  mistreatment of the entire office
24  actually.  That is what I was going
25  to call her out on.  The stuff she
```



Page 160

```
 1                   T. CHEN
 2   was stealing, the way she was
 3   messing with the townhouse whenever
 4   she would be the only one there,
 5   just ruining my things.  I was going
 6   to confront her with all of this.
 7           MS. MACMULLIN:  We are
 8       going to move to the next
 9       document, which is Bates
10       stamped Canal 0047301 through
11       303, and this will be marked
12       as Plaintiff's Exhibit 89.
13           (Whereupon, Plaintiff's
14       Exhibit 89, Canal 0047301
15       through 303, was marked for
16       identification, as of this
17       date.)
18       Q.    Ms. Chen, this is a series
19   of text messages between you and Lu
20   Lu White.
21       A.    Uh-huh.
22       Q.    Looking at the second page
23   of the document?
24       A.    Uh-huh.
25       Q.    At 3:32 p.m., you wrote,
```



MAGNA
LEGAL SERVICES

Page 161

```
 1                    T. CHEN
 2   "She is not to be involved with
 3   anything going forward?"
 4      A.    Yes.
 5      Q.    Were you referring to Ms.
 6   Robinson?
 7      A.    Yes.
 8      Q.    And what did you mean by,
 9   "She is not to be involved with
10   anything going forward?"
11      A.    She is not to be involved
12   -- at this point, Chase had been
13   taken off the townhouse.  She had
14   been told to stay out of the
15   townhouse.  This is why I was
16   working with Lu Lu.  Because she
17   hired her as her assistant for the
18   townhouse.  She had instructed Lu Lu
19   that she did not work for Canal, she
20   did not work for Robert De Niro, she
21   only worked for her.  And I am going
22   to repeat, Lu Lu was hired by Chase
23   with Bob's permission to complete
24   the townhouse because Chase was
25   always complaining she has too much
```



Page 162

```
 1                    T. CHEN
 2   work to do and can't get anything
 3   done.  So she hired Lu Lu, and now
 4   she tells Lu Lu that part of her job
 5   is to protect Bob from being
 6   audited.  She has Lu Lu look up
 7   everything online that they buy,
 8   referencing the receipts, and
 9   stapling them -- the picture of
10   whatever she prints out online to
11   the receipt.  I don't know of
12   anybody who thinks that you could
13   protect really anyone from an audit
14   by doing that, let alone hiring
15   somebody for the townhouse, but then
16   bringing her into this ridiculous
17   project that doesn't make any sense.
18   That she never even spoke with Bob
19   about or even the accountant about.
20   Bob has an accountant who does
21   everything, financially.  And this
22   one is just nuts.  So she was not to
23   be involved at the townhouse anymore
24   because obviously she was not doing
25   her job there, she was being rude
```



```
 1                    T. CHEN
 2   and obnoxious.
 3     Q.    And who made the decision
 4   that Ms. Robinson was not to be
 5   involved with anything going
 6   forward?
 7     A.    I never said that.  I said
 8   never involved with anything at the
 9   townhouse going forward, because she
10   had already proven she was rude,
11   obnoxious and incapable because she
12   didn't get anything done.
13     Q.    And you wrote at 3:32 p.m.,
14   "She is not involved -- not to be
15   involved with anything going
16   forward?"
17     A.    Yeah, because I am working
18   on townhouse with the person she
19   hired to work on the townhouse, and
20   then got this kid involved with
21   protecting Bob from an audit by
22   saving a whole bunch of demented
23   receipts and having this girl look
24   up everything online that matched
25   the receipt, print it out, and
```



```
 1                    T. CHEN
 2    staple the picture to the receipt.
 3    Lu Lu was meant to always work at
 4    the townhouse.  So yes, when I speak
 5    to Lu Lu and I say that she should
 6    not be involved in anything, I am
 7    speaking only about the townhouse.
 8      Q.     And when you wrote that to
 9    Ms. White that she is not to be
10    involved with anything going
11    forward, who made that decision?
12      A.     Bob and I.  Although, Chase
13    made that decision herself because
14    she never did any work at the
15    townhouse.  She came in to just
16    berate, abuse, and yell at everybody
17    all the time.  It was a very toxic
18    environment.  Even Lu Lu -- she
19    hired Lu Lu to work at the
20    townhouse.  But when Lu Lu met me at
21    the townhouse, Lu Lu got reprimanded
22    for talking to me.  Chase told her
23    that she was not to talk to me or
24    have anything to do with me because
25    she hates me.  This is what she told
```



```
 1                    T. CHEN
 2    her assistant.  That is not
 3    professional.  Especially when you
 4    hire somebody to work in my home.
 5    So of course I wanted her out of the
 6    townhouse.  Which she also hired an
 7    interior designer for, who was doing
 8    all the stuff that she is claiming
 9    was assigned to her.  She kept
10    taking over responsibilities that
11    she would never execute at the
12    townhouse.
13            MS. MACMULLIN:  So moving
14        to the next document, which
15        is Bates stamped 0036475.
16        And we will mark that as
17        Plaintiff's Exhibit 90.
18            (Whereupon, Plaintiff's
19        Exhibit 90, 0036475, was
20        marked for identification, as
21        of this date.)
22    Q.    Mr. Chen, in the fourth
23    paragraph you see where you wrote,
24    "Chase is no longer involved with
25    anything regarding the townhouse or
```



```
 1                    T. CHEN
 2    the twins.  You are not to discuss
 3    anything with her that you discuss
 4    with us.  Any e-mails between us are
 5    not to be shared with Chase?"
 6       A.    Yes.
 7       Q.    Who made the decision that
 8    Ms. Robinson would not be involved
 9    with anything regarding the
10    townhouse or twins?
11       A.    Bob and I.
12       Q.    And who made the decision
13    that Ms. White should not discuss
14    anything with Ms. Robinson that was
15    discussed with you?
16       A.    Bob and I.
17       Q.    Who made the decisions that
18    any e-mails between you would not be
19    shared with Ms. Robinson?
20       A.    It was probably a decision
21    I made off of the decisions that Bob
22    and I made together.  If she is not
23    to be shared information that
24    includes e-mails.  And I want it to
25    be thorough.  Chase is sneaky.  You
```



Page 167

```
 1                    T. CHEN
 2   have to be very very thorough.
 3           (Whereupon, a discussion
 4      was held off the record.)
 5           MS. MACMULLIN:  So we
 6      will move on to the next
 7      document, which is Bates
 8      stamped Canal 0046701, and we
 9      will mark that as Plaintiff's
10      Exhibit 91.
11           (Whereupon, Plaintiff's
12      Exhibit 91, Canal 0046701,
13      was marked for
14      identification, as of this
15      date.)
16      A.    Can I run to the bathroom
17   again?
18      Q.    Sure.  Yes.
19           MS. MACMULLIN:  We will
20      go off the record.
21           THE VIDEOGRAPHER:  The
22      time is now 1:49 p.m.  We are
23      off the record.
24           (Whereupon, a recess was
25      taken at this time.)
```



Page 168

```
 1                    T. CHEN
 2            THE VIDEOGRAPHER:  The
 3      time is now 1:51 p.m.  We are
 4      back on the record.
 5      Q.    So Ms. Chen, looking at
 6  what has been marked as Plaintiff's
 7  Exhibit 91, do you see where you
 8  wrote, "Bob and I would like to
 9  inform you that Chase is no longer
10  involved with any of our projects?"
11      A.    Yes.
12      Q.    Who made the decision that
13  Ms. Robinson was no longer involved
14  with your and Mr. De Niro's
15  projects?
16      A.    I think it is important to
17  state who is being e-mailed in this.
18  It is the interior designer of the
19  townhouse.
20      Q.    Right.
21            So when you wrote, "Chase
22  is no longer involved with any of
23  our projects," who made that
24  decision?
25      A.    Bob and I.  She should not
```



Page 169

```
 1                    T. CHEN
 2    be involved at the townhouse
 3    anymore.  We wanted her just in the
 4    office.  She wouldn't go away.
 5              MS. MACMULLIN:  We are
 6       going to move to the next
 7       document, which is Bates
 8       stamped Canal 0048185 through
 9       187.
10              (Whereupon, Plaintiff's
11       Exhibit 92, Canal 0048185
12       through 187, was marked for
13       identification, as of this
14       date.)
15              THE WITNESS:  185 through
16       187.
17    Q.    Ms. Chen this is a text
18    conversation between you, Ms. Spear,
19    and Ms. Weeks-Britain.  If your turn
20    to page two?
21    A.    Uh-huh.
22    Q.    You write, at 10:23 a.m.,
23    "I am sure you guys saw the e-mail
24    or will see them soon, any support
25    you need in the office should come
```



```
 1              T. CHEN
 2    from Lu Lu.  I will make this very
 3    clear in an additional e-mail.  If
 4    there are any problems on your end,
 5    if Chase tries to step in and
 6    delegate in any way, you just simply
 7    take control and say Lu Lu is to
 8    assist and provide support for you
 9    two.  Assert your authority.  If you
10    deem it appropriate for Lu Lu to
11    help for a moment, it is up to you.
12    But Lu Lu is your support not
13    Chase's.  This comes from Bob, and
14    you can say that if she tries to get
15    out of line."
16    A.    Yes.
17    Q.    When you wrote, "This comes
18    from Bob," did Mr. De Niro authorize
19    everything that you wrote in this
20    text message?
21    A.    Yes.  Otherwise I would not
22    say it.
23    Q.    So moving forward, Ms.
24    Robinson would not be able to
25    provide any assignments to Ms.
```



                         T. CHEN

1

2    Weeks-Britain, is that correct?

3       A.    Well, could you repeat

4    that?

5       Q.    Yes.  Moving forward, Ms.

6    Robinson would not be able to

7    provide any assignments to Ms.

8    Weeks-Britain, is that correct?

9       A.    Well, in the text I am

10   telling them that if they need

11   support they should go to Lu Lu.  I

12   am not talking about the

13   authentication of anything.  I am

14   telling them if they need support.

15   They were now allowed to use Lu Lu

16   because Chase was no longer allowed

17   to have an iron hand over that.

18      Q.    You write, "If Chase tries

19   to step in and delegate in any way,

20   you should simply take control."

21            What did you mean by that?

22      A.    Don't let her speak to you

23   disrespectfully.  Stand up to her

24   when she is rude and when she is

25   nasty.  She should be professional.



Page 172

