```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GRAHAM CHASE ROBINSON,                                           :
                                                                 :
                          Plaintiff,                             :
                                                                 :
        -v-                                                      :
                                                                 :
ROBERT DE NIRO and CANAL PRODUCTIONS,                            :
INC.,                                                            :
                                                                 :     19-cv-09156 (LJL)
                          Defendants.                            :
                                                                 :     ORDER
-----------------------------------------------------------------X
                                                                 :
                                                                 :
CANAL PRODUCTIONS, INC.,                                         :
                                                                 :
                          Counterclaim-Plaintiff,                :
                                                                 :
        -v-                                                      :
                                                                 :
GRAHAM CHASE ROBINSON,                                           :
                                                                 :
                          Counterclaim-Defendant.                :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    For the reasons stated in the Opinion and Order filed by the Court today, Defendants' motion for summary judgment is GRANTED IN PART and DENIED IN PART and Plaintiff's motion for summary judgment is DENIED.

    In order to preserve the ability of the parties to move the Court for redactions from the Opinion and Order, the Opinion and Order is temporarily filed under seal. The parties shall meet and confer with respect to potential redactions and, by June 2, 2023, the parties shall file any proposed redactions pursuant to the Court's Individual Practices. In addition, the parties are invited to inform the Court of any errors in citation, typography, or similar errors they discover

in their review. The Court will rule on any outstanding motions to seal at the same time it rules on any proposed redactions to the Opinion and Order.

    SO ORDERED.

Dated: May 25, 2023
       New York, New York

                                            LEWIS J. LIMAN
                                  United States District Judge