USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/26/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GRAHAM CHASE ROBINSON,

                    Plaintiff,

           -against-

ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

                  Defendants.

-----------------------------------------------------------------X

**19-CV-9156 (LJL) (KHP)**

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A counsel-only pre-settlement telephone conference in this matter is hereby scheduled for **Thursday, June 29, 2023 at 5:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

.

        **SO ORDERED.**

DATED:      New York, New York
            May 26, 2023

                                         *Katharine H. Parker*
                                     _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge