# Exhibit 77

Case 1:19-cv-09156-LJL-KHP Document 327-740 (Ex Part) Filed 06/14/23 Page 2 of 12
Case 1:19-cv-09156-LJL-KHP Document 257-1 Filed 06/14/23 Page 2 of 11
File 7175

```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2

 3   Case No. 1:19-cv-09156 (LJL)(KHP)
     _____
 4

 5   GRAHAM CHASE ROBINSON,

 6   Plaintiff,

 7   v.

 8   ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

 9   Defendants.

10   _____

11

12

13

14            TRANSCRIPT OF AUDIO RECORDINGS

15          FILE NAME:   ROBINSON00007175

16      7:51 - 8:31, 8:00 - 8:35, 23:39 - 24:17,

17                1:18:39 - 1:19:45

18

19

20

21

22

23

24
     Transcribed by:
25   ERIKA SEGUIRANT, RPR
```

```
 1   7:51 - 8:31
 2                MS. ROBINSON:  They show that in the
 3   e-mail there.
 4                MS. CHAMBERS:  So --
 5                MS. ROBINSON:  No one should receive an
 6   e-mail like that.  No one should be -- have this
 7   situation happen.  It's just -- I've never -- I've
 8   had -- Bob and I have had our moments and things like
 9   that.
10                I certainly have taken the -- you know,
11   like, I've sat -- I've, you know, pulled back, you
12   know, for obvious reasons.  If they're going to make
13   their relation (sic) work and they want -- I don't
14   want to be -- I don't want to be fucking the triangle
15   of this.  Like, you know, it's -- that's what it is.
16   That's why I pulled away.
17                Bob might be pissed at me for, you know,
18   a bunch of different things.  Like I think that he
19   probably is.  I completely -- like the last like
20   couple months, myself, I've changed because I just --
21   I'm pulling away.  I am.
22                (End of recording.)
23   8:00 - 8:35
24                MS. ROBINSON:  It's just -- I've
25   never -- I've had -- Bob and I have had our moments
```

```
 1   and things like that.
 2              I certainly have taken the -- you know,
 3   like, I've sat -- I've, you know, pulled back, you
 4   know, for obvious reasons.  If they're going to make
 5   their relation (sic) work and they want -- I don't
 6   want to be -- I don't want to be fucking the triangle
 7   of this.  Like, you know, it's -- that's what it is.
 8   That's why I pulled away.
 9              Bob might be pissed at me for, you know,
10   a bunch of different things.  Like I think that he
11   probably is.  I completely -- like the last like
12   couple months, myself, I've changed because I just --
13   I'm pulling away.  I am.  She's fucking psychotic and
14   nuts and --
15              (End of recording.)
16
17   23:39 - 24:17
18              MS. ROBINSON:  He has not -- like Bob
19   for the last like couple of weeks, ever since like
20   Tash and I were over there, which was like two, three
21   weeks ago, Bob has curbed calling me.  And even before
22   then, he kind of was like slowly not -- like he used
23   to call me in the morning, and he used to call me on
24   the way to school.  He used to call me to check in on
25   everything.  Bob has stopped calling like, you know,
```

Case 1:19-cv-01559-KHR-KDR Document 327-1 Filed 06/14/23 Page 5 of 11
Case 1:19-cv-01569-KHR-KDR Document 740 Ex Parte Filed 06/14/23 Page 5 of 11
File 7175

4

```
 1   completely.
 2              MS. CHAMBERS:  Yeah, yeah.
 3              MS. ROBINSON:  Like, I mean, we're
 4   talking about I need to get a call, if that, a day;
 5   and most of the time, I've got to call him.  There's
 6   something horribly wrong right there with, you know,
 7   him doing that.  It's almost like a --
 8              (End of recording.)
 9
10   1:18:39 - 1:19:45
11              MS. CHAMBERS:  You know, you won't know
12   until you get -- or move beyond it.
13              MS. ROBINSON:  No, I -- I -- I know why
14   I stayed, Robin.  I know exactly why I stayed.  I --
15   I -- I -- there were like basically three reasons why
16   I stayed.  One, it got to the point where Bob was
17   manipulating me, that it was easier to stay at this
18   moment and regroup than it was to leave.
19              And I didn't want to leave him in a bad
20   situation with going through a divorce.  And I felt
21   bad, especially after Bob and I had -- you know, we
22   talked.  And, you know, the way that he was acting and
23   the way that he kind of felt hurt.
24              And, you know, part of me was like okay,
25   well, you know what, I made a commitment to try and
```

```
 1  to, you know, sort of get some stuff put together for
 2  him.  I'm going to do it.  It was -- that was what it
 3  was.
 4            And the third one was, I don't want
 5  to -- because Bob hasn't been paying attention to
 6  wanting to listen to me or discuss this with me, I
 7  don't want to leave Robin and Cab and Lulu, you know,
 8  just fucking like take off and leave them there.  Like
 9  this -- this is my thought process, Robin.
10            This is why I stayed.  If you think that
11  there's any other reason why I stayed -- the money is
12  not fucking it.  I took a dive.  I didn't get what I
13  wanted, and I still agreed to it.
14            (End of recording.)
15
16
17
18
19
20
21
22
23
24
25
```

