

**Sanford Heisler Sharp, LLP**
1350 Avenue of the Americas, Floor 31
New York, NY 10019
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Melinda Koster*, Partner and Discrimination and Harassment Practice Group Co-Chair
(646) 402-5669
mkoster@sanfordheisler.com      New York | Washington, DC | San Francisco | Palo Alto | Atlanta | Baltimore | Nashville | San Diego

June 30, 2023

<u>VIA ECF</u>
The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Robinson v. De Niro and Canal Productions, Inc.*, No. 1:19-cv-09156 (LJL) (KHP)

Dear Judge Liman:

This firm represents Plaintiff Graham Chase Robinson, and this letter motion seeks a brief adjournment of Plaintiff's deadline to file her reply papers in support of Plaintiff's Motion to Certify the Court's Summary Judgment Order for Interlocutory Review. (Dkt. No. 407.) Defendants consent to the requested extension.

On June 29, 2023, Defendants filed their Opposition to Plaintiff's motion. (Dkt. No. 409.) Pursuant to Local Rule 6.1(b), Plaintiff's reply would ordinarily be due one (1) week later on July 6, 2023. This deadline falls shortly after the Court-observed holidays of July 3 and July 4, 2023.

In light of Plaintiff's counsel's limited availability on and around these Court-observed holidays, Plaintiff respectfully requests a brief extension of time until July 13, 2023 to submit her reply. There have been no prior requests for any extensions of this deadline. The parties' next appearance before the Court is on October 20, 2023, and the requested extension will not affect any upcoming deadlines or appearances set by the Court.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Melinda Koster*
Melinda Koster