# TRAUB LIEBERMAN

Mid-Westchester Executive Park  |  7 Skyline Drive  |  Hawthorne, NY 10532

DIRECT (914) 586-7037  |  MAIN (914) 347-2600  |  FAX (914) 347-7037

Gregory R. Bennett  |  Partner  |  gbennett@tlsslaw.com

October 5, 2023

*Via ECF*

The Honorable Lewis J. Liman, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 115
New York, New York 100007

Re:    *Graham Chase Robinson v. Robert De Niro et al.*
       Civil Action No.: 1:19-cv-09156 (LJL) (KHP)

Dear Judge Liman:

This office represents Defendant Robert De Niro, and serves as co-counsel, along with Tarter Krinsky & Drogin LLP, for Defendant Canal Productions, Inc. (collectively, "Defendants"). We write, on behalf of all parties, to respectfully request a one-day extension of time for the parties to file their respective trial exhibit lists, from October 5, 2023 to October 6, 2023. This brief additional period of time will allow the parties' counsel to continue their dialogue to address questions that have been raised regarding particular exhibits, in an attempt to streamline the number of any potential objections which may be put before the Court for adjudication.

The parties appreciate the Court's consideration of the foregoing.

Respectfully submitted,

**TRAUB LIEBERMAN STRAUS
& SHREWSBERRY LLP**

*/s/ Gregory R. Bennett*

cc:    All Counsel (via ECF)

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
**www.traublieberman.com**    CALIFORNIA