

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
T. 212.216.8000
F. 212.216.8001
www.tarterkrinsky.com

**Laurent S. Drogin, Partner**
Direct Dial: (212) 216-8016
ldrogin@tarterkrinsky.com

October 13, 2023

**By ECF Only**
Honorable Lewis J. Liman, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 15C
New York, New York 10007

> Re:   ***Graham Chase Robinson v. Canal Productions, Inc. et al.***
> **Civil Action No. 1:19-cv-9156 (LJL) (KHP) (the "Action")**

Dear Judge Liman:

This firm represents defendants Canal Productions Inc. ("Canal") and Robert De Niro ("Mr. De Niro" and together with Canal, the "Defendants"), along with Traub Lieberman Straus & Shrewsberry LLP.

Pursuant to Your Honor's Individual Practices in Civil Cases, Rules 1(C) and 4(B), Defendants submit this letter motion to request the presence of a court reporter at the October 20, 2023, pre-trial conference scheduled in this Action.

In closing, we thank the Court for its prompt attention to and consideration of this request.

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**

*/s/ Laurent S. Drogin,*
*/s/ Richard C. Schoenstein,* and
*/s/ Brittany K. Lazzaro*

**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**

*/s/ Gregory R. Bennett,* and
*/s/ Hillary J. Raimondi*

cc:   All counsel of Record (via ECF)