PLAINTIFF'S TRIAL EXHIBIT 195

From: **Chase Robinson** Chase@canalproductions.com
Subject: Conversation
Date: October 15, 2011 at 14:51
To: Bob



Bob,

I wanted to let you know that I was saddened and disappointed with our conversation the other day (re bonus). I wanted to wait to email you this weekend so as not to get you while you were shooting/working.

I do want to convey a few things:

I don't want you to think that all I do is ask for money. You are incredibly generous with allowing me to travel on miles and sometimes paying, to allow me to be in Spain or LA when you are away and all the other things..I am incredibly grateful. However, I do give you almost all of my time and my life is based around my job. Sometimes this is not so easy especially when it comes to planning anything.

I handle a lot for you which is not my job because you ask and I'm not compensated for it. I don't think I've ever said "no" to you to my knowledge, even when someone else like Berdon should handle it but you don't want to be charged so much by them.

I take my job seriously and would never want to jeopardize the quality of my work or let my work suffer by working less – this is impossible. I do the amount of work that is required or asked of me. I don't waste time or money. I do pick up your calls at night incase its an emergency.

Regardless of what you pay me or give me, please know that I will always give it my 100% and I will always work as hard as I can to make sure everything is done and everything goes smoothly. I will always go above and beyond as that is how I work and who I am. I never done anything only partly or poorly. Never in my life! : )

I do love my job though sometimes it is incredibly stressful. I've stayed for these 4 years for various reasons but I wouldn't stay if I didn't love my job, I didn't enjoy it most of the time and I didn't love working for you.

My hope is that Olivia can handle some of your needs which frees me up a bit so I can concentrate on more important things that are time consuming (a balance for me). These past few months I've been working non-stop to the point of exhaustion and needing a break. The reason I asked for the bonus was so I was compensated for my time and all I do for you. I do feel I'm not paid what I should be. And the only reason for asking for the bonus was to help balance this, not as a raise that would continue, but a bonus for the extra work and time that I've done now.

I appreciated your time, and all that you have done for me. And I hope I have done a good job for you as this in the end is all that matters. I do understand the pressure you are under, and I try to help as much as I can.

I'm not (I stress "not") writing this email to have you reconsider your answer (I take what you have said as the final one), I wrote this because I wanted you to understand my position now and in the future so you are aware since we didn't have a lot of time to talk.

Have a wonderful weekend.

All the best,
Chase

**CONFIDENTIAL**

ROBINSON00010869