| | |
|---|---|
| **GRAHAM CHASE ROBINSON,** *Plaintiff and Counterclaim Defendant*, -against- **ROBERT DE NIRO,** *Defendant*, and **CANAL PRODUCTIONS, INC.,** *Defendant and Counterclaim Plaintiff.* | **Civil Action No. 1:19-CV-09156 (LJL) (KHP)** |

### SECOND AMENDED EXHIBITS TO BE OFFERED IN DEFENDANTS' CASE IN CHIEF, INCLUDING THE COUNTERCLAIMS OF CANAL PRODUCTIONS, INC.

Defendants Robert De Niro and Canal Productions, Inc. ("Canal") (collectively, "Defendants") respectfully submit the following Exhibits to be Offered in Defendants' Case in Chief, including Canal's Counterclaims, to the Court pursuant to the Court's Individual Rules and the Court's Order (ECF No. 419). Defendants reserve the right to amend this list by adding, removing, providing clarifications regarding Bates-stamp designations, duplicative exhibits, redactions and/or excerpts from exhibit materials to be used, to otherwise modify any exhibits in light of those exhibits identified by Plaintiff and/or as a result of the Court's evidentiary rulings or any other reasons. Defendants also reserve the right to introduce any exhibit identified by Plaintiff, and to introduce other exhibits for purposes of impeachment or rebuttal.

Dated: November 5, 2023

Respectfully Submitted,

| | |
|---|---|
| **TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP** | **TARTER KRINSKY & DROGIN LLP** |
| By: *Gregory R. Bennett* | By: *Laurent S. Drogin* |
| Gregory R. Bennett<br>Mid-Westchester Executive Park<br>Seven Skyline Drive<br>Hawthorne, New York 10532<br>Tel.: (914) 347-2600<br>Email: gbennett@tlsslaw.com | Laurent S. Drogin<br>Richard C. Schoenstein<br>Brittany K. Lazzaro<br>Ingrid J. Cardona<br>1350 Broadway<br>New York, New York 10018<br>Tel.: (212) 216-8000<br>Email: ldrogin@tarterkrinsky.com<br>Email: rschoenstein@tarterkrinsky.com<br>Email: blazzaro@tarterkrinsky.com<br>Email: icardona@tarterkrinsky.com |
| *Attorneys for Defendants Canal Productions, Inc. and Robert De Niro* | *Attorneys for Defendants Canal Productions, Inc. and Robert De Niro* |

| Ds Ex. No. | Bates-Stamped No. | Description | Plaintiff's Objections * = No objections  Motions in Limine Decision |
|---|---|---|---|
| 001 | ROBINSON00004592 | Dec. 18, 2018 email exchange between Ms. Robinson and Mr. De Niro | 403 (need to redact Trump reference) |
| 002* | ROBINSON00013908-13909 | April 8, 2011 email exchange between Ms. Robinson and Mr. Bosswick | * |
| 003* | ROBINSON00008002 | Dec. 13, 2012 email exchange between Ms. Robinson and Mr. De Niro | * |
| 004* | CANAL_0045910 | July 18, 2017 email exchange between Ms. Robinson and Mr. De Niro | * |
| 005* | CANAL_0019293 | July 20, 2017 email exchange between Ms. Robinson, Mr. Bosswick and Mr. Tasch | * |
| 006* | ROBINSON00003284 | Nov. 10, 2017 email exchange between Ms. Robinson and Mr. De Niro re Ms. Robinson's title change | * |
| 007* | CANAL_0045968-45969 | Dec. 24, 2017 email exchange between Ms. Robinson and Mr. De Niro re Title chance to Vice President of Production & Finance | * |
| 008* | CANAL_0049267-0049271 | June 4, 2019 email exchange between Ms. Robinson, Mr. Harvey and Mr. De Niro | * |
| 009* | ROBINSON00005231 | June 13, 2019 email exchange between Ms. Robinson and Marianna Shafran re Ms. Robinson Bio | * |
| 010 | CANAL_0001-0003 | July 11, 2019 letter from Tom Harvey to Chase Robinson re abuse of Ms. Robsinson's use of SkyMiles | 402, 802 |
| 010A | CANAL_0001-0003 | July 11, 2019 letter from Tom Harvey to Chase Robinson re abuse of Ms. Robsinson's use of SkyMiles | * |
| 011 | ROBINSON00016395-16435 | Ms. Robinson's medical record from Dr. Weiser-McCarthy for office visit of 12/21/21 | |
| 012 | CANAL_0044293-0044294 | Nov. 30, 2012 email exchange between Chase Robinson and Olivia Jampol | 402, 403, 901 |
| 013* | ROBINSON00004504 | Nov. 7, 2018 email exchange beween Chase Robinson and Andrea Robinson | * |
| 014* | ROBINSON00002608 | July 18, 2017 email exchange between Chase Robinson and Robert De Niro | * |
| 015 | ROBINSON00008381 | July 20, 2017 email exchange between Ms. Robinson, Mr. Bosswick and Mr. Tasch | 402 |

