```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
GRAHAM CHASE ROBINSON,                                       :
                                                             :
                        Plaintiff,                           :
                                                             :
        -v-                                                  :
                                                             :
ROBERT DE NIRO and CANAL PRODUCTIONS,                        :
INC.,                                                        :
                                                             :       19-cv-09156 (LJL)
                        Defendants.                          :
                                                             :       ORDER
-------------------------------------------------------------X
                                                             :
                                                             :
CANAL PRODUCTIONS, INC.,                                     :
                                                             :
                        Counterclaim-Plaintiff,              :
                                                             :
        -v-                                                  :
                                                             :
GRAHAM CHASE ROBINSON,                                       :
                                                             :
                        Counterclaim-Defendant.              :
                                                             :
-------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court appreciates the submission of the proposed revisions to the jury charge. The Court will not receive any further submissions regarding the proposed charge. The parties should be prepared to present any arguments with respect to their respective positions at the end of the trial day tomorrow, November 6, 2023. This order is being emailed to the parties on the morning of November 5, 2023, and will be posted to the docket on November 6, 2023.

SO ORDERED.

Dated: November 5, 2023
      New York, New York
                                              LEWIS J. LIMAN
                                            United States District Judge