

**Sanford Heisler Sharp, LLP**
17 State St., 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Kate MacMullin,* Associate
(646) 768-7054
kmacmullin@sanfordheisler.com          New York | Washington, DC | San Francisco | Palo Alto | Baltimore | Nashville | San Diego

November 6, 2023

**VIA ECF**
The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: *Robinson v. De Niro and Canal Productions, Inc.*, No. 1:19-cv-09156 (LJL) (KHP)

Dear Judge Liman:

This firm represents Plaintiff Graham Chase Robinson. We write in response to Defendants' letter of November 6, 2023 (Dkt. No. 472). This Court instructed that the parties submit briefing related to Plaintiff's request to admit Plaintiff's Trial Exhibit 382 into evidence. Defendants' letter withdraws their objections to the introduction of the exhibit. The Court instructed that no further briefing should be submitted as to Plaintiff's request to admit Plaintiff's Trial Exhibit 380.

    Respectfully submitted,

    */s/ Kate MacMullin*____
    Kate MacMullin