**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007



**CHAMBERS OF**
**LEWIS J. LIMAN**
UNITED STATES DISTRICT JUDGE

      In response to your note, I instruct you that if you find that Mr. De Niro himself treated Ms. Robinson less well based at least in part on her gender, you must find Mr. De Niro and Canal liable for gender discrimination. If you do not find that Mr. De Niro himself treated Ms. Robinson less well based in part on her gender, you may still find Canal liable for gender discrimination according to the instructions I have given you.

*/s/ Lewis J. Liman*