UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**GRAHAM CHASE ROBINSON,**

*Plaintiff and Counterclaim Defendant*,

-against-

**ROBERT DE NIRO,**

*Defendant*,

and

**CANAL PRODUCTIONS, INC.,**

*Defendant and Counterclaim Plaintiff.*

Civil Action No. 1:19-CV-09156 (LJL) (KHP)

## [PROPOSED] ORDER OF FINAL JUDGMENT

The above-captioned action was heard at a jury trial before the Honorable Lewis J. Liman, United States District Judge, and the jury returned the following verdict: (1) in favor of Graham Chase Robinson on her claims against Canal Productions, Inc., (2) in favor of Robert De Niro on Graham Chase Robinson's claims against him, and (3) in favor of Graham Chase Robinson on Canal Productions, Inc.'s counterclaims against her.

Therefore, it is ORDERED AND ADJUDGED that (1) Graham Chase Robinson shall take $1,264,285.72 for her claims against Canal Productions, Inc. and nothing for her claims against Robert De Niro, (2) Canal Productions, Inc. shall take nothing for its counterclaims against Graham Chase Robinson, and (3) this action is hereby dismissed on its merits.

**DATED**: New York, New York
            November         , 2023

**So Ordered:**

_____
**LEWIS J. LIMAN**
**United States District Judge**

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**