UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**GRAHAM CHASE ROBINSON,**

*Plaintiff and Counterclaim Defendant*,

-against-

**ROBERT DE NIRO**

*Defendant*,

and

**CANAL PRODUCTIONS, INC.,**

*Defendant and Counterclaim Plaintiff*.

Case No. 1:19-cv-09156 (LJL) (KHP)

## MOTION TO WITHDRAW ALEXANDRA HARWIN AS PLAINTIFF'S COUNSEL

Pursuant to Local Rule 1.4, the undersigned hereby respectfully requests that Alexandra Harwin be permitted to withdraw as Plaintiff's counsel in this matter. There is good cause for this Motion, as follows:

1. Alexandra Harwin has accepted other employment and is no longer associated with Sanford Heisler Sharp, LLP, effective November 15, 2023.

2. Plaintiff continues to be represented by attorneys of record from Sanford Heisler Sharp, LLP.

3. Plaintiff will not be prejudiced in any way by the granting of this motion.

4. Ms. Harwin does not assert any liens on this matter.

5. Ms. Harwin's withdrawal will not delay the proceedings in this matter.

For the foregoing reasons, I respectfully request permission to withdraw Alexandra Harwin from the above-captioned case.

1

Dated: November 21, 2023

*David Sanford*

David Sanford (5695671)
SANFORD HEISLER SHARP, LLP
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com

Counsel for Plaintiff Graham Chase Robinson

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Plaintiff's Motion to Withdraw Alexandra Harwin as Plaintiff's Counsel was served upon the following counsel of record via ECF on this 21st day of November, 2023:

>Hillary Raimondi, Esq.
>Gregory R. Bennett, Esq.
>Traub, Lieberman, Straus & Shrewsberry LLP
>Seven Skyline Drive
>Hawthorne, NY 10532
>hraimondi@tlsslaw.com
>gbennett@tlsslaw.com
>
>Laurent S. Drogin, Esq.
>Richard C. Schoenstein, Esq.
>Brittany K. Lazzaro, Esq.
>Ingrid J. Cardona, Esq.
>Tarter Krinsky & Drogin LLP
>1350 Broadway
>New York NY 10018
>ldrogin@tarterkrinsky.com
>rschoenstein@tarterkrinsky.com
>blazzaro@tarterkrinsky.com
>icardona@tarterkrinsky.com
>
>*Attorneys for Defendants*

David Sanford