

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
T. 212.216.8000
F. 212.216.8001
www.tarterkrinsky.com

**Laurent S. Drogin, Partner**
Direct Dial: (212) 216-8016
ldrogin@tarterkrinsky.com

December 26, 2023

**By ECF Only**
Hon. Lewis J. Liman, U.S.D.J.
United States Courthouse
500 Pearl St., Courtroom 15C
New York, New York 10007

    **Re:**   *Graham Chase Robinson v. Canal Productions, Inc. et al.*
           **Civil Action No. 1:19-cv-9156 (LJL) (KHP)**

Dear Judge Liman:

    I write on behalf of counsel for the parties and their clients to thank the Court, as well as Magistrate Judge Parker, for the time and effort expended on our behalf in this matter. The Court may be pleased to know that the Parties have signed a Mutual Release Agreement, and there will be no post-trial filings. The matter is fully and finally resolved. We wish the Court and its staff a happy holiday season.

                        Respectfully yours,
                        **TARTER KRINSKY & DROGIN LLP**

                        */s/ Laurent S. Drogin*
                        */s/ Richard Schoenstein*
                        */s/ Brittany K. Lazzaro*
                        */s/ Ingrid J. Cardona*

cc:     All counsel of Record (via ECF)