```
 1                    T. CHEN
 2   You guys are in an office working
 3   together.  Her behavior has been
 4   unacceptable.
 5      Q.    When you write, "If Chase
 6   tries to step in and delegate in any
 7   way," what did you mean by delegate?
 8      A.    If she comes in and behaves
 9   disrespectful, barking orders.  She
10   can ask for help, but she cannot be
11   rude.
12      Q.    Ms. Robinson -- okay.
13          We are going to move on --
14   I'm sorry.  To rephrase.
15          In early April 2019, you
16   mention that you were arranging a
17   meeting between Mr. De Niro, Ms.
18   Robinson, and Canal employees,
19   correct?
20      A.    I mean, it was something
21   that was -- we had all talked about
22   happening.  Bob and I spoke about
23   happening.
24      Q.    And who was planning to
25   participate in this meeting?
```



Page 173

```
 1                  T. CHEN
 2     A.     Everybody she has insulted,
 3  everybody who had an issue with her,
 4  everybody she screamed at, everybody
 5  she abused.  They were entitled to
 6  have their voice heard.
 7     Q.     What were the names of the
 8  people that were going to
 9  participate in the meeting?
10     A.     It was me, Bob, Sabrina,
11  Jillian, Michael Kaplan.  That is
12  all I can remember offhand.  If
13  there was anybody else that she had
14  been disrespectful to, they would
15  have been invited to the meeting as
16  well.  She hurt a lot of people that
17  Bob trusts very much and had been
18  very wonderful employees.  She hurt
19  a lot of people very badly.
20     Q.     And what was the planned
21  purpose for this meeting?
22     A.     For everybody to be able to
23  say to her what she has done to them
24  and how it has made them feel, call
25  her out for her stealing and lies,
```


MAGNA
LEGAL SERVICES

```
 1                    T. CHEN
 2   to see if there was a way we could
 3   come to a conclusion.  If there was
 4   something going on in her life that
 5   maybe she was emotional.  I don't
 6   know.  We were just trying to hope
 7   for the best and hope for the best
 8   even though we were getting the
 9   worst all the time.  We were
10   actually wanting to have the meeting
11   to try and just figure out how we
12   could just get her back into the
13   office, and get her back to that
14   place where Bob felt she had done so
15   well.  A lot -- I was actually
16   shocked at the number of people who
17   she had abused over the years.  Some
18   people quit their jobs, one person
19   moved because she had threatened
20   them so badly.  As I was finding out
21   more, I felt that this is -- this is
22   not right.  When somebody is this
23   abusive, they need to be called out
24   on it.  Not necessarily punished,
25   but when there is amount of insanity
```



                    T. CHEN

 1
 2   going on, this many years of abuse,
 3   you just wonder what has happened to
 4   this person.  Is there anything we
 5   can do to help because they are
 6   driving us crazy.  You give them
 7   that one chance, that one
 8   opportunity, hope you can do right
 9   by them.  But most of all, you have
10   to do right by yourself.
11     Q.    Did you ever offer to help
12   Ms. Robinson?
13     A.    To -- yeah.  When I would
14   talk to Bob.  I would always talk to
15   him.  Because when she looked at me,
16   she looked like she wanted to kill
17   me.  She couldn't even keep eye
18   contact half the time, and then she
19   would just get very jittery and have
20   this weird laugh she did.  I could
21   read that I made her very
22   uncomfortable.  So there was no way
23   I would every approach somebody who
24   I made uncomfortable with how can I
25   help you.  Let me -- I feel like



Page 176

```
 1                    T. CHEN
 2   there is -- they don't want to hear
 3   it from me.  I said to Bob, "I think
 4   she seems to look up to you in a
 5   certain way.  I think it is a bit
 6   obsessive, but you are a voice that
 7   she would perhaps listen to better.
 8   But I think that, you know,
 9   everybody that she has abused,
10   should have -- they have the right
11   to confront her about it.
12            MS. MACMULLIN:  We are
13      going to move now to a
14      document that is Bates
15      stamped Canal 0046709, which
16      I will mark as Plaintiff's
17      Exhibit 93.
18            (Whereupon, Plaintiff's
19      Exhibit 93, Canal 0046709,
20      was marked for
21      identification, as of this
22      date.)
23   A.    It is just one page?
24            MS. MACMULLIN:  It does
25      go on to 710.
```



```
 1                    T. CHEN
 2     Q.    Ms. Chen, where you wrote,
 3   "I think she knows what was coming,
 4   and none of it was going to be in
 5   her favor," as of the time that you
 6   sent this e-mail, what was coming to
 7   Ms. Robinson?
 8     A.     The meeting where we were
 9   going to allow everyone to say the
10   bad things she had done to them in
11   front of her boss, and in front of
12   me because she did it in my
13   household to people, and I don't
14   permit that.
15         MS. MACMULLIN:  Moving to
16      the next document, which is
17      Bates stamped Canal 0048188.
18         MR. WARD:  Through?
19         MS. MACMULLIN:  190.
20         We will mark this as
21      Plaintiff's Exhibit 94.
22         (Whereupon, Plaintiff's
23      Exhibit 94, Canal 0048188,
24      was marked for
25      identification, as of this
```



Page 178

```
 1                  T. CHEN
 2      date.)
 3      Q.      Ms. Chen, that is a text
 4  conversation between you, Ms. Spear,
 5  and Ms. Weeks-Britain.  If you look
 6  at page two, at 10:29 p.m., you
 7  wrote, "She just resigned."  At
 8  10:32 p.m., you wrote, "I am so
 9  happy to be able to share the good
10  news."
11      A.      Yes.
12      Q.      Were you glad that Ms.
13  Robinson resigned?
14      A.      Yes.
15      Q.      Why?
16      A.      Because I thought she
17  mainly did it for her own mental
18  health.  And I thought it was a very
19  strong move to make after having
20  been at a place for so long.  I
21  thought it was the first admirable
22  thing she had done.  It was a very
23  big move for her, and I was kind of
24  happy because I thought she was she
25  was going to move into where she
```



```
 1                    T. CHEN
 2    really wanted to be, where she had
 3    always expressed was not working for
 4    Bob during our period with her.  I
 5    was actually -- I was really happy
 6    for her.  I was relieved for us.  We
 7    didn't have this extra drama.  We
 8    are way too busy for the drama that
 9    she brought every day, and it also
10    showed she wasn't happy.  So I felt
11    like that was a great move on her
12    part.  And we are all happy to not
13    be yelled at and screamed at on a
14    daily basis, and cursed at.  I was
15    very happy that Bob would not be
16    cursed at by her anymore.  It was a
17    relief because the one thing I
18    despise the most is when the people
19    I love are getting abused when they
20    are being good to people.
21      Q.    How did Mr. De Niro react
22    to Ms. Robinson's resignation?
23      A.    He didn't really want to
24    talk about it.  I feel like he was
25    -- he was more quiet in a way that
```



```
 1                    T. CHEN
 2    seemed disappointed.  But, you know,
 3    he actually, he said the same thing.
 4    He was like, "You know, You know I
 5    am happy for her.  She can move on
 6    now."
 7            MS. MACMULLIN:  We are
 8        going to turn to the next
 9        document, which is Bates
10        stamped Canal 0047465 through
11        471, which I will mark as
12        Plaintiff's Exhibit 95.
13            (Whereupon, Plaintiff's
14        Exhibit 95, Canal 0047465
15        through 471, was marked for
16        identification, as of this
17        date.)
18    A.     465 to 471?
19    Q.     Exactly.
20    A.     Okay.
21    Q.     There is a conversation
22    between you and Mr. Kaplan.  If you
23    turn to page four of the document,
24    at 12:42 p.m., you wrote, "She is
25    going to try anything to get him to
```



```
 1                    T. CHEN
 2    contact her now and pretend like she
 3    is still somehow valid there."  And
 4    then at 12:43 p.m., you wrote, "I
 5    just want to forget her and never
 6    have her be able to open up a line
 7    of communication with Bob again."
 8        A.    Yes.
 9        Q.    You didn't want Mr. De Niro
10    to communicate with Ms. Robinson
11    ever again, is that correct?
12        A.    No.  You are reading texts
13    that are not absolute statements
14    that I am making like that.  These
15    are personal texts.  I did not want
16    her to be able to abuse my boyfriend
17    again, and that is all she ever did
18    whenever she was in front of him.
19    It was like she was trying to show
20    off how nasty and disrespectful she
21    could be to him all the time.  That
22    is what I did not want.  That is
23    what everybody saw all the time from
24    her towards my boyfriend.
25            MR. DROGIN:  The record
```



```
 1                    T. CHEN
 2      should also reflect that you
 3      skipped a text.  You read as
 4      though those were consecutive
 5      texts and they are not.  What
 6      you omitted says, "Tom says
 7      he just wants to make things
 8      as easy as possible."
 9          If you are going to read
10      texts, you got to read what
11      comes between them.  You
12      can't omit.  It is like
13      omitting a sentence.
14      Q.    Ms. Chen, did you tell Mr.
15   De Niro that you did not want Ms.
16   Robinson to communicate with him?
17      A.    Say that again?
18      Q.    Did you tell Mr. De Niro
19   that you did not want Ms. Robinson
20   to communicate with him?
21      A.    No.  He is a grown man.  I
22   would never make that kind of
23   statement.
24      Q.    If we turn to page seven of
25   the document?
```



Page 183

```
 1                  T. CHEN
 2    A.      Seven.
 3    Q.      Which is the last page?
 4    A.      Uh-huh.
 5    Q.      At 4:10 p.m., you wrote,
 6  "Have you heard from the graham
 7  cracker yet?"
 8    A.      Yes.
 9    Q.      In that text, were you
10  referring to Ms. Robinson?
11    A.      Well, her first name is
12  Graham.
13    Q.      So yes?
14    A.      Yes.
15          MR. DROGIN:  Do you want
16     to ask if maybe that was an
17     auto text correction
18     (inaudible) Chase or did you
19     leave it out there.
20          MS. MACMULLIN:  Counsel,
21     the commentary is
22     inappropriate.
23          MR. DROGIN:  I apologize.
24     I just thought it might be a
25     question that you would want
```



Page 184

```
 1                    T. CHEN
 2      to ask.
 3           MS. MACMULLIN:  We are
 4      going to turn to the next
 5      document, which is Bates
 6      stamped Canal 0048605 through
 7      610, which I will mark as
 8      Plaintiff's Exhibit 96.
 9           (Whereupon, Plaintiff's
10      Exhibit 96, Canal 0048605
11      through 610, was marked for
12      identification, as of this
13      date.)
14      A.    Can you give the numbers
15  again?
16      Q.    Of course.  0048605 through
17  610.
18           These are text messages
19  that you exchanged with Mr. De Niro?
20      A.    Uh-huh.
21      Q.    And turning to page three
22  of the document?
23      A.    Uh-huh.
24      Q.    You wrote, at 8:30 p.m., "I
25  really hope he didn't give Chase
```



Page 185