6

```
 1                    C E R T I F I C A T E
 2
 3
 4              I, ERIKA SEGUIRANT, Registered
 5    Professional Reporter/Transcriptionist, do hereby
 6    certify that I was authorized to transcribe the
 7    foregoing recorded proceeding, and that the transcript
 8    is a true and accurate transcription of my shorthand
 9    notes, to the best of my ability, taken while
10    listening to the provided recording.
11              I further certify that I am not of
12    counsel or attorney for either or any of the parties
13    to said proceedings, nor in any way interested in the
14    events of this cause, and that I am not related to any
15    of the parties thereto.
16
17    Dated this 28th day of October, 2022.
18
19
                                   _Erika Seguirant_
20                                 _____
                                   ERIKA SEGUIRANT, RPR
21
22
23
24
25
```

```
 1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
 2

 3   Case No. 1:19-cv-09156 (LJL)(KHP)
     _____
 4

 5   GRAHAM CHASE ROBINSON,

 6   Plaintiff,

 7   v.

 8   ROBERT DE NIRO and CANAL PRODUCTIONS, INC.,

 9   Defendants.

10   _____

11

12

13

14             TRANSCRIPT OF AUDIO RECORDINGS

15           FILE NAME:   ROBINSON00007175

16                   26:39 - 27:05

17

18

19

20

21

22

23

24
     Transcribed by:
25   ERIKA SEGUIRANT, RPR
```

```
 1                    MS. ROBINSON:  But what she said --
 2    well, look what she said in that text:  Put her in her
 3    place.  But her in her place.  Her whole e-mail was --
 4                    MS. CHAMBERS:  Right.  You don't even --
 5    oh, my God.
 6                    MS. ROBINSON:  Put her in her place is
 7    what she said.  And then in her e-mail, it was like --
 8                    MS. CHAMBERS:  Wow.
 9                    MS. ROBINSON:  -- we --
10                    MS. CHAMBERS:  Wow.
11                    MS. ROBINSON:  You need to write a guide
12    on what you do and what you don't do.
13                    MS. CHAMBERS:  Right, yeah, I remember
14    that.
15                    MS. ROBINSON:  Like, I mean, I don't do
16    any of this stuff.  This is all a favor for Bob.
17                    MS. CHAMBERS:  Yeah, yeah.
18                    MS. ROBINSON:  You know, this is all --
19    this is all --
20                    MS. CHAMBERS:  Yeah, you haven't done
21    this stuff forever.
22                    (End of recording.)
23
24
25
```

```
 1                    C E R T I F I C A T E

 2

 3

 4              I, ERIKA SEGUIRANT, Registered

 5    Professional Reporter/Transcriptionist, do hereby

 6    certify that I was authorized to transcribe the

 7    foregoing recorded proceeding, and that the transcript

 8    is a true and accurate transcription of my shorthand

 9    notes, to the best of my ability, taken while

10    listening to the provided recording.

11              I further certify that I am not of

12    counsel or attorney for either or any of the parties

13    to said proceedings, nor in any way interested in the

14    events of this cause, and that I am not related to any

15    of the parties thereto.

16

17    Dated this 29th day of October, 2022.

18

19                              Erika Seguirant

20                              _____
                                  ERIKA SEGUIRANT, RPR
21

22

23

24

25
```

1

**1**

**1:19-cv-09156** 1:3

**2**

**2022** 3:17
**26:39** 1:16
**27:05** 1:16
**29th** 3:17

**A**

**ability** 3:9
**accurate** 3:8
**attorney** 3:12
**AUDIO** 1:14
**authorized** 3:6

**B**

**Bob** 2:16

**C**

**CANAL** 1:8
**Case** 1:3
**certify** 3:6, 11
**CHAMBERS** 2:4, 8,10,13,17,20
**CHASE** 1:5
**counsel** 3:12
**COURT** 1:1

**D**

**Dated** 3:17
**day** 3:17
**DE** 1:8
**Defendants** 1:9

**DISTRICT** 1:1

**E**

**e-mail** 2:3,7
**end** 2:22
**ERIKA** 1:25 3:4,20
**events** 3:14

**F**

**favor** 2:16
**FILE** 1:15
**foregoing** 3:7
**forever** 2:21

**G**

**God** 2:5
**GRAHAM** 1:5
**guide** 2:11

**I**

**interested** 3:13

**L**

**listening** 3:10

**N**

**NIRO** 1:8
**notes** 3:9

**O**

**October** 3:17

**P**

**parties** 3:12, 15
**place** 2:3,6
**Plaintiff** 1:6
**proceeding** 3:7
**proceedings** 3:13
**PRODUCTIONS** 1:8
**Professional** 3:5
**provided** 3:10
**Put** 2:2,6

**R**

**recorded** 3:7
**recording** 2:22 3:10
**RECORDINGS** 1:14
**Registered** 3:4
**related** 3:14
**remember** 2:13
**Reporter/ transcriptionist** 3:5
**ROBERT** 1:8
**ROBINSON** 1:5 2:1,6,9,11, 15,18
**ROBINSON00007175** 1:15
**RPR** 1:25 3:20

**S**

**SEGUIRANT** 1:25 3:4,20
**shorthand** 3:8
**SOUTHERN** 1:1
**STATES** 1:1
**stuff** 2:16,21

**T**

**text** 2:2
**thereto** 3:15
**transcribe** 3:6
**Transcribed** 1:24
**transcript** 1:14 3:7
**transcription** 3:8
**true** 3:8

**U**

**UNITED** 1:1

**W**

**Wow** 2:8,10
**write** 2:11

**Y**

**YORK** 1:1