| | | | |
|---|---|---|---|
| 016* | ROBINSON000007998, ROBINSON00008008, ROBINSON00008028, ROBINSON00008096, ROBINSON00008228, ROBINSON00014191, ROBINSON00009811-00009812, ROBINSON00008480-00008481, ROBINSON00008623-00008624, (Ex QQ from Pl. Depo, D2) | Compilation of year-end emails form Chase Robinson to M. Tasch | * |
| 017* | ROBINSON00013838-13843 | April 6, 2019 emails (3 in total) among T. Chen, S. Weeks-Brittan, R. De Niro, G. Spear and L. White | * |
| 018* | ROBINSON00008921 | Apr. 2, 2019 email exchanges between Chase Robinson and R. De Niro | * |
| 019* | ROBINSON00004874 | Apr. 10, 2019 email exchange between Chase Robinson and T. Harvey | * |
| 020* | ROBINSON00001655 | Apr. 9, 2019 email exchange between R. De Niro and Chase Robinson | * |
| 021* | ROBINSON00001347-00001349 | Mar. 27, 2019 email exchange between R. De Niro and Chase Robinson (including exchange between T. Chen, R. De Niro and Chase Robinson) | * |
| 022* | ROBINSON00007976 | Dec. 6, 2018 text message exchange between T. Chen and R. De Niro | * |
| 023* | ROBINSON00001602 | Apr. 4, 2019 email exchange between R. De Niro and Chase Robinson | * |
| 024 | ECF #295 | Oct. 30, 2022 Declaration from R. De Niro in Supp. of Defs. SJ Mtn. | 802 |
| 025* | CANAL_0021984-0021985 and CANAL_0002706 | Letter of Conditional Offer of Employment dated Aug. 22, 2018, addressed to Louisa Sidney White | * |
| 026* | CANAL_0052117 | June 24, 2018 email exchange between H. Feder and Chase Robinson | * |
| 027* | CANAL_0018093-0018094 | Apr. 11, 2017 email exchanges between M. Tasch and Chase Robinson | * |
| 028 | CANAL_0018410 | Apr. 25, 2017 email exchange between R. De Niro and Chase Robinson | 402 |
| 029 | CANAL_0020876-20877, 0002462, 0002465-0002466, 0022031-0022032, 0036675, 0002713, 0022104, 0002714-0002715, 0002467, 0048069-0048071, 0002717, 0002468, 0024482, 0022999, 0002718, 0027338-0027339 (Compilation of Emails from Defs. MSJ (Bennett Decl., Ex. 13) | Email and text exchanges regarding Chase Robinson, overtime and Canal office operations | 402 |
| 030* | CANAL_0046031-0046032 | Dec. 18 and 28, 2018 email exchanges between Chase Robinson and R. De Niro | * |
| 031* | CANAL_0046038 | Jan. 3, 2019 email from Chase Robinson to R. De Niro | * |

| | | | |
|---|---|---|---|
| 032* | CANAL_0046210 | Feb. 10, 2019 email exchange between T. Chen and R. De Niro | * |
| 033* | CANAL_0009189-0009190 | Feb. 13, 2019 email exchanges among T. Chen, Chase Robinson and R. De Niro | * |
| 034* | CANAL_0023036 | Mar. 8, 2019 email from Chase Robinson to R. Chambers including an exchange between Chase Robinson, T. Chen and R. De Niro | * |
| 035* | CANAL_0044237-0044238 | Mar. 8, 2019 email from Chase Robinson to T. Harvey and M. Tasch | * |
| 036* | CANAL_0009191-0009193 | Mar. 27, 2019 email exchange among T. Chen, M. Kaplan, Chase Robinson and R. De Niro | * |
| 037* | CANAL_0034641-0034642 | Apr. 2, 2019 email from R. De Niro to M. Kaplan, including exchange between T. Chen and R. De Niro | * |
| 038* | ROBINSON00006433 | Apr. 2, 2019 text exchange between Chase Robinson and John Humphries | * |
| 039* | ROBINSON00008495 | Feb. 22, 2018 email exchanges between Chaes Robinson and R. De Niro regarding Spain | * |
| 040 | ROBINSON00006478-00006484 | Apr. 4, 2019 text exchange between Chase Robinson and Rachel Humphries | 802 |
| 041 | CANAL_0049474-0049478 | Apr. 4, 2019 text exchanges between T. Chen, G. Spear and S. Weeks-Brittan | 802 |
| 042 | ROBINSON00001637-00001638 | Apr. 6, 2019 email exchange between Chase Robinson and R. De Niro | 402 |
| 043 | ROBINSON00013838-00013843 | April 6, 2019 emails (3 in total) among T. Chen, S. Weeks-Brittan, R. De Niro, G. Spear and L. White | 802, 402 |
| 044* | CANAL_0035499-0035500 | April 6, 2019 email from Chase Robinson resigning to position and email threat between R. De. Niro and T. Chen re same | * |
| 045* | ROBINSON_00001641-00001642 | Apr. 6, 2019 email exchanges between Chase Robinson and R. De Niro (with T. Harvey, M. Bosswick, M. Tasch and J. Hackett copied) | * |
| 046* | CANAL_0046715 | Apr. 8, 2019 email exchange between T. Chen, M. Tasch and R. D Niro | * |
| 047* | ROBINSON00005129-00005131 | May 16, 2019 email exchanges between Chase Robinson and T. Harvey | * |
| 048* | CANAL_0049890 | June 4 and 7, 2019 emails from Chase Robinson to R. De Niro | * |

| | | | |
|---|---|---|---|
| 049 | Canal State Court Complaint, dated August 17, 2019 | | 802 |
| 050 | Defs. 3d Am. Rog Resps., dated July 27, 2022 (ECF 289-26) | | 402, 802 |
| 051 | ROBINSON00009964, ROBINSON00008625- 00008626, ROBINSON00009969, ROBINSON00009971-00009972, ROBINSON00008228, ROBINSON00008096 | Annual emails regarding vacation usage between and among R. De Niro, M. Tasch and Chase Robinson | 802 as to ROBINSON8096 only |
| 052 | Complaint in this action, dated Oct. 3, 2019 | | 802 |
| 053 | MSJ, Bennett Decl. ¶73 Only (ECF 289) | | 802, 402, 403 |
| 054 | Defs. Resp. to Plaintiff's 1st Set of Interrogatories | | 402, 802 |
| 055 | Pl.'s Resp. to Defs. 1st Set of Interrogatories | | 402, 802 |
| 056 | Defendants' First Amended Answer with Canal's Counterclaims | | 402, 802 |
| 057 | Pl.'s Answer to Canal's Counterclaims | | 402, 802 |
| 058 | Bennett Decl., MSJ ¶74 Only (ECF #289) | | 802, 402, 403 |
| 059 | Defs. Requests for Admission | | 402, 802 |
| 060 | Email from Plaintiff's Counsel dated Dec. 24, 2021 with attachment | Inventory of items Chase Robinson returned to Defs. Counsel during discovery | 402, 403 |
| 061 | Email from Plaintiff's Counsel dated Aug. 5, 2022 with attachment (ECF 290-8) | Overlay of Audio Recording Metadata | 802, 901 |
| 062 | Canal's Declaration Re Certain 30(b)(6) Topics, dated Sept. 7, 2022 | | 402, 802 |
| 063 | Defs. Amended Initial Disclosures, dated Apr. 7, 2022 | | 402, 802 |
| 064 | Pl. Amended Initial Disclosures, dated Dec. 16, 2021 | | 402, 802 |
| 065 | Canal's Second Amended Statement of Damages and Computation, dated Aug. 16, 2022 | | 402, 802 |
| 066* | CANAL_0021-0036 | Canal Productions, Inc. Complaint Form, Non-Discrimination and Anti-Harassment Policy and Related Fact Sheets/Posters | * |
| 067 | CANAL_0053261-0053297 | Tribeca Film Ctr. Employee Handbook | 402 |
| 068 | Defs. Supp. to Initial Disclosures, dated Dec. 12, 2022 | | 402, 802 |
| 069 | Pl. Amended Initial Disclosures, dated May 13, 2022 | | 402, 802 |
| 070 | Pl. Supp. Response to Defs. Interrogatories, dated Dec. 16, 2021 | | 402, 802 |
| 071 | Pl. Amended Initial Disclosures, dated June 21, 2023 | | 402, 802 |
| 072 | Pl.'s Am. Resp. to Canal's First Requests for Admission, dated Dec. 16, 2021 | | 402, 802 |
| 073 | Pl. First Privilege Log, dated Feb. 9, 2022 | | 402, 802 |