```
 1                    T. CHEN
 2   severance?"
 3   A.      Uh-huh.
 4           MR. WARD:  Say yes.
 5   A.      Yes.
 6   Q.      Was there a discussion
 7   about Mr. De Niro paying Ms.
 8   Robinson severance?
 9   A.      I had always said from the
10   top since she resigned and had
11   stolen so much, she has already
12   given her a severance.  But then I
13   add my two cents in, I said, "I
14   don't think she deserves a
15   severance," and Bob wanted to give
16   her a severance.
17   Q.      Ms. Chen, at a certain
18   point you began looking into Ms.
19   Robinson's spending on the
20   townhouse, is that correct?
21   A.      Not Chase so much, no.
22           MS. MACMULLIN:  We are
23      going to move to the next
24      document, which is Bates
25      stamped Canal 0049474 through
```



Page 186

```
 1                     T. CHEN
 2      478.
 3           (Whereupon, Plaintiff's
 4      Exhibit 97, Canal 0049474
 5      through 478, was marked for
 6      identification, as of this
 7      date.)
 8      Q.    This is a text conversation
 9 between you, Jillian Spear, and Ms.
10 Weeks-Britain.
11      A.    Uh-huh.
12      Q.    And if you can turn to page
13 three of the document?
14      A.    Uh-huh.
15      Q.    Your message at 5:42 p.m.,
16 you wrote, "Hey guys.  It was
17 brought to our attention that during
18 Chase's spending spree here instead
19 of returning items she opted to give
20 things away."
21      A.    Uh-huh.
22      Q.    When you wrote, "Chase's
23 spending spree here," what were you
24 referring to?
25      A.    Everything she bought at
```



```
 1                    T. CHEN
 2   the townhouse, and I saw there was
 3   days that I went in that there was a
 4   bunch of stuff that all of sudden
 5   would go missing.  And her
 6   assistant, Lu Lu, had told me that
 7   she would just give things away.
 8   She gave a bunch of stuff away to Lu
 9   Lu.  When Chase noticed that I got
10   rid of the plates she bought for the
11   house that had love on the underside
12   of the plate, on the lip.  I thought
13   it was very inappropriate that she
14   would buy that and set it in eyeline
15   right when you walk into the
16   kitchen.  When I got rid of that, Lu
17   Lu said she got pissed, and then had
18   ordered a formal dining set for the
19   townhouse.  She then started giving
20   it away.
21      Q.    When you wrote, "It was
22   brought to our attention that during
23   Chase's spending spree here instead
24   of returning items, she often would
25   give things away," who brought this
```



```
 1                    T. CHEN
 2   accusation to your attention?
 3     A.     Michael Kaplan, and her
 4   assistant, Lu Lu White, who
 5   inherited much of what she was
 6   giving away.  And she said she was
 7   now disgusted to go home and look at
 8   her lamp and know that she took
 9   Helen's lamp without permission.
10     Q.     So when the investigation
11   into Ms. Robinson began, the concern
12   was that Ms. Robinson was spending a
13   lot on your apartment with Mr. De
14   Niro, is that correct?
15     A.     I guess, yes.
16          MR. DROGIN:  Can I ask
17       the witness not to guess?
18       And can you clarify what
19       investigation you are talking
20       about?
21          MS. MACMULLIN:  I am
22       talking about Ms. Chen's text
23       message here looking into
24       Chase's spending.
25     A.     I wouldn't say that I was
```



Page 189

```
 1                    T. CHEN
 2   looking into her spending.  Her
 3   spending habits were brought to me
 4   and then when I would see things at
 5   the house, that had been unpacked,
 6   but never put in the house, and all
 7   of a sudden missing, I questioned
 8   where those things were.  So her
 9   actions brought things to my
10   attention that she was doing
11   dishonestly.
12            MR. DROGIN:  Counsel, I
13        am just not clear that the
14        witness ever used the word
15        investigation.  You did.  If
16        I am wrong, I am wrong.  The
17        record will be what it will
18        be.
19            THE WITNESS:  No.  I
20        never said investigation.  I
21        even think I stated that I
22        wasn't part of an
23        investigation on the previous
24        document.  There was no
25        investigation.  People were
```



MAGNA
LEGAL SERVICES

Page 190

```
 1                T. CHEN

 2      coming to me.

 3           MR. DROGIN:  This is part

 4      of your pattern of putting

 5      things into the record that

 6      don't exist.  I would ask you

 7      not to do it as I have in

 8      other depositions.

 9           MS. MACMULLIN:  We can

10      move onto a document that is

11      Bates stamped Canal 0046715,

12      which we will mark as

13      Plaintiff's Exhibit 98.

14           (Whereupon, Plaintiff's

15      Exhibit 98, Canal 0046715,

16      was marked for

17      identification, as of this

18      date.)

19   A.     It is just one page?

20   Q.     It is.

21           You wrote, "Bob wants all

22   of Chase's charge and expenses.

23   Everything she has been spending."

24           What specifically did Mr.

25   De Niro say to you in advance of you
```



Page 191

```
 1                    T. CHEN
 2  sending this e-mail?
 3     A.     Have Tasch send me all of
 4  her charges and all of her spending.
 5  I want to know how much petty cash,
 6  too.
 7     Q.     What prompted Mr. De Niro
 8  to request this information?
 9     A.     Her resignation.  And
10  everybody coming to us telling us
11  that she had been stealing.
12     Q.     What was your understanding
13  of what this information would be
14  used for?
15     A.     I wasn't told.  I just was
16  told to send an e-mail to the
17  accountant that Bob wanted that
18  information, and it would go
19  directly to Bob.  I mean, when
20  somebody is stealing from you, you
21  kind of want to know how much.  I
22  think that is common sense.
23     Q.     Who told you that Chase was
24  stealing?
25     A.     Michael Kaplan -- Michael
```



Page 192

```
 1                    T. CHEN
 2    Kaplan, I believe Robin Chambers had
 3    mentioned things about her.  Sabrina
 4    and Jillian had always mentioned how
 5    she just spent off the wall.  Like
 6    because she is showing off all the
 7    time.  It would come out when you
 8    are not talking about what she is
 9    spending.  But you are talking about
10    her bad behaviors.  Because it was
11    complete lunacy.  You are trying to
12    figure out this person, how to work
13    with her, how to get things to move
14    smoothly, and every now and then
15    somebody comes out with well, she
16    loves spending money, or she is
17    really happy she is always over
18    ordering, or always doing this with
19    money, and with the petty cash,
20    flashing it.  It comes up in
21    conversation.
22       Q.    Did Michael Kaplan use the
23    word stealing?
24       A.    Yes.  Because she had
25    stolen -- she had transferred points
```



```
 1                    T. CHEN
 2    out of Bob's account without his
 3    permission, and Michael Kaplan said
 4    to me, "Chase might tell you that
 5    she only did that because I had told
 6    her I had transferred points out of
 7    Bob's account to pay for a trip of
 8    mine, but I had his permission."  He
 9    said ever since he told Chase about
10    that, that is when she started
11    transferring AMEX points into her
12    personal account, and he had
13    knowledge of it.  And her spending
14    of the petty cash, which was
15    unethical.
16    Q.    Did Robin Chambers use the
17    word stealing?
18    A.    I can't remember.  But she
19    did say Chase was dishonest, Chase
20    was crazy, and that she was worried
21    about Chase's obsession with Bob
22    because it has become very -- she
23    felt that she saw that it became
24    very serious, and had said that
25    Chase had been calling her about it
```



```
 1                  T. CHEN
 2   and sounded crazy.
 3      Q.     After Ms. Robinson resigned
 4   from Canal, there was an
 5   investigation in to her, is that
 6   correct?
 7      A.     Yes.
 8      Q.     Please identify everyone
 9   who was involved in investigating
10   Ms. Robinson?
11      A.     I don't have that
12   information.  It was none of my
13   business.
14      Q.     Were you involved in
15   investigating Ms. Robinson?
16      A.     No.
17      Q.     You didn't have any
18   involvement in the investigation in
19   to Ms. Robinson?
20      A.     Investigation?  People came
21   to me with information.  I shared
22   the information that was given to
23   me.  It was over a period of years.
24   There --
25              (Technical interference)
```



                    T. CHEN

 1

 2          MR. DROGIN:  We lost the

 3     witness.

 4          MS. MACMULLIN:  Let's go

 5     off the record.

 6          THE VIDEOGRAPHER:  The

 7     time is now 2:18 p.m.  We are

 8     off the record.

 9          (Whereupon, a recess was

10     taken at this time.)

11          THE VIDEOGRAPHER:  The

12     time is now 2:45 p.m.  We are

13     back on the record.

14     Q.    Ms. Chen, to your

15     knowledge, did Michael Kaplan ever

16     engage in any financial wrongdoing?

17     A.    Yes.

18     Q.    What financial wrongdoing

19     did Mr. Kaplan engage in?

20     A.    He was spending -- sorry.

21     He was spending petty cash

22     inappropriately and not giving

23     proper accounting.

24     Q.    To your knowledge, was Mr.

25     Kaplan ever investigated for



Page 196

```
 1                    T. CHEN
 2   engaging in financial wrongdoing?
 3       A.    I think so.  Along with
 4   Chase.
 5       Q.    Who expressed concerns
 6   about Mr. Kaplan engaging in
 7   financial wrongdoing?
 8       A.    I can't remember.  I can't.
 9   I can't remember.
10       Q.    And who was involved in
11   investigating Mr. Kaplan?
12       A.    Probably the accountant,
13   Michael Tasch.
14       Q.    Over what period of time
15   did Mr. Kaplan engage in financial
16   wrongdoing?
17       A.    I don't know.  He had been
18   employed by Bob for a very long
19   time.  I don't know the -- the
20   details of his employment, what
21   happened.
22       Q.    What specifically did Mr.
23   Kaplan do wrong with respect to
24   petty cash?
25       A.    It involved -- one thing I
```



```
 1                    T. CHEN
 2   remember it involved Chase, Robin,
 3   and Michael.  It was just very
 4   strange.  Everything -- I had people
 5   coming to me saying they weren't
 6   paid, and I understood that Chase
 7   took care of that, and Michael took
 8   care of that to a certain degree.
 9   So when I found out that people
10   weren't getting paid, but he was
11   writing down that he was paying
12   people, it was sort of obvious that
13   they weren't getting their money,
14   but he was saying that that was the
15   money was going to -- that that was
16   what they money was going to.
17      Q.    Did Mr. Kaplan pocket money
18   that belonged to Canal for himself?
19      A.    I don't know.
20            MS. LAZZARO:  Objection
21    to the form.
22      A.    I never spoke to him about
23   that.  I just know people came to me
24   and said that I am not getting paid.
25      Q.    Did Mr. Kaplan engage in
```



Page 198