| | | | |
|---|---|---|---|
| 074 | Defs. Am. Resps. To Pl.'s First Set of Interrogatories, dated June 22, 2020 | | 402, 802 |
| 075 | ROBINSON00010661* | March 13, 2019 email exchange between Lulu White and Chase Robinson | |
| 076* | Defs. Psych. Expert Report, dated May 13, 2022 | | * |
| 077 | ROBINSON00013219 | Text exchange between M. Kaplan and Chase Robinson | 402 |
| 078 | ROBINSON00008491-00008492 | Email exchange between Chase Robinson, R. De Niro and M. Tasch | 402 |
| 079 | All of Plaintiff's Medical Records Reviewed by Any of the Parties' Expert Witnesses | Audiotapes, Recorded by Ms. Robinson between March 17 – June 15, 2019, Bates-stamped ROBINSON_7158, 7195, 7199, 7187, 7161, 7186, 7174, 7209, 7226, 7224, 7175, 7168 and 7229 (recordings are provided below) and other records reviewed by any of the parties' expert witnesses. | Reserve right to object to specific documents |
| 080 | Compilation of Emails from Reply Brief, Beginning with Canal_0011975 (ECF 361-1 (37 pages)) | Various email exchanges involving Chase Robinson using the term "the girls" | 402 |
| 081A | Reply Brief, Beginning with Canal_0049276-0049285 (ECF 361-2) | Compilation of Emails involving M. Tasch and American Express personnel | 802 |
| 081B* | ROBINSON00001821-00001822 | Chase Robinson Timesheets | * |
| 082 | CANAL_0036513-0036515 | April 12, 2019 email exchanges amongst numerous existing and former Canal personnel | 802, 402, 403 |
| 083 | Supp. Dec. of R. De Niro in Opposition to P's MSJ (ECF 351) | 11.20.22 Supp. Dec. of RDN – (Unredacted) | 802 |
| 084 | ROBINSON00013163-00013178 | Compilation of Delta Account Activity for Chase Robinson from Jan. 1, 2019-Nov. 6, 2019 | 802 |
| 085 | ROBINSON00016440-00016457 | American Express Membership Rewards Summary | 802 |
| 086 | CANAL_0052844-0052855 | From Binder Compilation, Delta SkyMiles Usage | 802, 901 |
| 087 | CANAL_0036318-0036319 | Mar. 8, 2018 Flower Purchase Confirmation | 802, 402 |
| 088 | CANAL_0036316-0036317 | Mar. 12, 2019 Flower Purchase Confirmation | 802, 402 |
| 089 | CANAL_0036566-0036567 | Mar. 10, 2017 Flower Purchase Confirmation | 802, 402 |
| 090 | CANAL_0052857-0052889 | From Binder Compilation, Netflix Usage | 802, 402, 403 |
| 091* | CANAL_0020878-0020882 | March 2018 Email Exchanges Between Chase Robinson and Office of Joe Peschi | * |
| 092* | CANAL_0052319, CANAL_0052322-0052330 | Nov. 2, 2018 Email from Chase Robinson to T. Harvey regarding policies implemented in Canal | * |
| 093 | CANAL_0052724-0052764 | From Binder Compilation, American Express Usage | 802, 901 |

| | | | |
|---|---|---|---|
| 094* | CANAL_0025442-0025443 | March 9, 2018 Email exchange involving Chase Robinson, Juanita Contreras, M. Billington and G. Spear | * |
| 095 | ROBINSON00006770-00006788 | From Binder Compilation, Ubers/Taxi Usage | 802, 901 |
| 096 | CANAL_0052903-0052904 | March 2018 Email exchanges involving Juanita Contreras, M. Billington and G. Spear | 802, 901 |
| 097* | CANAL_0009464-0009468 | March 2018 Email exchanges between Chase Robinson and Mark Despres | * |
| 98 | **INTENTIONALLY OMITTED** | | **INTENTIONALLY OMITTED** |
| 99 | **INTENTIONALLY OMITTED** | | **INTENTIONALLY OMITTED** |
| 100 | CANAL_0046110-0046111 | January 16, 2019 email exchanges among Chase Robinson, M. Kaplan and R. De Niro | 802 |
| 101* | ROBINSON00000119-00000120 | January 16, 2019 email exchanges among Chase Robinson and R. De Niro | * |
| 102* | ROBINSON00000134-00000136 | January 2019 email exchanges among Chase Robinson and R. De Niro | * |
| 103* | ROBINSON00001810 | Chase Robinson Timesheet for Jan. 14-20, 201[9] | * |
| 104 | CANAL_0027946-0027951 | January 2019 email exchanges between Chase Robinson, Lulu White and Assistant to Josh Lieberman | 802 |
| 105* | ROBINSON00001811-00001812 | Chase Robinson Timesheet for Jan. 21-27, 2019 | * |
| 106* | CANAL_0008888 | January 2019 email exchanges between Chase Robinson, Lulu White and Assistant to Josh Lieberman | * |
| 107* | ROBINSON00001813 | Chase Robinson Timesheet for Jan. 28-February 3,2019 | * |
| 108* | ROBINSON00004629 | February 2019 email exchanges between Chase Robinson and Amelie de Richemont regarding London trip | * |
| 109* | ROBINSON00004630-00004631 | February 2019 email exchanges between Chase Robinson and Amelie de Richemont regarding London trip | * |
| 110 | CANAL_0009517-0009518 | February 9, 2019 Flowers Purchase Confirmation | 802, 402 |
| 111* | ROBINSON00008519-00008523 | Feb. 14, 2018-March 5, 2018, email exchange between Michael Tasch and Chase Robinson re American Express account | * |
| 112 | CANAL_0047058 | Feb. 10, 2019, email exchange between Robert De Niro and Tiffany Chen re Chase's birthday | 802 |
| 113* | CANAL_0036162-0036163 | Feb. 5, 2019, Feb. 12, 2019, email exchange between Sally Lipsius and Chase Robinson re ADR session. Chase Robinson adds De Niro's assistants (Gillian Spear and Sarbina Weeks-Brittan) to email. | * |
| 114 | CANAL_0044218 | Feb. 10, 2019, email from Robert De Niro to Chase Robinson wishing her a happy birthday. On Feb. 12, 2019, Chase forwards email to Michael Kaplan. | 402 |