```
 1                    T. CHEN
 2   any inappropriate spending?
 3    A.    I mean, if people are
 4   coming to me and saying they didn't
 5   get paid, and he is saying that he
 6   paid them with the money he is
 7   giving on an expense report,
 8   something inappropriate is going on.
 9   But I don't know what he is doing
10   personally.
11    Q.    Was Mr. Kaplan accused of
12   improperly receiving reimbursement
13   for vacation days?
14          MS. LAZZARO:  Objection
15     to the form.
16    A.    I heard something after
17   that.  I just want to make sure I
18   heard everything.
19          MS. LAZZARO:  Objection
20     to the form.
21    Q.    You can answer.
22    A.    I do answer?  Okay.  I'm
23   sorry.  Could you ask the question
24   again?
25    Q.    Yes.
```



```
 1                    T. CHEN
 2            Was Mr. Kaplan accused of
 3    improperly receiving reimbursement
 4    for vacation days?
 5       A.    Yes.  He and Chase.  It had
 6    come -- I forget who mentioned it,
 7    but it mentioned that like Chase
 8    loves to state that she works so
 9    hard, she never takes vacation, but
10    she is on vacation all the time.
11    You can't get her on the phone, and
12    she did not give us the codes for
13    the alarm to the house so the fire
14    department showed up because the
15    same thing she would do, she was
16    claiming to never take vacation, she
17    was always away.  And asking to be
18    reimbursed for the time that she
19    pretended she wasn't on vacation,
20    even though she was always on
21    vacation.
22       Q.    So my question was about
23    Mr. Kaplan.  And I was wondering if
24    Michael Kaplan was accused of
25    improperly receiving reimbursement
```



Page 200

```
 1                    T. CHEN
 2   for vacation days?
 3           MS. LAZZARO:  Objection
 4     to the form.
 5           THE WITNESS:  Do I
 6     answer?
 7           MR. WARD:  Yes.
 8     A.     I am not one hundred
 9   percent sure if he had been formally
10   accused, but I do know that it came
11   up that this was a game that he and
12   Chase -- this as like an agreement
13   that they had with each other.
14     Q.     By whom was he accused of
15   improperly receiving reimbursement
16   for vacation days?
17           MS. LAZZARO:  Objection
18     to the form.
19     A.     I don't know who.  I don't
20   remember who.  I just know that we
21   knew that they were doing this.
22   Because he is always on vacation and
23   he is claiming pay for vacation day.
24   I mean, it is obvious.  It is in
25   front of you.
```



Page 201

```
 1                  T. CHEN
 2     Q.     To your knowledge, was Mr.
 3   Kaplan required to return any funds
 4   to Canal?
 5     A.     I don't know.
 6     Q.     To your knowledge, was Mr.
 7   Kaplan disciplined in any way in
 8   connection with his employment?
 9     A.     I have no idea.
10     Q.     To your knowledge, did
11   Canal ever file a lawsuit against
12   Mr. Kaplan?
13     A.     I don't know.
14     Q.     As far as you are aware,
15   did Mr. De Niro ever consider
16   bringing a lawsuit against Mr.
17   Kaplan?
18           MS. LAZZARO:  Objection
19      to the form.
20           THE WITNESS:  Do I
21      answer?
22           MR. WARD:  Yes.
23     A.     I don't know.
24     Q.     Are you aware of Mr. De
25   Niro ever considering bringing a
```



Page 202

```
 1                    T. CHEN
 2   lawsuit against Mr. Kaplan?
 3     A.    I said that I don't know.
 4     Q.    Was Robin Chambers accused
 5   of stealing?
 6     A.    What?
 7           MS. LAZZARO:  Objection
 8     to the form.
 9     Q.    Was Robin Chambers accused
10   of stealing?
11     A.    By who?
12     Q.    By anyone affiliated with
13   Canal?
14           MS. LAZZARO:  Objection
15     to the form.
16     A.    Yes.
17     Q.    Who accused Ms. Chambers of
18   stealing?
19     A.    I would -- I want be to
20   careful with the use of words.  I do
21   not believe that they said she was
22   -- they didn't use the word
23   stealing, but she had been taking
24   advantage for years.
25     Q.    And who accused Ms.
```



Page 203

```
 1                    T. CHEN
 2   Chambers of taking advantage for
 3   years?
 4      A.    Michael Tasch, the
 5   accountant.
 6      Q.    What did Mr. Tasch
 7   specifically say about how Ms.
 8   Chambers took advantage?
 9      A.    That is all.  That she had
10   taken advantage for years, just like
11   Chase.
12      Q.    What had Ms. Chambers
13   allegedly taken advantage of?
14           MR. WARD:  Objection.
15      You can answer.
16      A.    The petty cash that Chase
17   and Kaplan had access to.  The three
18   of them.
19           MS. MACMULLIN:  We are
20      going to introduce a document
21      that is Bates stamped Canal
22      0048784 through 787.
23           (Whereupon, Plaintiff's
24      Exhibit 99, Canal 0048784
25      through 787, was marked for
```



```
 1                    T. CHEN
 2      identification, as of this
 3      date.)
 4      Q.    Ms. Chen, this is a
 5   conversation between you and Mr. De
 6   Niro?
 7      A.    Uh-huh.
 8      Q.    Can you turn to page four
 9   of the document?
10      A.    Uh-huh.
11            MR. DROGIN:  This is 99,
12      right?
13            MS. MACMULLIN:  Thank
14      you.  Yes.  This is Exhibit
15      99.
16      Q.    Looking at your text
17   message at 9:09 p.m., at the bottom
18   of the page?
19      A.    Wait.  Which one am I on?
20            MR. WARD:  What Bates
21      number?
22            MS. MACMULLIN:  The Bates
23      number should be 0048784.
24      A.    What time?
25      Q.    9:09 p.m.?
```



Page 205

```
 1                    T. CHEN
 2     A.     Yes.  Yes.  Right.
 3     Q.     So look at the bottom of
 4  your message, the last three lines,
 5  you write, "Even though I know he
 6  has been dipping into the petty
 7  cash, what's more important is that
 8  the archiving get set up to speed
 9  and solid.  The petty cash is going
10  to get managed going forward which
11  is the important thing.  I think it
12  is important to stay forward
13  thinking, instead of allowing
14  "thinking back" to stall much needed
15  progress."
16     A.     Yep.
17     Q.     When you wrote that Michael
18  Kaplan had been dipping into petty
19  cash, what did you mean?
20     A.     He, along with Chase, had
21  been giving money to Robin.  And
22  Robin was telling me one number she
23  was getting from them, and they were
24  telling me other numbers.  So I knew
25  they were playing around with the
```



Page 206

```
 1                    T. CHEN
 2   numbers, and I'm not quite sure
 3   where the money was going, but the
 4   numbers weren't right.  But it is
 5   also -- at the same time it is petty
 6   cash.  I think the biggest problem
 7   was how dishonest and terrible Chase
 8   had been.  So I figured now that she
 9   was moving on to the next chapter of
10   her life, that what we needed to do
11   was just forget all the silliness
12   and just -- just move forward --
13      Q.    Ms. Chen, did you and Mr.
14   De Niro hold a meeting with Mr.
15   Kaplan and Ms. Chambers to discuss
16   the wrongdoings that you have
17   described?
18      A.    -- I -- no, not with both
19   of them.  Oh, wait.  We finally did
20   in a formal setting.  We did.
21      Q.    What was the setting of the
22   meeting?
23      A.    It was at the accountant's
24   offices.
25      Q.    And when did that meeting
```



Page 207

```
 1                    T. CHEN
 2   take place?
 3     A.    I can't remember exactly
 4   when.  It was -- had to be late
 5   2019.
 6     Q.    Who participated in this
 7   meeting?
 8     A.    Michael Tasch, Robert De
 9   Niro, Tom Harvey, Michael Kaplan,
10   Robin Chambers, and myself.
11     Q.    And Mr. Kaplan had a chance
12   to give his side of the story during
13   this meeting, correct?
14          MS. LAZZARO:  Objection
15      to the form.
16     A.    It is a meeting, everybody
17   is given a voice, a fair voice.
18     Q.    Did -- Ms. Chambers was
19   given a chance to have a fair voice
20   during that meeting, correct?
21     A.    Yes.
22     Q.    Tell me everything that was
23   said during that meeting?
24          MR. WARD:  Objection.
25          THE WITNESS:  Do I still
```



Page 208

```
 1                    T. CHEN
 2     answer?
 3          MR. WARD:  Yes.
 4      A.     Well, it was brought up how
 5   awful a person Chase is, all the
 6   chaos she has created.  All the
 7   nasty things she has done to Kaplan,
 8   all the nasty things she has done to
 9   Robin, and the way she is just very
10   sneaky and created so many problems
11   for Bob.  And Bob had always been
12   good to her and very trusting, and
13   basically it was all pointing that
14   Chase had orchestrated all of this,
15   and was the ringleader of all of
16   this, and they are just innocent.
17   Chase scared them.  Chase would
18   threaten them.  Robin said she would
19   never speak to Chase ever ever
20   again.  She is just such a horrible
21   person for what she has done to Bob.
22      Q.     So during that meeting, Mr.
23   Kaplan and Ms. Chambers blamed Ms.
24   Robinson?
25      A.     Yes.
```



Page 209

```
 1                    T. CHEN
 2     Q.    I am going to ask you to
 3  turn to a document that is Bates
 4  stamped Canal 0030806 through 807.
 5  And we will mark that as Plaintiff's
 6  Exhibit 100.
 7             (Whereupon, Plaintiff's
 8        Exhibit 100, Canal 0030806
 9        through 807, was marked for
10        identification, as of this
11        date.)
12             (Technical interference)
13             THE VIDEOGRAPHER:  The
14        time is now 3:01 p.m.  We are
15        going off the record.
16             (Whereupon, a recess was
17        taken at this time.)
18             THE VIDEOGRAPHER:  The
19        time is now 3:25 p.m.  We are
20        back on the record.
21     Q.    So Ms. Chen, if we can go
22  back to what was marked as
23  Plaintiff's Exhibit 100 before we
24  lost you, that is Bates stamped
25  Canal 0030806.
```



MAGNA
LEGAL SERVICES

1                        T. CHEN

2      A.     Yes.

3      Q.     So about halfway through

4    the page, you write, "Perhaps

5    Michael Tasch needs to help us

6    better understand what employee

7    expenses actually are to.  Tasch

8    could you please tell us what

9    constitute employee expenses?"

10     A.     Yes.

11     Q.     What did Mr. Tasch inform

12   you were standard office expenses

13   for employees?

14     A.     I believe he addressed that

15   with the office himself directly,

16   not with me.

17     Q.     So Mr. Tasch never

18   responded to this e-mail from you?

19     A.     I -- I think he just spoke

20   -- it wasn't necessary to address it

21   with me because I think I had

22   already discussed it with him that

23   he should address this with the

24   staff at Canal since he handles the

25   numbers, and they make their



Page 211