| 115 | CANAL_0046217 | Feb. 12, 2019, email from Chase Robinson to Robert De Niro re Vantage Point Benefits and Chase saying Berdon did not have De Niro's "best interest at heart." | 402 |
| --- | --- | --- | --- |
| 116* | ROBINSON00001814 | Timesheets for Feb 4 - Feb 10 2019 | * |
| 117 | CANAL_0024482 | Feb. 11, 2019 -Feb. 14, 2019, email exchange between Gillian Spear and Chase Robinson re Spear not receiving her overtime pay | 402 |
| 118* | ROBINSON00022518-00022520 | Dec. 16, 2018 - Feb. 16, 2019, email exchanges between Chase Robinson and Chris Young | * |
| 119* | CANAL_0046248-0046249 | Feb. 18, 2019, email exchange between Tiffany Chen and Chase Robinson re Elliot's Closets | * |
| 120 | CANAL_0000386-0000387 | Netflix sign in | 802, 402 |
| 121* | ROBINSON00001797 | Chase Robinson Timesheet for October 29-November 4, 2018 | * |
| 122* | CANAL_0027682 | November 7, 2018 email exchange among M. Tasch, Chase Robinson and Lulu White | * |
| 123* | ROBINSON00008526 | March 12, 2018, email exchange between Chase Robinson and Robert De Niro re Chase's flight | * |
| 124 | CANAL_0034027-0034030 | Nov. 4, 2018 -Nov. 8, 2018, email exchange between Chase Robinson and Sabrina Weeks-Brittan (cc'd Gillian Spear, Michael Kaplan, amd Lulu White) re Holiday Season 2018 | 402 |
| 125 | CANAL_0026716-0026719 | Nov. 4, 2018 -Nov. 9, 2018, email exchange between Chase Robinson, Sabrina Weeks-Brittan, and Gillian Spear re Holiday Season 2019 and Gillian taking vacation/personal day | 402 |
| 126 | CANAL_0051747-0051763 | Nov. 9, 2018 email exchanges between H. Feder and Chase Robinson | 802 |
| 127* | CANAL_0052286-0052306 | Nov. 9, 2018, email between Chase Robinson and Hagit Feder re Client Policies | * |
| 128 | CANAL_0052307-0052316 | Nov. 2018 email exchange between Chase Robinson and M. Tasch regarding payment of counsel's invoice | 402 |
| 129 | ROBINSON00004506 | Nov. 11, 2018 email from Chase Robinson to Chase Robinson | 402 |
| 130 | CANAL_0006935-0006939 | Nov. 2018 email exchange between Chase Robinson and Joyce Hsieh | 402 |
| 131* | CANAL_0051764-0051765 | Nov. 12, 2018, email between Hagit Feder and Chase Robinson re policies | * |
| 132* | CANAL_0052319-0052341 | Nov. 12, 2018, email between Chase Robinson and Tom Harvey re policies | * |
| 133* | ROBINSON00001798 | Chase Robinson Timesheet for November 5-11, 2018 | * |
| 134 | CANAL_0034038-0034041 | November 2018 email exchanges between M. Kaplan and Chase Robinson | 402 |
| 135* | ROBINSON00008606 | Nov. 14, 2018 email from Chase Robinson to R. De Niro | * |
| 136* | ROBINSON00008608 | Nov. 14, 2018 email exchanges between Chase Robinson to R. De Niro | * |
| 137 | CANAL_0000415-0000416 | Nov. 16, 2018 Netflix Sign-in | 802 |

| | | | |
|---|---|---|---|
| 138* | ROBINSON00008609-00008610 | Nov. 16, 2018 email exchanges between Chase Robinson to R. De Niro | * |
| 139 | CANAL_0000417-0000418 | Nov. 17, 2018 Netflix Sign-in | 802 |
| 140 | CANAL_0035376-0035378 | Nov. 19, 2018, email from Michael Kaplan to Chase Robinson (cc'd Lulu White and Rachel Humphreys) re 1117 Schedule/Reminders 11.20.18 | 802 |
| 141 | CANAL_0006940-0006946 | Nov. 20, 2019, email from Chase Robinson to Romeo-Joyce Hsieh (cc'd Emma Tillinger Koskoff) re Joker-Invoices with attachments of Canal W-9 and invoices | 402 |
| 142* | ROBINSON00001799-00001800 | Chase Robinson Timesheet for November 12-18, 2018 | * |
| 143 | ROBINSON00022505-22507 | November 22, 2018 email exchange between Chase Robinson and Chris Young | 802 |
| 144* | ROBINSON00022508-00022509 | November 24, 2018 email exchange between Chase Robinson and Chris Young | * |
| 145* | ROBINSON00001801 | Chase Robinson Timesheet for November 19-25, 2018 | * |
| 146* | ROBINSON00004580 | Dec. 2, 2018 email from Chase Robinson to Chase Robinson | * |
| 147* | ROBINSON00001802 | Chase Robinson Timesheet for November 26-Dec. 2, 2018 | * |
| 148 | CANAL_0022481 | Dec. 5, 2018, email from Chase Robinson to Gillian Spear and Sabrina Weeks-Brittan (cc'd Lulu White) re Holiday Frames | 402 |
| 149 | CANAL_0034192 | Dec. 2018 email exchanges between David Earls and Chase Robinson | 402 |
| 150 | ROBINSON00008616-00008618 | Dec. 5, 2018 email and photo from Chase Robinson to R. De Niro | 403 (reference to Trump) |
| 151 | ROBINSON00008619 | Dec. 5, 2018 email from R. De Niro to Chase Robinson | 403 (reference to Trump) |
| 152* | ROBINSON00008621 | Dec. 7, 2018 email from Chase Robinson to R. De Niro | * |
| 153* | CANAL_0046028 | Dec. 2018 email exchanges between R. De Niro and Chase Robinson | * |
| 154* | ROBINSON00004581-00004584 | Dec. 10, 2018 forwarded email between Chase Robinson and robinchambers100@gmail.com re Meeting; Emails wiith Dec. 10, 2018 with R. De Niro and Chase Robinson | * |
| 155* | ROBINSON00001803 | Chase Robinson Timesheet for Dec. 3-9, 2018 | * |
| 156 | CANAL_0022492 | Dec. 13, 2018 email from Chase Robinson to Chase Robinson | 402 |
| 157 | CANAL_0036372 | Dec. 13, 2018 email exchange with Chase Robinson, Peter Hess and S. Weeks-Brittan | 402 |
| 158 | ROBINSON00004588 | Dec. 15, 2018 email from Chase Robinson to Chase Robinson | 402 |
| 159* | ROBINSON00004589-00004590 | Dec. 16, 2018 email from Chase Robinson to Chase Robinson | * |
| 160* | ROBINSON00008622 | Dec. 16, 2018 email from Chase Robinson to R. De Niro | * |
| 161 | ROBINSON00022510 | Dec. 16, 2018 email exchange between from Chase Robinson and Chris Young | 802 |