```
 1                    T. CHEN
 2   requests through him.  It is not
 3   something that I need to be attached
 4   to and involved with since I don't
 5   work at Canal.
 6      Q.    Did you have any
 7   discussions with Michael Tasch
 8   concerning what office expenses were
 9   authorized?
10      A.    No.
11      Q.    Did you have any
12   discussions with Mr. De Niro about
13   what office expenses were
14   authorized?
15      A.    No.
16      Q.    You didn't have any
17   discussion with him at any time
18   concerning what office expenses were
19   authorized?
20      A.    Who is him?
21      Q.    Mr. De Niro?
22      A.    No.
23      Q.    At a certain point after
24   her resignation, Ms. Robinson sought
25   a letter of recommendation from Mr.
```



Page 212

```
 1                    T. CHEN
 2   De Niro, is that correct?
 3     A.    Yes.
 4     Q.    When did you become aware
 5   that Ms. Robinson was seeking a
 6   letter of recommendation?
 7     A.    Probably the minute Bob was
 8   told that she was seeking a letter
 9   of recommendation.
10     Q.    And do you recall when that
11   was approximately?
12     A.    I don't remember the date,
13   but she was gone.
14     Q.    Why were you informed so
15   quickly?
16     A.    Because I live with him.
17     Q.    Did you review the draft
18   letter of recommendation that Ms.
19   Robinson had drafted?
20     A.    I did look at it.
21     Q.    And what were your
22   impressions of it?
23     A.    That she is as crazy as she
24   showed herself to be.  Completely
25   insane.  Completely insane.  Nuts.
```



Page 213

```
 1                T. CHEN
 2    There was no -- it wasn't based in
 3    reality at all.  And it actually
 4    made me concerned for her, like I
 5    was really really concerned because
 6    it was so out of touch with reality.
 7    It is like she insults people and
 8    even told us that her assistant
 9    couldn't tie her shoelaces if you
10    didn't tell her to.  Who talks about
11    people like that?  And you hired her
12    as your assistant.  She is a young
13    girl.  And then she writes so
14    glowingly about herself and
15    everything I have seen of her is
16    just toxic, mean, deceitful and
17    immoral.
18       Q.    What specifically in the
19    letter seemed out of touch with
20    reality to you?
21       A.    All of it.  All of it.  I
22    remember she was spouting her acumen
23    and this that and the other.  And it
24    was all delusional.  She made all
25    the problems at Canal.  She hurt a
```



```
 1                    T. CHEN
 2   lot of people at Canal.  She was
 3   stealing from her boss.  She was --
 4   she resigned, and it was not -- it
 5   was not an amicable parting away.
 6   She made everything -- she makes
 7   everything difficult.  And she tried
 8   to make it seem like she was this
 9   angelic creature that created Robert
10   De Niro.  Which, in fact, is just
11   even more of a blatant -- I hesitate
12   to say it is a lie.  It is insanity.
13   It is completely insane.  Somebody
14   who can't even give a phone number
15   accurately the first time, you have
16   to go to her ten times.  Somebody
17   who was so irresponsible that she
18   wouldn't put me on my own house's
19   security system.  Somebody who was
20   so irresponsible they wouldn't give
21   us the codes to deactivate the alarm
22   of our house while she is
23   vacationing everywhere and
24   submitting for those vacations.  She
25   is a liar.  She is such a liar.  And
```



Page 215

1                    T. CHEN
2    she wrote about it with a complete
3    -- it is insane.  And I do think she
4    needs help after seeing that letter.
5    It was appalling.
6      Q.    Did you believe that the
7    letter overstated Ms. Robinson's job
8    responsibilities?
9      A.    Let me see.  How can I word
10   this so you actually understand me
11   when I answer it the first time?  It
12   was completely out of touch with
13   reality.  Completely.
14     Q.    Did you discuss the draft
15   letter of recommendation with anyone
16   else?
17     A.    Anyone else?  Who is anyone
18   else?
19     Q.    Anyone?
20     A.    I don't know if I would say
21   I discussed it all.  It was more
22   that I laughed about it.
23     Q.    What was Mr. De Niro's
24   reaction to the draft letter of
25   recommendation?



Page 216

```
 1                    T. CHEN
 2     A.     She is crazy.  He said,
 3  "This is what I mean.  She is crazy.
 4  And I always knew I would have a
 5  problem with her when our time would
 6  come to an end.  She is absolutely
 7  insane."
 8     Q.     Was Mr. De Niro initially
 9  inclined to sign a letter of
10  recommendation for Ms. Robinson?
11     A.     No.
12     Q.     Did you --
13     A.     I mean, I think a warning
14  letter for her would be more
15  appropriate.  She is a thief, and a
16  con artist.  She is not well in the
17  head.  Nobody would recommend her.
18  After someone steals from you, how
19  do you recommend her to somebody
20  else?  You are responsible.  You are
21  responsible for the person that you
22  recommend her to.  That would be --
23  it is insane to actually recommend
24  anybody like her for any position
25  with anybody else that she can ruin
```



```
 1                      T. CHEN
 2    their lives or steal from.
 3           MS. MACMULLIN:  We are
 4       going to look at a document
 5       that is Bates stamped Canal
 6       049788 to 049793.
 7           MR. DROGIN:  Say that
 8       again, please?
 9           MS. MACMULLIN:  It is
10       Canal 049788 through 93, and
11       this will be Plaintiff's
12       Exhibit 101.
13           (Whereupon, Plaintiff's
14       Exhibit 101, Canal 049788
15       through 93, was marked for
16       identification, as of this
17       date.)
18    Q.    Ms. Chen, if turn to the
19    third page of the document, do you
20    see in the third paragraph where you
21    write, "I had told you on the phone
22    and face to face at the townhouse
23    that Bob would not sign any letter
24    for Chase?"
25    A.    Wait.  Where are you
```



Page 218

```
 1                    T. CHEN
 2  talking about?
 3     Q.     I believe it is the third
 4  page of the document in the third
 5  paragraph.  It is the paragraph that
 6  starts, "Who is this you have
 7  positioned yourself with."  And then
 8  on the third line --
 9     A.     I'm sorry.  On page 789?
10           MS. MACMULLIN:  It is
11     790, sorry.
12     Q.     So on page 790, third
13  paragraph, third line, "I had told
14  you on the phone and face to face at
15  the townhouse that Bob would not
16  sign any letter for Chase?"
17     A.     Okay.  Yes.
18     Q.     What did you and Mr. Drogin
19  discuss when you spoke on the phone?
20     A.     I think -- I can't remember
21  the conversation exactly, but it was
22  going to be the same as every
23  conversation about Chase, that she
24  is a liar, she is crazy, and she is
25  a con artist.
```



Page 219

```
 1                    T. CHEN

 2     Q.     Was anyone else on the

 3  phone during that call?

 4     A.     I don't think so.

 5     Q.     And when did that phone

 6  call take place?

 7     A.     I don't remember.

 8     Q.     Do you remember

 9  approximately when it took place?

10     A.     I don't remember.

11     Q.     How many discussions did

12  you have with Mr. De Niro's lawyer

13  about Chase's letter of

14  recommendation?

15           MS. LAZZARO:   Objection

16    to the form.

17     A.     Which lawyer?

18     Q.     And let me just restate my

19  question.

20           How many discussions did

21  you have with any lawyer for Mr. De

22  Niro about Ms. Robinson?

23     A.     When you say, "about Ms.

24  Robinson," how do you mean?

25     Q.     Any discussions concerning
```



```
 1                    T. CHEN
 2   Ms. Robinson?
 3     A.    Concerning how?
 4     Q.    Where Ms. Robinson was a
 5   topic of conversation?
 6     A.    And what was the original
 7   question again?
 8     Q.    How many discussions did
 9   you have with any lawyer for Mr. De
10   Niro about Ms. Robinson?
11           MR. WARD:  Objection.
12           MS. LAZZARO:  Objection
13     to the form.
14           MR. WARD:  During what
15     time period are we talking?
16           MS. MACMULLIN:  At any
17     time.
18     A.    I can't recall.
19     Q.    More than five
20   conversations?
21     A.    I can't recall.  She wasn't
22   somebody in my life that was that
23   important to remember these details
24   of when I talked about her and how
25   much I talked about her.  I just
```


MAGNA
LEGAL SERVICES

Page 221

```
 1                    T. CHEN
 2  want to forget her at this point.
 3     Q.     How many discussions did
 4  you have with Mr. Drogin about Ms.
 5  Robinson?
 6            MS. LAZZARO:  Objection
 7     to the form.
 8     A.     I am not sure.  I can't
 9  remember.
10     Q.     How many discussions with
11  Mr. Harvey did you have concerning
12  Ms. Robinson?
13            MR. WARD:  Objection.
14            MS. LAZZARO:  Objection.
15     A.     I can't remember.
16            MS. MACMULLIN:  Turning
17     now to a document which was
18     Bates stamped Canal 0048796
19     through 799, which I will
20     mark as Plaintiff's Exhibit
21     102.
22            (Whereupon, Plaintiff's
23     Exhibit 102, Canal 0048796
24     through 799, was marked for
25     identification, as of this
```


MAGNA
LEGAL SERVICES

Page 222

```
 1                    T. CHEN
 2      date.)
 3      Q.    Ms. Chen, this is a text
 4   conversation between you and Mr. De
 5   Niro.  And if you turn to the second
 6   page, look at the first line, and
 7   you have to help me with the
 8   pronunciation.  There is a reference
 9   to someone H-U-I?
10      A.    Hui.
11      Q.    Hui.
12            So where you wrote, "I just
13   spoke to Hui about Laurent's
14   ridiculous letter," who is Hui?
15      A.    Pardon?
16      Q.    Who is Hui?
17      A.    He is a friend of mine, who
18   is also a lawyer.
19      Q.    Did you send him Mr.
20   Drogin's draft letter?
21      A.    No, I did not.
22            MR. DROGIN:  Can I ask
23      what draft letter you are
24      talking about?
25            MS. MACMULLIN:  The
```



Page 223

1                    T. CHEN

2       letter that Ms. Chen is

3       referring to in this text

4       message.

5       Q.    Ms. Chen, did you believe

6   it was important for Mr. De Niro to

7   have his lawyer take a tough

8   position against Ms. Robinson?

9       A.    Pertaining to what?

10      Q.    When you mention in this

11  text message that you thought that

12  the lawyer sounded ridiculous and

13  weak.

14      A.    Uh-huh.  It didn't hold her

15  accountable for everything she had

16  stolen.

17      Q.    Did you believe that it was

18  important for Mr. De Niro to have

19  his lawyer take a tough position

20  against Ms. Robinson?

21      A.    I believe that it was

22  important that she be held

23  accountable for her actions.  If you

24  interpret that as tough, yes.

25  Consequences for actions