| | | | |
|---|---|---|---|
| 162* | ROBINSON00001804 | Chase Robinson Timesheet for Dec. 10-16, 2018 | * |
| 163 | ROBINSON00004592 | Dec. 18, 2018 email from Chase Robinson to R. De Niro | 403 (redact Trump portion) |
| 164* | ROBINSON00008623-00008626 | Dec. 19, 2018 email exchanges between and among R. De Niro, Chase Robinson and M. Tasch | * |
| 165 | CANAL_0022529 | Dec. 20, 2018 email exchange involving R. De Niro, Chase Robinson and M. Kaplan | 402 |
| 166 | ROBINSON00004593-00004594 | Dec. 20, 2018 email from Chase Robinson to R. De Niro | 403 (redact Trump portion) |
| 167 | ROBINSON00004596-00004597 | Dec. 22, 2018 email from Chase Robinson to R. De Niro | 403 (redact Trump portion) |
| 168 | CANAL_0046029-0046030 | Dec. 23, 2018 email from Chase Robinson to R. De Niro | 403 (redact Trump portion) |
| 169 | ROBINSON00004603-00004604 | Dec. 23, 2018 email from Chase Robinson to M. Kaplan | 402 |
| 170* | ROBINSON00001805 | Chase Robinson Timesheet for Dec. 17-23, 2018 | * |
| 171* | ROBINSON00008631 | Dec. 24, 2018 email from Chase Robinson to R. De Niro | * |
| 172 | CANAL_0000438-0000439 | Netflix sign in from Hawaii | 802 |
| 173 | CANAL_0046031-0046032 | Dec. 28, 2018 email from Chase Robinson to R. De Niro | 403 (redact Trump reference) |
| 174* | ROBINSON00001806-1807 | Chase Robinson Timesheet for Dec. 24-30, 2018 | * |
| 175 | CANAL_0044487 | January 1, 2019 email exchange between M. Kaplan and R. De Niro | 802 |
| 176* | ROBINSON00008611 | Nov. 27, 2018 email exchange between Chase Robinson and M. Tasch | * |
| 177* | ROBINSON00004613 | Jan. 3, 2019 email from Chase Robinson to Chase Robinson | * |
| 178* | CANAL_0003331-0003333 | Email thread between Michael Tasch and Chase Robinson re American Express | * |
| 179 | ROBINSON00022511 | Jan. 4, 2019 email between Chase Robinson and Chris Young | 402, 802 |
| 180 | CANAL_0044493 | Jan. 5, 2019 email from M. Kaplan to Chase Robinson | 802 |
| 181* | CANAL_0044179 | Jan. 6, 2019 email from Chase Robinson to M. Kaplan | * |
| 182* | CANAL_0046043 | January 7, 2019 email exchanges between Chaes Robinson and R. De Niro | * |
| 183* | CANAL_0046044 | January 7, 2019 email exchanges between Chaes Robinson and R. De Niro | * |
| 184* | ROBINSON00000025 | January 7, 2019 email exchanges between Chaes Robinson and R. De Niro | * |
| 185* | ROBINSON00001808 | Chase Robinson Timesheet for Dec. 31-Jan. 6, 2019 | * |
| 186* | CANAL_0022612 | Jan. 5-11, 2019, email exchange between Chase Robinson and Michael Tasch re Canal Productions - Special Petty Cash and American Express | * |

| | | | |
|---|---|---|---|
| 187* | CANAL_0034220-0034221 | Jan. 10-11, 2019, email exchange between Tiffany Chen and Chase Robinson (cc'd Robert De Niro) re Flight to Antigua and no catering on flight | * |
| 188* | ROBINSON00000035 | Jan. 11, 2019 email exchanges between Chse Robinson and R. De Niro | * |
| 189 | ROBINSON00022513 | Jan. 11, 2019 email between Chase Robinson and Chris Young | 402, 802 |
| 190* | ROBINSON00000098-00000099 | Jan. 14, 2019 email exchanges between Chase  Robinson and R. De Niro | * |
| 191* | ROBINSON00001809 | Chase Robinson Timesheet for Jan. 7-Jan. 13, 2019 | * |
| 192 | ROBINSON00022515 | Jan. 15, 2019 email between Chase Robinson and Chris Young | 402, 802 |
| 193* | ROBINSON00001815 | Chase Robinson Timesheet for Feb. 11-17, 2019 | * |
| 194* | CANAL_0044225-0044227 | Feb. 20, 2019 email exchange among T. Chen, Chase Robinson and R. De Niro, as forwarded to M. Kaplan | * |
| 195 | ROBINSON00008943-8945, ROBINSON00008964-00008967 | March 4, 2018, text messages between Juanita Contreras and Chase Robinson re placing books on plane and getting together.<br><br>March 9, 2018, text messages between ameliabrain@gmail.com and Chase Robinson re reservation at Nobu.<br><br>March 6-7, 2018, text messages from Robert De Niro.<br><br>March  10-12, 2018, text message between Ameila Brain and Chase Robinson re Ameila thanking Chase for dinner, hotel, picking up books.<br><br>March 1-4, 2018, text message from Chase Robinson to Amelia Brain re Chase taking Amelia out to lunch or dinner for her birthday. | 802 |
| 196* | CANAL_0046334 | Feb. 21, 2019 email from Chase Robinson to R. De Niro | * |
| 197* | ROBINSON00000587 | Feb. 23, 2019 email exchange between Chase Robinson and R. De Niro | * |
| 198* | ROBINSON00004642-00004643 | Feb. 24, 2019 email from Chase Robinson to Andrea Robinson | * |
| 199 | CANAL_0046366-0046369 | Feb. 26, 2019 email exchange between Chase Robinson, Raphael De Niro and R. De Niro | 402, 802 |
| 200* | ROBINSON00001816 | Chase Robinson Timesheet for Feb. 18-24, 2019 | * |
| 201* | CANAL_0046374-0046375 | Feb. 28, 2019 email exchange among T. Chen, R. De Niro and Chase Robinson | * |
| 202* | CANAL_0047080 | March 1, 2019 email exchange between Chase Robinson and R. De Niro | * |
| 203* | CANAL_0002469-0002471 | March 4, 2019 email exchange between Chase Robinson and Giselle Constante at Nobu | * |