```
 1                    T. CHEN
 2    administered deliberately by Chase
 3    Robinson.
 4           MS. MACMULLIN:  We are
 5      going to go now to a document
 6      that was Bates stamped Canal
 7      0048662 through 664.
 8           (Whereupon, Plaintiff's
 9      Exhibit 103, Canal 0048662
10      through 664, was marked for
11      identification, as of this
12      date.)
13    A.    It was 662 to 664?
14    Q.    Exactly.
15           MS. MACMULLIN:  We will
16      mark this as Plaintiff's
17      Exhibit 103.  It is 665, I
18      believe.  Well, 665 is just a
19      blank page.
20    A.    We don't have a 662.  We
21    have 663, 664, 665.  There is no
22    662.
23           MR. DROGIN:  662 is just
24      a cover sheet.
25           THE WITNESS:  Okay.
```



Page 225

```
 1                T. CHEN
 2      Well, we don't have a cover
 3      sheet here.
 4           MR. DROGIN:  You are not
 5      missing much.
 6           MS. MACMULLIN:  I can
 7      represent to you that the
 8      cover sheet says it is an
 9      exchange of 31 messages
10      between you and Mr. De Niro.
11      Q.    Turning to the page that
12   has 663 at the bottom right-hand
13   corner, and then at 5:26 p.m., you
14   wrote, "Just spoke to Tom, we went
15   over everything we need to look
16   for."
17      A.    Uh-huh.
18      Q.    What was it that you and
19   Mr. De Niro were looking for?
20      A.    It has nothing to do with
21   Chase.
22      Q.    Okay.
23      A.    It has to do with our
24   personal lives.
25      Q.    And it looks like you have
```



Page 226

```
 1                    T. CHEN
 2    just gone out of focus Ms. Chen, so
 3    if we can --
 4    A.    I don't know how to focus.
 5          MR. WARD:  Let's try
 6      this.
 7          MS. MACMULLIN:  Great.
 8    A.    Am I focused?
 9    Q.    Yes.  Thank you.
10    A.    Okay.
11          MS. MACMULLIN:  So we can
12      move on now to a document
13      that is Bates stamped Canal
14      0048627 through 630.  We will
15      mark this as Plaintiff's
16      Exhibit 104.
17          (Whereupon, Plaintiff's
18      Exhibit 104, Canal 0048627
19      through 630, was marked for
20      identification, as of this
21      date.)
22    Q.    This is a text conversation
23    between you and Mr. De Niro.
24    Looking at page two of the document,
25    at 9:15 p.m., you wrote, "Chase
```



Page 227

```
 1                    T. CHEN
 2    e-mailed.  She is threatening legal
 3    action if she still doesn't get a
 4    response by the 12th.  Tom is
 5    getting ready to hit her hard with
 6    his letter."  And then if we turn to
 7    the next page, Mr. De Niro writes,
 8    at 9:44 p.m., "Can you believe
 9    Chase?  As I said to Tom, who the
10    fuck does she think she is?"  And
11    you wrote, "She thought she was your
12    wife.  I saw it from the beginning.
13    I told you."  Mr. De Niro responds,
14    "The balls.  The nerve.  The
15    chutzpah.  The sense of entitlement.
16    How dare her."  And you write, "Tom
17    will get her."
18           How did Mr. De Niro react
19    when Ms. Robinson threatened legal
20    action?
21           MS. LAZZARO:  Objection
22       to the form.
23           MR. WARD:  Objection to
24       the form.
25           THE WITNESS:  Do I
```



MAGNA
LEGAL SERVICES

Page 228

```
 1                   T. CHEN
 2     answer?
 3           MR. WARD:  Yes.
 4           THE WITNESS:  Okay.
 5     A.     I wasn't there when he
 6  first found out.
 7     Q.     In subsequent conversations
 8  you had with him, how did he react
 9  to Ms. Robinson's threat of legal
10  action?
11           MS. LAZZARO:  Objection
12     to the form.
13           MR. WARD:  Objection to
14     the form.
15           MR. DROGIN:  Counsel, to
16     avoid it appearing like you
17     are deliberately misleading
18     the witness, can you just
19     confirm that the texts that
20     you are referring to are from
21     July 2nd, 2019, and this was
22     prior to the time that Mr.
23     Pagano ever contacted me?
24     You should just (inaudible)
25     that this is not the legal
```



MAGNA
LEGAL SERVICES

Page 229

```
 1                  T. CHEN
 2    action that was threatened by
 3    the attorney.
 4         MS. MACMULLIN:  This is a
 5    text message, from July 2nd,
 6    2019, which speaks for
 7    itself.
 8         MR. DROGIN:  Yes.  I am
 9    just asking you not to imply
10    that this occurred after Mr.
11    Pagano appeared on the scene.
12    It is misleading.
13         MS. MACMULLIN:  I simply
14    read aloud the text messages
15    which say that Ms. Robinson
16    was threatening legal action.
17         MR. DROGIN:  You didn't
18    read aloud the text messages.
19    You read aloud the text.
20    Part of the text messages is
21    the date and time.  You
22    omitted that, which is fine.
23    Except it is misleading to do
24    so in this circumstance that
25    you are talking about a
```



Page 230

```
 1                    T. CHEN
 2      threat of legal action.
 3           MS. MACMULLIN:  Madam
 4      Court Reporter, can you
 5      please read back my question?
 6           (Whereupon, the requested
 7      portion was read back by the
 8      reporter:
 9           Q:  In subsequent
10      conversations you had with
11      him, how did he react to Ms.
12      Robinson's threat of legal
13      action?)
14           MR. DROGIN:  Other than
15      what is written there, right?
16           MS. MACMULLIN:  Yes.
17           THE WITNESS:  Do I
18      answer?
19           MR. WARD:  Yes.  You can
20      answer.
21      A.   Can you ask the question
22   again?
23      Q.   Sure.  I will rephrase the
24   question.
25                Describe for me any
```



```
 1                    T. CHEN
 2  discussions you had with Mr. De Niro
 3  concerning Ms. Robinson's threat of
 4  legal action?
 5     A.    Like her -- she is a clown.
 6            MR. DROGIN:  Are you
 7     confining that to a time
 8     period, or are you opening it
 9     up?
10            MS. MACMULLIN:  I am
11     speaking about discussions at
12     any time.
13     Q.    And sorry, Ms. Chen, you
14  can continue.
15     A.    He just said, you know, she
16  is -- exactly what I said.  Just let
17  her.  She is a clown.
18            MS. MACMULLIN:  We can
19     move to the next document,
20     which is Bates stamped
21     Robinson 00005297.  Sorry.
22     That carries onto 5299.  We
23     will mark that as Plaintiff's
24     Exhibit 105.
25            (Whereupon, Plaintiff's
```


MAGNA
LEGAL SERVICES

Page 232

```
 1                    T. CHEN
 2       Exhibit 105, Robinson
 3       00005297 through 5299, was
 4       marked for identification, as
 5       of this date.)
 6    Q.    Do you recognize this
 7  document?
 8    A.    Yes.
 9    Q.    And what is it?
10    A.    It is a letter that Tom
11  wrote to Chase.
12    Q.    Did you provide input to
13  Mr. Harvey concerning this letter to
14  Ms. Robinson?
15    A.    No.
16    Q.    What did Mr. De Niro hope
17  would be the effect of Mr. Harvey's
18  letter to Ms. Robinson?
19         MS. LAZZARO:  Objection
20     to the form.
21    A.    We never discussed that.
22  He just said, "She is going to do
23  what she is going to do.  She is
24  stupid."
25    Q.    Were you pleased with Mr.
```



```
 1                    T. CHEN
 2    Harvey's letter?
 3            MR. WARD:  Objection to
 4       the form.
 5       A.     No.  It is really sad when
 6    you have to write a letter like this
 7    to a person that has been in your
 8    personal home, that you tried to
 9    invite them in.  And when you know
10    your boyfriend is a really wonderful
11    person, who gave this person a lot
12    of opportunities to prove herself,
13    and instead she stole and conned
14    him.  It is very depressing when a
15    letter like this has to be written.
16    And this person has been around our
17    personal friends, our personal
18    family.  It is like we violated
19    everybody by allowing her to be
20    around them.  It is very sad to
21    write a letter like this.  It is
22    worse to read it to know that there
23    is as person like this that exists
24    out there.
25            MS. MACMULLIN:  We can
```



Page 234

                    T. CHEN
1
2      move to the next document,
3      which is Bates stamped Canal
4      0048028 through 030.  And
5      this is Plaintiff's Exhibit
6      106.
7           (Whereupon, Plaintiff's
8      Exhibit 106, Canal 0048028
9      through 030, was marked for
10     identification, as of this
11     date.)
12          MR. WARD:  Can you say
13     that again?
14          MS. MACMULLIN:  Yes.  It
15     is Canal 0048028 through 030,
16     and it is Exhibit 106.
17     Q.   Ms. Chen, this is a text
18 conversation between you and Ms.
19 Weeks-Britain?
20     A.   Uh-huh.
21     Q.   And if you turn to the
22 second page, at 12:58 p.m., you
23 wrote, in all caps, "OMG and the
24 letter Tom wrote?"
25     A.   Uh-huh.



Page 235

                    T. CHEN

1

2    Q.    Ms. Chen, were you pleased

3  with Mr. Harvey's letter?

4    A.    I don't believe I was

5  referencing the letter that you are

6  referencing.  Which letter are you

7  referencing that I -- you are asking

8  me if I was pleased about?

9    Q.    What letter were you

10  referencing in this text message?

11    A.    The letter that I actually

12  read.  Not the one that you are

13  probably talking about.  Could you

14  please specify what letter you are

15  talking about?

16        MR. DROGIN:  So the

17    record is clear, this text is

18    dated June 15th, 2019.  Mr.

19    Harvey's letter is July 11th,

20    2019.

21    Q.    So Ms. Chen, which -- what

22  letter are you referencing in this

23  text message?

24    A.    It was something else that

25  I had -- because I talked to Tom



Page 236