| | | | |
|---|---|---|---|
| 204* | ROBINSON00001817 | Chase Robinson Timesheet for Feb. 25-March 3, 2019 | * |
| 205* | ROBINSON00004748-00004751 | March 1, 2019 email exchanges among T. Chen, Chase Robinson and R. De Niro | * |
| 206* | ROBINSON00008635-00008637 | Jan. 4, 2019 email exchange between M. Tasch and Chase Robinson | * |
| 207* | ROBINSON00010394 | March 9, 2018 , email from Chase Robinson to Robert De Niro re Chase's flight to LA | * |
| 208* | ROBINSON00001818 | Chase Robinson Timesheet for Mar. 4-10, 2019 | * |
| 209* | CANAL_0035466 | Mar. 12, 2019 email exchanges between M. Kaplan and Chase Robinson | * |
| 210 | CANAL_0046513 | Mar. 18, 2019 email exchange between R. De Niro and Chase Robinson | 402 |
| 211* | CANAL_0047099 | Mar. 20, 2019 email exchange between R. De Niro and Chase Robinson regarding flights | * |
| 212* | ROBINSON00001819 | Chase Robinson Timesheet for Mar. 11-17, 2019 | * |
| 213 | CANAL_0024475-0024476 | Mar. 22, 2019 email exchanges between Chase Robinson, S. Weeks-Brittan and G. Spear | 402 |
| 214* | CANAL_0046519 | Mar. 22, 2019 email from Chase Robinson to R. De Niro | * |
| 215* | ROBINSON00001820 | Chase Robinson Timesheet for Mar. 18-24, 2019 | * |
| 216 | CANAL_0035478-0035480 | Mar. 26, 2019 email exchanges between M. Kaplan, T. Chen and R. De Niro | 802 |
| 217 | ROBINSON00022528-00022531 | Mar. 26, 2019 email exchanges between Chase Robinson and Chris Young | 402, 802 |
| 218* | CANAL_0009191-0009193 | Mar. 27, 2019 email from T. Chen to Chase Robinson, copying M. Kaplan and R. De Niro | * |
| 219 | CANAL_0045262-0045265 | Oct. 31, 2016, email exchange between Michael Kaplan and Chase Robinson re Kaplan's reservation for Walt Disney World Resort | 802 |
| 220* | ROBINSON00010738-00010739 | (2) Receipts from Paolas Restaurant | * |
| 221 | CANAL_0046641-0046642 | Mar. 27, 2019 email exchanges among T. Chen, R. De Niro and Chase Robinson | |
| 222* | ROBINSON00001347-00001349 | Email correspondence dated March 27, 2019, between Chase Robinson and Bob re Painting Removal for 3/27 Paint Job | * |
| 223 | ROBINSON00004789-00004791 | Mar. 27, 2019 email exchange between Chase Robinson and Andrea Robinson | 802 402 |
| 224 | ROBINSON00004798-00004802 | Mar. 27, 2019 email exchanges between Chase Robinson and Andrea Robinson | 402, 802 |
| 225 | ROBINSON00004821-00004827 | Mar. 28, 2019 email exchanges between Chase Robinson and Andrea Robinson | 402, 802 |
| 226 | ROBINSON00004831-00004833 | Mar. 29, 2019 email exchanges between Chase Robinson and Andrea Robinson | 402, 802 |
| 227 | ROBINSON00022532-00022537 | Dec. 16, 2018-March 31, 2019, email exchange between Chase Robinson and Chris Young re Young thanking Chase re "memorable dinner at Nobu Mayfair", Trump script, etc. | 402 |
| 228* | CANAL_0036244-0036247 | April 1, 2019 email exchnages between Lulu White, Chase Robinson, S. Weeks-Brittan and Dina Wise Shapiro | * |