```
 1                    T. CHEN
 2    regularly about different things.
 3    But I think it was a different
 4    letter, not one pertaining to Chase.
 5       Q.    Okay.
 6            MS. MACMULLIN:  We are
 7       going to move to the next
 8       document, which is Bates
 9       stamped Canal 0048976 through
10       978.  We will mark this as
11       Plaintiff's Exhibit 107.
12            (Whereupon, Plaintiff's
13       Exhibit 107, Canal 0048976
14       through 978, was marked for
15       identification, as of this
16       date.)
17       A.    This -- it is three pages?
18       Q.    It is.
19       A.    Okay.
20       Q.    So if we turn to the second
21    page of the document, at 8:54 p.m.,
22    you wrote, "Tom is too feisty."  I
23    think it might be missing the word
24    "too."  "But it says, "Tom is too
25    feisty.  Let this go with a few fire
```



Page 237

```
 1                    T. CHEN
 2   works and a big big bang."
 3     A.    Uh-huh.
 4     Q.    At the time that you sent
 5   this text message, on July 26, 2019,
 6   had Mr. De Niro made a decision yet
 7   about whether he would bring
 8   litigation against Ms. Robinson?
 9     A.    No.  He never discussed
10   that with me.
11     Q.    Do you --
12           MS. MACMULLIN:  We can
13      take a five minute restroom
14      break right now.  That would
15      be great.
16           THE VIDEOGRAPHER:  The
17      time is now 3:53 p.m.  We are
18      off the record.
19           (Whereupon, a recess was
20      taken at this time.)
21           THE VIDEOGRAPHER:  The
22      time is now 4:02 p.m.  We are
23      back on the record.
24     Q.    Ms. Chen, were you involved
25   in any discussions about the timing
```



Page 238

```
 1                    T. CHEN
 2  of filing a lawsuit against Ms.
 3  Robinson?
 4    A.    Not at all.  I found out
 5  about it on my news feed on the
 6  phone.
 7    Q.    Do you have any knowledge
 8  of how the decision was made to seek
 9  millions of dollars in the
10  litigation against Ms. Robinson?
11    A.    What?
12    Q.    Do you have any knowledge
13  of how the decision was made to seek
14  millions of dollars in the
15  litigation against Ms. Robinson?
16         MR. WARD:  Objection to
17    the form.  You can answer.
18    A.    No.  I don't know anything
19  about what the lawyers discussed to
20  do.
21    Q.    So prior to the lawsuit
22  being filed, you had no idea that
23  Canal was going to file a lawsuit
24  against Ms. Robinson?
25    A.    No.
```



Page 239

```
 1                    T. CHEN
 2    Q.    Meaning, correct?
 3    A.    Huh?
 4    Q.    Just your answer no?
 5    A.    No.
 6    Q.    I'm sorry.  No, that is
 7  fine.
 8          Correct, you had no idea
 9  that Canal was going to file a
10  lawsuit against Ms. Robinson prior
11  to that?
12    A.    You are correct.  I did not
13  have any knowledge of that prior.
14    Q.    Thank you.
15          Your boyfriend never
16  discussed with you that he was going
17  to bring a multi-million dollar
18  lawsuit against his former employee?
19    A.    (No verbal response).
20    Q.    If you could just answer
21  verbally.
22    A.    I'm sorry.  No.
23    Q.    That is okay.
24          And again, that is no,
25  meaning, correct?
```



1                      T. CHEN

2      A.      He did not.   I had no

3    knowledge.

4      Q.      How did Mr. De Niro react

5    to the media coverage of the -- of

6    his lawsuit against Ms. Robinson?

7            MS. LAZZARO:   Objection

8       to the form.

9      A.      I don't -- what do you mean

10   by how?  I don't -- I don't get what

11   you mean by it.  He obviously knew

12   -- I didn't -- he knew before I knew

13   it was going on.  So he had

14   knowledge of it.

15     Q.      Did you have any discussion

16   with Mr. De Niro about the media

17   coverage of Canal's lawsuit against

18   Ms. Robinson?

19     A.      No.  We all -- we only --

20   when it was on -- the SNL stuff,

21   that was the only time it came up

22   and because it was -- it was

23   ridiculous.  I mean, this is what

24   Chase was doing.  You could never

25   find her for anything and she is



Page 241

```
 1                    T. CHEN
 2   watching Netflix so that was the
 3   only time -- like when the SNL skit
 4   came up, that was the time we just
 5   kind of went well, like thank God
 6   she is gone kind of thing, and that
 7   was it.  And then, you know, Bob
 8   feels bad for her.  We all feel bad
 9   for her.  But, you know, it is what
10   it is.  She did what she did, and
11   that is it, and that was the only
12   discussion -- I wouldn't even call a
13   discussion.  It was a comment while
14   watching SNL.
15       Q.    Did you have any
16   discussions with Mr. De Niro about
17   him speaking with the District
18   Attorney's Office concerning Ms.
19   Robinson?
20       A.    No.
21       Q.    How did Mr. De Niro react
22   to the District Attorney's Office
23   decision not to prosecute Ms.
24   Robinson?
25       A.    I don't know.  I didn't
```



Page 242

```
 1                    T. CHEN
 2   even know about that.
 3     Q.     On how many occasions did
 4   you, personally, witness Ms.
 5   Robinson yell at Mr. De Niro?
 6           MR. WARD:  Objection.
 7     You can answer.
 8     A.     In my house, in front me,
 9   in the morning, when he is asking
10   for his schedule, she would turn to
11   me and roll her eyes, and say, "Oh,
12   my God.  He is just so annoying.  I
13   can't stand him anymore."  And I
14   wanted -- I really wanted to tell
15   her off then, but I understood there
16   was a professional relationship with
17   her and Bob, and I just wanted to
18   get involved.  I just ignored her.
19   I have seen her yell at Bob in the
20   house -- another time when it was
21   like I think the plants were coming
22   in.  I have heard her scream at him
23   over the phone.  She is always
24   instigating something.  It was like
25   there would be no reason to be as
```



```
 1                    T. CHEN
 2   crazy as she would be, but like she
 3   always wanted attention and to cause
 4   a circus around her, and then she
 5   would cry and complain about it
 6   later.  And everybody is just like
 7   just leave us alone.  You are crazy.
 8   She yelled at him, and she yelled at
 9   everybody else in the house so I
10   can't even count the number of times
11   it was just him.  It was like every
12   time she was there she was very
13   nasty to everyone.
14      Q.    And how many times did you,
15   personally, observe Ms. Robinson
16   yell at Mr. De Niro?
17      A.    On the phone or in person?
18      Q.    Either?
19      A.    It was a few times.  I
20   can't keep track of it because all
21   she did -- she was so nasty all the
22   time.  All she did was yell at
23   people.  So you can't keep track of
24   it.  You just know she does it to
25   everybody, and then you sort of
```



Page 244

```
 1                T. CHEN
 2   dismiss it because she does it to
 3   everybody in a way.  And then if she
 4   doesn't yell one day, you are like,
 5   oh, well, Chase behaved.
 6      Q.    How many times did you,
 7   personally, observe Ms. Robinson
 8   yell at another Canal employee?
 9      A.    Like I said before, it is
10   impossible to give you a number
11   because she just yelled all the time
12   at everyone randomly.  It is -- it
13   is her way of asserting herself I
14   guess or trying to get attention.
15   It was a regular form of
16   communication for her.  Not a nice
17   person.  Very bitter.
18      Q.    Could you please
19   approximate how many times you
20   personally observed Ms. Robinson
21   yelling at another Canal employee?
22      A.    Every single time she was
23   in my presence she yelled at someone
24   and it was appalling.
25      Q.    How many times were you in
```



```
 1                  T. CHEN
 2    Ms. Robinson's presence?
 3             MR. WARD:  Objection.
 4       A.      I was never in her
 5    presence.  She was imposing her
 6    presence on me in my home
 7    constantly.
 8       Q.      How many times were you
 9    physically in the same space as Ms.
10    Robinson?
11       A.      More than I care to
12    remember.  I couldn't give you a
13    fair numerical number, but it was --
14    it was too much.
15       Q.      Could you please
16    approximate?
17             MR. WARD:  Objection.
18       A.      No, I cannot.  I have
19    already said that I could not.  It
20    would be inaccurate if I did.  But
21    every time I saw her she was very
22    rude and nasty.  There was never a
23    time that she was polite.  Never.
24       Q.      Since Ms. Robinson's
25    employment ended, has Mr. De Niro
```



1                   T. CHEN

2



1                    T. CHEN
2   ████████ ██████ ███ █████████ ██ ██
████ ██████ ████████ ██████████ ██████ ███
██ █████ █ █ █████ ████ ████ ████████ ██ ████
██ █████ ████ ████ █████ █ ██ █████ ████
███ █ ███ ████ ███ █████ ██████ ███
██ █████ ███████ ████ ██ ████████ █████
██ █ ██████████
██ ██ █████ █████ ████ █ ████ █████
█ ███ ██ ██████████ █████ ████
██ █████████
██ █████ █████ ██ █
██ ████ ████ ███ ████ █████
██ ██ ████
██ ██ ██████ ████ ███ ████
██ ███
██ ██ █████ █████ ███ ██████ █████
██ ████ ███ █████
██ █████ ████ ████████ ██ ██
██ █████ ███ █████ ███ ████
██ ██████ ████ █████
██ ██ █████ █████ ████ ██ █████
██ ██████████
██ █████ █████ ████ ████ ███



Page 248

```
 1                    T. CHEN
 2         ██████  ████████
    █   ███    █  ████  ███  ████  ████████  ██████
    █   ███      █████████
 5              MS. MACMULLIN:  We are
 6         going to move to a document
 7         that is Bates stamped Canal
 8         0048810 through 812.  We will
 9         mark this as Plaintiff's
10         Exhibit I believe we are on
11         108.  Thanks, everyone.
12              (Whereupon, Plaintiff's
13         Exhibit 108, Canal 0048810
14         through 812, was marked for
15         identification, as of this
16         date.)
17      Q.    This is a text conversation
18    between you and Mr. De Niro.
19      A.    Uh-huh.
20      Q.    If you turn to the second
21    page, at 6:35 p.m., you wrote,
22    "Tom's recap on Chase was
23    hilarious."
24      A.    Yes.
25      Q.    What, specifically, did Mr.
```



Page 249

```
 1                    T. CHEN
 2   Harvey say about Ms. Robinson?
 3     A.    I don't remember.
 4     Q.    Do you have any
 5   recollection of what you were
 6   referring to in this text message?
 7     A.    No, I don't.
 8           MS. MACMULLIN:  We can
 9      move to a document that is
10      Bates stamped Canal 0048031
11      through 033, and I will mark
12      that as Plaintiff's Exhibit
13      109.
14           (Whereupon, Plaintiff's
15      Exhibit 109, Canal 0048031
16      through 033, was marked for
17      identification, as of this
18      date.)
19     Q.    Ms. Chen, this is
20   conversation between you, Jillian
21   Spear, and Sabrina Weeks-Britain.
22   If you turn to the second page of
23   the document?
24     A.    Uh-huh.
25     Q.    At 1:12 p.m., you wrote,
```



Page 250