| | | | |
|---|---|---|---|
| 229* | ROBINSON00001821-00001822 | Chase Robinson Timesheet for Mar. 25-31, 2019 | * |
| 230 | CANAL_0034638-0034639 | April 2, 2019 email exchange between G. Spear and M. Kaplan | 402 |
| 231* | CANAL_0046682-0046683 | April 2, 2019 email exchanges between R. De Niro and Chase Robinson | * |
| 232* | CANAL_0046677-0046678 | April 2, 2019 email exchnages between T. Chen and R. De Niro | * |
| 233 | CANAL_0028506-0028507 | April 3, 2019 email exchanges between Chase Robinson, Lulu White and Romana Guillote | 402 |
| 234* | ROBINSON00001602 | April 4, 2019 email from Chase Robinson to R. De Niro | * |
| 235* | CANAL_0044544 | Mar. 27, 2019 email exchanges between T. Chen and Chase Robinson regarding paintings | * |
| 236 | CANAL_0046698-0046699 | April 5, 2019 email exchanges between M. Tasch, M. Bosswick, R. De Niro and T. Chen | 802 |
| 237* | CANAL_0036475-0036477 | April 6, 2019 email from T. Chen to Lulu White, G. Spear, S. Weeks-Brittan and R. De Niro | * |
| 238* | CANAL_0049988-0049989 | Apr. 6, 2019 email exchanges between Chase Robinson and R. De Niro (with T. Harvey, M. Bosswick, M. Tasch and J. Hackett copied ) | * |
| 239* | ROBINSON00001822 | Chase Robinson Timesheet for April 1-7, 2019 | * |
| 240 | ROBINSON00022538-00022559 | Dec. 16, 2018-April 6, 2019, email exchange between Chase Robinson and Christopher Young re Skye residency | 802, 402 |
| 241 | CANAL_0029539-0029540 | Dec. 16, 2016-Dec. 18, 2016, email exchange between Chase Robinson and Julia Shelzi (cc'd Katherine Wernet and Morgan Billingon) re Letter to Mr. DeNiro | 402 |
| 242 | CANAL_0025173 | Apr. 4, 2019 email from G. Spear to G. Spear | 802 |
| 243* | ROBINSON00011188-00011189 | Feb. 16, 2018-Feb. 21, 2018, email exchange between Chase Robinson and Morgan Billington, Gillian Spear (cc'd Amelia Brain and Michael Kaplan) re Taxi Driver Books | * |
| 244* | ROBINSON00004874 | Apr. 10, 2019 email from Chase Robinson to Tom Harvey | * |
| 245* | CANAL_0047370-0047373 | Mar. 15, 2019 text exchanges between Chase Robinson and Lulu White | * |
| 246 | CANAL_0047472-0047478 | April 9, 2019 text exchanges between M. Kaplan, S. Weeks-Brittan and G. Spear | 802, 402 |
| 247 | CANAL_0047503-0047510 | April 2, 2019 text exchanges between M. Kaplan and T. Chen | 802 |
| 248 | CANAL_0047718-0047719 | Jan. 25, 2019 text exchanges between M. Kaplan and Chase Robinson | 402 |
| 249* | CANAL_0048085-0048087 | Nov. 25, 2018 text exchanges between Chase Robinson and S. Weeks-Brittan | * |
| 250 | CANAL_0048141-0048142 | Feb. 1, 2019 text exchanges between Chase Robinson, G. Spear and S. Weeks-Brittan | 402 |
| 251* | CANAL_0048175-0048177 | Feb. 23, 2019 text exchanges between Chase Robinson, G. Spear and S. Weeks-Brittan | * |

| # | Bates | Description | Obj. |
|---|---|---|---|
| 252* | CANAL_0048323-0048325 | Dec. 31, 2018 text exchanges between Chase Robinson and R. De Niro | * |
| 253* | CANAL_0048373-0048374 | Dec. 27, 2018 text from Chase Robinson to R. De Niro | * |
| 254* | CANAL_0048460-0048461 | Dec. 25, 2018 text from Chase Robinson to R. De Niro | * |
| 255* | CANAL_0048687-0048692 | Dec. 6, 2018 text exchanges between T. Chen and R. De Niro | * |
| 256 | CANAL_0048753-0048754 | January 19, 2019 text exchanges between T. Chen and R. De Niro | 802 |
| 257* | ROBINSON00011196 | Mar. 22, 2019 email exchanges among Chase Robinson, G. Spear, R. De Niro and S. Weeks-Brittan | * |
| 258 | CANAL_0036557-0036559 | February 5, 2018 message from R. De Niro to Chase Robinson | 402 |
| 259 | CANAL_0030382-0030384 | Nov. 26, 2016 email from Chase Robinson to M. Kaplan | 901, 802, 402 |
| 260* | CANAL_0020441 | Dec. 4, 2017 email from Chase Robinson to M. Kaplan | * |
| 261 | CANAL_0013087 | Mar. 14, 2015 email from Chase Robinson to M. Kaplan | 402 |
| 262* | CANAL_0020878-0020882 | Mar. 16, 2018 email exchanges between Chase Robinson and Office of Joe Peschi | * |
| 263 | CANAL_0019022 | June 27, 2017 email from Chase Robinson to R. De Niro | 402 |
| 264 | CANAL_0036460 | Mar. 22, 2019 email between G. Spear, S. Weeks-Brittan, R. De Niro and Chase Robinson | 402, 802 |
| 265 | CANAL_0025038-0025039 | Email exchanges between Chase Robinson and Fiona Lennon | 402 |
| 266 | ROBINSON00002100-00002101 | July 31, 2015, email from Chase Robinson to herself re Financial & Office Protocols | 402 |
| 267 | ROBINSON00005070-00005086 | Email thread between Chase Robinson and Chris Young | 402 |
| 268 | ROBINSON00005108-00005109 | Email thread between Chase Robinson and Aga McDaniel re LA | 402 |
| 269* | ROBINSON00005304 | Aug. 5, 2019, email from Chase Robinson to herself re Was given authorization to transfer points | * |
| 270* | ROBINSON00006032-00006041 | Text messages | * |
| 271 | ROBINSON00006115 | Text message dated 11/30/2018 between Don Robinson and Chase Robinson | 802 |
| 272* | ROBINSON00006226 | Text message dated 4/1/2019 between Chase Robinson and Bryan Zak | * |
| 273* | ROBINSON00006368-00006369 | Text messages between Chase Robinson and Thomas Harvey | * |
| 274 | ROBINSON00006526 | Text message dated 6/6/2019 between Chase Robinson and Bryan Zak | 402, 403 |
| 275 | ROBINSON00006588-00006604 | Sept. 6, 2019, text messages between Chase Robinson and Andrea Robinson | 402 |
| 276 | ROBINSON00006608-00006616 | Dec. 6, 2019, text messages between Bryan Zak and Chase Robinson | 402, 802 |
| 277 | ROBINSON00006704-00006711 | Aug. 27, 2019, text messages between Chase Robinson and Bryan Zak | 402 |
| 278* | ROBINSON00014866 | Text message dated 1/12/2019 | * |
| 279* | ROBINSON00007158 | Audio, 3/8/2019 | * |