```
 1                    T. CHEN
 2    "And Tom put me down as a witness
 3    against Chase."  And then later down
 4    on the page, at 1:14 p.m., you
 5    wrote, "I can't wait."
 6       A.    Uh-huh.
 7       Q.    You were excited to be
 8    identified as a witness against Ms.
 9    Robinson, is that correct?
10       A.    Yes.
11       Q.    Why were you excited to be
12    identified as --
13       A.    Because she is such a liar,
14    and such a horrible person, and
15    treated me so poorly, and so many
16    other people so poorly, and abused
17    her boss in front of a whole
18    household, my household.  And it
19    felt so great to be able to say what
20    this person has done and put it in
21    her face, so she knows that we all
22    are aware of her crappy behavior,
23    and hopefully, maybe, she would see
24    the damage she has done and be aware
25    of her ways and change.  It was like
```



Page 251

```
 1                    T. CHEN
 2   the greatest thing to have a voice
 3   in this matter.
 4            MS. MACMULLIN:  We are
 5        going to take a brief break.
 6        Counsel, I anticipate
 7        concluding my questioning
 8        shortly after the break.
 9        Does anyone anticipate any
10        redirect?
11            MR. DROGIN:  I don't
12        know.  We will let you know
13        after you are done.
14            MS. MACMULLIN:  Okay.  So
15        we can come back in five
16        minutes.
17            THE VIDEOGRAPHER:  The
18        time is now 4:16 p.m.  We are
19        off the record.
20            (Whereupon, a recess was
21        taken at this time.)
22            THE VIDEOGRAPHER:  The
23        time is now 4:28 p.m. We are
24        back on the record.
25        Q.   Ms. Chen, given how abusive
```



```
 1                T. CHEN
 2   and dishonest you described Ms.
 3   Robinson to be, why did Mr. De Niro
 4   continue to employ her for 11 years?
 5           MS. LAZZARO:  Objection
 6       to the form.
 7           MR. WARD:  Objection.
 8       You can answer.
 9     A.     From what I understand, she
10   is so two faced about a lot that she
11   -- she is so -- she is like crazy.
12   Part of the reason is that like
13   everybody felt she was crazy, and
14   people didn't always tell Bob about
15   the abuse she had administered to
16   them because he is so busy.  The
17   last thing they want to do is bother
18   him with something that seems sort
19   of petty even though it was a
20   serious problem.  I do know that --
21   I learned from Michael Kaplan there
22   were a couple of times that Chase
23   was going to be fired for being
24   lazy, a pain in the ass, and mean,
25   and nasty.  And I think that, you
```



Page 253

```
 1                    T. CHEN
 2    know, they felt bad to fire her.
 3    And they wanted to try -- and then
 4    Bob would just get so busy that they
 5    wouldn't really address the issue so
 6    much, it would kind of go, and then
 7    it would come to a head.  And I
 8    think there were a couple of times
 9    that she was about to be terminated,
10    but they felt sorry for her for some
11    reason.
12        Q.    Why did Mr. De Niro feel
13    sorry for Ms. Robinson?
14              MR. WARD:  Objection.
15              MS. LAZZARO:  Objection
16      to the form.
17              THE WITNESS:  Do I still
18      answer?
19              MR. WARD:  Yes.
20        A.    Because she is unstable.
21              MR. DROGIN:  (Inaudible).
22              THE WITNESS:  What?
23        Q.    You can continue, Ms. Chen.
24        A.    Okay.  I'm sorry.  Could
25    you ask me the question again?
```



Page 254

```
 1                    T. CHEN
 2     Q.     Sure.
 3            Why did Mr. De Niro feel
 4     sorry for Ms. Robinson?
 5            MR. WARD:  Objection.
 6     A.     Because she is sort -- I am
 7     trying to find more delicate words
 8     to say this.  She is a mess, and she
 9     is pathetic, and crazy.  I don't
10     know what else to say.  It is like
11     when you can't figure a person out,
12     but they seem to get some of the job
13     done for you, and you are so busy
14     running around.  And you think they
15     are doing the work, but they are
16     not.  They are actually taking
17     credit for other people's work
18     because you are so busy running
19     around.  Like I guess that is why he
20     felt sorry for her.  He didn't
21     really know the truth of what was
22     actually going on, and how bad she
23     was, and how much she was stealing,
24     and how much she was lying.  She
25     somehow painted another picture for
```



Page 255

```
 1                    T. CHEN
 2    him.  He did say that she -- you
 3    know -- her manner with him was
 4    inappropriate at times.  And he
 5    didn't like when she would misstep.
 6    But he is just like -- he is just a
 7    nice guy.  He never would want to
 8    fire anyone.  He doesn't want to
 9    hurt people's lives.  That is why he
10    let's them stay on, like this one.
11    And this is what happens when you
12    let people like this stick around.
13    They make trouble.
14          MS. MACMULLIN:  That
15       concludes my questioning for
16       today.  Counsel, is there any
17       redirect?
18          MR. WARD:  None from me.
19       Thank you.
20          MR. DROGIN:  None from
21       Canal.
22          MR. ROKUSON:  Nope.
23    Q.    So Ms. Chen, that concludes
24    your deposition.  Thank you for
25    appearing today and persevering
```



Page 256

```
 1                    T. CHEN
 2   through the technological
 3   difficulties, and I hope you have a
 4   great evening.
 5      A.     You, too.  Thank you, Kate.
 6             THE VIDEOGRAPHER:  The
 7      time is 4:34 p.m. and we are
 8      off the record.
 9             (Time Noted:  4:34 p.m.)
10
11                  TIFFANY CHEN
12
13      Subscribed and sworn to
14      before me this  day of
15                2022.
16
17
18             Notary Public
19
20
21
22
23
24
25
```



1

2                  I N D E X

3

WITNESS             EXAMINATION BY   PAGE

4

Tiffany Chen    Ms. MacMullin     5

5

6

7

                  EXHIBITS

8

9   PLAINTIFF'S   DESCRIPTION       PAGE

| PLAINTIFF'S | DESCRIPTION | PAGE |
|---|---|---|
| 68 | Canal_0048735 to 37 | 27 |
| 69 | Canal_0048658 through 61 | 30 |
| 70 | Robinson 000012273 to 74 | 40 |
| 71 | Robinson 00012120 | 44 |
| 72 | Canal 0047500 to 02 | 61 |
| 73 | Robinson 0008953 | 68 |
| 74 | Canal 0048753 to 754 | 70 |
| 75 | Canal 0046210 | 73 |
| 76 | Robinson 00012055 | 75 |
| 77 | Robinson 00014404 | 91 |
| 78 | Canal 0048652 through 657 | 93 |
| 79 | Canal 0048687 to 8690 | 96 |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1

 2        I N D E X   C O N T I N U E D

 3              E X H I B I T S

 4    PLAINTIFF'S    DESCRIPTION          PAGE

 5
      80              Canal 0048682        101
 6                    through 686

 7    81              Canal 0048634        111
                      through 0048637
 8
      82              Canal 0047380        120
 9                    through 0047384

10    83              Canal 0048617        127
                      through 0048619
11
      84              0009191              134
12
      85              Canal 0046683        139
13                    through 684

14    86              0034641 through      147
                      642
15
      87              Canal 0047432        152
16                    through 007436

17    88              Canal 0047503        159
                      through 509
18
      89              Canal 0047301        160
19                    through 303

20    90              0036475              165

21    91              Canal 0046701        167

22    92              Canal 0048185        169
                      through 187
23
      93              Canal 0046709        176
24
      94              Canal 0048188        177
25
```



Page 259

```
 1
 2        I N D E X   C O N T I N U E D
 3              E X H I B I T S
 4   PLAINTIFF'S   DESCRIPTION           PAGE
 5
     95            Canal 0047465         180
 6                 through 471
 7   96            Canal 0048605         184
                   through 610
 8
     97            Canal 0049474         186
 9                 through 478
10   98            Canal 0046715         190
11   99            Canal 0048784         203
                   through 787
12
     100           Canal 0030806         209
13                 through 807
14   101           Canal 049788          217
                   through 93
15
     102           Canal 0048796         221
16                 through 799
17   103           Canal 0048662         224
                   through 664
18
     104           Canal 0048627         226
19                 through 630
20   105           Robinson 00005297     232
                   through 5299
21
     106           Canal 0048028         234
22                 through 030
23   107           Canal 0048976         236
                   through 978
24
25
```



```
 1

 2        I N D E X   C O N T I N U E D

 3              E X H I B I T S

 4   PLAINTIFF'S  DESCRIPTION        PAGE

 5
     108          Canal 0048810       248
 6                through 812

 7   109          Canal 0048031       249
                  through 033
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 261

```
                                    C E R T I F I C A T E
   1
   2
   3          I, PAIGE HAYDEN, hereby certify that the
   4    Examination Before Trial of TIFFANY CHEN was held before
   5    me on the 30th day of March, 2022; that said witness was
   6    duly sworn before the commencement of her testimony;
   7    that the testimony was taken stenographically by myself
   8    and then transcribed by myself; that the party was
   9    represented by counsel as appears herein;
  10          That the within transcript is a true record of
  11    the Examination Before Trial of said witness;
  12          That I am not connected by blood or marriage
  13    to any of the parties; that I am not interested directly
  14    or indirectly in the outcome of this matter; that I am
  15    not in the employ of any of the counsel.
  16          IN WITNESS WHEREOF, I have hereunto set my
  17    hand this 30th day of March, 2022.
  18
  19                              Paige Hayden
  20                              PAIGE HAYDEN
  21
  22
  23
  24
  25
```



Page 262

```
 1                    E R R A T A   S H E E T

 2

 3   PAGE    LINE (S)       CHANGE           REASON

 4   ____|_____|_____|_____

 5   ____|_____|_____|_____

 6   ____|_____|_____|_____

 7   ____|_____|_____|_____

 8   ____|_____|_____|_____

 9   ____|_____|_____|_____

10   ____|_____|_____|_____

11   ____|_____|_____|_____

12   ____|_____|_____|_____

13   ____|_____|_____|_____

14   ____|_____|_____|_____

15

16

17                              T I F F A N Y   C H E N

18   SUBSCRIBED AND SWORN TO BEFORE ME

19   THIS ____ DAY OF _____, 20__.

20   _____      _____

21   (NOTARY PUBLIC)       MY COMMISSION EXPIRES:

22

23

24

25
```