| | | | |
|---|---|---|---|
| 280* | DEFENDANTS' EXHIBIT 288<br><br>Audio Recording<br>Bates Stamped No. ROBINSON00007186 | Audio, 3/8/2019 | * |
| 281 | ROBINSON00007161 | Audio, 3/8/2019 | Reserve right to object based on what portion to be entered |
| 282 | ROBINSON00007168 | Audio, 3/11/2019 | Reserve right to object based on what portion to be entered |
| 283 | ROBINSON00007174 | Audio, 3/27/2019 | |
| 284 | ROBINSON00007175 | Audio, 3/28/2019 | Reserve right to object based on what portion to be entered |
| 285 | ROBINSON00007178 | Audio, 4/2/2019<br><br>We only need to play 11:06-12:23 | Reserve right to object based on what portion to be entered |
| 286 | ROBINSON00007180 | Audio, 4/2/2019 | Reserve right to object based on what portion to be entered |
| 287 | ROBINSON00007185 | Audio, 4/4/2019 | Reserve right to object based on what portion to be entered |
| 288* | ROBINSON00007186 | Audio, 4/4/2019 | * |
| 289 | ROBINSON00007187 | Audio, 4/5/2019 | Reserve right to object based on what portion to be entered |
| 290 | ROBINSON00007194 | Audio, 4/8/2019 | Reserve right to object based on what portion to be entered |
| 291 | ROBINSON00007195 | Audio, 4/8/2019 | Reserve right to object based on what portion to be entered |
| 292 | ROBINSON00007196 | Audio, 4/9/2019 | Reserve right to object based on what portion to be entered |
| 293 | ROBINSON00007198 | Audio, 4/9/2019 | Reserve right to object based on what portion to be entered |
| 294 | ROBINSON00007199 | Audio, 4/9/2019 | Reserve right to object based on what portion to be entered |
| 295 | ROBINSON00007209 | Audio, 5/29/2019 | Reserve right to object based on what portion to be entered |
| 296 | ROBINSON00007211 | Audio, 6/1/2019 | Reserve right to object based on what portion to be entered |
| 297 | ROBINSON00007214 | Audio, 6/6/2019 | Reserve right to object based on what portion to be entered |

| | | | |
|---|---|---|---|
| 298 | ROBINSON00007225 | Audio, 6/8/2019 | Reserve right to object based on what portion to be entered |
| 299 | ROBINSON00007226 | Audio, 6/9/2019 | Reserve right to object based on what portion to be entered |
| 300 | ROBINSON00007228 | Audio, 6/2019 | Reserve right to object based on what portion to be entered |
| 301 | ROBINSON00007229 | Audio, 6/9/2019 | Reserve right to object based on what portion to be entered |
| 302 | Netflix_0001-0000001-0000521 | Documents produced by Netflix in response to subpoena | 402 – Advance Ruling Requested |
| 303* | ROBINSON00012587 | Jan. 22, 2018, email between Chase and Michael Tasch | * |
| 304 | ROBINSON00006970 | Dec. 13, 2018, email exchange between Chase Robinson and Michael Tasch re American Express | Unable to identify, reserve right to object[1] |
| 305 | ROBINSON00007049-00007052 | Email exchanges between T. Chen, R. De Niro and Chase Robinson, with forward to M. Tasch | Unable to identify, reserve right to object |
| 306 | ROBINSON00007053-00007054 | Mar. 2 and 4, 2019, email exchanges between Chase Robinson J. Hackett and T. Harvey | Unable to identify, reserve right to object |
| 307 | ROBINSON00007068 | Mar. 11, 2019, email from Chase Robinson to R. Chambers | Unable to identify, reserve right to object |
| 308* | CANAL_0003324 | Nov. 20, 2018-Nov. 27, 2018, email exchange between Michael Tasch and Chase Robinson re American Express | * |
| 309* | CANAL_0020631 | Jan. 19, 2018, email exchange between Chase Robinson and Michael Tasch re Chase not being able to transfer reward points to delta milage. | * |
| 310 | CANAL_0046702-0046704 | April 4, 2019-April 6, 2019 , email exchange between Tiffany Chen and Michael Tasch (cc'd Bobby and Mark Bosswick) re Amex bills for 117A E 65th | 802 |
| 311 | ROBINSON00005155-00005156 | Robinson Personal Statement, enclosed in London School of Economics application | |
| 312 | ROBINSON00007147 | Audio, 2/25/2019 | |
| 313 | ROBINSON00007181 | Audio, 4/3/2019 | |
| 314 | ROBINSON00007189 | Audio, 4/5/2019 | |
| 315 | ROBINSON00007203 | Audio, 5/3/2019 | |
| 316 | ROBINSON00007206 | Audio, 5/24/2019 | |
| 317 | ROBINSON00007224 | Audio, 6/8/2019 | |
| 318 | ROBINSON00007230 | Audio, 6/9/2019 | |
| 319 | CANAL_0053307-0053320 | Defendants' Inventory List of tangible and physical items Plaintiff returned during pendency of case, along with pictures of same.<br>Email, dated December 24, 2021, from Plaintiff's counsel with Inventory List.<br><br>*Physical items may be brought to trial | |
| 319A | CANAL_0053319-0053320 | | |
| 319B | CANAL_0053307-0053308 | | |
| 319C | CANAL_0053309-0053318 | | |

| | | | |
|---|---|---|---|
| 319D | CANAL_0053309-0053318 | | |
| 320 | CANAL_0047395-0047404 | Text exchange from 6/6–6/7/2019 involving Michael Kaplan, Sabrina Weeks-Brittan, and Gillian Spear | |
| 321 | ECF #350-5 | JW Marriott Confirmation Email, dated 03/09/2018, Re Reservation | |
| 322 | CANAL_0053298-0053305 | Mar. 2018 email exchange between James and Chase Robinson re Le Marigot Santa Monica (Marroitt) with attachments | |
| 323 | CANAL_0048971–0048973 | Apr. 7, 2019 Text Exchange between Gillian Spear, Kevin Rivas, Sabrina Weeks-Brittan, and Tiffany Chen | |
| 324 | ROBINSON00007188 | Audio, 4/6/2019 | |
| 325 | ROBINSON00011707 | | |
| 326 | ROBINSON00005114 | | |
| 327 | ROBINSON00002140-002143 | | |
| 328 | ROBINSON00002178 | | |
| 329 | ROBINSON00002769 | | |
| 330 | ROBINSON00005875 | | |
| 331 | ROBINSON00005881 | | |
| 332 | ROBINSON00006442 | | |
| 333 | CANAL_0023017-0023020 | | |
| 334 | CANAL_0046028 | | |
| 335 | ROBINSON00005388 | | |
| 336 | ROBINSON00005391 | | |
| 337 | ROBINSON00005890 | | |
| 338 | ROBINSON00006390 | | |
| 339 | ROBINSON00006531-00006542 | | |
| 340 | ROBINSON000014798 | | |
| 341 | ROBINSON00007177 | | |
| 342 | ROBINSON00007179 | | |
| 343 | ROBINSON00007216 | Audio, June 7, 2019 | |
| 344 | CANAL_0052891-0052901 | PC Section from binder | |